IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION

| | |
|---|---|
| NATIONAL INSTITUTE OF FAMILY AND LIFE ADVOCATES, et. al., | )<br>)<br>) |
| Plaintiffs, | ) No. 16 CV 50310<br>) |
| v. | ) Judge Frederick J. Kapala<br>) |
| BRUCE RAUNER and BRYAN A. SCHNEIDER, | ) Magistrate Judge Iain D. Johnston<br>)<br>) |
| Defendants. | ) |

## NOTICE OF MOTION

**TO:** All Counsel of Record

**PLEASE TAKE NOTICE** that on **January 10, 2017 at 10:00 a.m.**, or as soon thereafter as counsel may be heard, we shall appear before the Honorable Magistrate Judge Iain D. Johnston or any judge sitting in his stead in Courtroom 5200 of the U.S. District Court of the Northern District of Illinois, Western Division, 327 S. Church St., Rockford, Illinois and shall present **Defendants' Unopposed Motion for Leave to File Overlength Brief Instanter**, a copy of which has been filed and served concurrently with this Notice.

Dated: December 16, 2016

LISA MADIGAN
Attorney General of Illinois            /s/ *Sarah H. Newman*
Attorney No. 99000                   By:   Sarah H. Newman
                                             Michael T. Dierkes
                                             Assistant Attorneys General
                                             General Law Bureau
                                             100 W. Randolph St., 13th Fl.
                                             Chicago, Illinois 60601
                                             312-814-6131 / 312-814-3672
                                             snewman@atg.state.il.us
                                             mdierkes@atg.state.il.us