IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION

| | |
|---|---|
| NATIONAL INSTITUTE OF FAMILY AND LIFE ADVOCATES, et al. ) ) )  Plaintiffs,  ) ) v. ) ) ) BRUCE RAUNER, et al., ) ) Defendants. ) | Case No. 3:16-cv-50310  Judge Frederick J. Kapala  Magistrate Judge Iain D. Johnston |

**JOINT INITIAL STATUS REPORT**

Pursuant to the Court's October 21, 2016 order (Doc. # 14) and case procedures, the parties hereby file this joint initial status report.

1. The nature of the case, including the legal issues, factual issues, and affirmative defenses.

Plaintiffs are a network of non-profit medical facilities in Illinois, three similar facilities, a physician, and her medical practice. They offer medical and other services and information to support pregnancy from a viewpoint that opposes abortion. Plaintiffs challenge Illinois SB 1564, a 2016 amendment to the Illinois Healthcare Right of Conscience Act, 745 ILCS 70/1 *et seq.*, to the extent that it requires them to provide information about abortion providers, abortion's benefits, and abortion's status as a treatment option. They contend SB 1564 violates their rights to free speech, religious exercise, equal protection, and related rights under federal and state constitutional and statutory provisions. They seek relief against Bruce Rauner, Governor of Illinois, and Brian Schneider, Secretary of the Illinois Department of Financial & Professional Regulation, in their official capacities.

Defendants contend that SB 1564 is valid under federal and state law and have moved to dismiss pursuant to Fed. R. Civ. P. 12(b)(6).

2. For any defendant who has not yet appeared and answered, the plaintiff's efforts to serve that defendant and that date the answer is due.

All defendants have been served, have appeared, and have noticed a motion to dismiss the complaint.

3. The status of settlement discussions and the potential for settlement.

The parties have discussed the possibility of settlement. Plaintiffs are open to resolving the case through settlement, but the parties do not believe that there is a potential for reaching a settlement at this time.

4. Anticipated scope and length of discovery.

The parties believe judicial efficiency could be served and the issues in the case clarified by deferring the setting of a discovery schedule until after the Court's resolution of the Defendants' motion to dismiss and any motion for preliminary injunctive relief that the Plaintiffs may file in conjunction with the briefing on the motion to dismiss.

5. Whether any parallel cases exist (including, but not limited to, possible MDL litigation, underlying criminal proceedings, or related litigation).

In the Circuit Court of the Seventeenth Judicial Circuit, Winnebago County, Illinois, three parties who are not plaintiffs in this case have filed a lawsuit bringing the same Illinois state law claims (but not federal claims) as alleged below, against Defendants Rauner and Schneider, challenging SB 1564 on similar grounds. The case is assigned to Judge Eugene Doherty and is captioned *The Pregnancy Care Center of Rockford v. Rauner*, No. 16 MR 741 (amended complaint filed Aug. 17, 2016).

6. All pending or anticipated motions.

Defendants filed their motion to dismiss on December 16, 2016. Plaintiffs may file a motion for preliminary injunction in conjunction with their response to the motion to dismiss, and the parties would agree to coordinate the responsive and reply briefing on those motions. All parties anticipate filing motions for summary judgment if the case proceeds beyond discovery.

7. Whether all parties consent to proceed before the Magistrate Judge.

The parties do not unanimously consent to proceed before the Magistrate Judge.

Respectfully submitted this 3rd day of January, 2017.

| | |
|---|---|
| /s/ *Matthew S. Bowman* | /s/ *Sarah H. Newman* |
| Matthew S. Bowman (admitted *pro hac vice*) | |
| Alliance Defending Freedom | LISA MADIGAN |
| 440 First Street NW | Attorney General of Illinois |
| Washington, D.C. 20001 | |
| 202.393.8690 | By: Sarah H. Newman |
| 202.347.3622 (fax) | Michael T. Dierkes |
| mbowman@ADFlegal.org | Assistant Attorneys General |
| | General Law Bureau |
| Noel W. Sterett, Ill. Bar No. 6292008 | 100 W. Randolph St., 13th Fl. |
| John W. Mauck, Ill. Bar No. 1797328 | Chicago, Illinois 60601 |
| Mauck & Baker, LLC | 312-814-6131 / 312-814-3672 |
| 1 N. LaSalle, Suite 600 | snewman@atg.state.il.us |
| Chicago, IL 60602 | mdierkes@atg.state.il.us |
| (312) 726-1243 | |
| (866) 619-8661 (fax) | *Counsel for Defendants* |
| nsterett@mauckbaker.com | |
| jmauck@mauckbaker.com | |

*Counsel for Plaintiffs*

THIS DOCUMENT HAS BEEN ELECTRONICALLY FILED