## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## WESTERN DIVISION

| | |
|---|---|
| NATIONAL INSTITUTE OF FAMILY AND LIFE ADVOCATES, et al., | |
| Plaintiffs, | |
| v. | No. 16 CV 50310 |
| BRUCE RAUNER and BRYAN A. SCHNEIDER, | Judge Frederick J. Kapala |
| | Magistrate Judge Ian D. Johnston |
| Defendants. | |

## NOTICE OF MOTION

**TO:** All Counsel of Record

**PLEASE TAKE NOTICE** that on April 11, 2017 at 9:00 a.m., or as soon thereafter as counsel may be heard, we shall appear before the Honorable Magistrate Judge Iain D. Johnston or any judge sitting in his stead in Courtroom 5200 of the U.S. District Court for the Northern District of Illinois, Western Division, 327 S. Church St., Rockford, Illinois and shall present Plaintiffs' **Unopposed Motion for Leave to File Overlength Brief**, a copy of which has been filed and served concurrently with this Notice.

Dated: February 16, 2017

*s/ Elissa M. Graves*
Elissa M. Graves*
ALLIANCE DEFENDING FREEDOM
15100 N. 90th St.
Scottsdale, AZ 85260
480-444-0020
480-444-0028 (fax)
egraves@ADFlegal.org

*\*Admitted Pro Hac Vice*