**U.S. District Court for the Northern District Of Illinois
Attorney Appearance Form**

Case Title: National Institute of Family & Life Advocates, et al. v. Rauner, et al.

Case Number: 16-cv-50310

An appearance is hereby filed by the undersigned as attorney for:

Amici Curiae American College of Obstetricians and Gynecologists, et al.

Attorney name (type or print): Lorie Chaiten

Firm: Roger Baldwin Foundation of ACLU, Inc.

Street address: 180 N Michigan Ave Ste 2300

City/State/Zip: Chicago IL 60601

Bar ID Number: 6191424
(See item 3 in instructions)

Telephone Number: 312-201-9740

Email Address: lchaiten@aclu-il.org

| | Yes | No |
|---|---|---|
| Are you acting as lead counsel in this case? | ✓ | |
| Are you acting as local counsel in this case? | | ✓ |
| Are you a member of the court's trial bar? | ✓ | |
| If this case reaches trial, will you act as the trial attorney? | | ✓ |

If this is a criminal case, check your status.

☐ Retained Counsel
☐ Appointed Counsel
 If appointed counsel, are you
☐ Federal Defender
☐ CJA Panel Attorney

In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by local rules 83.12 through 83.14. I declare under penalty of perjury that the foregoing is true and correct. Under 28 U.S.C.§1746, this statement under perjury has the same force and effect as a sworn statement made under oath.

Executed on 3/23/2017

Attorney signature: S/ Lorie Chaiten

(Use electronic signature if the appearance form is filed electronically.)

Revised 8/1/2015