**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION**

| | | |
|---|---|---|
| NATIONAL INSTITUTE OF FAMILY AND LIFE ADVOCATES, et al., | ) ) ) | |
| Plaintiffs, | ) ) | No. 16 CV 50310 |
| v. | ) ) | Judge Frederick J. Kapala |
| BRUCE RAUNER and BRYAN A. SCHNEIDER, | ) ) ) | Magistrate Judge Iain D. Johnston |
| Defendants. | ) ) | |

## NOTICE OF MOTION

PLEASE TAKE NOTICE that on **March 28, 2017** at **10:00 a.m.**, proposed *Amicus Curiae* Physicians for Reproductive Health shall appear before the Honorable Iain Johnston, or any Judge sitting in his stead, in Courtroom 5200 at 327 South Church Street, Rockford, Illinois 61101, and then and there present its Motion for Leave to File Brief of *Amicus Curiae* with Consent of Parties in Opposition to Plaintiffs' Motion for Preliminary Injunction, a copy of which is hereby served upon you.

Dated: March 23, 2017

Respectfully submitted,

\_\_/s/ Leah R. Bruno_____
One of the attorneys for Physicians for Reproductive Health

Leah R. Bruno (Ill. Bar No. 6269469)
Jacqueline A. Giannini (Ill. Bar No. 6320675)
DENTONS US LLP
233 S. Wacker Drive, Suite 5900
Chicago, IL 60606
Tel:    (312) 876-8000
Fax:    (312) 876-7934
leah.bruno@dentons.com
jacqui.giannini@dentons.com
Firm I.D. 56309

# CERTIFICATE OF SERVICE

The undersigned counsel hereby certifies that on March 23, 2017, the foregoing **NOTICE OF MOTION FOR LEAVE TO FILE BRIEF OF *AMICUS CURIAE* PHYSICIANS FOR REPRODUCTIVE HEALTH WITH CONSENT OF PARTIES IN OPPOSITION TO PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION** was filed with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to all registered users.

       /s/ Leah R. Bruno
Leah R. Bruno (Ill. Bar No. 6269469)

DENTONS US LLP
233 S. Wacker Drive, Suite 5900
Chicago, IL 60606
Tel:    (312) 876-8000
Fax:   (312) 876-7934
leah.bruno@dentons.com
Firm I.D. 56309