# EXHIBIT 1

## *AMICI CURIAE*

**The American College of Obstetricians and Gynecologists** ("ACOG" or the "College") is a non-profit educational and professional organization founded in 1951. The College's objectives are to foster improvements in all aspects of the health care of women; to establish and maintain the highest possible standards for education; to publish evidence based practice guidelines; to promote high ethical standards; and to encourage contributions to medical and scientific literature. The College's companion organization, the American Congress of Obstetricians and Gynecologists (the "Congress"), is a professional organization dedicated to the advancement of women's health and the professional interests of its members. Sharing more than 57,000 members, including 2373 obstetrician-gynecologists in Illinois, the College and the Congress are the leading professional associations of physicians who specialize in the health care of women.

**The Illinois Academy of Family Physicians** ("IAFP") is a professional medical society dedicated to maintaining high standards of family medicine representing more than 4,600 family physicians, residents and medical students in Illinois. IAFP provides continuing medical education programming, advocacy through all levels of government, and opportunities for member engagement and interaction. The IAFP is a constituent chapter of the American Academy of Family Physicians, which represents more than 124,000 members nationwide and promotes and maintains high standards for medical practice among physicians who practice family medicine.

**Julie Chor, MD, MPH**, is an Assistant Professor of Obstetrics and Gynecology and Assistant Director of the MacLean Center for Clinical Medical Ethics at the University of

Chicago. Dr. Chor is Board Certified in Obstetrics and Gynecology. She serves on the Advisory Committee of the Illinois Section of the American Congress of Obstetricians and Gynecologists. Dr. Chor received her medical degree from the University of Chicago and subsequently completed her residency training in Obstetrics and Gynecology, a Fellowship in Family Planning, and a Master's Degree in Public Health at the University of Illinois at Chicago. After spending two years as the Assistant Director of Family Planning at the John H. Stroger, Jr. Hospital of Cook County, Dr. Chor returned to the University of Chicago where she completed fellowship training in Clinical Medical Ethics at the MacLean Center. Dr. Chor is a clinician-researcher, whose clinical work focuses on Family Planning, Obstetric care, and Adolescent Gynecology.

**AuTumn Davidson, MD, MS**, is an Obstetrics and Gynecology at Kaiser Permanente in Portland, Oregon. She is Board Certified in Obstetrics and Gynecology. She is an active member of the American Congress of Obstetricians and Gynecologists. Following her residency in Obstetrics and Gynecology at the University of Massachusetts, Dr. Davidson completed a Fellowship in Family Planning at the University of Chicago. She was on faculty at the University of Illinois at Chicago, where she served as the Director of the Kenneth J. Ryan Residency Training Program and the Director of the Center for Reproductive Health from 2014 through March, 2017. She currently provides abortion care at Kaiser. In addition to general Obstetrics and Gynecology, Dr. Davidson's clinical interests include family planning and contraceptive provision for medically complicated women.

**Sabrina Holmquist, MD, MPH,** is an Associate Professor of Obstetrics and Gynecology in the Section of Family Planning at the University of Chicago. She is Board Certified in Obstetrics and Gynecology and holds a Master's Degree in Public Health and Epidemiology

from the University of Illinois at Chicago. Dr. Holmquist completed her residency in Obstetrics and Gynecology at Albert Einstein College of Medicine/Montefiore Medical Center. She completed a Fellowships in Family Planning at the University of Illinois at Chicago/University of Chicago. Dr. Holmquist cares for women with complicated contraceptive and other reproductive health needs. She serves as the medical student Clerkship Director in OB/GYN for the Pritzker School of Medicine, as well as Fellowship Director for the Fellowship in Family Planning at the University of Chicago. Dr. Holmquist has been teaching gynecologic care to medical students, residents and fellows for more for more than 10 years.

**Scott Moses, MD,** is Board Certified in Obstetrics and Gynecology. He is a faculty member with a primary appointment at the Feinberg School of Medicine of Northwestern University Department of Obstetrics and Gynecology as a Clinical Assistant Professor. He has a secondary appointment as an Assistant Professor of Bioethics and Medical Humanities. He holds a B.S. from Columbia University and a B.A. from the Jewish Theological Seminary. Dr. Moses attended medical school at the University of Illinois and completed residency training at Northwestern University. He completed a Fellowship in Medical Ethics at the University of Chicago and another Fellowship in Medical Humanities at Northwestern University. He is interested in medical education, reproductive ethics, and the nexus between religion, culture, and medicine.

**Maura Quinlan, MD, MPH,** is a Board Certified Obstetrician Gynecologist and an Assistant Professor of Obstetrics and Gynecology at Northwestern University. Dr. Quinlan is the Chair of the Illinois Section of the American Congress of Obstetricians and Gynecologists. Dr. Quinlan received her medical degree from Loyola University's Stritch School of Medicine. She completed a Master's Degree in Public Health, with an emphasis on maternal and child health

policy, at Yale University. Dr. Quinlan completed her residency in Obstetrics and Gynecology at the University of Chicago where she served as Chief Resident, and later as an Assistant Professor and as the Director of Undergraduate Medical Education for the Department of Obstetrics and Gynecology.

**Elizabeth Salisbury-Afshar, MD, MPH,** is a Board Certified member of the American Board of Family Medicine, American Board of Addiction Medicine, and American Board of Preventive Medicine. She serves on the Boards of the Illinois Academy of Family Physicians and Health and Medicine Policy Research Group. Dr. Salisbury-Afshar holds a M.D. from Rush University School of Medicine and a M.P.H. from Johns Hopkins School of Public Health. Dr. Salisbury-Afshar's clinical work has focused on working with underserved populations and she continues to volunteer with Heartland Health Outreach, a health center that serves people experiencing homelessness. Dr. Salisbury-Afshar has participated in research studies looking at lack of access to family planning among women who use drugs and/or are in treatment for drug use.

**Debra Stulberg, MD, MA,** is a certified member of the American Board of Family Medicine. She is a faculty member with a Primary Appointment in the University of Chicago's Department of Family Medicine and Secondary Appointments in the MacLean Center for Clinical Medical Ethics and the Department of Obstetrics and Gynecology. Dr. Stulberg holds a B.A. and M.D. from Harvard University and an M.A. from the Harris School of Public Policy at the University of Chicago. She completed a Fellowship in Medical Ethics and Primary Care Research at the University of Chicago. Her research focuses on, among other things, decreasing risk to vulnerable women associated with lapses in care for ectopic pregnancy, racial and socioeconomic disparities in reproductive health, and the intersection of religion and health care.

**Tabatha Wells, MD,** is an Assistant Professor of Family Medicine at the University Of Illinois College of Medicine. Dr. Wells attended the Southern Illinois University School of Medicine and serves of the Board of the Illinois Academy of Family Physicians. She provides the full scope family medicine for patients of all ages and has a particular interest in women's health, including prenatal care and obstetrical care and pediatrics.

**Santina Wheat, MD, MPH,** is an Assistant Professor at Northwestern University Feinberg School of Medicine and a faculty member of the Northwestern McGaw Family Medicine Residency Program. Dr. Wheat is Board Certified by the American Board of Family Physicians. She is the Medical Director at Erie Family Health Center's Humboldt Park Site in Chicago, Illinois, a federally qualified health clinic that serves low-income and under-resourced populations. Dr. Wheat serves on the Board of the Illinois Academy of Family Physicians. She completed her M.D. and M.P.H. at the University of Illinois at Chicago.