IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION

| | | |
|---|---|---|
| NATIONAL INSTITUTE OF FAMILY AND LIFE ADVOCATES, et al., | ) ) ) ) | |
| Plaintiffs, | ) ) ) | |
| v. | ) ) | No. 16 CV 50310 |
| | ) ) | |
| BRYAN A. SCHNEIDER, | ) ) ) | Judge Frederick J. Kapala |
| | ) ) | Magistrate Judge Ian D. Johnston |
| Defendant. | ) | |

**JOINT STATUS REPORT**

This case has been stayed pending the Supreme Court's decision in *National Institute of Family and Life Advocates v. Becerra* ("*NIFLA*"), No. 16-1140. ECF No. 78. The Supreme Court issued its opinion (attached as Exhibit A) in *NIFLA* on June 26, 2018.

**Plaintiffs' Position**

It is Plaintiffs' position that *NIFLA* confirms this Court's previous determination that SB 1564 likely violates the First Amendment. *See* ECF No. 65 at 9. *NIFLA* concerned a California law that required pro-life pregnancy centers (similar to Plaintiffs here) to provide a disclosure referring to state-subsidized abortion services. Slip. Op. at 3. The Court held that this provision was content-based and likely violates the First Amendment under even intermediate scrutiny. *Id.* at 16. In particular, the Court found that the law was not narrowly tailored to its alleged interest in

1

"educat[ing] low-income women about the services" provided by California because: (1) the law was "wildly underinclusive" where it applied only to pro-life pregnancy centers, and not to other medical providers offering services to low-income women; and (2) the state of California could have informed women of state services rather than "burdening a speaker with unwanted speech." *Id*. at 14–16 (internal citations and quotation marks omitted). Similarly, SB 1564 requires pro-life pregnancy centers and medical professionals to provide information on abortion services, and is unconstitutional both facially and as applied pursuant to *NIFLA*. Because *NIFLA* is controlling on the question of whether SB 1564 violates the First Amendment, Plaintiffs maintain that further discovery is no longer necessary in this case. Plaintiffs believe that continuing discovery would impose undue discovery burdens in an effort to discover information irrelevant to resolving this case. Therefore, Plaintiffs request that the parties respond to the discovery requests that were outstanding at the time the stay was implemented on December 15, 2017 within 30 days. Plaintiffs further request that a briefing schedule for motions for summary judgment be set.

**Defendant's Position**

Defendant does not believe that this joint status report is the appropriate forum to argue about the effect of the *NIFLA v. Becerra* decision on this case. *See* ECF No. 78 (directing the parties to "notify" the Court of the Supreme Court's decision by filing a "short joint written status report"). While the decision provides some guidance, Defendant disagrees with Plaintiffs that the case is dispositive, and Defendant disagrees with Plaintiffs that discovery should be curtailed. Defendant intends to pursue some additional discovery and submit an expert report in support of the SB 1564. Defendant stands ready to discuss the discovery schedule at the next status hearing.

Respectfully submitted this 10th day of July, 2018.

*/s/ Elissa M. Graves*
Elissa M. Graves*
Alliance Defending Freedom
15100 N. 90th Street
Scottsdale, AZ 85260
480.444.0020
480.444.0028 (fax)
egraves@ADFlegal.org

*Counsel for Plaintiffs*

**\*** Admitted *pro hac vice*

THIS DOCUMENT HAS BEEN ELECTRONICALLY FILED

**CERTIFICATE OF SERVICE**

   I hereby certify that on July 10, 2018, I electronically filed the foregoing paper with the Clerk of Court for the by using the ECF system which will send notification of such filing to the following:

Lisa Madigan
Attorney General of Illinois
Sarah H. Newman
Michael T. Dierkes
Assistant Attorneys General
General Law Bureau
100 W. Randolph St., 13th Fl.
Chicago, Illinois 60601
312-814-6131/312-814-3672
lmadigan@atg.state.il.us
snewman@atg.state.il.us
mdierkes@atg.state.il.us


/s/ Elissa M. Graves
Elissa M. Graves*
Alliance Defending Freedom
15100 N. 90th Street
Scottsdale, AZ 85260
480.444.0020
480.444.0028 (fax)
egraves@ADFlegal.org