## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.2.2
### Western Division

National Institute of Family and Life Advocates, et al.

                    Plaintiff,

v.                     Case No.: 3:16−cv−50310

                    Honorable Frederick J. Kapala

Bruce Rauner, in his official capacity as Governor of Illinois, et al.

                    Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, November 15, 2018:

      MINUTE entry before the Honorable Iain D. Johnston: Status hearing held on 11/15/2018. Party depositions shall be completed by 3/25/2019. A written status report on depositions shall be filed by 2/22/2019. Telephonic status hearing set for 3/28/2019 at 9:00 AM. By 3/26/2019 counsel shall provide direct−dial numbers to the Court's operations specialist who will initiate the call. (yxp, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.