## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## WESTERN DIVISION

| | |
|---|---|
| NATIONAL INSTITUTE OF FAMILY ) <br> AND LIFE ADVOCATES, et al., ) <br> ) <br> Plaintiffs, ) <br> ) <br> v. ) <br> ) <br> BRYAN A. SCHNEIDER, ) <br> ) <br> Defendant. ) | <br><br><br><br><br><br>No. 16 CV 50310<br><br><br>Judge Frederick J. Kapala<br><br>Magistrate Judge Iain D. Johnston |

## NOTICE OF MOTION

**TO:** All Counsel of Record

**PLEASE TAKE NOTICE** that on February 8, 2019 at 9:00 a.m., or as soon thereafter as counsel may be heard, we shall appear before the Honorable Judge Frederick J. Kapala or any judge sitting in his stead in Courtroom 5300 of the U.S. District Court for the Northern District of Illinois, Western Division, 327 S. Church St., Rockford, Illinois and shall present Plaintiffs' **Motion for Summary Judgment**, a copy of which has been filed and served concurrently with this Notice.

Dated: January 29, 2019

*s/ Elissa M. Graves*
Elissa M. Graves (admitted *pro hac vice*)
Kevin H. Theriot (admitted *pro hac vice*)
ALLIANCE DEFENDING FREEDOM
15100 N. 90th Street
Scottsdale, AZ 85260
480.444.0020
480.444.0028 (fax)
egraves@ADFlegal.org
ktheriot@ADFlegal.org

Noel W. Sterett, Bar No. 6292008
DALTON & TOMICH PLC

1

504 N. State St.
Belvidere, IL 61008
815.986.8050
nsterett@daltontomich.com

*Counsel for Plaintiffs*

THIS DOCUMENT HAS BEEN ELECTRONICALLY FILED

**CERTIFICATE OF SERVICE**

I hereby certify that on January 29, 2019 I electronically filed the foregoing paper with the Clerk of Court for the by using the ECF system which will send notification of such filing to the following:

Lisa Madigan
Attorney General of Illinois
Sarah H. Newman
Michael T. Dierkes
Assistant Attorneys General
General Law Bureau
100 W. Randolph St., 13th Fl.
Chicago, Illinois 60601
312-814-6131/312-814-3672
lmadigan@atg.state.il.us
snewman@atg.state.il.us
mdierkes@atg.state.il.us