UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.2.2
Western Division

National Institute of Family and Life Advocates, et al.

Plaintiff,

v.

Case No.: 3:16−cv−50310

Honorable Rebecca R. Pallmeyer

Bryan A. Schneider, in his official capacity as Secretary of the Illinois Department of Financial & Professional Regulation, et al.

Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, May 17, 2019:

MINUTE entry before the Honorable Rebecca R. Pallmeyer: Having reviewed Defendant's Rule 56(d) affidavit, the court concludes Plaintiff is entitled to depose the six individuals whose declarations have been submitted in support of Defendant&#0;39;s motion for summary judgment. The court therefore reinstates the motion to stay discovery, but denies it. The parties are directed to confer promptly to set dates for the depositions of the declarants and, within ten days, to furnish the court with an agreed deposition schedule. Plaintiff's memorandum in opposition to the motion for partial summary judgment will be due 45 days after the depositions are completed. Mailed notice. (etv, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.