IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| NATIONAL INSTITUTE OF FAMILY AND LIFE ADVOCATES, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> BRYAN A. SCHNEIDER, <br><br> Defendant. | Case No. 16-50310 <br><br> Hon. Rebecca R. Pallmeyer <br><br> Magistrate Judge Lisa A. Jensen |
| RONALD L. SCHROEDER, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> BRYAN A. SCHNEIDER, <br><br> Defendant. | Case No. 17-cv – 04663 <br><br> Hon. Rebecca R. Pallmeyer <br><br> Magistrate Judge Lisa A. Jensen |

## AGREED SCHEDULE FOR SIX DEPOSITIONS

Pursuant to the Court's May 17, 2019 order, the parties submit the following agreed schedule for the six depositions granted by the Court:

1. Sarah VanDerLip on August 20, 2019
2. Vivian Maly on August 22, 2019
3. Susan Wilson on September 10, 2019
4. Judy Cocks on September 12, 2019
5. Kathy Lesnoff on September 18, 2019
6. Dr. Ronald Schroeder on September 19, 2019

1

Respectfully submitted,

For *NIFLA* Plaintiffs:

*/s/ Elissa M. Graves*
Elissa M. Graves (admitted pro hac vice)
Kevin H. Theriot (admitted pro hac vice)
Alliance Defending Freedom
15100 N. 90th Street
Scottsdale, AZ 85260
480.444.0020
480.444.0028 (fax)
egraves@ADFlegal.org
ktheriot@ADFlegal.org

Noel W. Sterett, Bar No. 6292008
Dalton & Tomich PLC
504 N. State St.
Belvidere, IL 61008
815.986.8050
nsterett@daltontomich.com

*Counsel for NIFLA Plaintiffs*

*/s/Thomas Olp*
Thomas Brejcha
Thomas Olp
Thomas More Society
19 South LaSalle St. Suite 603
Chicago, IL 60603
(312) 782-1680
tolp@thomasmoresociety.org

*Counsel for Schroeder Plaintiffs*

For Defendant:

*/s/ Sarah Gallo*
Sarah Gallo
Lauren Barski
Matthew Chimienti
Elizabeth Morris
Special Litigation Bureau
Assistant Attorneys General
100 W. Randolph St., 11th Fl.
Chicago, Illinois 60601
312-814-8309
312-814-3422
312-814-8570
312-814-3909
sgallo@atg.state.il.us
lbarski@atg.state.il.us
mchimienti@atg.state.il.us
emorris@atg.state.il.us

*Counsel for Defendant*

## **CERTIFICATE OF SERVICE**

      The undersigned attorney certifies that copies of this **AGREED SCHEDULE FOR SIX DEPOSITIONS** was served upon all counsel of record via ECF on May 24, 2019.

      /s/*Sarah J. Gallo*
      Sarah J. Gallo
      Assistant Attorney General