### IN THE UNITED STATES DISTRICT COURT
### FOR THE NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | |
|---|---|
| NATIONAL INSTITUTE OF FAMILY AND LIFE ADVOCATES, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> BRYAN A. SCHNEIDER, <br><br> Defendant. | Case No. 16-50310 <br><br> Hon. Rebecca R. Pallmeyer <br><br> Magistrate Judge Lisa A. Jensen |
| RONALD L. SCHROEDER, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> BRYAN A. SCHNEIDER, <br><br> Defendant. | Case No. 17-4663 <br><br> Hon. Rebecca R. Pallmeyer <br><br> Magistrate Judge Lisa A. Jensen |

### **MOTION FOR ENTRY OF AGREED AMENDED CONFIDENTIALITY ORDER**

Plaintiffs and Defendant, by and through their attorneys, file this Joint Motion for Entry of Agreed Amended Confidentiality Order (attached as Exhibit A). In support of this motion, the parties state as follows:

Discovery in this action may involve the disclosure of confidential information. As a result, Plaintiffs and Defendant request that the Court enter the Agreed Amended Confidentiality Order to protect against the disclosure of any such information and to ensure that such information will only be used for the purposes of this action. This Court previously entered an Agreed Confidentiality Order on July 29, 2019. ECF No. 132. The parties have agreed to amend the Order to include the protection of Proprietary Information.

1

The parties, by and through their attorneys, respectfully request that this Court enter the attached Agreed Confidentiality Order.

Respectfully submitted this 10th day of October 2019,

*s/ Elissa M. Graves*
Elissa M. Graves (admitted *pro hac vice*)
ALLIANCE DEFENDING FREEDOM
15100 N. 90th Street
Scottsdale, AZ 85260
480-444-0020
egraves@ADFlegal.org

*Counsel for the NIFLA Plaintiffs*

*s/ Thomas G. Olp*
Thomas More Society
309 West Washington Street, Suite 1250
Chicago, IL 60606
312-782-1680
tomolp@gmail.com

*Counsel for the Schroeder Plaintiffs*

*s/ Sarah J. Gallo*
Sarah J. Gallo
Special Litigation Bureau
Office of the Illinois Attorney General
100 W. Randolph Street
Chicago, IL 60601
312-814-8309
sgallo@atg.state.il.us

*Counsel for Defendant*

THIS DOCUMENT HAS BEEN ELECTRONICALLY FILED

## CERTIFICATE OF SERVICE

      I hereby certify that on October 10, 2019, I electronically filed the foregoing paper with the Clerk of Court for the by using the ECF system which will send notification of such filing to the following:

Lauren Barski
Sarah Gallo
Elizabeth Morris
Matthew Chimienti
Special Litigation Bureau
Office of the Illinois Attorney General
100 W. Randolph Street
Chicago, IL 60601
sgallo@atg.state.il.us
lbarski@atg.state.il.us
emorris@atg.state.il.us
mchimienti@atg.state.il.us

                                                                                                *s/ Elissa M. Graves*
                                                                                                 Elissa M. Graves