IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| NATIONAL INSTITUTE OF FAMILY AND LIFE ADVOCATES, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> BRYAN A. SCHNEIDER, <br><br> Defendant. | Case No. 16-50310 <br><br> Hon. Rebecca R. Pallmeyer <br><br> Magistrate Judge Lisa A. Jensen |
| RONALD L. SCHROEDER, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> BRYAN A. SCHNEIDER, <br><br> Defendant. | Case No. 17-cv – 04663 <br><br> Hon. Rebecca R. Pallmeyer <br><br> Magistrate Judge Lisa A. Jensen |

## JOINT STATUS REPORT

Pursuant to Paragraph 5 of the Court's Third Amended General Order 20-0012 issued April 24, 2020, the parties submit the following joint status report:

A. **Progress of Discovery:** The parties concluded written and fact discovery. The Court found that Defendant may request expert discovery if Plaintiffs do not succeed in any part of their pending motions for summary judgment. NIFLA Dkt. at 131; Schroeder Dkt. at 109. If Defendant does request expert discovery, the Plaintiffs will discuss their request and any related need to retain experts at the status conference addressed in Part D below.

1

B. **Status of Briefing on Any Unresolved Motion:** Plaintiffs' motions for summary judgment became fully briefed on December 11, 2019. NIFLA Dkt. at 162-65; Schroeder Dkt. at 143-46.

C. **Settlement Efforts:** The parties are unable to settle these claims about the constitutionality of an Illinois law.

D. **Agreed Proposed Schedule for Next 45 Days:** If the Court denies any part of Plaintiffs' pending motions for summary judgment, the parties propose a status hearing to discuss expert discovery and Defendant filing a motion for summary judgment.

E. **Agreed Proposed Revised Discovery and Dispositive Motion Schedule Where Current Schedule Needs Revision:** Not applicable as Plaintiffs' motions for summary judgment are fully briefed, and expert discovery and briefing for Defendant's motion for summary judgment are dependent on the outcome of those motions.

F. **Requested Court Action Without a Hearing:** None requested.

G. **Whether Telephonic Hearing is Necessary and Time Urgent:** The parties do not believe that a telephonic hearing is necessary and time urgent at this time.

Respectfully submitted,

| | |
|---|---|
| */s/ Elissa M. Graves* | */s/ Sarah Gallo* |
| Elissa M. Graves (admitted pro hac vice) | Sarah Gallo |
| Kevin H. Theriot (admitted pro hac vice) | Lauren Barski |
| Alliance Defending Freedom | Matthew Chimienti |
| 15100 N. 90th Street | Elizabeth Morris |
| Scottsdale, AZ 85260 | Special Litigation Bureau |
| 480.444.0020 | Assistant Attorneys General |
| 480.444.0028 (fax) | 100 W. Randolph St., 11th Fl. |
| egraves@ADFlegal.org | Chicago, Illinois 60601 |
| ktheriot@ADFlegal.org | 312-814-8309 |
| | 312-814-3422 |
| Noel W. Sterett, Bar No. 6292008 | 312-814-8570 |
| Dalton & Tomich PLC | 312-814-3909 |
| 401 W. State St., Suite 509 | sgallo@atg.state.il.us |
| Rockford, IL 61101 | lbarski@atg.state.il.us |
| 815.986.8050 | mchimienti@atg.state.il.us |
| nsterett@daltontomich.com | emorris@atg.state.il.us |
| *Counsel for NIFLA Plaintiffs* | *Counsel for Defendant* |

*/s/Thomas Olp*
Thomas Brejcha
Thomas Olp
Patrick Gillen
Thomas More Society
19 South LaSalle St. Suite 603
Chicago, IL 60603
(312) 782-1680
tolp@thomasmoresociety.org
ptg.gillen@gmail.com

*Counsel for Schroeder Plaintiffs*

3

## **CERTIFICATE OF SERVICE**

The undersigned attorney certifies that copies of this **JOINT STATUS REPORT** was served upon all counsel of record via ECF on May 4, 2020.

    /s/ *Sarah J. Gallo*
Sarah J. Gallo
Assistant Attorney General