**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION**

| | | |
|---|---|---|
| NATIONAL INSTITUTE OF FAMILY AND LIFE ADVOCATES, et al., | ) ) ) | |
| Plaintiffs, | ) ) ) ) | |
| v. | ) ) ) | No. 16 CV 50310 |
| BRYAN A. SCHNEIDER | ) ) ) ) | Judge Iain D. Johnston |
| | ) ) | Magistrate Judge Lisa A. Jensen |
| Defendant. | ) | |

**PLAINTIFFS' MOTION TO AMEND AND TO CERTIFY FOR INTERLOCUTORY APPEAL THE COURT'S ORDER DENYING PLAINTIFFS' MOTION FOR SUMMARY JUDGMENT**

Plaintiffs National Institute of Family and Life Advocates d/b/a NIFLA; Tri-County Crisis Pregnancy Center, d/b/a Informed Choices; The Life Center, Inc., d/b/a TLC Pregnancy Services; and Mosaic Pregnancy & Health Centers, by and through their undersigned attorneys, move this Court to amend the Court's September 3, 2020 Order (ECF No. 176) denying Plaintiffs' Motion for Summary Judgment by certifying the Order for interlocutory appeal.

As explained in greater depth in the accompanying memorandum of law, certification for interlocutory appeal under 28 U.S.C. § 1292(b) is appropriate when a trial court order: (1) "involves a controlling question of law"; (2) "as to which there is a substantial ground for difference of opinion"; and (3) "that an immediate appeal from the order may materially advance the ultimate termination of the litigation." *See also Ahrenholz v. Bd. of Trustees of Univ. of Ill.*,

1

219 F.3d 674, 674 (7th Cir. 2000) ("there must be a question of *law*, it must be *controlling*, it must be *contestable*, and its resolution must promise to *speed up* the litigation.") (alterations in original). The Court's September 3, 2020 Order satisfies all three of these prerequisites. In support of this Motion, Plaintiffs rely on the attached memorandum of law.

Since the Court did not contemplate, much less make, certification findings in its original Order denying Plaintiffs' Motion for Summary Judgment, Federal Rule of Appellate Procedure 5(a)(3) authorizes this Court to amend its Order to make the necessary findings.

Respectfully submitted this 1st day of October, 2020,

*s/ Elissa M. Graves*
Elissa M. Graves (admitted *pro hac vice*)
Kevin H. Theriot (admitted *pro hac vice*)
ALLIANCE DEFENDING FREEDOM
15100 N. 90th Street
Scottsdale, AZ 85260
480.444.0020
480.444.0028 (fax)
egraves@ADFlegal.org
ktheriot@ADFlegal.org

Noel W. Sterett, Bar No. 6292008
DALTON & TOMICH PLC
504 N. State St.
Belvidere, IL 61008
815.986.8050
nsterett@daltontomich.com

*Counsel for Plaintiffs*

THIS DOCUMENT HAS BEEN ELECTRONICALLY FILED

2

**CERTIFICATE OF SERVICE**

      I hereby certify that on October 1, 2020, I electronically filed the foregoing paper with the Clerk of Court for the by using the ECF system which will send notification of such filing to the following:

Kwame Raoul
Attorney General of Illinois
Lauren H. Barski
Matthew V. Chimienti
Sarah J. Gallo
Elizabeth Morris
Special Litigation Bureau
Assistant Attorneys General
100 W. Randolph St.
Chicago, Illinois 60601
312-814-3422/312-814-8309
lbarski@atg.state.il.us
mchimienti@atg.state.il.us
sgallo@atg.state.il.us
emorris@atg.state.il.us

                                                *s/ Elissa M. Graves*
                                                Elissa M. Graves