# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.3.3
### Western Division

National Institute of Family and Life Advocates, et al.

          Plaintiff,

v.

          Case No.: 3:16−cv−50310

          Honorable Iain D. Johnston

Bruce Rauner, in his official capacity as Governor of Illinois, et al.

          Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, August 11, 2021:

    MINUTE entry before the Honorable Lisa A. Jensen: A telephonic status conference held on 8/11/2021 to discuss the expert disclosure/deposition schedule. For the reasons stated on the record and pursuant to parties' agreement, the Court revises the expert schedule as follows: Defendants' expert reports are due 8/16/2021; Plaintiffs will identify experts by 9/30/2021; Plaintiff's expert reports are due 11/16/2021. The status hearing scheduled for 11/15/2021 is stricken and reset to 11/29/2021 at 10:00 AM. The parties shall be prepared to discuss the remainder of the expert disclosure/deposition schedule and if they plan on using rebuttal experts. Public access is available via the following call−in number: (877) 336−1831 with access code 2813746. Counsel of record will receive an email the day prior to the start of the telephonic hearing with instructions to join the call. Persons granted remote access to proceedings are reminded of the general prohibition against photographing, recording, and rebroadcasting of court proceedings. Violation of these prohibitions may result in sanctions. Mailed notice. (vk)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.