# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.3.3
### Western Division

National Institute of Family and Life Advocates, et al.

Plaintiff,

v.

Case No.: 3:16−cv−50310

Honorable Iain D. Johnston

Bruce Rauner, in his official capacity as Governor of Illinois, et al.

Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, September 9, 2021:

    MINUTE entry before the Honorable Lisa A. Jensen: Attorney Lauren H Barski's motion to withdraw [198] is granted because other counsel remain for Defendant. The Clerk is directed to terminate attorney Lauren H Barski's appearance. Mailed notice. (vk)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.