# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1
### Western Division

National Institute of Family and Life Advocates, et al.

Plaintiff,

v.

Case No.: 3:16−cv−50310

Honorable Iain D. Johnston

Bryan A. Schneider, in his official capacity as Secretary of the Illinois Department of Financial & Professional Regulation, et al.

Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, May 19, 2023:

    MINUTE entry before the Honorable Iain D. Johnston: Status hearing held on 5/19/2023. Defendant's motion to strike [211] and Plaintiffs' motion to strike [213] are granted in part and denied in part for the reasons stated on the record. The final pretrial order shall be filed by 8/28/2023 and shall include witness and exhibit lists. Bench trial set for 9/20/2023 at 9:30 AM. ETT: 3 days. (yxp, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.