# Exhibit C

## JOINT WITNESS LIST

### I. NIFLA and Schroeder Plaintiffs

The NIFLA and Schroeder Plaintiffs will present the following witnesses at trial:

1. Kathy Lesnoff
2. Sarah VanDerLip
3. Vivian Maly
4. Judy Cocks
5. Dr. Ronald Schroeder
6. Lor Saunders
7. Dr. James Lee - Defendant objects to this expert's testimony to the extent it is duplicative of other testimony by Plaintiffs' experts.
8. Dr. Brent Boles - Defendant objects to this expert's testimony to the extent it is duplicative of other testimony by Plaintiffs' experts.
9. Dr. Ashley Fernandes - Defendant objects to this expert's testimony to the extent it is duplicative of other testimony by Plaintiffs' experts.
10. Steven Jellema – as a rebuttal witness if necessary. Defendant objects to this witness based on Plaintiffs' failure to disclose under Rule 26(a)(1) and seeks to bar this witness under Rule 37(c)(1), see Defendant's motion in limine.
11. Pasha Bohlen –as a rebuttal witness if necessary. Defendant objects to this witness based on Plaintiffs' failure to disclose under Rule 26(a)(1) and seeks to bar this witness under Rule 37(c)(1), see Defendant's motion in limine.

### II. Defendant

The Defendant will present the following witnesses at trial:

1. Dr. Paul Burcher