# Exhibit E

List of Designated Depositions

1. Deposition of Susan Wilson.