# Exhibit A

UNITED STATED DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

| | |
|---|---|
| DR. RONALD L. SCHROEDER, et. al., | Case No.: 1:17-cv-044663 |
| | Hon. Frederick J. Kapala |
| Plaintiffs, | Hon. Iain D. Johnston, Magistrate Judge |
| v. | |
| BRUCE RAUNER, et al., | PLAINTIFFS' INITIAL DISCLOSURES UNDER Fed. R.Civ.P.. 26(a)(1)(A). |
| Defendants. | |

1. Disclosures Rule 26(a)(1)(A)(i). Plaintiffs hereby disclose the following information about "the name and, if known, the address and telephone number of each individual likely to have discoverable information--along with the subjects of that information -- that the disclosing party may use to support its claims or defenses, unless the use would be solely for impeachment;"

Response:

| Name | Address | Subjects of Information |
|---|---|---|
| Ronald L. Schroeder, M.D. | Can be reached care of Options Now Center (address disclosed below). | Factual allegations in the complaint concerning his activities including, but not limited to, his role as Medical Director of Options-Now Pregnancy Center; his background training experience; his medical opinions concerning treatment of women to whom he provides assistance and standard of care under Illinois law; his religious objections to advising or assisting women regarding abortion; the assistance rendered to women by Options-Now Center, 4854 North Alby, Godfrey, IL 62035. |

| | | |
|---|---|---|
| Ms. Trudy Bodenbach, Executive Director Options-Now Center Or Lori Saunders, Director of Clinical Services 4854 North Alby, Godfrey, IL 62035<br><br>Judy K. Cocks Exec. Dir., 1st Way Life Center 3714 Fairview Ave. Johnsburg, IL 6051<br><br>Tim Dilbeck, Exec. Dir., Pregnancy Aid Southwest Suburbs (PASS), 17214 Oak Park Avenue Tinley Park, IL 60477<br><br>Dr. Pamela Smith Can be reached c/o Pregnancy Aid Southwest Suburbs (PASS), 17214 Oak Park Avenue Tinley Park, IL 60477 | Can be reached at addresses disclosed at left. | Services provided to women seeking help at the three pregnancy centers (Options-Now, 1st Way Life Center, and Pregnancy Aid Sowthwest Suburbs), including but not limited to the nature of assistance given to women seeking help from, and forms and procedures that relate to providing services to those women, the religious inspiration for this work as well as the religious objections to compliance with PA 1564. |
| Same as above | Same as above | Factual allegations in the complaint, including but not limited to, services provided to women seeking help from the three pregnancy centers (Options-Now, 1st Way Life Center, and Pregnancy Aid Sowthwest Suburbs), the nature of assistance given and procedures that relate to providing services to those women; the religious inspiration for this work as well as the religious objections to compliance with PA 1564. |

2

| | | |
|---|---|---|
| Dr. Pamela Smith<br>Can be reached c/o<br>Pregnancy Aid Southwest Suburbs (PASS), 17214 Oak Park Avenue<br>Tinley Park, IL 60477 | | Factual allegations in the complaint concerning her activities including, but not limited to, her role as Medical Director for PASS; her background training experience; her medical opinions concerning treatment of women to whom PASS provides assistance under her direction and the standard of care under Illinois law; her religious objections to advising or assisting women regarding abortion; the assistance rendered to women by PASS. |

2. Disclosures Under Rule 26(a)(1)(A)(ii). Plaintiffs hereby disclose the following "description by category and location of all documents, electronically stored information, and tangible things that the disclosing party has in its possession, custody, or control and may use to support its claims or defenses, unless the use would be solely for impeachment;"

