**UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1
Western Division**

National Institute of Family and Life Advocates, et al.

                                                Plaintiff,

v.                                                 Case No.: 3:16−cv−50310
                                                   Honorable Iain D. Johnston

Mario Treto, Jr., et al.

                                                Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Wednesday, August 30, 2023:

      MINUTE entry before the Honorable Iain D. Johnston: The motion to bar [246] and agreed motion in limine [247] are taken under advisement. (yxp, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.