IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION

| | | |
|---|---|---|
| NATIONAL INSTITUTE OF FAMILY AND LIFE ADVOCATES, et al., | ) ) ) | |
| Plaintiffs, | ) ) ) ) | |
| v. | ) ) | No. 16 CV 50310 |
| MARIO TRETO JR., | ) ) ) | Judge Iain D. Johnston |
| Defendant. | ) ) ) | Magistrate Judge Lisa A. Jensen |
| RONALD SCHROEDER, et al., | ) ) ) | |
| Plaintiffs | ) ) | No. 17 CV 4663 |
| v. | ) ) | Judge Iain D. Johnston |
| MARIO TRETO JR., | ) ) ) | Magistrate Judge Lisa A. Jensen |
| Defendant. | ) ) | |

**NIFLA PLAINTIFFS' MOTION FOR JUDICIAL NOTICE**

Plaintiffs National Institute of Family and Life Advocates, Informed Choices, TLC Pregnancy Services, and Mosaic Pregnancy and Health Centers (collectively, the "NIFLA Plaintiffs") respectfully move this Court to take judicial notice of NIFLA Exhibits 19 through 26 and 33.

NIFLA Exhibits 20 through 25 are the results of a Google search for "abortion in Illinois" performed by NIFLA Plaintiffs' attorney Julia C. Payne. Defendant objects that these exhibits are inadmissible hearsay and lack authentication. But NIFLA Plaintiffs do not wish to introduce these exhibits to "prove the truth of the matter asserted" in the Google search results. Fed. R. Evid. 801(c)(2). Instead, NIFLA Plaintiffs ask this Court to take judicial notice of these exhibits merely to show "that internet research can quickly and easily" provide Illinois women "with useful information" about abortion and abortion providers. *DR Distributors, LLC v. 21 Century Smoking, Inc.*, 513 F. Supp. 3d 839, 868 & n.10 (N.D. Ill. 2021). And the attached declaration from attorney Julia C. Payne is sufficient to authenticate the search and its results.

NIFLA Exhibits 19, 26, and 33 are government websites containing public records and vital statistics. Defendant objects to Exhibit 19 on relevance grounds, to Exhibits 26, and 33 on hearsay grounds, and to Exhibit 33 on the basis of Rule 702. First, Exhibit 19, which includes statistics on Illinois public libraries, is relevant to the extent that Defendant argues that women seeking abortion do not have internet access because it states that 97.34% of Illinois public libraries have computer workstations with internet access for public use. Second, Rule 803 specifically exempts public records and vital statistics—such as Exhibit 26, which includes abortion statistics from the Illinois Department of Public Health, and Exhibit 33, which includes statistics from the Center for Disease Control—from the prohibition on hearsay. Fed. R. Evid. 803(8)–(9). Finally, it is unclear how Rule 702, which governs testimony by expert witnesses, would affect the Court's ability to "take judicial notice of official publications on government websites," *Streight v. Pritzker*, No. 3:21-cv-50339, 2021 WL 4306146, at *3 (N.D. Ill. Sept. 22, 2021).

For these reasons, this Court should take judicial notice of NIFLA Exhibits 19 through 26 and 33.

RESPECTFULLY SUBMITTED this 15th day of September, 2023.

*s/ Kevin H. Theriot*
Kevin H. Theriot, AZ Bar No. 304446*
Julia C. Payne, IN Bar No. 34728-53**
Alliance Defending Freedom
15100 N. 90th Street
Scottsdale, AZ 85260
480.444.0020
480.444.0028 (fax)
ktheriot@ADFlegal.org
jpayne@adflegal.org


Noel W. Sterett, Bar No. 6292008
Dalton & Tomich PLC
401 W. State St., Suite 509
Rockford, IL 61101
815.986.8050
nsterett@daltontomich.com

*Counsel for NIFLA Plaintiffs*

*Admitted *pro hac vice*

**Motion for *pro hac vice* admission pending


THIS DOCUMENT HAS BEEN ELECTRONICALLY FILED

2

## CERTIFICATE OF SERVICE

I hereby certify that on September 15, 2023, I electronically filed the foregoing paper with the Clerk of Court by using the ECF system which will send notification of such filing to the following:

Kwame Raoul
Attorney General of Illinois

Karyn Bass-Ehler
Sarah J. Gallo
Elizabeth Morris
Hannah Jurowicz
John Hazinski
Special Litigation Bureau
Assistant Attorneys General
100 W. Randolph St.
Chicago, Illinois 60601
312-814-3422/312-814-8309
Karyn.BassEhler@ilag.gov
Sarah.Gallo@ilag.gov
Elizabeth.Morris@ilag.gov
H.groschJurowicz@ilag.gov
John.Hazinski@ilag.gov

*s/ Kevin H. Theriot*
Kevin H. Theriot
