# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
### WESTERN DIVISION

| | |
|---|---|
| NATIONAL INSTITUTE OF FAMILY AND LIFE ADVOCATES, et al., ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | No. 16 CV 50310 |
| ) | |
| MARIO TRETO JR., ) | Judge Iain D. Johnston |
| ) | |
| ) | Magistrate Judge Lisa A. Jensen |
| Defendant. ) | |
| RONALD SCHROEDER, et al., ) | |
| ) | No. 17 CV 4663 |
| Plaintiffs ) | |
| ) | Judge Iain D. Johnston |
| v. ) | |
| ) | Magistrate Judge Lisa A. Jensen |
| MARIO TRETO JR., ) | |
| ) | |
| Defendant. ) | |

## **DECLARATION OF JULIA C. PAYNE**

I, Julia C. Payne, pursuant to the provisions of 28 U.S.C. § 1746, do hereby declare as follows:

1. I am at least 18 years of age and am competent to testify.

2. On September 14, 2023, I performed a Google search for "abortion in Illinois." NIFLA Ex. 20 (attached hereto). That search returned 22,600,000 results, including the following:

   a. An "abortion finder" website with a search tool to find a "verified abortion provider" and a link to a list of organizations that provide financial assistance for abortion, Ex. 21 (attached hereto);

   b. The website for the ACLU of Illinois, which informs women that "Illinois law ensures that abortion is legal for all people" and includes links to websites to "find an abortion provider" and to find "financial support," Ex. 22 (attached hereto);

   c. The City of Chicago's website, which provides information about the legality of abortion in Illinois, links to abortion guides by state, the phone number for an "all-options talkline," and a warning about "crisis pregnancy centers," Ex. 23 (attached hereto);

   d. The website for Planned Parenthood of Illinois, which includes a link to book an appointment online, Ex. 24 (attached hereto);

   e. A list of clinics in Illinois that provide abortion according to Google maps, Ex. 20;

   f. The website for the Center for Reproductive Rights, which states that "[a]bortion will remain legal in Illinois," Ex. 20;

   g. An article from CBS News, stating that "[a]bortion rights remain intact in Illinois," Ex. 20;

   h. The Guttmacher Institute's website, which includes an "interactive map" of "U.S. abortion policies," Ex. 20;

   i. A Wikipedia article, which states that "[a]bortion in Illinois is legal," Ex. 20;

   j. The State's own press release concerning its post-Dobbs protections for reproductive rights and abortion statistics, Ex. 20;

1

2

k.  An "Abortion Clinics in Illinois" website that includes a link to "request an appointment," Ex. 25 (attached hereto);

l.  A series of news articles and other websites discussing Illinois's legal protections for abortion, Ex. 20;

m.  And finally, only after everything listed above, the website for Plaintiff Informed Choices, Ex. 20.

I declare under penalty of perjury that the foregoing is true and correct. Executed on September 15, 2023.

*Julia C. Payne*
Julia C. Payne