# EXHIBIT 19

Home  >  Section 1 – Statewide Statistical Analysis: Summary Report

Illinois Public Libraries

# Statewide Statistical Analysis

## Fiscal Year 2005-06

Produced By

**The Library Research Center**

University of Illinois at Urbana-Champaign

For

**The Illinois State Library**

Jesse White, Secretary of State and State Librarian

NIFLA 02027

Of the 650 public libraries in Illinois, 645 submitted an annual report for the 2006 fiscal year (between July 1, 2005 and June 30, 2006). A summary of those reports is presented below.

## ■ Population Served

The total state resident served for these 646 libraries is 11.6 million. Of those residents served by a public library, 55.27 percent had a resident borrower card. They issued 33,609 non-resident cards. The average cost for a non-resident borrower card was $68.18.

The chart to the right includes only those libraries that did not contract out all their services (the term of "contractor library" is used hereafter).



Illinois Public Libraries
By Size of Population Served (FY 2006)

## ■ Facilities

The chart below shows the percentages of public libraries by administrative type. Of the 644 libraries, there were 326 district public libraries: 163 city, 98 village, 48 township, 6 town, and 3 marked as "other."

The number of bookmobiles in Illinois was 24. Four branch libraries were opened and two branch libraries were closed, resulting in a total of 164 branch libraries.



Illinois Public Libraries
In %, by Administrative Type (FY 2006)

NIFLA 02028

## ■ Service Hours

In 2006, central libraries, excluding branch libraries, bookmobiles, and the contractee libraries, were open an average of 47.93 hours per week (total responses=627 libraries). 91 percent of the central libraries served an average of 8.00 hours a week past 6 p.m. 96 percent of them were open an average of 5.87 hours on Saturday; 35 percent were open an average of 4.07 hours on Sunday.

The chart to the right shows that, except for libraries serving 250,000 or more persons, the larger the size of population served by a central library, the more hours per week it was open.



**Average Number of Hours Open Per Week**
By Size of Population Served (FY 2006)

| Population Served | Hours |
|---|---|
| Less than 1,500 | 27.4 |
| 1,500 to 2,999 | 35.4 |
| 3,000 to 4,999 | 42.6 |
| 5,000 to 9,999 | 51.1 |
| 10,000 to 24,999 | 60.6 |
| 25,000 to 49,999 | 66.0 |
| 50,000 to 74,999 | 69.4 |
| 75,000 to 249,999 | 71.4 |
| 250,000 or more | 60.0 |

## ■ Attendance

In 2006, over 59.85 million visits or 6.91 visits per capita (for 619 contractor libraries) were made to Illinois public libraries. Since last year (2005), total attendance at Illinois public libraries increased about 5 percent. If comparing to 2001, five years ago, total attendance at Illinois public libraries is about the same.





**Attendance Per Capita**
By Size of Population Served (FY 2006)

| Population Served | Attendance Per Capita |
|---|---|
| Less than 1,500 | 6.4 |
| 1,500 to 2,999 | 5.3 |
| 3,000 to 4,999 | 4.9 |
| 5,000 to 9,999 | 7.0 |
| 10,000 to 24,999 | 7.0 |
| 25,000 to 49,999 | 6.9 |
| 50,000 to 74,999 | 7.5 |
| 75,000 to 249,999 | 6.9 |

The chart to the left shows attendance per capita by the size of population served. Attendance per capita was highest at public libraries serving populations of between 50,000 and 74,999 persons. Attendance per capita was lowest at public libraries serving populations of between 3,000 and 4,999.

In 2006, attendance at programs specifically targeted for children represented 4.37 percent of total attendance at those Illinois public libraries (total responses=612 libraries).

NIFLA 02029

- ## Materials Owned

In 2006, public libraries in Illinois held 43.28 million books, up 5 percent since 2005 (responses N=626 contractor libraries); 2.53 million audio recordings, about the same since 2005 (total responses=624 contractor libraries); 1.97 million videos and/or films, up 9.4 percent since 2005 (total responses=621 contractor libraries); 0.40 million e-books (responses N=626). Except for the Chicago Public Library, on average, each library subscribed to 151 print magazines and newspapers, down 9 percent since 2005. On average, each library had 9 electronic serial subscriptions, 9 times of that in 2005.

