# EXHIBIT 20



9/14/23, 3:22 PM Case: 3:16-cv-50310 Document #: 254-3 Filed: 09/15/23 Page 2 of 9 PageID #:3586
abortion in illinois - Google Search

Google
abortion in illinois
Sign in
News
Images
Statistics
Attorney General
Amendment
Abortion law 2023
Safe haven
Minor
Legal
All filters
Tools
About 22,600,000 results (0.47 seconds)
Results for Illinois · Choose area
Yes. Abortion is legal in Illinois. However, abortion is restricted in Illinois and other states. Right now, abortion is legal in Illinois until "viability," which is the stage of pregnancy when a fetus has developed enough that it is able to survive outside the uterus with medical help.
Abortion Finder
https://www.abortionfinder.org › abortion-guides-by-state
State Guide to Abortion in Illinois
About featured snippets • Feedback
People also ask
What is the new abortion law Illinois?
How long will abortion be legal in Illinois?
Is Illinois part of the abortion law?
When did abortion become illegal in Illinois?
Feedback
ACLU of Illinois
https://www.aclu-il.org › know-your-rights › know-yo...
Know Your Rights - Abortion in Illinois
You have the right to keep your abortion confidential regardless of how old you are. · If you are under 18, a clinic is not required by law to contact a parent ...
City of Chicago (.gov)
https://www.chicago.gov › city › cdph › provdrs › svcs
Abortion Care
Abortion is legal in Illinois. ... Though federal protections for abortion went away with the overturning of Roe v. Wade, abortion is still legal and available in ...
Planned Parenthood
https://www.plannedparenthood.org › patient-resources
Abortion Services | Planned Parenthood of Illinois
Planned Parenthood offers the full range of abortion care options: in-clinic abortion and medication abortion. Both are safe, effective, and legal in Illinois.
In-Clinic Abortion · Medication abortion pill by mail · Abortion Pill
Places

NIFLA 02019

https://www.google.com/search?q=abortion+in+illinois&rlz=1C1GCEA_enUS1028US1029&oq=abortion+in+i&aqs=chrome.0.69i59j0i512j69i57j0i512l2… 1/8



Provides Abortions | Medicare/Medicaid | Rating | Hours

Check with providers to confirm availability

Illinois Abortion
No reviews · Abortion clinic
(866) 569-5100
Open · Closes 8 PM
Provides **abortions**
Website

Illinois Abortion Clinic
3.5 (10) · Abortion clinic
Downers Grove, IL · (866) 569-5100
Provides **abortions**
Website Directions

Hope Clinic
4.2 (97) · Abortion clinic
Granite City, IL · (618) 451-5722
Closed · Opens 8:30 AM Fri
Medicare/Medicaid accepted
Provides **abortions**
Website Directions

More places →

Center for Reproductive Rights
https://reproductiverights.org › WIRF State

Illinois

**Abortion will remain legal in Illinois**. In 2019, Illinois enacted comprehensive abortion rights legislation. And the Illinois Supreme Court has recognized ...

CBS News
https://www.cbsnews.com › CBS Chicago › Local News

Illinois abortion laws one year after Roe was overturned

Jun 30, 2023 — **Abortion had been illegal in Illinois** before the Roe v. Wade decision in 1973. In 1975, state lawmakers passed the Illinois Abortion Act – a " ...

Guttmacher Institute
https://states.guttmacher.org › policies › illinois › abor...

Interactive Map: US Abortion Policies and Access After Roe ...

Abortion Policies in Illinois · **Abortion is banned at fetal viability**, generally 24–26 weeks of pregnancy · State Medicaid funds cover abortion · Private health ...

Wikipedia
https://en.wikipedia.org › wiki › Abortion_in_Illinois

Abortion in Illinois

**Abortion in Illinois is legal**. Laws about abortion dated to the early 1800s in Illinois; the first criminal penalties related to abortion were imposed in ...

Illinois.gov
https://www.illinois.gov › August 2021

Gov. Pritzker Signs Sweeping Reproductive Rights ...

