# EXHIBIT 21

 AbortionFinder

Español  Menu

Home › State-by-State Guide › Abortion in Illinois



# Abortion in Illinois

About  State Laws  Find Funding & Support  List of Providers

## Is abortion legal in Illinois? Yes.

Yes. Abortion is legal in Illinois. However, abortion is restricted in Illinois and other states. Right now, abortion is legal in Illinois until "viability," which is the stage of pregnancy when a fetus has developed enough that it is able to survive outside the uterus with medical help. When it happens depends on how the fetus is developing and can be different for every pregnancy. To figure out how far along you are in pregnancy, count from the first day of your last period.

## If you're in Illinois and need an abortion

Before Viability  After Viability

If your pregnancy has not reached "viability," it is legal for you to get an abortion in Illinois. Viability is the stage of pregnancy when a fetus has developed enough that it is able to survive outside the uterus with medical help. When it happens depends on how the fetus is developing and can be different for every pregnancy. A health care provider can determine whether a pregnancy has reached viability. Although Illinois allows abortion until viability, many providers stop offering abortion earlier in pregnancy.

Parental involvement is not required in Illinois. If you're younger than 18, you can consent to an abortion and do not have to notify a parent to get an abortion in Illinois.

You can leave Illinois and get an abortion out of state.

Use our abortion provider search to find a provider. If you're having trouble getting an appointment or need other help related to getting an abortion, call the NAF (National Abortion Federation) Hotline at 1-800-772-9100.

**Find a Verified Abortion Provider**

## Find assistance for cost, travel, and more

NIFLA 01999

A variety of assistance resources are available depending on where you're located. These organizations may offer one or all of the following: funding for your abortion, support for travel, childcare, lodging, and more. **Please note that most require you to have scheduled an appointment before you can start applying for assistance.**

If you schedule an appointment out of state, you can also try to search for assistance in the state where your appointment will be.

Find Funding & Support

## Illinois Abortion Laws Overview

Our abortion law information is checked and updated daily for accuracy.

- no waiting period
- no parental involvement required
- legal until viability

Learn More About State Laws

## Other States to Explore



### Abortion in Iowa

Learn about getting an abortion in Iowa ›



### Abortion in Michigan

Learn about getting an abortion in Michigan ›



### Abortion in Minnesota

Learn about getting an abortion in Minnesota ›

### State-by-State Guide

Select your state to get information about what to expect and to locate abortion support resources and assistance.

NIFLA 02000

**Select Your State**

Select state

Go to State Guide

[Back to top](#)

**AbortionFinder**

AbortionFinder.org features the most comprehensive directory of trusted (and verified) abortion service providers in the United States.

© 2023 Power to Decide

English | Español

**Services**

Find a Provider

Find Funding & Support

Types of Abortion

State-by-State Guide

Recommended Resources

FAQs

Post-*Roe* Access Maps

**Company**

About Us

Contact Us

Shop

**Legal**

Privacy Policy

Terms of Use

NIFLA 02001