# EXHIBIT 22

Case: 3:16-cv-50310 Document #: 254-5 Filed: 09/15/23 Page 2 of 4 PageID #:3599

ACLU of Illinois                                    **Menu**     **Donate**

## KNOW YOUR RIGHTS - ABORTION IN ILLINOIS



Laws around accessing abortion vary from state to state. Illinois law ensures that abortion is legal for all people. **Know your rights when accessing abortion care in Illinois:**

- **In Illinois you have the fundamental right to make decisions about your reproductive health care.** You have that right regardless of age, gender identity, gender expression, sexual orientation, sexual behavior, class, immigration status, race, ethnicity, language ability, or disability status. You also have that fundamental right even if you are in State custody, control, or supervision including in jail, prison or under DCFS custody.

- You have the right to keep your abortion confidential regardless of how old you are.

- If you are under 18 (https://www.aclu-il.org/en/youthrepro), a clinic is not required by law to contact a parent or legal guardian if you are seeking abortion care services. Who you tell about your abortion is entirely up to you.

- Illinois Medicaid and most private health insurance plans are required to cover abortion care. If you have an Illinois based private insurance plan, use this chart (https://www.aclu-il.org/sites/default/files/does_your_health_insurance_plan_cover_abortion_care.pdf) to see if abortion care is covered. There are also private organizations that may be able to help you with abortion costs. Some clinics may also provide financial assistance.

NIFLA 02002

Case: 3:16-cv-50310 Document #: 254-5 Filed: 09/15/23 Page 3 of 4 PageID #:3600

- You can get an abortion at many family planning clinics and at some doctor's offices and hospitals.

- Medical providers are not required to offer abortions, and some hospitals and clinics associated with religious groups refuse to do them. Under Illinois law groups that have religious objections to providing a service are required to offer information for you to get that service. If you think your rights were violated fill out this form (https://action.aclu.org/legal-intake/religious-refusals-complaint-form).

- Be skeptical of organizations that claim to offer comprehensive family planning services but do not share information about all your options, including abortion. Calling themselves "Crisis Pregnancy Centers," "Pregnancy Resource Centers" and other deceptive names, they give misleading information to try to prevent you from having an abortion. If you feel you are being lied to or coerced, you are entitled to leave a clinic or center *at any time*. To make sure an establishment is not a fake center posing as a true comprehensive women's health clinic, search the End The Lies (https://endthelies.com/about/fake-womens-health-center-locations/) database.

- Abortion providers in Illinois will not force you to go through many of the obstacles seen in other states. You will not need to endure a waiting period, view an ultrasound or listen to a state-sponsored lecture filled with misinformation.

## MORE RESOURCES

**Financial Support:**

- **National Network of Abortion Funds** (https://abortionfunds.org/)

- **National Abortion Federation** (http://www.prochoice.org/) (800-772-9100)

- **Chicago Abortion Fund** (http://chicagoabortionfund.com/) (312-663-0338)

- **Midwest Access Coalition** (https://midwestaccesscoalition.org/) (847-750-6224)

**Finding An Abortion Provider:**

- **National Abortion Federation** (http://prochoice.org/) (877-257-0012)

- **Planned Parenthood of Illinois** (http://www.plannedparenthood.org/planned-parenthood-illinois) (877-200-PPIL)

NIFLA 02003

## ILLINOIS ABORTION LAWS AND PROTECTIONS (HTTPS://WWW.ACLU-IL.ORG/SITES/DEFAULT/FILES/ILLINOIS_ABORTION_LAWS_AND_PROTECTIONS.PDF)  (EN ESPAÑOL) (https://www.aclu-il.org/sites/default/files/resumen_leyes_y_protecciones_sobre_el_aborto_en_illinois.pdf)

NIFLA 02004