# EXHIBIT 23

✶ An official website of the City of Chicago    Here's how you know⌄

## COVID-19 Vaccine

The COVID-19 vaccines are safe and effective, and are an important tool for ending the global pandemic. Vaccines protect you and the people around you, reducing the spread of COVID-19. Learn more at **Learn more at Chicago.gov/COVIDVax**.



Accessibility
Search

I WANT TO ⌄    PROGRAMS AND INITIATIVES ⌄    GOVERNMENT ⌄    ABOUT ⌄                    🌐 TRANSLATE ⌄

## Chicago Department of Public Health

Providing guidance, services, and strategies that make Chicago a healthier and safer city.

Home / Departments / Chicago Department of Public Health / Healthy Families / Services / Abortion Care

## ✶ Abortion Care

**Looking for resources in Chicago?**
  Use the City's **digital community resource directory**
**Pregnant Person:**
- Talk to someone about your options for free: **All Options Talkline** **1-888-493-0092**
- Already know you need an abortion? Click **here** for help.
- Telehealth Abortion Providers/Abortion by Mail:
  - **Abortion Guides by State**
  - **Plan C**



## Abortion Is Legal In Illinois.



Though **federal** protections for abortion went away with the overturning of Roe v. Wade, **abortion is still legal and available in Illinois**. Make sure **you know your rights**!

Many **states** had or passed laws that banned abortion when Roe v. Wade was struck down. Illinois has a law keeping abortion legal: Governor JB Pritzker signed the **Reproductive Health Act** into law in 2019.

Learn how to **protect your digital privacy** when seeking reproductive care.

The Illinois Attorney General has provided specific **guidance to law enforcement on abortion**.

## What Is Abortion?

An induced abortion is the voluntary termination of a pregnancy. An induced abortion can be done surgically or by taking medication. There are many reasons a person may have an induced abortion. A person may not wish to continue their pregnancy, or it may be medically indicated due to maternal complications of pregnancy or fetal anomaly.

In Illinois, you can have an induced abortion for any reason until fetal *viability*, around 24-26 weeks of pregnancy. A fetus is considered viable if there is a significant chance it will be able to survive outside of the uterus without extraordinary medical interventions. A healthcare provider must determine whether pregnancy has reached viability. After a pregnancy is determined to be viable, an induced abortion can only be done to protect the patient's life or physical and mental health. If you are unsure if your pregnancy is viable, speak to a healthcare provider to determine whether you can legally have an abortion in Illinois.

Anyone with the biological capability to become pregnant could need an abortion. This includes women, transgender men, or non-binary people. People of all gender identities need access to safe abortion care.



## Pregnancy Options Counseling

The standard of care for any pregnant person is to provide them with comprehensive pregnancy options counseling. Pregnancy options counseling, or options counseling, is a discussion between a pregnant person and a healthcare provider, or other support workers, that occurs when a pregnant person learns or shares with a provider that they are pregnant. Anyone can be trained to provide options counseling, but the information they

NIFLA 02005



provide must be medically accurate, non-biased, and comprehensive of all options. There are 3 options when someone is pregnant:

- [Abortion](#)
- [Adoption](#)
- [Parenting](#)

You are entitled to options counseling that presents all 3 options in a neutral and factual way. No one else should be directing your decision.

*Please note:* there are some organizations referred to as [Crisis Pregnancy Centers](#) that **do not** provide the full spectrum of reproductive health services. These centers **do not** typically provide the standard of care when it comes to options counseling. They do not offer abortions or referrals to abortion providers.

It is vital that pregnant people understand **all the pregnancy options** available to them, including abortion. In Illinois, you are **not required** to endure a waiting period, view an ultrasound, or review any state-mandated informational text or video in order to obtain an abortion.

## Abortion Types

There are two kinds of abortion: medication and surgical.

- *Medication/Medical Abortion:* A medication abortion uses two different medications to end a pregnancy. These pills are sometimes referred to as the "abortion pills." You can obtain these medications at a medical office or via telehealth through a licensed healthcare provider in Illinois. You will be thoroughly counseled on how to take the medication and what to expect during the medication abortion process. A medication abortion does not require surgery or anesthesia; however, your provider may want you to get an ultrasound or blood work. You are usually able to have a medication abortion up until 10-11 weeks of pregnancy. It is 93-98% effective at ending a pregnancy, and it is most effective earlier on in the pregnancy.

    - **You cannot tell the difference between an induced abortion and a spontaneous abortion (i.e., a miscarriage)**. If you have complications with a medication abortion and seek medical care because of it, you do not have to tell the healthcare provider taking care of you that you had an induced medication abortion.

    - **Self-Managed Abortion** is when a person chooses to induce their own abortion outside a medical setting. Self-managed abortion is not new. People have been having abortions for centuries. Self-managing an abortion can be safe and effective and often include:

        - Self-sourcing abortion pills and taking them at home.
        - Having an abortion supported by a home provider or doula who has knowledge and training.
        - Having an abortion that is mostly self-managed but may also begin or end with support from a physician or other licensed provider.

- *Surgical Abortion:* A surgical abortion is a procedure that is usually done in a medical office with sedation and/or pain-relieving medication. The procedure itself usually takes less than 5-10 minutes, but the whole visit may take a few hours. A surgical abortion can be performed in a one-, two- or three-visit procedure, depending on how many weeks pregnant you are. After the procedure, you will be monitored briefly and go home the same day. Oftentimes, you will need to have someone take you to the procedure and pick you up. It is 99% effective at ending a pregnancy.

