# EXHIBIT 24

# Traveling from outside Illinois?

We have abortion navigators (https://www.plannedparenthood.org/planned-parenthood-illinois/patient-resources/whether-youre-in-illinois-or-from-another-state) who can assist with travel arrangements and other resources to help you access the care you need. Call 877-200-7745 (tel:877-200-7745) to learn more.

**LEARN MORE**

# Abortion Care

If you're pregnant and considering an abortion, we're here to provide straight forward and medically-accurate information so you can make the decision that's best for you. No judgment, no pressure. Just support. Planned Parenthood of Illinois healthcare professionals will:

- Discuss all options concerning pregnancy
- Answer any questions you may have
- Explain abortion procedures and discuss possible risks
- Discuss birth control methods
- Offer behavioral health services

NIFLA 02009

BOOK AN APPOINTMENT

LEER EN ESPAÑOL

## Need help covering the costs of your abortion?

We have financial assistance available for those who qualify, and we work with a network of organizations that can help with travel expenses.

LEARN MORE

## Abortion Options



Planned Parenthood offers the full range of abortion care options: in-clinic abortion (https://www.plannedparenthood.org/planned-parenthood-illinois/patient-resources/abortion-services/clinic-abortion) and medication abortion (https://www.plannedparenthood.org/planned-parenthood-illinois/patient-resources/abortion-services/abortion-pill). (https://www.plannedparenthood.org/planned-parenthood-illinois/patient-

NIFLA 02010

resources/abortion-services/abortion-pill) Both are safe, effective, and legal in Illinois.

PPIL also offers [medication abortion pill by mail (https://www.plannedparenthood.org/planned-parenthood-illinois/patient-resources/abortion-services/abortion-pill-mail)](https://www.plannedparenthood.org/planned-parenthood-illinois/patient-resources/abortion-services/abortion-pill-mail) to qualifying patients after a telehealth visit.

If you decide abortion is the right choice for you, you can schedule an appointment for your abortion or a consultation to discuss your options with our healthcare professionals.

KNOW YOUR OPTIONS

### Medication Abortion

Medication abortion, or the abortion pill is a safe and effective way of ending an early pregnancy.  You can

### In-Clinic Abortion

In-clinic abortions are sometimes called surgical abortions, though they're generally an in-office procedure,

### Abortion pill-by-mail

Planned Parenthood of Illinois is proud to now offer the abortion pill-by-mail, which means you can now access

NIFLA 02011

usually have your abortion in the privacy of your own home.

PPIL provides medication abortion (abortion pill) at all 17 of its health centers across the state up to **10 weeks and 6 days** gestation.

not surgery. In-clinic abortions are quick and extremely effective.

PPIL offers in-clinic abortions up to **21 weeks and 6 days** gestation.

the care you need, when and where you need it.

To qualify for the abortion pill-by-mail, patients must be **10 weeks pregnant or less**. Patients must also have an Illinois address and be physically in Illinois at the time of their telehealth appointment.

LEARN MORE

LEARN MORE

LEARN MORE

## Make an appointment

Planned Parenthood of Illinois offers in-clinic abortion and the abortion pill all across Illinois. Find a health center location near you!

**FIND A HEALTH CENTER**

## Assistance is Available

Financial assistance is available to help cover the cost of your abortion. To find out more, please give us a call at 877.200.PPIL.

**CALL TODAY**

NIFLA 02012

## Confidentiality

Parental consent for abortion is not required in the state of Illinois. No one will be given information about your visit without your written permission or unless required to by law.

NIFLA 02013