# EXHIBIT 25

9/14/23, 9:49 AM
Abortion Clinics in Illinois: Medical & Surgical Abortion in Illinois, Vasectomy, Tubal Ligation, STD Testing, and more
Case: 3:16-cv-50310 Document #: 254-8 Filed: 09/15/23 Page 2 of 6 PageID #:3614



**ILLINOIS ABORTION**
**Surgical & Medical Centers**

Helping and Supporting Women for over 30 Years

Request an A

**Surgical Abortion**
Up to 17 Weeks

**Medication Abortion (Abortion Pill)**
Up to 11 weeks underneath it.

**Know Your Abortion Rights**
Patients under the age of 18. What are the laws? We can help you.

**Women's Health and Gynecology Services**
Birth Control STD Testing Annual Exams

**For those who qualify, there is one low, ALL-INCLUSIVE price for medication abortion services (the abortion pill).**
**Please call our Medical Center to learn more details.**

NIFLA 02014

9/14/23, 9:49 AM    Abortion Clinics in Illinois: Medical & Surgical Abortion in Illinois, Vasectomy, Tubal Ligation, STD Testing, and more

Case: 3:16-cv-50310 Document #: 254-8 Filed: 09/15/23 Page 3 of 6 PageID #:3615

All Members of **National Abortion Federation (NAF)**

### Pregnancy Calculator

**Use our calculator to determine
how far along you are**

### Request an Appointment

**A Representative will call you back to
confirm your scheduled appointment.**

**ABOUT US**

**Over 30 years of Reproductive Health Care Services in Illinois**

Illinois Abortion Clinics have been providing Reproductive Health Care in Illinois for over 30 years including Medication and Surgical Abortion Care, Birth Control, STD Testing and General Gynecologic Care. We offer Annual Well Woman Exams, Comprehensive Contraception, IUDs, and Nexplanon.
All Illinois Abortion Clinics Providers are Board Certified Physicians and Advanced Practice Clinicians.
All Illinois Abortion Clinics are conveniently located with ample parking and offer Saturday appointments. Our phones are open on weekends to schedule appointments and answer any questions.
We understand the urgency of your situation. Do NOT delay in receiving care. We are accepting out-of-state patients and can assist in providing funding to help you access the care you need as soon as possible.

## Our Locations



Access Health Center
Care with Experience and Compassion

**1700 75th Street
Downers Grove, Illinois**

**(630) 964-0000**

**Directions**   **Website**

9/14/23, 9:49 AM
Abortion Clinics in Illinois: Medical & Surgical Abortion in Illinois, Vasectomy, Tubal Ligation, STD Testing, and more

Case: 3:16-cv-50310 Document #: 254-8 Filed: 09/15/23 Page 4 of 6 PageID #:3616

We
Free Abortion

ue to more restrictive abortion laws in other states, patients come to our Centers from all the Midwest States and all over the country.
linois has the best regulation and laws regarding Women's Health and Abortion Services.

- **Illinois**
- **Wisconsin**
- **Iowa**
- **Kentucky**
- **Missouri**
- **Indiana**
- **Michigan**
- **Tennessee**
- **Iowa**
- **Minnesota**

## CITIES WE SERVE INCLUDE

- **Joliet**
- **Addison**
- **Chicago**
- **Schaumburg**

**Cities We Serve**

NIFLA 02016

9/14/23, 9:49 AM
Abortion Clinics in Illinois: Medical & Surgical Abortion in Illinois, Vasectomy, Tubal Ligation, STD Testing, and more

Case: 3:16-cv-50310 Document #: 254-8 Filed: 09/15/23 Page 5 of 6 PageID #:3617

- Addison
- Algonquin
- Antioch
- Argonne
- Aurora
- Barrington (Hills)
- Batavia
- Beecher
- Belvedere
- Berkeley
- Bloomingdale
- Bolingbrook
- Bourbonnais
- Braidwood

- Alden
- Alsip
- Argo
- Arlington Heights
- Bannockburn
- Bartlett
- Beach Park
- Bellwood
- Bensenville
- Berwyn
- Blue Island
- Boulder Hill
- Braceville

- Bridgeview
- Broadview
- Buffalo Grove
- Burbank
- Elmhurst
- Elwood
- Esmond
- Evergreen Park
- Flowerfield
- Forest Park
- Fort Sheridan
- Fox River Grove
- Fox Valley
- Franklin Park

- Bristol
- Brookfield
- Bull Valley
- Burr Ridge
- Elmwood Park
- Eola
- Evanston
- Flossmoor
- Ford Heights
- Forest View
- Fox Lake
- Fox River Valley
- Frankfort

- Gages Lake
- Geneva
- Gilberts
- Glencoe
- Glenview
- Godley
- Grayslake
- Hainsville
- Hanover Park
- Harvey
- Hawthorn Woods
- Lansing
- Libertyville
- Lincolnwood

- Gardner
- Genoa
- Glen Ellyn
- Glendale Heights
- Glenwood
- Golf
- Gurnee
- Hampshire
- Harvard
- Harwood Heights
- Lakemoor
- Lemont
- Lincolnshire

- Lindenhurst
- Lockport
- Long Grove
- Lyons
- Manhattan
- Marengo
- Markham
- Maywood
- Mc Cook
- McGraw Park
- Medinah
- Merrionette Park
- Midlothian
- Moline

- Lisle
- Lombard
- Lynwood
- Malta
- Maple Park
- Manteno
- Matteson
- Mazon
- McCullom Lake
- McHenry
- Melrose Park
- Mettawa
- Minooka

9/14/23, 9:49 AM                          Abortion Clinics in Illinois: Medical & Surgical Abortion in Illinois, Vasectomy, Tubal Ligation, STD Testing, and more

Case: 3:16-cv-50310 Document #: 254-8 Filed: 09/15/23 Page 6 of 6 PageID #:3618

- Mokena
- Montgomery
- Morton Grove
- Mount Prospect
- Prospect Heights
- Richton Park
- River Forest
- Riverdale
- Riverwoods
- Rochelle
- Rockdale
- Romeoville
- Rosemont
- Round Lake Beach
- Monee
- Morris
- Mount Greenwood
- Prairie Grove
- Richmond
- Ringwood
- River Grove
- Riverside
- Robbins
- Rockford
- Rolling Meadows
- Roselle
- Round Lake
- Round Lake Heights
- Russell
- Sauk Village
- Schiller Park
- Shorewood
- Sleepy Hollow
- Somonauk
- South Chicago
- South Holland
- Spring Grove
- Wilmington
- Winfield
- Winthrop Harbor
- Wood Dale
- Round Lake Park
- Sandwich
- Schaumburg
- Shabbona
- Skokie
- Solon Mills
- South Barrington
- South Elgin
- South Wilmington
- St. Charles
- Wilton Center
- Winnetka
- Wonder Lake

## Our Patient Testimonials

*"The staff was positive and always had a smile on their face. A BIG thank you to the Scrub Tech Tianna who was so friendly and kind. She made me feel welcomed and safe. She also made the experience a bit less nerve wracking. This healthcare facility is lucky to have an employee like her."*

*Are you Our Patient or Visited Us recently?*

*we would love to collect your feedback that could help others!*

**Share Feedback**

NIFLA 02018