# EXHIBIT 26

# Abortion Statistics

## Induced Pregnancy Terminations in Illinois by Year

**Export To CSV**

| YEAR | TOTAL ABORTIONS |
|---|---|
| 2021 | 51797 |
| 2020 | 46243 |
| 2019 | 46517 |
| 2018 | 42441 |
| 2017 | 39329 |
| 2016 | 38382 |
| 2015 | 39856 |

Showing 1 to 7 of 7 entries

Previous
1
Next

## Induced Pregnancy Terminations by Residence, by Year

**Export To CSV**

| YEAR | ILLINOIS RESIDENTS | OUT-OF-STATE RESIDENTS | UNKNOWN |
|---|---|---|---|
| 2021 | 40073 | 11307 | 417 |
| 2020 | 36174 | 9686 | 383 |
| 2019 | 38756 | 7534 | 227 |

https://dph.illinois.gov/data-statistics/vital-statistics/abortion-statistics.html

NIFLA 01568

| YEAR | ILLINOIS RESIDENTS | OUT-OF-STATE RESIDENTS | UNKNOWN |
|---|---|---|---|
| 2018 | 36713 | 5668 | 60 |
| 2017 | 32832 | 5528 | 969 |
| 2016 | 32663 | 4543 | 1176 |
| 2015 | 34498 | 3210 | 2148 |

Showing 1 to 7 of 7 entries

Previous
1
Next

## Induced Pregnancy Terminations by Age Group, by Year

**Export To CSV**

| YEAR | < 18 | 18 - 29 | 30 - 39 | 40 + | UNKNOWN |
|---|---|---|---|---|---|
| 2021 | 1297 | 33606 | 15032 | 1591 | 271 |
| 2020 | 1180 | 30048 | 13363 | 1438 | 214 |
| 2019 | 1343 | 30203 | 13273 | 1499 | 199 |
| 2018 | 1261 | 27600 | 12086 | 1352 | 142 |
| 2017 | 1224 | 25826 | 10791 | 1377 | 111 |
| 2016 | 1287 | 24906 | 10770 | 1295 | 124 |
| 2015 | 1447 | 25993 | 10973 | 1297 | 146 |

Showing 1 to 7 of 7 entries

Previous
1
Next

NIFLA 01569

Accessed: Aug 30, 2023 9:52 PM CST

## Induced Pregnancy Terminations by Gestational Age (weeks), by Year

Export To CSV

| YEAR | < 8 | 8 - 11 | 12 - 15 | 16 + | UNKNOWN |
|---|---|---|---|---|---|
| 2021 | 29241 | 14989 | 3811 | 2192 | 1564 |
| 2020 | 26755 | 12899 | 3585 | 1789 | 1215 |
| 2019 | 23292 | 15293 | 4460 | 2416 | 1056 |
| 2018 | 20388 | 14221 | 4284 | 2413 | 1135 |
| 2017 | 18906 | 12057 | 3927 | 1793 | 2646 |
| 2016 | 18486 | 11034 | 3488 | 1745 | 3629 |
| 2015 | 18925 | 12697 | 3658 | 1812 | 2764 |

Showing 1 to 7 of 7 entries

Previous
1
Next

## Induced Pregnancy Terminations by Procedure Involved, by Year

Export To CSV

| YEAR | MEDICATION | PROCEDURAL | UNKNOWN |
|---|---|---|---|
| 2021 | 27344 | 23525 | 1010 |
| 2020 | 23765 | 22198 | 356 |
| 2019 | 19942 | 26413 | 261 |
| 2018 | 16613 | 25406 | 687 |
| 2017 | 13303 | 24456 | 1889 |

NIFLA 01570

| YEAR | MEDICATION | PROCEDURAL | UNKNOWN |
|---|---|---|---|
| 2016 | 10940 | 25228 | 2299 |
| 2015 | 9514 | 28074 | 2260 |

Showing 1 to 7 of 7 entries

Previous

1

Next

## Resources

**Archived Abortion Statistics Reports**

**Abortion Statistics Archive**