# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# WESTERN DIVISION

| | |
|---|---|
| NATIONAL INSTITUTE OF FAMILY AND LIFE ADVOCATES, et al., | ) ) ) |
| Plaintiffs, | ) ) ) ) |
| v. | ) ) No. 16 CV 50310 ) |
| MARIO TRETO JR., | ) Judge Iain D. Johnston ) ) Magistrate Judge Lisa A. Jensen |
| Defendant. | ) ) |
| RONALD SCHROEDER, et al., | ) ) |
| Plaintiffs | ) No. 17 CV 4663 ) |
| v. | ) Judge Iain D. Johnston ) ) Magistrate Judge Lisa A. Jensen |
| MARIO TRETO JR., | ) ) |
| Defendant. | ) |

**JOINT MOTION TO FILE AMENDED PRETRIAL ORDER**

The Parties respectfully request that this Court grant leave to file the attached amended pretrial order. The amended pretrial order includes the Parties' amended joint witness and exhibit lists, which more accurately reflect and identify the witnesses and exhibits that the Parties intend to present at trial beginning September 20, 2023. For these reasons, the Parties respectfully request that this Court grant their motion.

Respectfully submitted this 18th day of September, 2023.

<div style="display:flex">

*s/ Kevin H. Theriot*
Kevin H. Theriot (admitted pro hac vice)
Julia C. Payne (admitted pro hac vice)
ALLIANCE DEFENDING FREEDOM
15100 N. 90th Street
Scottsdale, AZ 85260
480.444.0020
480.444.0028 (fax)
ktheriot@ADFlegal.org

Noel W. Sterett, Bar No. 6292008
DALTON & TOMICH PLC
401 W. State St., Suite 509
Rockford, IL 61101
815.986.8050
nsterett@daltontomich.com

*Counsel for NIFLA Plaintiffs*

*s/ Patrick T. Gillen*
Patrick T. Gillen
1581 Oakes Blvd
Naples, FL 34119
(734) 355-4728
tg.gillen@gmail.com

*Counsel for Schroeder Plaintiffs*

</div>

*s/ Sarah J. Gallo*
Karyn Bass-Ehler
Sarah J. Gallo
Elizabeth Morris
Hannah Jurowicz
John Hazinski
OFFICE OF THE ILLINOIS ATTORNEY GENERAL
100 W. Randolph St.
Chicago, Illinois 60601
312-814-8309
Karyn.BassEhler@ilag.gov
Sarah.Gallo@ilag.gov
Elizabeth.Morris@ilag.gov
H.groschJurowicz@ilag.gov
John.Hazinski@ilag.gov

*Counsel for Defendant*

THIS DOCUMENT HAS BEEN ELECTRONICALLY FILED

1

## CERTIFICATE OF SERVICE

  I hereby certify that on September 18, 2023, I electronically filed the foregoing paper with the Clerk of Court for the by using the ECF system which will send notification of such filing to the following:

Kwame Raoul
Attorney General of Illinois

Karyn Bass-Ehler
Sarah J. Gallo
Elizabeth Morris
Hannah Jurowicz
John Hazinski
Special Litigation Bureau
Assistant Attorneys General
100 W. Randolph St.
Chicago, Illinois 60601
312-814-3422/312-814-8309
Karyn.BassEhler@ilag.gov
Sarah.Gallo@ilag.gov
Elizabeth.Morris@ilag.gov
H.groschJurowicz@ilag.gov
John.Hazinski@ilag.gov

                          *s/ Kevin H. Theriot*
                          Kevin H. Theriot