**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION**

| | |
|---|---|
| NATIONAL INSTITUTE OF FAMILY AND LIFE ADVOCATES, et al., <br><br> Plaintiffs, <br><br> v. <br><br> MARIO TRETO JR., <br><br> Defendant. | No. 16 CV 50310 <br><br> Judge Iain D. Johnston <br><br> Magistrate Judge Lisa A. Jensen |
| RONALD SCHROEDER, et al., <br><br> Plaintiffs <br><br> v. <br><br> MARIO TRETO JR., <br><br> Defendant. | No. 17 CV 4663 <br><br> Judge Iain D. Johnston <br><br> Magistrate Judge Lisa A. Jensen |

**[PROPOSED] AMENDED FINAL PRETRIAL ORDER**

This matter having come before the Court at a pretrial conference held pursuant to Fed.R.Civ.P. ("Rule") 16, and Kevin Theriot and Noel Sterett having appeared as counsel for Plaintiffs National Institute of Family and Life Advocates, Tri-County Crisis Pregnancy Center, The Life Center, Inc., and Mosaic Pregnancy and Health Centers; Thomas Brejcha, Thomas Olp, Patrick Gillen, having appeared as counsel for Plaintiffs Ronald Schroeder, 1st Way Pregnancy Support Services, and Pregnancy Aid South Suburbs; and Karyn Bass-Ehler, Elizabeth Morris, Sarah J. Gallo, Hannah Jurowicz, and John Hazinski, 100 W. Randolph Street, 11th Floor, Chicago, Illinois, 60601 (312) 814-3000, having appeared as counsel for Defendant Mario Treto Jr., Secretary of the Illinois Department of Financial & Professional Regulation, the following action was taken:

This is an action under 42 U.S.C. section 1983 for violation of the Free Speech and Free Exercise Clauses of the First Amendment to the U.S. Constitution, and the jurisdiction of the court is invoked under 28 U.S.C. sections 1331 and 1343. Jurisdiction is not disputed.

All the following stipulations and statements were submitted and are attached to and made a part of this Order:

 a) Parties' Joint Stipulations of Fact, attached as Exhibit A;

 b) Parties' Amended Exhibit List, which includes all current objections to exhibits listed, attached as Exhibit B.  The parties reserve the right to advance additional objections if the evidence is offered for a purpose unforeseen at this time;

 c) Parties' Amended Witness Lists, which includes all objections to witnesses listed, attached as Exhibit C;

 d) Parties' Statements of Claims and Defenses, attached as Exhibit D;

 e) Deposition Designations, attached as Exhibit E.

  a. Given that Ms. Wilson is an unavailable witness under Federal Rule of Evidence 32(a)(4)(A), Defendant does not object to the designation of her deposition in general. Defendant reserves the right to object under Rule 32(b) to any use of the deposition testimony if the witness were present and

     testifying, including but not limited to the testimony being offered for purposes that are impermissible under the Federal Rules of Evidence. Additionally, Defendant notes the Schroeder Plaintiffs' counsel's late disclosure of this designation, which occurred in the afternoon on the day the final pretrial order was due. This, in conjunction with Plaintiffs' late notice of two previously undisclosed witnesses, is addressed in Defendant's motion in limine to bar the testimony of Pasha Bohlen and Steven Jellema.

f)  Each party will file proposed findings of fact and conclusions of law by a date to be determined by the Court after the official transcript is completed;

g)  Motions in limine; each side shall be limited to five motions in limine unless otherwise authorized by the Court. Motions in limine shall be included in the pretrial order and not filed as separate motions. Responses shall be filed within the time specified by the Court; and

h)  The parties request the ability to present documents and slideshow presentations on courtroom screens and/or projectors at trial.

 Each party has completed discovery, including the depositions of expert witnesses. Except for good cause shown, no further discovery shall be permitted.

 This case is set for bench trial beginning September 20, 2023, at 9:30 a.m. CDT. Trial is expected to take three days.

 The parties are not in agreement that this case may be tried by a Magistrate.

3

THIS ORDER WILL CONTROL THE COURSE OF THE TRIAL AND MAY NOT BE AMENDED EXCEPT BY CONSENT OF THE PARTIES AND THE COURT, OR BY ORDER OF THE COURT TO PREVENT MANIFEST INJUSTICE.

Possibility of settlement of this case was considered by the parties.

_____
U.S. DISTRICT JUDGE JOHNSTON

DATED: _____

APPROVED AS TO FORM AND SUBSTANCE:

*s/ Kevin H. Theriot*
Kevin H. Theriot (admitted pro hac vice)
Julia C. Payne (admitted pro hac vice)
ALLIANCE DEFENDING FREEDOM
15100 N. 90th Street
Scottsdale, AZ 85260
480.444.0020
480.444.0028 (fax)
ktheriot@ADFlegal.org

Noel W. Sterett, Bar No. 6292008
DALTON & TOMICH PLC
401 W. State St., Suite 509
Rockford, IL 61101
815.986.8050
nsterett@daltontomich.com

*Counsel for NIFLA Plaintiffs*

*s/ Patrick T. Gillen*
Patrick T. Gillen
1581 Oakes Blvd
Naples, FL 34119
(734) 355-4728
tg.gillen@gmail.com

*Counsel for Schroeder Plaintiffs*

*s/ Sarah J. Gallo*
Karyn Bass-Ehler
Sarah J. Gallo
Elizabeth Morris
Hannah Jurowicz
John Hazinski
OFFICE OF THE ILLINOIS ATTORNEY GENERAL
100 W. Randolph St.
Chicago, Illinois 60601
312-814-8309
Karyn.BassEhler@ilag.gov
Sarah.Gallo@ilag.gov
Elizabeth.Morris@ilag.gov
H.groschJurowicz@ilag.gov
John.Hazinski@ilag.gov

*Counsel for Defendant*

THIS DOCUMENT HAS BEEN ELECTRONICALLY FILED