# Exhibit A

IN THE DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION

| | | |
|---|---|---|
| National Institute of Family and Life Advocates, *et al.*, | ) ) ) | |
| Plaintiffs, | ) ) | Case No. 16-cv-50310 |
| v. | ) ) | Hon. Iain D. Johnston |
| Mario Treto Jr., | ) ) | Magistrate Judge Lisa A. Jensen |
| Defendant. | ) ) | |
| Ronald Schroeder, *et al.*, | ) ) ) | |
| Plaintiffs, | ) ) | Case No. 17-cv-4663 |
| v. | ) ) | Hon. Iain D. Johnston |
| Mario Treto Jr., | ) ) | Magistrate Judge Lisa A. Jensen |
| Defendant. | ) ) ) | |

## PARTIES' JOINT STIPULATIONS OF FACTS

**Plaintiffs**

1. Plaintiffs are the National Institute of Family and Life Advocates (NIFLA), a religious organization comprised of member pregnancy centers (PCs ) from across the nation, Tri-County Crisis Pregnancy Center ("Informed Choices"), TLC Pregnancy Services ("TLC"), Mosaic Pregnancy and Health Centers ("Mosaic"), Dr. Ronald Schroeder, who serves as the volunteer Medical Director for Options-Now/Thrive Metro-East, an Illinois Pregnancy Resource Center ("Options Now"), Women's Help Services, a PC d/b/a Focus Women's Center ("Focus")

1

and d/b/a/ 1st Way Life Center (1st Way), and Pregnancy Aid South Suburbs, a PC also d/b/a Pregnancy Aid Illinois ("PASS").

2. Plaintiffs operate PCs or is a physician who volunteers at Plaintiff PCs in Illinois.

3. The Plaintiff PCs are referred to collectively as PCs in these fact stipulations except where the context indicates otherwise. Plaintiff Dr. Schroeder volunteers as medical director and provides free medical services as set forth in the policies and procedures of Options Now.

4. The PCs are Illinois nonprofit corporations.

5. Each PC is governed by a board of directors.

6. The PCs are religiously inspired faith-based organizations.

**Health Care Right of Conscience Act**

7. The Health Care Right of Conscience Act, 745 ILCS 70/1 et seq. (the "Conscience Act"), applies to Plaintiffs.

8. Plaintiffs believe that abortion has no benefits.

9. The PCs also believe that sex outside of marriage presents risk of harm to the health and well-being (physical, emotional, and spiritual) of the human person and consistent with this view they encourage people who visit them to refrain from sex outside of marriage. For this reason, the PCs do not recommend, counsel, or refer for sterilization or contraception.

10. Informed Choices, TLC, Mosaic, and NIFLA's Illinois members offering health care services are "health care facilities" under the Act.

11. Plaintiffs' medical directors are "physicians" under the Act.

12. Plaintiffs' nurses, nurse midwives, physician assistants, and any other person who furnishes, or assists in the furnishing of, health care services for the PCs are "health care personnel" under the Act.

13. The medical director, licensed medical staff, and other health care personnel of Informed Choices, TLC, and Mosaic share those centers' religiously motivated pro-life beliefs, dispositions of conscience, and motivation for providing their services.

14. People who agree to collaborate with each of these organizations must agree to abide by the organization's bylaws, policies, and procedures and agree that they will promote, not undermine, their mission.

**Additional Information About Plaintiffs**

15. All of the pregnancy center plaintiffs provide information, health care services, and material support free of charge.

16. Plaintiff NIFLA has forty member pregnancy centers in Illinois, including Informed Choices, TLC, and Mosaic.

17. NIFLA's Illinois members that offer health care services do so under the direction of a licensed Illinois physician serving as medical director of the facility.

18. Plaintiff Informed Choices is a religious non-profit that operates pregnancy centers in Grayslake and Crystal Lake, Illinois.

19. Plaintiff TLC is a religious non-profit that operates pregnancy centers in Elgin, Schaumburg, and Palatine, Illinois, and a mobile ultrasound unit.

20. Plaintiff Mosaic is a religious non-profit that operates pregnancy centers in Granite City and Fairview Heights, Illinois.

21. The PCs sometimes provide women with information about individuals or entities which may be able to provide them with medical care.

**Mission of Plaintiff PCs**

22. Pregnant patients who visit PCs have pregnancy options, including: parenting, adoption, and abortion.

23. Some pregnant patients who visit PCs are unsure about whether to carry their pregnancy to term.

24. Each of the PCs offers extensive written information to its clients about pregnancy itself, pregnancy options, and the consequences of abortion.

25. Plaintiffs do not provide, refer for, or otherwise facilitate access to, abortion due to their religious beliefs that abortion ends a human life.

26. NIFLA is a non-profit membership organization of centers providing pro-life information and services to people in unplanned pregnancies.

27. NIFLA is incorporated as a religious organization.

28. NIFLA provides pro-life pregnancy center members with legal resources and counsel, with the aim of developing a network of life-affirming ministries in every community across the nation in order to achieve an abortion-free America.

29. NIFLA's mission is to empower the choice for life by: equipping pregnancy centers with legal counsel and support; enabling pregnancy centers to convert to and maintain medical clinic status; and energizing pregnancy centers with a renewed vision for the future.

**Procedures of PCs**

30. PCs rely on doctors, nurses, sonographers, and other health care personnel when providing health care services.

31. The PCs contact their medical director by telephone for guidance, if necessary.

32. The doctor serving as the medical director reviews the findings of the sonographer.

33. The doctors who volunteer to help the PCs deliver health care services to people who wish to receive them only provide those services offered in collaboration with the PC.

34. PCs sometimes test for and treat STDs. If the PC offers such services, specific protocols govern such services.

35. When counseling about pregnancy options, PCs provide patients with information about carrying a pregnancy to term, adoption, and medical risks involved with abortion.

36. PCs do not discuss any benefits contraception might offer.

37. The PCs do not offer, recommend, or refer for abortion, sterilization, or contraception.

38. Health care professionals should consider a patient's mental and emotional health when advising about their medical options.

39. Requiring Plaintiffs to inform their patients of any purported benefits of abortion would violate their religious beliefs.

**Outreach by the PCs**

40. The PCs inform their intended audience of the assistance they can provide on their website and invite people to visit.

41. If a patient requires care from an OB/GYN physician, PCs provide information about them or recommend physicians, health care personnel, and/or health care facilities.