# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1
### Western Division

National Institute of Family and Life Advocates, et al.

Plaintiff,

v.  Case No.: 3:16−cv−50310
Honorable Iain D. Johnston

Mario Treto, Jr., et al.

Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, September 20, 2023:

MINUTE entry before the Honorable Iain D. Johnston: Bench trial held on 9/20/2023. Defendant's motion in limine [246] is denied for the reasons stated on the record. Bench Trial continued to 9/21/2023 at 9:00 AM. (yxp, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.