# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1
### Western Division

National Institute of Family and Life Advocates, et al.

                        Plaintiff,

v.                                             Case No.: 3:16−cv−50310

                                                            Honorable Iain D. Johnston

Mario Treto, Jr., et al.

                        Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, September 22, 2023:

      MINUTE entry before the Honorable Iain D. Johnston: Bench trial completed on 9/22/2023. The parties are reminded to review the Court's standing order on bench trials located on the Court's webpage. Post−trial briefs shall be filed by 10/23/2023. (yxp, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.