IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION

| | |
|---|---|
| National Institute of Family and Life Advocates, *et al.*,<br><br>   Plaintiffs,<br><br> v.<br><br>Mario Treto Jr.,<br><br>   Defendant. | Case No. 16-cv-50310<br><br>Hon. Iain D. Johnston<br><br>Magistrate Judge Lisa A. Jensen |
| Ronald Schroeder, *et al.*,<br><br>   Plaintiffs,<br><br> v.<br><br>Mario Treto Jr.,<br><br>   Defendant. | Case No. 17-cv-4663<br><br>Hon. Iain D. Johnston<br><br>Magistrate Judge Lisa A. Jensen |

**PARTIES' DEPOSITION DESIGNATIONS FOR WITNESS SUSAN WILSON**

Pursuant to the Court's request during the final pretrial conference held on September 19, 2023, the *Schroeder* Plaintiffs and Defendant respectfully submit designations under Federal Rule of Civil Procedure 32(a) of the deposition testimony of witness Susan Wilson, who was unavailable to testify at trial in the above-captioned cases:

| Schroeder Plaintiffs' Designation | Defendant's Cross-Designation/Objections | Plaintiffs' Objections/Responses |
|---|---|---|
| 13:1 – 16:7 | 10:5-12:13 | None |
| 16:23 – 17:7 | 17:8-18 | None |
| 22:17 – 24:12 | None | None |

| Schroeder Plaintiffs' Designation | Defendant's Cross-Designation/Objections | Plaintiffs' Objections/Responses |
|---|---|---|
| 27:12 – 32:21 | None | None |
| 40:8 – 46:18 | 46:19-51:14 | None |
| 51:15 – 52:8 | None | None |
| 53:23 – 55:1 | None | None |
| 61:9 – 66:3 | 60:10-61:8 | None |
| 72:11 – 74:21 | None | None |
| 79:5 – 83:18 | None | None |
| 86:11 – 89:14 | 32:22-35:2; 89:15-91:9 | None |
| 95:11 – 96:23 | 97:10-98:20 | None |
| 98:21 – 106:5 | None | None |
| 120:4 – 124:17 | 128:1-129:2; 131:17-133:17 | None |
| 139:14 – 141:22 | None | None |
| 142:19 – 145:12 | 147:17-148:13 | None |
| 151:1 – 153:5 | None | None |
| 153:6 – 154:10 | None | None |
| 158:22 – 164:15 | None | None |
| 177:24 – 178:20 | None | None |

A highlighted deposition transcript and copies of exhibits referenced the designated testimony are attached as exhibits hereto.

Dated: October 30, 2023                             Respectfully submitted,

s/ Patrick T. Gillen                                s/ John Hazinski
Patrick T. Gillen                                   Karyn Bass-Ehler
1581 Oakes Blvd                                     Sarah J. Gallo
Naples, FL 34119                                    Elizabeth Morris
(734) 355-4728                                      Hannah Jurowicz
ptg.gillen@gmail.com                                John Hazinski
Special Counsel, Thomas More Society,               OFFICE OF THE ILLINOIS ATTORNEY GENERAL
*Counsel for Schroeder Plaintiffs*                  100 W. Randolph St.
                                                    Chicago, Illinois 60601
                                                    312-814-8309
                                                    Karyn.BassEhler@ilag.gov

2

> Sarah.Gallo@ilag.gov
> Elizabeth.Morris@ilag.gov
> H.GroschJurowicz@ilag.gov
> John.Hazinski@ilag.gov
>
> *Counsel for Defendant*