# Exhibit 1

Schroeder Trial Exhibit 154
Options Now – Website

Case: 3:16-cv-50310 Document #: 275-4 Filed: 12/18/23 Page 2 of 2 PageID #:5673

Schroeder_Supp_0038





"THRIVE WAS NON-JUDGMENTAL WITH ME AND MY SITUATION AND I AM VERY THANKFUL FOR ALL OF THEIR HELP."

~ACTUAL THRIVE PATIENT

# Abortion in Illinois

There's a lot of information about abortion online, making it extremely difficult to sift through what's real, what's not, what to believe and who to trust. This is especially true when looking at abortion in Illinois , where laws are not always very clear. When you're looking for abortion information, you shouldn't trust just any article you find. Place your trust in a team of licensed medical professionals, who can empower you with factual information so you can truly make the best choice for you.

**When considering abortion, we can help you with the initial steps:**