Response:

| Description of Documents By Category | Location |
|---|---|
| Records showing the purpose and governance of each of the Plaintiff organizations. | Available at offices of plaintiffs or non-party Options-Now indicated above. |
| Documents showing the religious inspiration and beliefs of the Plaintiff organizations, the requirement that services be rendered in keeping with those religious beliefs by any individual who works for or with each organization and the information or services they cannot provide consistent with their religious beliefs. | Same as above. |
| Documents showing the information provided to Plaintiffs make to individuals who come to them seeking assistance and the forms executed by those who choose to accept assistance from the Plaintiffs. | Same as above. |

3

| | |
|---|---|
| Documents showing the services rendered by each organization and the procedures governing provision of those services. | Same as above. |
| Documents showing the services that have been rendered to individuals coming the Plaintiffs for help. | Same as above. |
| Documents showing the benefits of the services rendered by each organization to individuals who seek assistance. | Same as above. |
| Documents showing that some women who visit with the Plaintiffs choose to procure an abortion. | Same as above. |
| Documents showing the gratitude that many women have for the care and support that each Plaintiff has provided to them. | Same as above. |

3. Disclosures Under Rule 26(a)(1)(A)(iii). Plaintiffs hereby disclose the following information relevant to "a computation of each category of damages claimed by the disclosing party--who must also make available for inspection and copying as under Rule 34 the documents or other evidentiary material, unless privileged or protected from disclosure, on which each computation is based, including materials bearing on the nature and extent of injuries suffered;"

Response: Plaintiffs do not seek damages at this time.

4. Disclosures Under Rule 26(a)(1)(A)(iv). Plaintiffs hereby disclose "for inspection and copying as under Rule 34, any insurance agreement under which an insurance business may be liable to satisfy all or part of a possible judgment in the action or to indemnify or reimburse for payments made to satisfy the judgment."

Response: Plaintiffs are not aware of any insurance agreement they have that is relevant.

4

Respectfully submitted this 20th day of October, 2017.

/s/Thomas Olp
Thomas Brejcha Thomas Olp
Thomas More Society
19 South LaSalle St. Suite 603
Chicago, IL 60603
(312) 782-1680
tolp@thomasmoresociety.org
Attorneys for Plaintiffs

Joan M. Mannix
Joan M. Mannix, Ltd.
135 South LaSalle Street Suite 2200
Chicago, IL 60603
(312) 521-5845
jmannix@joanmannixltd.com
Attorney for Plaintiffs

CERTIFICATE OF SERVICE

The undersigned certifies he sent the foregoing document to the undersigned by emailing same this 20th day of October, 2017 to each individual listed below, and by placing on the same date a printed copy of same in the U.S. mail postage prepaid addressed to these individuals.

| | |
|---|---|
| LISA MADIGAN<br>Attorney General of Illinois<br><br>Sarah H. Newman<br>Michael T. Dierkes<br>Assistant Attorneys General<br>General Law Bureau<br>100 W. Randolph St., 13th Fl.<br>Chicago, Illinois 60601<br>312-814-6131 / 312-814-3672<br>snewman@atg.state.il.us<br>mdierkes@atg.state.il.us<br>lmadigan@atg.state.il.us | Elissa Graves<br>Kevin H. Theriot<br>Alliance Defending Freedom<br>15100 N. 90th Street<br>Scottsdale, AZ 85260<br>egraves@ADFlegal.org<br>ktheriot@ADFlegal.org<br><br>Noel W. Sterett<br>Mauck & Baker, LLC<br>1 N. LaSalle, Suite 600<br>Chicago, IL 60602<br>(312) 726-1243<br>(866) 619-8661 (fax)<br>nsterett@mauckbaker.com<br><br>Anne O'Connor<br>National Institute of Family and Life Advocates<br>5601 Southpoint Centre Blvd.<br>Fredericksburg, VA 22407<br>(540) 372-3930<br>AOConnor@nifla.org |

/s/Thomas Olp
Thomas Brejcha Thomas Olp
Thomas More Society
19 South LaSalle St. Suite 603
Chicago, IL 60603
(312) 782-1680
tolp@thomasmoresociety.org
Attorneys for Plaintiffs