- ## Reference Questions

In 2006, on average one out of every 5.88 visitors to library in Illinois asked a reference question (total responses=610 libraries). This figure in 2005 was 5.1. In 2006, on average, each of these 610 libraries responded to 16,849 reference questions.

The chart to the right shows the average number of reference questions asked per capita by the size of the population served. The largest number of reference questions asked per capita occurred in libraries serving populations of between 75,000 and 24,999, with 1.4 reference questions asked per capita.

The lowest number of reference questions asked per capita occurred in libraries serving populations of between 1,500 and 2,999, with 0.8 reference questions asked per capita.



Reference Questions Per Capita
By Size of Population Served (FY 2006)

| Population | Value |
|---|---|
| Less than 1,500 | 1.0 |
| 1,500 to 2,999 | 0.8 |
| 3,000 to 4,999 | 0.9 |
| 5,000 to 9,999 | 1.2 |
| 10,000 to 24,999 | 1.1 |
| 25,000 to 49,999 | 1.1 |
| 50,000 to 74,999 | 1.3 |
| 75,000 to 249,999 | 1.4 |

Among those libraries reporting the number of reference questions asked in the adult's department and the children's department in 2006, 29.85% of all reference questions were asked in children's department (total responses=580 libraries).

- ## Materials Loaned

Statewide, Illinois public libraries loaned 8.35 items per capita in 2006 (total responses=626 libraries). For every visit to an Illinois public library, 1.54 items were loaned (total responses=620 libraries).

The chart to the right shows the number of materials loaned per person served by an Illinois public library (per capita) and per person visiting the library (per visit) by the size of population served by the library in 2006.



The number of materials loaned per visit ranged from 1.29 at public libraries serving 10,000 to 24,999 persons to 1.75 at public libraries serving from 1,500 to 2,999 persons. Materials loaned per capita varied more widely, from a minimum of 2.40 at public libraries serving 250,000 or more persons to a maximum of 13.07 at public libraries serving from 50,000 to 74,999 persons.

From 1996 to 2005, the overall proportion of materials loaned in Illinois that were children's (age 14 or younger) remained fairly constant at around 40 percent. However, this figure has decreased to 34.88% in 2006.

In 2006, 80 Illinois public libraries circulated more children's materials than adult materials. On average, the children's materials circulated in these libraries were 1.15 times that of the adult materials circulated.

- ## Interlibrary Loans

In 2006, 53 interlibrary loans per 100 persons were provided and 48 interlibrary loans per 100 persons were received. Since last year the total number of interlibrary loans provided by Illinois public libraries increased 25.03 percent from 2,975,646 in 2005 to 3,720,524 in 2006. The total number of interlibrary loans received by Illinois public libraries increased 21.36 percent from 3,056,815 in 2005 to 3,709,897 in 2006.

The chart below shows the number of interlibrary loans provided and received by library systems in Illinois during 2006. The Lincoln Trail Libraries System had the largest number of interlibrary loans provided at 94.30 per 100 persons. The Lewis and Clark Library System had the second largest number of interlibrary loans provided at 70.14 per 100 persons.

The Lincoln Trail Libraries system had the largest number of interlibrary loans received at 93.48 per 100 persons. The Lewis and Clark Library System had the second largest number of interlibrary loans received at 62.08 per 100 persons.

NIFLA 02031



Interlibrary Loans Provided and Received By Library System
Per 100 Persons (FY 2006)

## ■ Reciprocal Loans

Reciprocal loans are materials lent directly to card holders from other libraries. In 2006, 96.2 percent of Illinois public libraries reported participating in reciprocal borrowing (total responses=578 libraries). Among these libraries, total over 9.61 million reciprocal loans, or 91.22 loans per 100 Illinois residents, were made in 2006.

The chart to the right shows the number of reciprocal loans by library system. The North Suburban Library System reported the largest number of reciprocal loans at 185.58 per 100 persons, followed by the Lincoln Trail Library System with 156.41 loans per 100 persons.