NIFLA 02020

Google
Sign in

illinoisabortion.com
https://illinoisabortion.com

Abortion Clinics in Illinois - Medical & Surgical Abortion in ...

**Illinois Abortion Clinics** have been providing Reproductive Health Care choices in Illinois for over 30 years in the City of Illinois in Chicago and around.

Related searches

| | |
|---|---|
| Abortion in illinois statistics | **chicago** abortion **laws** |
| illinois abortion **law 2023** | **cook county** abortion **clinic** |
| **is** abortion **legal** in illinois | illinois **reproductive health act** |
| **planned parenthood** illinois | **planned parenthood** illinois **locations** |

ABC7 Chicago
https://abc7chicago.com › is-abortion-legal-in-illinois-...

Abortion in Illinois: Gov. JB Pritzker announces new actions ...

Jul 31, 2023 — JB Pritzker was at University of **Illinois** Chicago Monday to discuss increasing access to **abortion** and other care in the state.

Illinois Department of Public Health (.gov)
https://dph.illinois.gov › Resource Center › Recent News

State of Illinois Revises Abortion Data Collection to Better ...

Jun 30, 2023 — The changes are dictated by recent amendments to **Illinois**' Reproductive Health Act. They also come in response to the Supreme Court's decision ...

NARAL Pro-Choice America
https://www.prochoiceamerica.org › 2021/03 PDF

Illinois

NO - The **Illinois** state constitution does not provide additional protection for the right to **abortion**. YES - **Illinois** has an affirmative right to **abortion** ...
1 page

NPR
https://www.npr.org › sections › health-shots › 2023/08/23

Abortion bans are fueling a rise in high-risk patients ...

Aug 23, 2023 — **Illinois** hospitals are seeing a surge of out-of-state patients who need **abortion** care at a hospital due to medical complications.

AP News
https://apnews.com › article › abortion-us-supreme-co...

Illinois lawmakers greenlight enhanced abortion protections

Jan 10, 2023 — **Abortion** is legal in **Illinois** until the fetus can survive outside of the womb, which usually occurs around six months of pregnancy. Other states ...

Illinois Legal Aid Online
https://www.illinoislegalaid.org › legal-information

Your abortion rights in Illinois now that Roe is overturned

Jun 28, 2022 — **Abortion** remains legal in **Illinois**. **Illinois** has also enacted an **abortion** "shield" law. This law protects patients and medical providers if ...

The State Journal-Register
https://www.sj-r.com › news › healthcare › 2022/05/05

Is abortion legal in Illinois? What to know if Roe v Wade is

Illinois Attorney General (.gov)
https://www.illinoisattorneygeneral.gov › Page-... PDF

## Know Your Reproductive Rights

Jun 24, 2022 — Yes. **Illinois** law protects your right to have an **abortion** and treats **abortion** like other kinds of health care. You are.

American Civil Liberties Union
https://www.aclu.org › news › reproductive-freedom

## In Missouri and Illinois, a Glimpse of Abortion Access in ...

Aug 3, 2022 — We spoke with advocates on the ground in Missouri, where **abortion** is now banned, and in **Illinois**, where two **abortion** clinics near its border are ...

PBS
https://www.pbs.org › newshour › politics › illinois-en...

## Illinois enacts sweeping abortion, gender-affirming care ...

Jan 13, 2023 — Pritzker on Friday signed into law sweeping reproductive health care legislation to protect out-of-state **abortion** seekers, adding **Illinois** to ...

**Sponsored**

reprolegaldefensefund.org
https://www.reprolegaldefensefund.org/

**Does not provide abortions**

## Legal Defense For Abortion - The Repro Legal Defense Fund

Legal Defense for **abortion** is needed. Our legal defense fund can support you in any state. Contact us if you are questioned, charged, arrested, for **abortion** or helping someone else.