    - Hospital-Based Abortions: Most people can safely self-manage their own abortion or have a procedure in a clinic. Some individuals may need to have their procedure in a hospital instead if they have ever been diagnosed with certain conditions. These may include heart failure, heart attack, stroke, kidney failure, recent seizures, multiple cesarean sections (C-sections), are severely anemic, have uncontrolled high blood pressure, a bleeding condition that makes hemorrhage likely, or advanced gestational age. Work closely with your provider to understand your health risks and if an abortion in a hospital is necessary.

Every pregnant person's situation is different. Your medical history, personal preferences, and ability to access care may play a role in what type of abortion you have. Speak with a healthcare provider to determine what the best abortion option is for you.

As with any medical intervention or procedure, medication and surgical abortions have risks associated with them. However, these risks are rare and overall abortion is very safe. Having an abortion does not impact future fertility. In fact, fertility returns quickly after an abortion. If you are interested in birth control, talk to your [healthcare provider](#) about [birth control options](#).





### Post-Abortion Support

Having an abortion can trigger many different feelings including relief, hope, guilt, anger, and sadness. If you find that you have trouble coping after getting an abortion, let your healthcare provider know. You can also find support below:

- [Exhale](#)
- [Connect and Breathe](#)



### Minors In Illinois

If you are under 18 years old and need an abortion in Illinois, you **do not** need to notify or get permission from a parent or legal guardian. Previously, there was a parental notice law in Illinois, but it was repealed. This became effective on [June 1, 2022](#). Additionally, you are not required to speak separately with a counselor or social worker about your decision unless you want to. If you desire to speak with a social worker or counselor, tell your healthcare provider.

Please note that some telehealth abortion providers do not provide services to people who are pregnant and under the age of 18.

NIFLA 02006



## Insurance

If you are seeking an abortion, you may want to choose an abortion provider that accepts your insurance plan. In Illinois, Medicaid and most private insurance plans that cover pregnancy-related care must cover the cost of an in-office abortion. Learn more about when abortions must be covered by private insurance in Illinois.

Some insurance plans only cover in-office services. If you desire an abortion via telehealth, check with your insurance provider to ensure that they cover telehealth abortion services. Alternatively, some telehealth abortion providers do not accept insurance and you must pay out of pocket for their services.

**If you live in Illinois and don't have insurance, there are Medicaid programs for pregnant people.**

Illinois is one of only 16 states that go beyond federal Medicaid limits and use state funds to cover abortions for people enrolled in Medicaid. Illinois state law provides a right to reproductive healthcare, including abortion and maternity care. There are two programs for pregnant people, regardless of citizenship or immigration status:

- Medicaid Presumptive Eligibility (MPE) offers immediate, temporary coverage for outpatient healthcare for pregnant people.
- Moms & Babies coverage is the full Medicaid benefit package, including covers both outpatient healthcare, and inpatient hospital care, including labor and delivery, primary and specialty care, and prescription drugs for pregnant people. Moms & Babies can cover up to three months of coverage retroactively.

People covered under the state's Health Benefits For Immigrant Adults program who become pregnant can transition to coverage under the Moms & Babies program.

If your insurance doesn't cover abortion services or you don't have health insurance, there are private organizations that may be able to help you with abortion costs, and some clinics may also provide financial assistance.



## Out Of State Support

If you live outside of Illinois, you may be able to leverage telehealth abortion providers through the mail for a medication abortion:

- Find Abortion Pill Access in Your State

At this time, no state has explicitly banned people from traveling to another state to receive an abortion. If you live in a state that limits abortion access you can travel to **Illinois, where abortion remains legal**, to receive comprehensive reproductive health services.

If you are seeking an abortion in Illinois but traveling from out of state it is important that you:

- Speak with a healthcare provider to determine what the best abortion option is for you.
  - You may be able to receive a telehealth visit ahead of your appointment.
  - You may need to stay overnight for a multi-day procedure.
- Bring your ID and insurance information to your appointment.





| Connecting to reproductive healthcare | + |
| Additional Reproductive Health Resources | + |
| For Medical Providers | + |
| What is the history of abortion access in the United States? | + |
| Why does access to safe abortion care services matter? | + |
| How is the City of Chicago involved in abortion care? | + |

**Disclaimer:** This website is for information only. It does not provide legal and medical advice or create an attorney-client relationship.

*Last Updated 12/14/2022*



NIFLA 02007

## Contact CDPH

**Main Phone:** 312.747.9884
**Employment Verifications:** 312.747.9580
**Communicable Disease, TB, and Immunization Programs:** 312.746.5380
**Food Protection:** 312.746.8030
**Lead Poisoning Prevention:** 312.747.5323
**24-hour Assistance:** 311

## Links

**General Inquiries:** healthychicago@cityofchicago.org
**Media Inquiries:** media.cdph@cityofchicago.org
**211 Metro Chicago Helpline:** 211MetroChicago.org
**FOIA Requests:** File A Public Health FOIA Request
**Medical Records:** How to Obtain a CDPH Medical Record

## Connect With CDPH

| Home | Disclaimer | Privacy Policy | Web Standards | Site Credits | Site Map | Contact Us | Press Room |

**City of Chicago**
Copyright © 2010 - 2023 City of Chicago

NIFLA 02008