Reciprocal Loans by Library System
Per 100 Persons (FY 2006)

NIFLA 02032

# ■ Automation

### Computer Equipment Owned By Illinois Public Libraries

In 2006, 98.58 percent of all public libraries reported owning at least one microcomputer (total responses=635 libraries).

Of those computers owned by Illinois public libraries (total 21,870 computers):

- ❖ 99.22 percent are IBM-compatible
- ❖ 0.78 percent are Macintosh computers

Of the 635 libraries responded, 13 libraries reported they did not own a printer. The total number of printers owned by Illinois public libraries was 6,514.

Of the 645 libraries responded, 632 libraries had general software applications (i.e., word processors, spreadsheets, databases, etc.) installed on those computers.

### Computer Equipment Available for Public Use

In 2006, 99.84 percent of libraries reported having at least one computer available for public use (total responses=627 contractor libraries). Since last year, the total number of computers available for public use increased 6.17 percent from 11,189 in 2005 to 11,879 in 2006. Of those computers available for public use in Illinois public libraries:

- ❖ 99.15 percent are IBM-compatible
- ❖ 0.85 percent are Macintosh computers

The table to the right shows the number of computers and printers available for public use (total responses=638 libraries).

The average number of in-house users of electronic resources in a month for libraries who have in-house users was 1,757 (total responses=607 libraries).

| Available For Public Use In Illinois Public Libraries (FY 2006) | | |
|---|---|---|
| Total Number Available | Computers (percent) | Printers (percent) |
| Zero | 1.71 | 2.95 |
| One | 2.64 | 24.50 |
| Two | 7.44 | 32.71 |
| Three | 9.61 | 13.80 |
| Four | 10.08 | 8.22 |
| Five | 5.74 | 5.12 |
| Six | 7.91 | 2.64 |
| Seven | 4.81 | 1.09 |
| Eight | 4.19 | 1.40 |
| Nine | 3.57 | 1.71 |
| Ten | 2.64 | 0.93 |
| More Than Ten | 39.69 | 4.96 |
| Total | 100.0 | 100.0 |

## ■ Internet Access

The table to the right shows the proportion of public libraries which used each type of internet connection provider (total responses=626 libraries). The most frequently used internet connection providers were ICN and commercial providers.

| Internet Connection Providers<br>Percent of Public Libraries Which Used<br>FY 2006 | |
|---|---|
| Illinois Century Network (ICN) | 50.2% |
| Another local/state government organization[1] | 2.2% |
| Local educational organization | 2.2% |
| Community Information Network (Free-Net) | 3.8% |
| Library system network | 10.4% |
| Commercial provider | 36.7% |
| Other | 11.2% |

Of the 620 public libraries who answered the following questions:

- ❖ 98.4 percent provided internet access directly to patrons and staff
- ❖ 1.5 percent provided internet access to patrons through a staff intermediary
- ❖ 0.2 percent provided internet access to library staff only

Of the public libraries who answered the following questions:

- ❖ 97.34 percent had workstations/terminals that had internet access for public use (N=639)
- ❖ 97.6 percent had library board adopt an Internet policy for public access (N=625)
- ❖ 98.6 percent allowed patrons to make printouts of materials obtained from the internet (N=635)
- ❖ 61 percent provided instruction (workshops, classes) to patrons on the use of the internet (N=634)

### Online Public Access Catalogs

In 2006, 78 percent of libraries in Illinois reported their catalog records were part of an online public access catalog total responses (total responses=636 libraries). Of those public libraries whose catalog records are part of an OPAC, 97.6 percent offered patrons access to the OPAC from outside their public library (total responses=466 libraries).

---
[1] e.g., county/state information services department.

## ■ Telephone Devices for the Deaf

In 2006, 31.1 percent of libraries owned telephone devices for the deaf (TDD) (total responses=635 libraries). A total number of 204 telephone devices for the deaf (TDD) (N=190 libraries which had at least one TDD). Of those public libraries with a TDD, 72.6 percent had a TDD available for public use (N=190 libraries).

■ **Equalized Assessed Valuation**

The chart and table below show Equalized Assessed Valuation (EAV) of public library service areas by library system. The North Suburban Library System had the largest total EAV; followed by the Chicago Public Library System. The lowest total EAV was found in the Shawnee Library System. The Chicago Public Library System and the North Suburban Library System had the largest averaged EVA by number of library. The Shawnee Library System had the lowest figure in this category.