About Us · Give · Read The FAQs · Trans Health Legal Fund

Get phone number

The Century Foundation
https://tcf.org › Publications

## State Spotlight: Abortion Access in Illinois

Aug 5, 2022 — However, there are also some restrictions—for example, **Illinois** bans **abortion** at fetal viability, with exceptions if the patient's life or ...

UW-Madison
https://www.uhs.wisc.edu › uploads › 2022/06 PDF

## Illinois Abortion Providers

Planned Parenthood: **Abortion** Pill Services financial resources available. COST. $470 | **Abortion** pill to 11 weeks at every clinic. Aurora: 3051 E. New York, ...

FindLaw
https://www.findlaw.com › ... › Illinois Law

## Illinois Abortion Laws

**Abortion** is legal in **Illinois** through viability. Thereafter, **abortion** is legal only if the life of the mother is at risk. Introduction. While the landmark 1973 ...

Illinois General Assembly (.gov)
https://www.ilga.gov › legislation › ilcs › ilcs5

## Reproductive Health Act

An advanced practice registered nurse or physician assistant as defined in this Act may perform aspiration **abortion** procedures that do not require general ...

NBC Chicago
https://www.nbcchicago.com › news › politics › is-abo...

## Is Abortion Legal in Illinois? Here Are the Laws in Place

Jun 24, 2022 — Wade, **abortion** is safe and legal in **Illinois**." "As long as I am governor of **Illinois**," he continued, "and as long as we have a pro-choice ...



Sign in

Illinois enacts abortion protections post Roe v. Wade

Jun 14, 2023 — The **Illinois** General Assembly in 2019 passed the Reproductive Health Act to give residents a fundamental, state right to **abortion** care. That ...

WTTW News
https://news.wttw.com › 2023/01/13 › pritzker-signs-l...

Pritzker Signs Law Expanding Access to Abortion, ...

Jan 13, 2023 — **Illinois** will provide legal protections to the swell of out-of-state residents seeking **abortion** care in the state since the overturning of ...

CARE Clinics for Abortion & Reproductive Excellence
https://abortionclinics.org › Illinois

Late Term Abortion Illinois

We provide assistance to women in **Illinois** with late term **abortions**, third trimester **abortions**, **abortion** after 27 weeks, maternal indication **abortions**, fetal ...

U.S. News & World Report
https://www.usnews.com › ... › Illinois News

Illinois Lawmakers Greenlight Enhanced Abortion Protections

Jan 10, 2023 — **Abortion** is legal in **Illinois** until the fetus can survive outside of the womb, which usually occurs around six months of pregnancy.

Axios
https://www.axios.com › News

How Illinois became an abortion safe haven after Roe v. ...

Jun 23, 2023 — In April 2022, **Illinois** had 44 legal **abortions** per capita, compared to 25 nationally. As of March 2023, the state reported 63 **abortions** per ...

Capital Women's Services
https://www.capitalwomensservices.com › Illinois

Late Term Abortion in Illinois

In **Illinois** the gestational limit at which **abortion** care can be provided is 24 weeks as defined by Roe v. Wade. And any minor in **Illinois** who is not legally ...

Family Planning Associates Medical Group
https://www.fpachicago.com › information-regarding-...

No Cost Abortion Services for Illinois Residents

**Illinois** Medicaid provides coverage for **abortion** services, with no out of pocket expense for patients. Family Planning Associates can also provide free **abortion** ...

Planned Parenthood Action Fund
https://www.plannedparenthoodaction.org › take-action

Defend Abortion Access in Illinois

The Supreme Court has overturned Roe v. Wade, stripping access to safe, legal **abortion** nationwide. Millions of people are suddenly finding themselves in an ...

Pregnancy Decision Line
https://pregnancydecisionline.org › ... › Abortion Costs

Abortion Cost Illinois

Medication **abortion** also called the **abortion** pill, can be taken up to 10 weeks pregnant. The typical **abortion** pill cost in **Illinois** is $360-$390. Suction ...