Equalized Assessed Valuation (in millions) of Illinois Public Library Service Areas By Library System (FY 2006)

| Averaged Equalized Assessed Valuation (in millions) of Illinois Public Library Service Areas by Number of Library (FY 2006) | |
|---|---:|
| Chicago Public Library System | $55,277 |
| North Suburban Library System | $1,155 |
| DuPage Library System | $875 |
| Metropolitan Library System | $443 |
| Prairie Area Library System | $181 |
| Rolling Prairie Library System | $104 |
| Lewis and Clark Library System | $84 |
| Alliance Library System | $77 |
| Lincoln Trail Library System | $75 |
| Shawnee Library System | $38 |

9

NIFLA 02035

■ **Funding**

In 2006, Illinois public libraries reported total funding of $693,685,920. On average, each library spent $51.42 per capita in funding (total responses=645 libraries); with $605,762,268 (87.32 percent) from local funding (including capital income from bond sales), $32,841,110 (4.73 percent) from state funding, $3,464,461 (0.50 percent) from federal funding, and $51,652,113 (7.45 percent) from other sources.[1] The chart below shows funding per capita by source.



The chart below shows the total funding per capita by library system. The highest funding per capita occurred in the North Suburban Library System, followed by the Metropolitan System and the DuPage Library System. The lowest funding per capita occurred in the Shawnee Library System and the Lewis and Clark Library System.



---

[1] Other sources include Bill and Melinda Gates Foundation grant monies received, endowment income, gifts and donations, fines, payments for contract services, interest income, and receipts from a library system or from a loan or mortgage.

10

- ## Expenditures

In 2006, Illinois public libraries (N=624) reported total expenditures of $477,864,390 or $43.99 per capita; $237,520,282 (49.7 percent) for salaries, $60,571,080 (12.7 percent) for benefits, $43,672,389 (9.1 percent) for print materials, $9,987,399 (2.1 percent) for electronic materials, $11,190,626 (2.3 percent) for other materials, and $114,922,614 (24 percent) for all other expenditures[2]. The chart to the right shows operating expenditures per capita.

In addition, Illinois public libraries (N=617) spent $49,424,138 ($4.18 per capita) for capital expenditures.



Expenditures Per Capita
By category (FY 2006)

The chart below shows the expenditures per capita by library system. The highest expenditures per capita occurred in the North Suburban Library System, followed by the Metropolitan Library System and the DuPage Library System. The lowest expenditures per capita occurred in the Shawnee Library System and libraries that did not belong to any system.



Expenditures Per Capita
By Library System (FY 2006)

---

[2] Other expenditures include expenditures for library and general office supplies, processing costs, commercial binding and rebinding, equipment, rent, utilities, repairs, etc.

### ■ Public Library Staff

On average, each library reported 10.64 full-time equivalent (FTE) library staff (adjusted to a 40 hour work week), not including librarians (N=526). Of those FTE library employees, 8.06 were technical and clerical employees, 1.91 were pages and shelvers, and less than 1 (0.67 FTE) was building maintenance, security, and plant operations employees.

The table below shows the average minimum and average maximum hourly wage for library.

#### Hourly Wage: Public Library Staff
(FY 2006)

| Library Staff | Average Minimum | Average Maximum |
|---|---|---|
| Technical and Clerical | $8.03 | $14.34 |
|  | (N=477) | (N=468) |
| Pages and Shelvers | $6.91 | $8.11 |
|  | (N=274) | (N=310) |
| Building Maintenance and Security | $10.80 | $13.74 |
|  | (N=339) | (N=338) |

### ■ Public Librarians

Of the 3,022 librarians reported in Illinois in 2006, there were 2,330 full-time equivalent (FTE) librarians (adjusted to a 40 hour work week) (N=616).

The chart below shows the number of FTE librarians reported by Illinois public libraries by primary work area (the work area where the most time is spent). The primary work area with the largest number of FTE librarians was head librarians, followed by reference librarians and children's librarians. The primary work areas with the smallest number of FTE librarians were bookmobile and ILL/Document Delivery.