Justia
https://law.justia.com › codes › illinois › chapter53

720 ILCS 510/ Illinois Abortion Law of 1975.

Sec. 1. It is the intention of the General Assembly of the State of **Illinois** to reasonably regulate **abortion** in conformance with the decisions ...

 Sign in

Illinois Pro-Life Laws | Abortion Law

After Roe, **abortion** remains legal in **Illinois** up to viability with exceptions thereafter. **Illinois** will continue to be an **abortion** hub, as it is surrounded ...

danvillewcc.org
https://danvillewcc.org › Pregnancy Options

Abortion - Women's Care Clinic of Danville

Early Medical **Abortion** – Up to 10 weeks from the last menstrual period (LMP) "The **Abortion** Pill" (mifepristone plus misoprostol) is the most common form of ...

Lozier Institute
https://lozierinstitute.org › abortion-reporting-illinois-...

Abortion Reporting: Illinois (2021)

Aug 2, 2023 — 775 §55) contains a health exception so broad that **abortions** may be performed at virtually any point in pregnancy. Further undermining the ...

informedchoices.org
https://informedchoices.org › pregnancy-choices-illinois

Abortion Costs Illinois | Crystal Lake & Grayslake

Typical costs of **abortion in Illinois**: · Medication Abortion / Abortion Pill: $360. Price of abortion pill online: $470 · Suction Aspiration / Vacuum Abortion (6- ...

Human Rights Watch
https://www.hrw.org › news › 2021/10/28 › illinois-le...

Illinois: Legislature Repeals Harmful Abortion Restriction

Oct 28, 2021 — **Illinois** state lawmakers have voted to repeal a harmful **abortion** restriction that forced anyone under age 18 to involve a parent in an ...

KSDK
https://www.ksdk.com › article › news › health › illino...

Abortions still legal in Illinois after Roe v. Wade overturned

Jun 24, 2022 — In **Illinois**, **abortion** is protected under state law until a fetus is viable outside the womb. The state has about two dozen clinics that ...

KHQA
https://khqa.com › newsletter-daily › one-year-after-ro...

One year after Roe v. Wade's overturn: Illinois emerges as ...

Jun 23, 2023 — However, in **Illinois**, **abortion** is legal and **abortion** is healthcare, and we will continue our work to affirm that. In the past year alone, ...

Carafem
https://carafem.org › abortion-access-in-wisconsin

Abortion access in Wisconsin

Yes! The good news is that **Illinois** does not have all these restrictions. In fact, as of this year, **abortion** care is covered by medicaid in **Illinois**!

Rating: 4.3 · 255 reviews

Abortion Clinic Granite City Illinois
https://hopeclinic.com › Services

Abortion Procedure (16-27 weeks 6 days)

**Abortion** Procedure (16-27 weeks 6 days). Where there's Choice, there's Hope. An **abortion** procedure also known as "surgical **abortion**" ...

Chicago Tribune
https://www.chicagotribune.com › news › ct-abortion-six...

Since Roe's end, Illinois abortion providers treat more out- ...

Dec 27, 2022 — Many of those states are in the Midwest and South, which has had an immediate impact on travel to **Illinois**, a state where **abortion** remains legal ...

NIFLA 02024

Sign in

All You Need to Know About Abortion Laws in Illinois

Jul 18, 2022 — There are no restrictions on **abortion** in the State of **Illinois**? · The Parental Notice of **Abortion** Act was repealed by House Bill 370 in 2021 and ...

WTTW News
https://news.wttw.com › 2021/12/17 › pritzker-repeals...

Pritzker Repeals Illinois Law Requiring Minors Notify ...

Dec 17, 2021 — Pritzker means **Illinois** minors will no longer legally have to tell their parents before having an **abortion**. Thanks to our sponsors: View all ...

YouTube
https://www.youtube.com › watch

Illinois abortion providers see more out-of-state ... - YouTube

1:50

**Illinois** Planned Parenthood locations are seeing more patients from out of state after Supreme Court justices' ruling on Roe v. Wade.