Number of Full-Time Equivalent Librarians
By Primary Work Area (FY 2006)

| Work Area | FTE |
|---|---|
| Head Librarian | 506.93 |
| Asst. Library Director | 110.75 |
| Asst. Librarian | 79.35 |
| Automation/Systems | 67.88 |
| Bookmobile | 7.53 |
| Cataloging | 168.40 |
| Collection/Acquisitions | 33.75 |
| Circulation | 129.60 |
| ILL/Document Delivery | 14.38 |
| Reference | 449.03 |
| Children's Services | 435.73 |
| Young Adult Services | 34.05 |
| Adult Services | 236.45 |
| Other | 82.73 |

NIFLA 02038

## ■ Public Librarian Salaries

The table below shows the median hourly wage for ALA-accredited MLS degree holding librarians (58.6 percent of all Illinois public librarians) by primary work area (the work area where the most time is spent) and gender. Only contractor libraries are included.

**Public Librarians with an ALA Accredited MLS Degree**
Median Hourly Wage by Primary Work Area and Gender (FY 2006)

| Primary Work Area | Male Median Rate ($) | Number | Female Median Rate ($) | Number | Wage Gap (%) |
|---|---|---|---|---|---|
| Head Librarian | 38.71 | 63 | 30.52 | 178 | 26.83 |
| Asst. Library Director | 32.03 | 18 | 32.31 | 53 | -0.87 |
| Asst. Librarian | NA | 0 | 27.70 | 2 | NA |
| Automation/Systems | 28.14 | 19 | 29.09 | 22 | -3.27 |
| Bookmobile | 21.81 | 1 | 28.97 | 4 | -24.72 |
| Cataloging | 22.36 | 20 | 22.58 | 111 | -0.97 |
| Collection/Acquisitions | 26.12 | 4 | 26.81 | 23 | -2.57 |
| Circulation | 29.80 | 2 | 24.28 | 22 | 22.73 |
| ILL/Document Delivery | NA | 0 | 23.64 | 3 | NA |
| Reference | 20.68 | 94 | 21.44 | 440 | -3.54 |
| Children's Services | 21.10 | 17 | 22.14 | 327 | -4.70 |
| Yong Adult Services | NA | 0 | 20.35 | 26 | NA |
| Adult Services | 20.37 | 41 | 22.82 | 200 | -10.74 |
| Other | 21.59 | 5 | 27.71 | 50 | -22.09 |
| All | 23.66 | 284 | 22.96 | 1461 | 3.05 |

The chart below shows the median hourly wage for librarians with an ALA-accredited MLS degree by primary work area. Head librarians earned the highest median hourly wage, followed by the asst. library directors and automation librarians. The lowest median hourly wage was reported for young adult services.



Public Librarians with an ALA Accredited MLS Degree
Median Hourly Wage by Primary Work Area (FY 2006)

13

NIFLA 02039

## ■ Per Capita and Equalization Grants

The Library Research Center processed data from the Per Capita and Equalization Aid Grant applications for fiscal year 2005. These grants, awarded to qualifying libraries, can not be used for normal library operations.

In 2005, the Illinois State Library awarded over $14.8 million in Per Capita Grants to 620, or 98.7 percent of, public libraries. The average Per Capita Grant awarded to a library was $23,936.

The chart below shows the reported uses of the Per Capita Grant awarded in the previous fiscal year (2005). The largest uses of the Per Capita Grant awarded in fiscal year 2005 were for personnel (31.8 percent) and adult materials (30.8 percent).



Uses of the Per Capita Grant Awarded for Fiscal Year 2005

Twelve public libraries were also eligible to receive an Equalization Aid Grant in 2005. The Illinois State Library awarded those libraries an average of $11,810 for a total of $141,722.

The chart below shows the reported uses of the Equalization Aid Grant awarded in the previous fiscal year (2005). The largest use of the Equalization Aid Grant awarded in fiscal year 2005 was personnel (96.5 percent), followed by adult materials (1.5 percent).



Uses of the Equalization Aid Grant Awarded for Fiscal Year 2005

14