YouTube · ABC 7 Chicago · Dec 27, 2022

NBC News
https://www.nbcnews.com › news › us-news › illinois-ab...

Illinois abortion clinics see ripple effects of Roe reversal as ...

Jun 29, 2022 — "**Abortion** is still legal and accessible in **Illinois**, they need to know that we're ready to meet the demands of the moment." Safia Samee Ali.

The New Yorker
https://www.newyorker.com › News › Abortion Rights

How Illinois Became an Abortion-Rights Haven

Jul 22, 2019 — The law, which is being challenged in court, declares that performing an **abortion**, except when the life of the mother is in danger, is a felony ...

Illinois Times
https://www.illinoistimes.com › springfield › Content

Illinois to invest more than $23 million in abortion access

Aug 3, 2023 — As another of the states bordering **Illinois** is set to enact a near-total **abortion** ban this week, Gov. JB Pritzker on July 31 announced ...

Circuit Court of Cook County
https://www.cookcountycourt.org › County-Division

Illinois Circuit Court of Cook County > ABOUT THE ...

If you are a minor, the **Illinois** Parental Notice of **Abortion** Act requires that an adult family member (someone over 21 who is your parent, grandparent, step- ...

Ci3 at the University of Chicago
https://ci3.uchicago.edu › il-abortion-stats

Brief Report: Illinois Abortion Statistics Update

Feb 24, 2023 — People from all across the United States travel to **Illinois** to seek **abortion** care. **Illinois** laws do not impose barriers such as mandated ...

ABC News - Breaking News, Latest News and Videos
https://abcnews.go.com › Health › wireStory › us-judg...

US judge blocks new Illinois law allowing state to penalize ...

Aug 4, 2023 — A federal judge has blocked a new **Illinois** law that allows the state to penalize anti-**abortion** counseling centers if they use deception to ...

Capitol News Illinois
https://www.capitolnewsillinois.com › NEWS › illinois...

Illinois to invest more than $23 million in abortion access, ...

Google Sign in

The New York Times
https://www.nytimes.com › illnois-abortion-roe-wade

Illinois Abortion Clinics Prepare for Rush of Patients After ...

Jun 29, 2022 — **Abortion** is legal until viability in **Illinois**, typically around 24 weeks into pregnancy. Procedures at more advanced stages of a pregnancy take ...

National Partnership for Women & Families
https://nationalpartnership.org › news-illinois-to-invest...

NEWS: Illinois to invest more than $23 million in abortion ...

Aug 3, 2023 — As another of the states bordering **Illinois** is set to enact a near-total **abortion** ban this week, Gov. JB Pritzker on July 31 announced several ...

CNN.com
https://www.cnn.com › 2019/06/12 › politics › illinois-g...

Illinois Gov. JB Pritzker signs abortion protection bill into law

Jun 12, 2019 — The bill repeals the **Illinois Abortion** Law of 1975, which punished doctors for **abortions** not deemed "necessary," as well as the the state's ...

Wall Street Journal
https://www.wsj.com › articles › illinois-abortion-clinics-...

Illinois Abortion Clinics Are Preparing for a Potential Post- ...

Dec 2, 2021 — **Illinois**, where Democrats control the governor's office and Legislature, enshrined the right to an **abortion** in state law in 2019. It is one of ...

Chicago Abortion Fund
https://www.chicagoabortionfund.org

Chicago Abortion Fund

We support people receiving care in **Illinois** from all 50 states, and will support anyone who calls us with funding or a connection with their local **abortion** ...

**Sponsored**

yourabortionchoice.com
http://www.yourabortionchoice.com/phoenix

**Does not provide abortions**

Abortion Information - 100% Confidential

Learn the Facts, Make an Informed Decision. We Can Help - Call Today! Fast and Confidential. You're Not Alone. 100% Free. Services: Pregnancy Tests, Ultrasounds.

Get phone number

More results

**85260, Scottsdale, AZ** - Based on your past activity - Update location

More options in **Quick settings**

NIFLA 02026