# Exhibit 2

Defendant Trial Exhibit 71
Focus Women's Center Website

IDFPR009450

8/25/23, 11:40 AM                                            Contact - Focus Women's Center



**Call or Text 815-322-1585**

- ALL of our services are provided at NO COST to our patients.
- No insurance is necessary.
- All medical services are provided by licensed medical professionals under the supervision of our Medical Director.
- First time appointments generally last 1 hour and 30 minutes.
- Calling for a friend or family member? No problem!  Please note:  We do ask some brief health questions when scheduling an appointment, so please have the patient nearby for consultation.

## What Can You Expect at Your Appointment?

Name *

First Name          Last Name

Phone

Email *

Comment or Message *

Submit

COME SEE US:

Call us to Schedule Your Appointment:

815.322.1585

**Focus Women's Center**
409 Front Street
(Highway 31)
McHenry, IL 60050



IDFPR009450

DEFENDANT'S EXHIBIT

**71**

IDFPR009451

8/25/23, 11:40 AM                                          Contact - Focus Women's Center

 English

# TESTIMONIALS

| | | |
|---|---|---|
| I learned a lot and understood any and all options. They provided thorough explanations and no judgment. I felt VERY comfortable. It was a very comforting and informative place.<br>**5/5 stars**<br>★★★★★<br>*June 2022* | I like that they talked about all the options, and they seem to really care. Seems like I can really trust them.<br>**5/5 stars**<br>★★★★★<br>*April 2022* | Very friendly.  Provided an amazing amount of details/info.  I loved how kind and thoughtful the staff is. They made me feel safe with my decision. The office was sanitary, kind, professional, and welcoming.<br>**5/5 stars**<br>★★★★★<br>*March 2022* |

**Call 815.322.1585**

**Text 815.322.1585**

# QUESTIONS & ANSWERS

**How much does my appointment cost? Do I need insurance?**

All our services are free and confidential. We do not require insurance.

**Can you provide verification of pregnancy? (VOP)**

**Do you offer STD/STI testing?**

**Can I get an ultrasound there?**

**Can I bring a guest with me?**

**As a minor, what pregnancy related services can I have without telling my parents?**

# MEET WITH A NURSE

**Schedule Now**

IDFPR009451

IDFPR009452



IDFPR009452

IDFPR009453



# SCHEDULE

Schedule your confidential **Pregnancy Verification and Consultation** appointment TODAY!

**Call or Text** 815-322-1585
- ALL of our services are provided at NO COST to our patients.
- No insurance is necessary.
- All medical services are provided by licensed medical professionals under the supervision of our Medical Director.
- First time appointments generally last 1 hour and 30 minutes.
- Calling for a friend or family member? No problem! Please note: We do ask some brief health questions when scheduling an appointment. so please have the patient nearby for consultation.

Name *

First Name

Last Name

Phone

Email *

Comment or Message *

Submit

COME SEE US:

Call us to Schedule Your Appointment:

815.322.1585

**Focus Women's Center**
409 Front Street
(Highway 31)
McHenry, IL 60050



IDFPR009453

8/25/23, 1:11 PM                    Schedule - Focus Women's Center

 English

# TESTIMONIALS

Very comforting and understanding. I liked the accuracy and efficiency. The atmosphere is judgment free
**5/5 stars**
★★★★★
*March 2022*

Everyone was amazing and judgment free. They answered all my questions in detail. No questions – just smiles from the staff. Everyone was so kind and understanding – they took away the anxiety of the appointment. Comfortable, amazing staff.
**5/5 stars**
★★★★★
*April 2022*

Anytime I asked for more info or asked about something I was unsure of, they were more than happy to help. I loved how comfortable everything felt. I didn't feel judged for my decision.
**5/5 stars**
★★★★★
*March 20221*

Call 815.322.1585        Text 815.322.1585

# QUESTIONS & ANSWERS

How much does my appointment cost? Do I need insurance?
All our services are free and confidential. We do not require insurance.

Can you provide verification of pregnancy? (VOP)

Do you offer STD/STI testing?

Can I get an ultrasound there?

Can I bring a guest with me?

As a minor, what pregnancy related services can I have without telling my parents?

# MEET WITH A NURSE

Schedule Now



Considering Abortion?    Services    For Friends and Family    Partner Responsibility    Resources    Donate    HIPAA

© 2021 Focus Women's Center | Privacy Policy

IDFPR009456



# STD/STI INFORMATION

IDFPR009456

8/25/23, 1:16 PM                                           STD/STI Information - Focus Women's Center

🇺🇸 English

## STD FACTS

There are roughly 20 million new sexually transmitted infections in the United States each
year. While STDs affect individuals of all ages, genders, and sexual orientations, 50% of
these new infections occur among young people ages 15-24. [3]

## COMMON SYMPTOMS

While many people with STDs have no symptoms, some of the more common symptoms
include: [4] [5]

- pain or discomfort during sex or while urinating
- sores, bumps, warts, or skin rash on or around the penis, testicles, vagina, anus,
  buttocks, thighs, or mouth
- unusual discharge or unusual bleeding from the penis or vagina
- itchiness in or around the penis or vagina
- swelling or redness near the penis or vagina

## CHLAMYDIA & GONORRHEA

Chlamydia and gonorrhea are the two most commonly reported STDs in the United States. In 2018, there were 1.8 million cases of chlamydia and over half a
million cases of gonorrhea.

These are also the **two most commonly reported STDs in McHenry County** in 2019, with 795 cases of chlamydia and 88 cases of gonorrhea. [6] [7] [8] [9]

- CHLAMYDIA

  is the most common bacterial STD in the United States. It can cause serious reproductive tract complications in both males and females. It often produces
  no symptoms, which means you can have it and spread it to others without even knowing. If you do have symptoms, you may experience the following:
  **painful urination, spotting between periods, bleeding after vaginal intercourse, painful intercourse, discharge from the vagina or penis, testicular pain.**

- GONORRHEA

  is a bacterial STD that can cause serious and permanent health problems if untreated. It is also a major cause of infertility among biological women in the
  United States. Like chlamydia, it often produces no symptoms. However, if you have symptoms, you may experience the following: **painful urination,
  frequent urination, green vaginal or penile discharge, pain and swelling of the outside tissue and skin near the vagina and urethra, lower abdominal pain,
  fever, abnormal menstrual periods, painful menstrual periods, testicular pain.**

## RISK & EXPOSURE

Anyone who is sexually active is at risk for contracting an STD.However, young people between the ages of 15-24 and biological women are at a particularly
greater risk for getting an STD for a few reasons:

- The female anatomy is more prone to STDs.
- Many young people don't get the recommended STD testing/treatment making them more at risk of spreading untreated STDs to their partner(s).
- Many young people are hesitant to talk openly and honestly about their sex lives with their partner(s) and healthcare providers.
- Young people often have more than one sexual partner.

## How to Reduce Risk:

No method of "protection" is 100% safe. According to the Centers for Disease Control and Prevention (CDC), the best way to protect yourself against STDs is to
not have sex. That means not having vaginal, anal, or oral sex, and to avoid rubbing/touching genitals.  However, if you decide to be sexually active, the CDC
lists some things you can do that can help reduce your risk of contracting an STD: [10] [11] [12]

- Have both you and your partner tested for STDs before engaging in any sexual activity.
- Before sexual activity, talk with your partner about how you will prevent STDs and pregnancy. You should discuss ahead of time what you will and will not do
  sexually. Your partner should respect this and not force you to do anything you are not comfortable with.
- Use condoms from start to finish every time you have oral, anal, or vaginal sex. However, understand that this only offers *some* level of protection. Condoms
  may break, tear, or be used incorrectly, putting you at risk. Furthermore, condoms cannot protect you against certain types of disease such as herpes,
  syphilis, and HPV because these diseases can be spread through skin-to-skin contact in areas not covered by a condom.
- Practice mutual monogamy. This is where you and your partner both agree to only have sexual intercourse with each other. This can help protect against
  STDs as long as you *both* have been tested and are STD-free and you remain monogamous.
- Routinely get tested for STDs and make sure you talk to your healthcare provider about HPV and Hepatitis B vaccines.
- Biological women have extra needs to protect their reproductive health and should see a provider for routine cervical cancer screenings.
- Avoid mixing alcohol and recreational drugs with sex. When you are under the influence, you are more likely to take sexual risks than you would otherwise.

## STDs we test for at FOCUS WOMEN'S CENTER

At Focus Women's Center **we offer testing for chlamydia and gonorrhea** to patients who qualify – free of charge. While these are the two most common STDs
in McHenry County, FWC recommends that anyone who is sexually active obtain a full STD panel by your primary healthcare provider. [13]

For full panel STD testing, contact your doctor or local health department:

**McHenry County Department of Health – 815-334-4500**

**Lake County Health Department – 847-377-8400**

- ▸ Sources

---

IDFPR009457

IDFPR009458

8/25/23, 1:16 PM                                              STD/STI Information - Focus Women's Center

 English

# TESTIMONIALS

I learned a lot and understood any and all options. They provided thorough explanations and no judgment. I felt VERY comfortable. It was a very comforting and informative place.
**5/5 stars**
★★★★★
*June 2022*

I like that they talked about all the options, and they seem to really care. Seems like I can really trust them.
**5/5 stars**
★★★★★
*April 2022*

Very friendly.  Provided an amazing amount of details/info.  I loved how kind and thoughtful the staff is. They made me feel safe with my decision. The office was sanitary, kind, professional, and welcoming.
**5/5 stars**
★★★★★
*March 2022*

Call 815.322.1585

Text 815.322.1585

# QUESTIONS & ANSWERS

How much does my appointment cost? Do I need insurance?

All our services are free and confidential. We do not require insurance.

Can you provide verification of pregnancy? (VOP)

Do you offer STD/STI testing?

Can I get an ultrasound there?

Can I bring a guest with me?

As a minor, what pregnancy related services can I have without telling my parents?

# MEET WITH A NURSE

Schedule Now



IDFPR009458

IDFPR009459



🇺🇸 English

📞 815-322-1585

📍 Focus Women's Center
409 Front St (Hwy 31)
McHenry, IL 60050

Donate

Learn More

📱 Text Us

✉️ E-mail Us

Considering Abortion?    Services    For Friends and Family    Partner Responsibility    Resources    Donate    HIPAA

© 2021 Focus Women's Center | Privacy Policy

IDFPR009459

IDFPR009460

8/25/23, 3:21 PM                                    Medical Services - Focus Women's Center

  English                                                Donate ☰

# MEDICAL SERVICES



Pregnancy Test



Ultrasound



Abortion Education



STD Testing

At Focus Women's Center, we believe in empowering our patients by offering comprehensive services free of charge – **no insurance necessary**.

When you come to FWC, you will find a calm, professional environment where you can safely learn about your pregnancy and all of your options – free from pressure and judgment. Our licensed medical staff will provide you with accurate information and **medical services** to help confirm your pregnancy and explore your legal options. Our goal is to make sure that you are fully informed so that **you** can make the decision that is *best for your situation*.

To learn more about our Pregnancy Verification and Consultation appointments, **click here.**

IDFPR009460

IDFPR009461

8/25/23, 3:21 PM                                          Medical Services - Focus Women's Center

 English

# TESTIMONIALS

Very comforting and understanding. I liked the accuracy and efficiency. The atmosphere is judgment free

**5/5 stars**

★★★★★

*March 2022*

Everyone was amazing and judgment free. They answered all my questions in detail. No questions – just smiles from the staff. Everyone was so kind and understanding – they took away the anxiety of the appointment. Comfortable, amazing staff.

**5/5 stars**

★★★★★

*April 2022*

Anytime I asked for more info or asked about something I was unsure of, they were more than happy to help. I loved how comfortable everything felt. I didn't feel judged for my decision.

**5/5 stars**

★★★★★

*March 20221*

Call 815.322.1585          Text 815.322.1585

# QUESTIONS & ANSWERS

How much does my appointment cost? Do I need insurance?

All our services are free and confidential. We do not require insurance.

Can you provide verification of pregnancy? (VOP)

Do you offer STD/STI testing?

Can I get an ultrasound there?

Can I bring a guest with me?

As a minor, what pregnancy related services can I have without telling my parents?

# MEET WITH A NURSE

Schedule Now

IDFPR009461

IDFPR009462

8/25/23, 3:21 PM                                    Medical Services - Focus Women's Center



☎ 815-322-1585

📍 Focus Women's Center
   McHenry, IL 60050

[Donate]

[Learn More]

📱 Text Us                          ✉ E-mail Us

Considering Abortion?   Services   For Friends and Family   Partner Responsibility   Resources   Donate   HIPAA

© 2021 Focus Women's Center | Privacy Policy

IDFPR009462

IDFPR009463



## What Can I Expect at My Appointment?

**Lab-Quality Pregnancy Testing**

A member of our medical team will administer a urine pregnancy test and give you the results during your appointment.

Verification of Pregnancy (VOP)

Ultrasound

STD/STI Education and Testing

Options Consultation

**How much does my appointment cost?**

All our services are provided at no cost to you.

Do I need insurance?

How long will my appointment take?

What do I need to bring with me?

Can I bring my child/children to my appointment?

Can I bring a guest with?

Do I need to live in McHenry County or Illinois?

I am a minor. What pregnancy related services can I have without telling my parents?

Where are you located?

IDFPR009463

IDFPR009464

8/25/23, 1:18 PM

FAQ's - Focus Women's Center



🇺🇸 English

Text Us



Donate ☰

Very comforting and understanding. I liked the accuracy and efficiency. The atmosphere is judgment free

**5/5 stars**
★★★★★
*March 2022*

Everyone was amazing and judgment free. They answered all my questions in detail.  No questions – just smiles from the staff. Everyone was so kind and understanding – they took away the anxiety of the appointment. Comfortable, amazing staff.

**5/5 stars**
★★★★★
*April 2022*

Anytime I asked for more info or asked about something I was unsure of, they were more than happy to help. I loved how comfortable everything felt. I didn't feel judged for my decision.

**5/5 stars**
★★★★★
*March 20221*

Call 815.322.1585

Text 815.322.1585

IDFPR009464

IDFPR009465

8/25/23, 1:18 PM                          FAQ's - Focus Women's Center



🇺🇸 English

Text Us

Donate ☰

## QUESTIONS & ANSWERS

| How much does my appointment cost? Do I need insurance? | ⊖ |

All our services are free and confidential. We do not require insurance.

| Can you provide verification of pregnancy? (VOP) | ⊕ |

| Do you offer STD/STI testing? | ⊕ |

| Can I get an ultrasound there? | ⊕ |

| Can I bring a guest with me? | ⊕ |

| As a minor, what pregnancy related services can I have without telling my parents? | ⊕ |



MEET WITH A NURSE

Schedule Now

IDFPR009465

IDFPR009466



IDFPR009466

IDFPR009467

FAQ's - Focus Women's Center



What Can I Expect at My Appointment?

IDFPR009467

IDFPR009468

8/25/23, 1:19 PM                                    FAQ's - Focus Women's Center



🇺🇸 English

| Lab-Quality Pregnancy Testing | ⊕ |
| --- | --- |

**Verification of Pregnancy (VOP)**

Based on the results of your FWC pregnancy test, we provide a written verification of your positive (or negative) pregnancy test called a **VOP**, or **Verification of Pregnancy.** This VOP form is often requested by other agencies so that you can get started on social services or health insurance.

| Ultrasound | ⊕ |
| --- | --- |
| STD/STI Education and Testing | ⊕ |
| Options Consultation | ⊕ |

**How much does my appointment cost?**

All our services are provided at no cost to you.

| Do I need insurance? | ⊕ |
| --- | --- |
| How long will my appointment take? | ⊕ |
| What do I need to bring with me? | ⊕ |
| Can I bring my child/children to my appointment? | ⊕ |
| Can I bring a guest with? | ⊕ |
| Do I need to live in McHenry County or Illinois? | ⊕ |
| I am a minor. What pregnancy related services can I have without telling my parents? | ⊕ |
| Where are you located? | ⊕ |

## TESTIMONIALS

I learned a lot and understood any and all options. They provided thorough explanations and no judgment. I felt VERY comfortable. It was a very comforting and informative place.

**5/5 stars**
★★★★★
*June 2022*

I like that they talked about all the options, and they seem to really care. Seems like I can really trust them.

**5/5 stars**
★★★★★
*April 2022*

Very friendly. Provided an amazing amount of details/info. I loved how kind and thoughtful the staff is. They made me feel safe with my decision. The office was sanitary, kind, professional, and welcoming.

**5/5 stars**
★★★★★
*March 2022*

IDFPR009468

IDFPR009469

8/25/23, 1:19 PM                                                    FAQ's - Focus Women's Center

 English

Call 815.322.1585                                                    Text 815.322.1585

# QUESTIONS & ANSWERS

How much does my appointment cost? Do I need insurance?

All our services are free and confidential. We do not require insurance.

Can you provide verification of pregnancy? (VOP)

Do you offer STD/STI testing?

Can I get an ultrasound there?

Can I bring a guest with me?

As a minor, what pregnancy related services can I have without telling my parents?



## MEET WITH A NURSE

Schedule Now

815-322-1585

Focus Women's Center
409 Front St (Hwy 31)
McHenry, IL 60050

Donate

Learn More

Text Us                                    E-mail Us

Considering Abortion?   Services   For Friends and Family   Partner Responsibility   Resources   Donate   HIPAA

© 2021 Focus Women's Center | Privacy Policy

IDFPR009469

IDFPR009470

8/25/23, 1:22 PM

FAQ's - Focus Women's Center



# FAQ'S

What Can I Expect at My Appointment?



Lab-Quality Pregnancy Testing

Verification of Pregnancy (VOP)

Ultrasound

Patients who qualify will be offered an ultrasound to confirm the pregnancy's viability, verify its location inside the uterus, and determine gestational age (how far along you are).

STD/STI Education and Testing

Options Consultation

How much does my appointment cost?

All our services are provided at no cost to you.

Do I need insurance?

How long will my appointment take?

What do I need to bring with me?

Can I bring my child/children to my appointment?

Can I bring a guest with?

Do I need to live in McHenry County or Illinois?

I am a minor. What pregnancy related services can I have without telling my parents?

Where are you located?

IDFPR009470

8/25/23, 1:22 PM                                    FAQ's - Focus Women's Center

 English

# TESTIMONIALS

I learned a lot and understood any and all options. They provided thorough explanations and no judgment. I felt VERY comfortable. It was a very comforting and informative place.
**5/5 stars**
★★★★★
*June 2022*

I like that they talked about all the options, and they seem to really care. Seems like I can really trust them.
**5/5 stars**
★★★★★
*April 2022*

Very friendly. Provided an amazing amount of details/info. I loved how kind and thoughtful the staff is. They made me feel safe with my decision. The office was sanitary, kind, professional, and welcoming.
**5/5 stars**
★★★★★
*March 2022*

[ Call 815.322.1585 ]          [ Text 815.322.1585 ]

# QUESTIONS & ANSWERS

How much does my appointment cost? Do I need insurance?
All our services are free and confidential. We do not require insurance.

Can you provide verification of pregnancy? (VOP)

Do you offer STD/STI testing?

Can I get an ultrasound there?

Can I bring a guest with me?

As a minor, what pregnancy related services can I have without telling my parents?



## MEET WITH A NURSE

[ Schedule Now ]

815-322-1585

Focus Women's Center
409 Front St (Hwy 31)
McHenry, IL 60050

[ Donate ]

[ Learn More ]

Text Us

E-mail Us

Considering Abortion?   Services   For Friends and Family   Partner Responsibility   Resources   Donate   HIPAA

© 2021 Focus Women's Center | Privacy Policy

IDFPR009471

IDFPR009472



# FAQ'S

What Can I Expect at My Appointment?



Lab-Quality Pregnancy Testing

Verification of Pregnancy (VOP)

Ultrasound

STD/STI Education and Testing

All patients will be educated on the risk of sexually transmitted diseases and infections. Some pregnant patients may be offered no cost STD/STI testing for chlamydia and gonorrhea.

Options Consultation

How much does my appointment cost?

All our services are provided at no cost to you.

Do I need insurance?

How long will my appointment take?

What do I need to bring with me?

Can I bring my child/children to my appointment?

Can I bring a guest with?

Do I need to live in McHenry County or Illinois?

I am a minor. What pregnancy related services can I have without telling my parents?

Where are you located?

IDFPR009472

IDFPR009473

8/25/23, 1:23 PM                                          FAQ's - Focus Women's Center

 English

# TESTIMONIALS

I learned a lot and understood any and all options. They provided thorough explanations and no judgment. I felt VERY comfortable. It was a very comforting and informative place.
**5/5 stars**
★★★★★
*June 2022*

I like that they talked about all the options, and they seem to really care. Seems like I can really trust them.
**5/5 stars**
★★★★★
*April 2022*

Very friendly. Provided an amazing amount of details/info. I loved how kind and thoughtful the staff is. They made me feel safe with my decision. The office was sanitary, kind, professional, and welcoming.
**5/5 stars**
★★★★★
*March 2022*

[ Call 815.322.1585 ]          [ Text 815.322.1585 ]

# QUESTIONS & ANSWERS

**How much does my appointment cost? Do I need insurance?**
All our services are free and confidential. We do not require insurance.

**Can you provide verification of pregnancy? (VOP)**

**Do you offer STD/STI testing?**

**Can I get an ultrasound there?**

**Can I bring a guest with me?**

**As a minor, what pregnancy related services can I have without telling my parents?**



## MEET WITH A NURSE

[ Schedule Now ]

815-322-1585

Focus Women's Center
409 Front St (Hwy 31)
McHenry, IL 60050

[ Donate ]

[ Learn More ]

Text Us                    E-mail Us

Considering Abortion?    Services    For Friends and Family    Partner Responsibility    Resources    Donate    HIPAA

© 2021 Focus Women's Center | Privacy Policy

IDFPR009473

IDFPR009474

8/25/23, 1:24 PM                                    FAQ's - Focus Women's Center



English                                                                              Call Us        Text Us

focus
women's center          Your Options ⌄   Medical Services ⌄   Sexual Health ⌄   About Us ⌄   Blog   Areas Served ⌄      Donate

## FAQ'S

What Can I Expect at My Appointment?



Lab-Quality Pregnancy Testing

Verification of Pregnancy (VOP)

Ultrasound

STD/STI Education and Testing

Options Consultation

Focus Women's Center believes in educating every patient on all their legal options in a neutral, no-pressure, judgment-free environment so that each patient is empowered to make an informed decision that works best for them.

Oftentimes our patients come to us with a pre-determined plan in mind. However, we have found that circumstances in their lives can change quickly, and they suddenly find themselves forced to consider options they didn't think about before. That is why every patient is offered information on Abortion, Parenting, and Adoption, as well as a list of local resources that can be of assistance.

While FWC offers medical information on abortion, please note that we do not provide or refer for abortions, nor do abortion clinics require a referral from us. If you are planning to have an abortion, Focus Women's Center can provide you with important information you should have before you undergo the procedure.

Focus Women's Center does not benefit financially by the choice you make. We strive to empower those facing unplanned pregnancies by offering medically accurate information about your pregnancy and options in a safe environment. We inform. You decide.

How much does my appointment cost?
All our services are provided at no cost to you.

Do I need insurance?

How long will my appointment take?

What do I need to bring with me?

Can I bring my child/children to my appointment?

Can I bring a guest with?

Do I need to live in McHenry County or Illinois?

I am a minor. What pregnancy related services can I have without telling my parents?

Where are you located?

IDFPR009474

IDFPR009475

8/25/23, 1:24 PM                                           FAQ's - Focus Women's Center

 English

# TESTIMONIALS

I learned a lot and understood any and all options. They provided thorough explanations and no judgment. I felt VERY comfortable. It was a very comforting and informative place.
**5/5 stars**
★★★★★
*June 2022*

I like that they talked about all the options, and they seem to really care. Seems like I can really trust them.
**5/5 stars**
★★★★★
*April 2022*

Very friendly. Provided an amazing amount of details/info. I loved how kind and thoughtful the staff is. They made me feel safe with my decision. The office was sanitary, kind, professional, and welcoming.
**5/5 stars**
★★★★★
*March 2022*

[ Call 815.322.1585 ]          [ Text 815.322.1585 ]

# QUESTIONS & ANSWERS

How much does my appointment cost? Do I need insurance?
All our services are free and confidential. We do not require insurance.

Can you provide verification of pregnancy? (VOP)

Do you offer STD/STI testing?

Can I get an ultrasound there?

Can I bring a guest with me?

As a minor, what pregnancy related services can I have without telling my parents?



# MEET WITH A NURSE

[ Schedule Now ]

815-322-1585

Focus Women's Center
409 Front St (Hwy 31)
McHenry, IL 60050

[ Donate ]
[ Learn More ]

Text Us            E-mail Us

Considering Abortion?   Services   For Friends and Family   Partner Responsibility   Resources   Donate   HIPAA

© 2021 Focus Women's Center | Privacy Policy

IDFPR009475

Case: 3:16-cv-50310 Document #: 275-5 Filed: 12/18/23 Page 28 of 67 PageID #:5701
IDFPR009476
8/25/23, 1:26 PM                                          FAQ's - Focus Women's Center



# FAQ'S

What Can I Expect at My Appointment?



Lab-Quality Pregnancy Testing

Verification of Pregnancy (VOP)

Ultrasound

STD/STI Education and Testing

All patients will be educated on the risk of sexually transmitted diseases and infections. Some pregnant patients may be offered no cost STD/STI testing for chlamydia and gonorrhea.

Options Consultation

How much does my appointment cost?

Do I need insurance?

How long will my appointment take?

First time appointments generally last 1 hour and 30 minutes if an ultrasound is performed. Repeat appointments may last anywhere from 15-45 minutes.

What do I need to bring with me?

Can I bring my child/children to my appointment?

Can I bring a guest with?

Do I need to live in McHenry County or Illinois?

I am a minor. What pregnancy related services can I have without telling my parents?

Where are you located?



# TESTIMONIALS

I learned a lot and understood any and all options. They provided thorough explanations and no judgment. I felt VERY comfortable. It was a very comforting and informative place.
**5/5 stars**
★★★★★
*June 2022*

I like that they talked about all the options, and they seem to really care. Seems like I can really trust them.
**5/5 stars**
★★★★★
*April 2022*

Very friendly. Provided an amazing amount of details/info. I loved how kind and thoughtful the staff is. They made me feel safe with my decision. The office was sanitary, kind, professional, and welcoming.
**5/5 stars**
★★★★★
*March 2022*

[ Call 815.322.1585 ]          [ Text 815.322.1585 ]

# QUESTIONS & ANSWERS

| How much does my appointment cost? Do I need insurance? |
|---|
| All our services are free and confidential. We do not require insurance. |

Can you provide verification of pregnancy? (VOP)

Do you offer STD/STI testing?

Can I get an ultrasound there?

Can I bring a guest with me?

As a minor, what pregnancy related services can I have without telling my parents?



## MEET WITH A NURSE

[ Schedule Now ]

📞 815-322-1585

📍 Focus Women's Center
409 Front St (Hwy 31)
McHenry, IL 60050

[ Donate ]

[ Learn More ]

Text Us

✉ E-mail Us

Considering Abortion?   Services   For Friends and Family   Partner Responsibility   Resources   Donate   HIPAA

© 2021 Focus Women's Center | Privacy Policy

IDFPR009478

8/25/23, 1:28 PM

FAQ's - Focus Women's Center



# FAQ'S

What Can I Expect at My Appointment?



Lab-Quality Pregnancy Testing

Verification of Pregnancy (VOP)

Ultrasound

STD/STI Education and Testing

All patients will be educated on the risk of sexually transmitted diseases and infections. Some pregnant patients may be offered no cost STD/STI testing for chlamydia and gonorrhea.

Options Consultation

How much does my appointment cost?

Do I need insurance?

How long will my appointment take?

What do I need to bring with me?

Can I bring my child/children to my appointment?

Can I bring a guest with?

Yes! FWC understands that a good support system is essential during an unplanned pregnancy. We encourage the support of your friends and family! However, please note that, in an effort to comply with HIPAA Privacy Standards and provide the highest quality of care, your initial assessment must be performed without any guests. All guests will be asked to wait in our reception area during that time. At your request, guests will be welcome to join you during your ultrasound exam.

Do I need to live in McHenry County or Illinois?

I am a minor. What pregnancy related services can I have without telling my parents?

Where are you located?

IDFPR009478

IDFPR009479

 English

# TESTIMONIALS

Very comforting and understanding. I liked the accuracy and efficiency, The atmosphere is judgment free
**5/5 stars**
★★★★★
*March 2022*

Everyone was amazing and judgment free. They answered all my questions in detail, No questions – just smiles from the staff. Everyone was so kind and understanding – they took away the anxiety of the appointment, Comfortable. amazing staff.
**5/5 stars**
★★★★★
*April 2022*

Anytime I asked for more info or asked about something I was unsure of, they were more than happy to help. I loved how comfortable everything felt. I didnt feel judged for my decision.
**5/5 stars**
★★★★★
*March 20221*

Call 815.322.1585        Text 815.322.1585

# QUESTIONS & ANSWERS

How much does my appointment cost? Do I need insurance?

All our services are free and confidential, We do not require insurance.

Can you provide verification of pregnancy? (VOP)

Do you offer STD/STI testing?

Can I get an ultrasound there?

Can I bring a guest with me?

As a minor, what pregnancy related services can I have without telling my parents?



## MEET WITH A NURSE

Schedule Now

📞 815-322-1585

📍 Focus Women's Center
409 Front St (Hwy 31)
McHenry, IL 60050

Donate

Learn More

💬 Text Us

✉ E-mail Us

Considering Abortion?    Services    For Friends and Family    Partner Responsibility    Resources    Donate    HIPAA

© 2021 Focus Women's Center | Privacy Policy

IDFPR009479

English US

Your Options Medical Services Sexual Health About Us Blog Areas Served Donate

# FAQ'S

## What Can I Expect at My Appointment?

Lab-Quality Pregnancy Testing

Verification of Pregnancy (VOP)

Ultrasound

STD/STI Education and Testing

All patients will be educated on the risk of sexually transmitted diseases and infections. Some pregnant patients may be offered no cost STD/STI testing for chlamydia and gonorrhea.

Options Consultation

How much does my appointment cost?

Do I need insurance?

How long will my appointment take?

What do I need to bring with me?

Can I bring my child/children to my appointment?

Can I bring a guest with?

Do I need to live in McHenry County or Illinois?

I am a minor. What pregnancy related services can I have without telling my parents?

In Illinois, you can get a pregnancy test, options counseling, prenatal care and STD/STI testing and treatment without telling your parents. Your trip to Focus Women's Center can remain completely confidential!

Where are you located?

IDFPR009481

8/25/23, 1:29 PM                                                    FAQ's - Focus Women's Center

 English

# TESTIMONIALS

Very comforting and understanding. I liked the accuracy and efficiency. The atmosphere is judgment free

**5/5 stars**
★★★★★
*March 2022*

Everyone was amazing and judgment free. They answered all my questions in detail. No questions – just smiles from the staff. Everyone was so kind and understanding – they took away the anxiety of the appointment. Comfortable, amazing staff.

**5/5 stars**
★★★★★
*April 2022*

Anytime I asked for more info or asked about something I was unsure of, they were more than happy to help. I loved how comfortable everything felt. I didnt feel judged for my decision.

**5/5 stars**
★★★★★
*March 20221*

[ Call 815.322.1585 ]          [ Text 815.322.1585 ]

# QUESTIONS & ANSWERS

How much does my appointment cost? Do I need insurance?

All our services are free and confidential. We do not require insurance.

Can you provide verification of pregnancy? (VOP)

Do you offer STD/STI testing?

Can I get an ultrasound there?

Can I bring a guest with me?

As a minor, what pregnancy related services can I have without telling my parents?



## MEET WITH A NURSE

[ Schedule Now ]

📞 815-322-1585

📍 Focus Women's Center
409 Front St (Hwy 31)
McHenry, IL 60050

[ Donate ]

[ Learn More ]

💬 Text Us          ✉ E-mail Us

Considering Abortion?   Services   For Friends and Family   Partner Responsibility   Resources   Donate   HIPAA

© 2021 Focus Women's Center | Privacy Policy

IDFPR009481

IDFPR009482

8/25/23, 1:29 PM                                    FAQ's - Focus Women's Center



# FAQ'S

What Can I Expect at My Appointment?



| Lab-Quality Pregnancy Testing | ⊙ |

| Verification of Pregnancy (VOP) | ⊙ |

| Ultrasound | ⊙ |

| STD/STI Education and Testing | ⊙ |

All patients will be educated on the risk of sexually transmitted diseases and infections. Some pregnant patients may be offered no cost STD/STI testing for chlamydia and gonorrhea.

| Options Consultation | ⊙ |

| How much does my appointment cost? | ⊙ |

| Do I need insurance? | ⊙ |

| How long will my appointment take? | ⊙ |

| What do I need to bring with me? | ⊙ |

| Can I bring my child/children to my appointment? | ⊙ |

| Can I bring a guest with? | ⊙ |

| Do I need to live in McHenry County or Illinois? | ⊙ |

| I am a minor. What pregnancy related services can I have without telling my parents? | ⊙ |

| Where are you located? | ⊙ |

- 409 N. Front Street (Route 31) in McHenry, IL. We are located in a beige, brick building along with Visions Hair Salon and an Optometrist's office.  McHenry Alano Club is directly behind our building.
- If you're coming from Route 120: Head south on Front Street/Route 31 (towards the hospital). We're on the right side of the street, about a block past the Dunkin Donuts.
- If you're coming from Bull Valley Road: Head north on Front Street/Route 31 (towards route 120). We're on the left side of the street, just past 31 North Banquets and The Fountain Shoppes.

IDFPR009482

IDFPR009483

8/25/23, 1:29 PM                                    FAQ's - Focus Women's Center

 English

# TESTIMONIALS

Very comforting and understanding. I liked the accuracy and efficiency. The atmosphere is judgment free
**5/5 stars**
★★★★★
*March 2022*

Everyone was amazing and judgment free. They answered all my questions in detail. No questions – just smiles from the staff. Everyone was so kind and understanding – they took away the anxiety of the appointment. Comfortable, amazing staff.
**5/5 stars**
★★★★★
*April 2022*

Anytime I asked for more info or asked about something I was unsure of, they were more than happy to help. I loved how comfortable everything felt. I didn't feel judged for my decision.
**5/5 stars**
★★★★★
*March 20221*

[ Call 815.322.1585 ]          [ Text 815.322.1585 ]

# QUESTIONS & ANSWERS

How much does my appointment cost? Do I need insurance?

All our services are free and confidential. We do not require insurance.

Can you provide verification of pregnancy? (VOP)

Do you offer STD/STI testing?

Can I get an ultrasound there?

Can I bring a guest with me?

As a minor, what pregnancy related services can I have without telling my parents?



# MEET WITH A NURSE

[ Schedule Now ]

☎ 815-322-1585

📍 Focus Women's Center
409 Front St (Hwy 31)
McHenry, IL 60050

[ Donate ]

[ Learn More ]

✉ Text Us            ✉ E-mail Us

Considering Abortion?   Services   For Friends and Family   Partner Responsibility   Resources   Donate   HIPAA

© 2021 Focus Women's Center | Privacy Policy

IDFPR009483

IDFPR009484

Considering an At-Home Abortion with the Abortion Pill By Mail? - Focus Women's Center

 



**Steps you should consider first!**

With the FDA approval of the abortion pill by mail, there are many clinics and companies offering the sale of the abortion pill with just a telemedicine visit. Although this might sound convenient and improve your access to the pill, there are some very important steps you should consider taking first.

**Have you received an ultrasound?**

Although a pregnancy test confirms the amount of HCG (a hormone produced in pregnancy) in the urine or blood, there *can be other medical reasons for a positive pregnancy test*.

An ultrasound is the only true way to

- confirm a pregnancy
- confirm that the pregnancy is viable
- confirm that the pregnancy is located in the uterus.

If a pregnancy is forming outside of the uterus, this is called an **ectopic pregnancy** and it is a *life-threatening condition*. An abortion is <u>not</u> used to treat an ectopic pregnancy. Furthermore, symptoms of an ectopic pregnancy and possible side effects of the abortion pill regime can be similar (severe pain, cramping, vaginal bleeding, etc) – making it hard to distinguish between the two. Therefore, it's important to rule out an ectopic pregnancy *before* taking the abortion pill.

**How far along are you really?**

An ultrasound is also important to determine exactly how far along the pregnancy is (known as the *gestational age*). Studies have shown that **using your last menstrual period to date gestational age is *oftentimes* inaccurate**. Menstrual cycles are rarely regular, ovulation can be delayed, the exact date of conception is almost impossible to determine (sperm can live in your body for up to 5 days!), and early pregnancy bleeding is sometimes mistaken as a menstrual period.

IDFPR009484

IDFPR009485

8/25/23, 1:33 PM                          Considering an At-Home Abortion with the Abortion Pill By Mail? - Focus Women's Center



is only **approved up to 10 weeks of pregnancy**, it is important to have an ultrasound to pinpoint the
know exactly what abortion procedure you qualify *for*. Taking the abortion pill after 10 weeks gestation may

Donate

If the abortion pill doesn't complete the abortion, a second abortion procedure would be needed, Since the second procedure is
likely more invasive, untreated STDs could cause complications and more severe infections. That's why it's important to be tested
and treated for STDs before undergoing an abortion.

**We want you to be safe in the decisions you make! Please make an appointment at Focus Women's Center in McHenry, Illinois to
receive a free ultrasound and STD testing *before* taking the abortion pill by mail!**

Call or text 815-322-1585 to meet with a nurse,

*If you have taken the first dose of the abortion pill and are now second-guessing your decision, find out more about* Abortion Pill
Reversal*.*

### Schedule Today

Your Free Appointment

TALK WITH A NURSE

Search



IDFPR009485

IDFPR009486

In School - Focus Women's Center

Call Us    Text Us

focus
women's center

Donate ☰



IN SCHOOL?

IDFPR009486

IDFPR009487

8/25/23, 1:15 PM                                    In School - Focus Women's Center

 English

An unexpected pregnancy can be overwhelming – especially when you're still in school. At Focus Women's Center, we understand that a pregnancy at this point in your life requires certain considerations and therefore, may not be part of your plan.

Fortunately, the medical team at Focus can help you find the best option for YOU and your personal situation. Furthermore, **all of our services are provided for FREE** – no insurance necessary. Plus, our appointments are **completely confidential**, so you don't need to tell anyone unless YOU want to – even if you're a minor.

Call or text **815-322-1585** to **schedule a free Pregnancy Verification & Consultation appointment** and meet with a nurse today.

## I THINK I MIGHT BE PREGNANT. WHAT SHOULD I DO FIRST?

- **First, CONFIRM YOUR PREGNANCY.** Have a qualified healthcare professional administer a medical grade **pregnancy test**. At Focus Women's Center, our licensed medical staff does lab-quality urine pregnancy testing – free of charge.

- **Secondly, GET AN ULTRASOUND.** At Focus Women's Center, we offer free ultrasound scans to answer 3 important questions:
  - **HOW FAR ALONG ARE YOU (gestational age)?** If you're considering abortion, gestational age determines which **abortion procedure** you'd qualify for. However, using your menstrual period to determine gestational age is not always accurate. That's because sometimes implantation bleeding or early pregnancy bleeding can be mistaken for a period. Therefore, ultrasound is the most accurate way to determine how far along you are.
  - **IS THE PREGNANCY LOCATED IN THE UTERUS?** An ectopic pregnancy is a pregnancy that grows outside of the uterus. Since it can be a life-threatening condition, it requires immediate medical attention. (Please note: an abortion is <u>not</u> used to remove an ectopic pregnancy. In fact, a completely different procedure is required for treatment- which is why an ultrasound is important for early and accurate detection! Plus, the symptoms of an ectopic pregnancy and the side effects of the <u>abortion pill</u> (sometimes called Plan C) can be similar. Therefore, it's important to rule out an ectopic pregnancy before taking the abortion pill.)
  - **IS THE PREGNANCY EVEN VIABLE?** Actually, between 10-20% of known pregnancies end up naturally miscarrying. Therefore, it's important to determine if the pregnancy is even viable before you make any decisions.

- **Thirdly, GET TESTED FOR STDS.** Since untreated **STDS** can cause further complications during a surgical abortion, it's important to be tested. For this reason, Focus Women's Center tests for 2 of the most common STDs in our area: chlamydia and gonorrhea.
- **Finally, LEARN ABOUT YOUR OPTIONS.** Our healthcare professionals are specially trained to go over all 3 of your **pregnancy options** (abortion, adoption, and parenting), and can provide you with resources to help you with your next step.

## SINCE I CAN BUY THE ABORTION PILL ONLINE – WHY DO I NEED TO COME TO FOCUS?

Buying the abortion pill (also known as Plan C) online can be dangerous. This is because abortion pills bought without a prescription are <u>not</u> FDA approved and risk being contaminated, counterfeit, or containing varying ingredients. Furthermore, the FDA also advises **against** buying **abortion pills over the internet** because you risk bypassing important safety guards that protect your health, such as having an ultrasound and STD testing. Before you purchase the abortion pill, make an **appointment** at Focus Women's Center for a free ultrasound and STD testing.

## WILL I BE ABLE TO GET AN ABORTION THERE?

Focus Women's Center does not provide prenatal care or abortions. Simply put, we are the first step in confirming your pregnancy and learning about all of your options – including your abortion options. While we don't provide referrals to any specific abortion provider, our nurses do offer information on what to look for when choosing an abortion clinic, an estimation of costs, as well as information on the available abortion procedures so you know what to expect.

## CAN I BRING A FRIEND?

Of course! We believe that a good support system is so important when going through difficult times. Although we may ask your guest to wait in the reception area while you meet privately with a nurse to go over some health information, your guest is welcome to join you in the ultrasound room during your scan if you would like.

## AS A MINOR, DO I NEED TO TELL MY PARENTS?

Actually, in Illinois, you can get a pregnancy test, options counseling, prenatal care, and STD/STI testing and treatment without telling your parents. Therefore, your trip to Focus Women's Center can remain completely confidential!

## HOW LONG WILL MY APPOINTMENT TAKE?

While first time appointments usually last about an hour, repeat appointments generally take 15-30 minutes.

**Call or text 815-322-1585 to meet with a nurse today!**

▶ Sources

## Click on Your Campus to Get Directions to Our Clinic

- McHenry Community High School
- McHenry High School – Freshman Campus
- Johnsburg High School
- Prairie Ridge High School
- Wauconda High School
- Crystal Lake Central High School
- Woodstock North High School
- Woodstock High School
- Cary-Grove High School
- Grant Community High School

IDFPR009487

IDFPR009488

8/25/23, 1:15 PM                          In School - Focus Women's Center

 English

# TESTIMONIALS

I learned a lot and understood any and all options. They provided thorough explanations and no judgment. I felt VERY comfortable. It was a very comforting and informative place.

**5/5 stars**
★★★★★
*June 2022*

I like that they talked about all the options, and they seem to really care. Seems like I can really trust them.

**5/5 stars**
★★★★★
*April 2022*

Very friendly. Provided an amazing amount of details/info. I loved how kind and thoughtful the staff is. They made me feel safe with my decision. The office was sanitary, kind, professional, and welcoming.

**5/5 stars**
★★★★★
*March 2022*

<div>Call 815.322.1585</div>        <div>Text 815.322.1585</div>

# QUESTIONS & ANSWERS

How much does my appointment cost? Do I need insurance?

All our services are free and confidential. We do not require insurance.

Can you provide verification of pregnancy? (VOP)

Do you offer STD/STI testing?

Can I get an ultrasound there?

Can I bring a guest with me?

As a minor, what pregnancy related services can I have without telling my parents?



# MEET WITH A NURSE

Schedule Now

IDFPR009488

IDFPR009489



English

815-322-1585

Focus Women's Center
409 Front St (Hwy 31)
McHenry, IL 60050

Donate

Learn More

Text Us

E-mail Us

Considering Abortion?     Services     For Friends and Family     Partner Responsibility     Resources     Donate     HIPAA

© 2021 Focus Women's Center | Privacy Policy

IDFPR009489






In our last blog, we discussed things to consider when choosing an abortion provider. Today, we're giving you some additional questions to ask before you have the procedure done. At Focus Women's Center, we believe it's important to be fully educated before you proceed with any option.

**How many visits are required?** Your abortion may require more than one office visit. You should make sure that all these visits are included in the original cost estimate provided to you by the provider. Please note, it is important to have at least one consultation prior to the abortion to discuss the procedure with the doctor and have all your questions answered. We also recommend you have at least one follow-up visit with your provider after the abortion that includes an ultrasound to ensure that it completed and that you are healing as expected.

**Can a friend or parent come with you to your appointments?** It's a good idea to have a support person with you for emotional aid, as well as a backup in case you unexpectedly find yourself unable to drive home after the appointment. However, if you plan on going alone, we recommend you ask ahead of time if you'll be able to drive home after the procedure or if you will need a ride.

**What abortion procedures do they offer at the clinic?** Abortion clinics can vary in the types of abortion procedures that they offer. Some only provide medical abortions, whereas others may provide medical *and* surgical abortions. *Specific* surgical abortion procedures offered might also vary depending on the clinic as well. Gestational age (how far along you are) determines which abortion procedure you qualify for. Using the date of your last menstrual period is not always accurate. Therefore, an ultrasound is recommended to calculate exactly how far along you are so you can ensure the clinic offers the appropriate procedure for *your needs*. Although here at Focus Women's Center we do not provide abortions, we do offer free ultrasounds to determine gestational age, as well as information on all available abortion options.

**What happens if the abortion does not complete?** A very small percentage of the time a medical abortion will not complete, or products of conception may be left inside after a surgical abortion, and you may need further intervention. If this happens, what is the clinic's policy? Will you be charged for an additional procedure? Does the clinic provide that procedure, or would they refer you elsewhere?

**What can you expect in terms of side effects and risks?** Whether you are taking the abortion pill or having a surgical abortion procedure done, you can expect certain side effects. It's important to know what to expect so you can prepare accordingly. Will you need to take time off from work or school? Are you expected to take it easy for a few days, or will you be back to your normal routine immediately? How much bleeding and cramping is normal – and for how long? What are signs of complications that require further

IDFPR009490

IDFPR009491

8/25/23, 1:31 PM                              Question to Ask Before an Abortion - Focus Women's Center



where should you seek medical help? Is there someone available 24/7 should you have questions or concerns
ness hours? What risks are involved with your procedure?

options. While we do not provide abortions or refer to any specific abortion provider, our licensed medical staff is specially trained to
educate you on all your options in a caring, supportive environment. **Call 815-322-1585 today to schedule your free appointment
with a nurse.**

**References**

American College of Obstetricians and Gynecologists (ACOG). (2022). *Abortion care*. Retrieved from https://www.acog.org/womens-
health/faqs/induced-abortion?utm_source=redirect&utm_medium=web&utm_campaign=int

Committee on Practice Bulletins—Gynecology and the Society of Family Planning. (2020). *Medication abortion up to 70 days of
gestation, 225.* Retrieved from https://www.acog.org/clinical/clinical-guidance/practice-bulletin/articles/2020/10/medication-
abortion-up-to-70-days-of-gestation



**Schedule Today**

Your Free Appointment

TALK WITH A NURSE

IDFPR009491

IDFPR009492

8/25/23, 1:35 PM
Things to Consider When Looking for an Abortion Provider - Focus Women's Center



English          Text

Schedule

Donate ≡



With the overturning of Roe vs Wade, it seems like women and girls with unplanned pregnancies are scrambling to find an abortion provider. In a panic to find a clinic, you may not take the time to evaluate the *quality* of care being offered and will be tempted to just schedule with the first provider you come across on the internet. That's why we've compiled a list of questions to consider before scheduling an abortion just anywhere.

**Is it safe to buy the abortion pill online?**  Not all online providers are equal! In the past couple months, numerous websites have popped up offering to sell the abortion pill without a prescription. Abortion pills sold without a prescription are <u>not</u> FDA approved, so you risk purchasing contaminated or counterfeit pills. The FDA also advises against buying them online because you risk bypassing important safety guards put in place to protect your health. For more information on this topic, check out our AT HOME ABORTION page.

**Is the clinic licensed?**  Not all abortion clinics are licensed in Illinois, which means they are not required to have regular health and safety inspections. *Even licensed clinics* may not be regularly inspected. After your first consultation visit, ask yourself if you thought the clinic was clean? What was the atmosphere like? Did the staff listen to your concerns and answer all your questions fully – or did you feel rushed through? Trust your judgment, and if you see any red flags, don't have that clinic perform the procedure. If you aren't sure the clinic is doing something the right way, talk to your primary care provider and report your concern to the health department.

**What does the clinic do in case of an emergency?**  Does the doctor have admitting privileges at the nearest hospital? Risks are involved with any medical procedure. It is important that the clinic have a plan for any circumstance that may arise – even if it is rare.

If your procedure requires anesthesia, **what anesthesia do they use and who is responsible for administering it?** A trained physician or certified nurse anesthetist are the only people that should be administering anesthesia.

You have the right to ask for the credentials of the doctors and staff, their experience, as well as any medical malpractice the clinic or staff have been involved in.

IDFPR009492

IDFPR009493



...st clinic option might not be in your best interest. **Your health and safety are the most important**

all the information you need to know about your pregnancy and abortion options. Although FWC does not provide abortions or make abortion referrals to any specific provider – *we do* provide information on the procedures, estimated costs, how to choose a clinic, and offer free ultrasounds to confirm exactly how far along you are – which determines the abortion procedure you'd be looking at. We're a great first step in an unplanned pregnancy! Call to schedule with a nurse today: **815-322-1585**

## Schedule Today

Your Free Appointment

TALK WITH A NURSE

Search



Call Us

Focus Women's Center
409 Front St (Hwy 31)
McHenry, IL 60050

Text Us

E-mail Us

Donate

Learn More

Considering Abortion?    Services    For Friends and Family    Partner Responsibility    Resources    Donate    HIPAA

© 2023 Focus Women's Center | Privacy Policy

IDFPR009493

IDFPR009494

8/25/23, 1:32 PM

What is a Fetal Heartbeat? - Focus Women's Center







You see a small rhythmic flicker of movement on the screen. You hear a pulsing sound from the ultrasound machine. What is it? Is it actually the sound of a heartbeat? Or is it just a "manufactured sound"? You may have heard the term *doppler* referred to during an ultrasound, but what does that even mean?

Have you ever been standing on a street corner when a motorcycle passes? The zooming noise from the engine seems to increase in pitch/frequency as the motorcycle gets closer to you and then decrease in frequency as the motorcycle drives away from you. That *change* in frequency is called a "*Doppler shift*".

Did you know that ultrasound doppler works the same way? It measures the sound waves that are reflected from moving objects like red blood cells (aka "the motorcycle").

When the walls of the fetal heart are moving and pumping blood, the ultrasound machine is sending and receiving sound waves that are focused on the heart. It is receiving signals of different frequencies based on the motion of the blood flow.

The **sound** you're hearing from the ultrasound machine is the change of pitch from different frequencies of the returning sound waves based on the speed and direction of the blood flow in the heart. ***It is the same sound you would hear if you were listening to an adult heart.***

While the embryonic heart actually **begins to beat between 5-5 1/2 weeks** (based on the gestational age calculated from the *beginning* of your last menstrual period), the ultrasound machine is only able to detect it at approximately 6 weeks. The presence of a fetal heartbeat is just *one* of the several factors we use at **Focus Women's Center** to determine if your pregnancy is viable or not.

**To learn more about our services** at Focus Women's Center in McHenry, or to **schedule a free appointment** to meet with a nurse – call 815-322-1585.

References:

*Edelman, Sidney. *Understanding Ultrasound Physics. 4th edition.* Woodlands, Texas, ESP Inc., 2012.

*Gagen-Ansert, Sandra. *Textbook of Diagnostic Sonography, Volume Two.* Elsevier Mosby, 2012.

IDFPR009494

IDFPR009495



IDFPR009495

IDFPR009496

8/25/23, 1:34 PM                    Roe V. Wade Overturned - What does this mean for Illinois? - Focus Women's Center


English          Text
                 Schedule

women's center                                                                            Donate    ☰



Roe V. Wade was overturned by the US Supreme Court today. This means it will be left to the individual states to decide on abortion access. Illinois has some of the least restrictive rules pertaining to abortion in the nation, and **Illinois currently has vowed to uphold abortion as legal and accessible** in a post-Roe world.

**Focus Women's Center will continue to serve women** in Illinois and Wisconsin to provide information on all options for their pregnancy. Although we do not provide abortions at our clinic or refer to any specific provider, we do provide medical information on abortion procedures, estimated costs, and things to look for when choosing an abortion provider.

At Focus, we understand that deciding what to do when faced with an unplanned pregnancy is not an easy choice for anyone. We feel it is important to equip women with **complete, unbiased information** on all their options in a **safe, private, and nonjudgmental environment.** Focus Women's Center remains dedicated to empowering women during a very private and difficult time in their lives.

If you or someone you know is facing an unintended pregnancy, let Focus Women's Center be the first step. Call 815-322-1585 to schedule a **free and confidential appointment** with one of our nurses.

### Schedule Today

Your Free Appointment

TALK WITH A NURSE

Search

IDFPR009496

IDFPR009497

8/25/23, 1:34 PM

Roe V. Wade Overturned - What does this mean for Illinois? - Focus Women's Center



IDFPR009497

IDFPR009498

8/25/23, 1:38 PM                    Abortion Pill Reversal - Focus Women's Center



Some may change their mind about going through with a medical abortion after taking **mifepristone (RU-486)**, the first drug in a two-step abortion process. Mifepristone works by blocking the progesterone that is needed for the pregnancy to continue. If the change of mind occurs within the first hour of ingesting mifepristone, some doctors might help by inducing vomiting. If the mifepristone has not been absorbed yet, the abortion process may stop on its own. [2]

Even if mifepristone has already been absorbed by the body, the person may still choose to skip the second step of the medical abortion process and not take misoprostol. Misoprostol is a drug that causes the uterus to contract to help expel the pregnancy. According to some studies, anywhere between 8-46% of pregnancies will continue after only taking mifepristone and skipping the second step of misoprostol. [1]

Abortion Pill Reversal (APR)

Some believe that a process called abortion pill reversal (APR) may help increase the chance of the pregnancy continuing if started within 24 hours of taking mifepristone when misoprostol is NOT taken. There have even been successful cases when the APR treatment is started within 72 hours. The APR treatment involves a medical professional prescribing repeated doses of progesterone throughout the first trimester, either taken orally, vaginally, or through injection, in an attempt to counteract the mifepristone. [3]

| Effectiveness | Is It Safe? | Controversy | Abortion Pill Rescue |
|---|---|---|---|

Progesterone has been used safely in pregnancies for over 50 years, and neither mifepristone or progesterone has been associated with birth defects. However, progesterone therapy, when not prescribed properly, can cause damage to the body, particularly to the nervous, cardiovascular, and endocrine systems. [3]

Focus Women's Center does not provide the Abortion Pill Reversal.

▸ Sources

# TESTIMONIALS

I learned a lot and understood any and all options. They provided thorough explanations and no judgment. I felt VERY comfortable. It was a very comforting and informative place.
**5/5 stars**
★★★★★
*June 2022*

I like that they talked about all the options, and they seem to really care. Seems like I can really trust them.
**5/5 stars**
★★★★★
*April 2022*

Very friendly.  Provided an amazing amount of details/info.  I loved how kind and thoughtful the staff is. They made me feel safe with my decision. The office was sanitary, kind, professional, and welcoming.
**5/5 stars**
★★★★★
*March 2022*

Call 815.322.1585

Text 815.322.1585

IDFPR009498

IDFPR009499

8/25/23, 1:38 PM                                          Abortion Pill Reversal - Focus Women's Center

 English

# QUESTIONS & ANSWERS

| How much does my appointment cost? Do I need insurance? | ⊖ |
|---|---|
| All our services are free and confidential. We do not require insurance. | |

| Can you provide verification of pregnancy? (VOP) | ⊕ |
|---|---|

| Do you offer STD/STI testing? | ⊕ |
|---|---|

| Can I get an ultrasound there? | ⊕ |
|---|---|

| Can I bring a guest with me? | ⊕ |
|---|---|

| As a minor, what pregnancy related services can I have without telling my parents? | ⊕ |
|---|---|



## MEET WITH A NURSE

Schedule Now

📞 815-322-1585

📍 Focus Women's Center
409 Front St (Hwy 31)
McHenry, IL 60050

Donate

Learn More

📱 Text Us       ✉️ E-mail Us

Considering Abortion?   Services   For Friends and Family   Partner Responsibility   Resources   Donate   HIPAA

© 2021 Focus Women's Center | Privacy Policy

IDFPR009499

IDFPR009500



# ABORTION PILL REVERSAL

Some may change their mind about going through with a medical abortion after taking **mifepristone (RU-486)**, the first drug in a two-step abortion process. Mifepristone works by blocking the progesterone that is needed for the pregnancy to continue. If the change of mind occurs within the first hour of ingesting mifepristone, some doctors might help by inducing vomiting. If the mifepristone has not been absorbed yet, the abortion process may stop on its own. [2]

Even if mifepristone has already been absorbed by the body, the person may still choose to skip the second step of the medical abortion process and not take misoprostol. Misoprostol is a drug that causes the uterus to contract to help expel the pregnancy. According to some studies, anywhere between 8-46% of pregnancies will continue after only taking mifepristone and skipping the second step of misoprostol. [1]

## Abortion Pill Reversal (APR)

Some believe that a process called abortion pill reversal (APR) may help increase the chance of the pregnancy continuing if started within 24 hours of taking mifepristone when misoprostol is NOT taken. There have even been successful cases when the APR treatment is started within 72 hours. The APR treatment involves a medical professional prescribing repeated doses of progesterone throughout the first trimester, either taken orally, vaginally, or through injection, in an attempt to counteract the mifepristone. [1]

| Effectiveness | Is It Safe? | Controversy | Abortion Pill Rescue |
|---|---|---|---|

Some believe that APR's studies are flawed and do not prove that the APR treatment of progesterone was the cause of the continued pregnancies. They also argue that APR's claimed success rate is not much different than the success rate of cases where only mifepristone was taken without misoprostol. [1, 2]

Focus Women's Center does not provide the Abortion Pill Reversal.

▸ Sources

# TESTIMONIALS

| | | |
|---|---|---|
| Very comforting and understanding. I liked the accuracy and efficiency. The atmosphere is judgment free<br><br>**5/5 stars**<br>★★★★★<br>*March 2022* | Everyone was amazing and judgment free. They answered all my questions in detail. No questions – just smiles from the staff. Everyone was so kind and understanding – they took away the anxiety of the appointment. Comfortable, amazing staff.<br><br>**5/5 stars**<br>★★★★★<br>*April 2022* | Anytime I asked for more info or asked about something I was unsure of, they were more than happy to help. I loved how comfortable everything felt. I didn't feel judged for my decision.<br><br>**5/5 stars**<br>★★★★★<br>*March 20221* |

Call 815.322.1585                    Text 815.322.1585

IDFPR009500

IDFPR009501

 English

# QUESTIONS & ANSWERS

**How much does my appointment cost? Do I need insurance?**

All our services are free and confidential. We do not require insurance.

**Can you provide verification of pregnancy? (VOP)**

**Do you offer STD/STI testing?**

**Can I get an ultrasound there?**

**Can I bring a guest with me?**

**As a minor, what pregnancy related services can I have without telling my parents?**



## MEET WITH A NURSE

Schedule Now

📞 815-322-1585

📍 Focus Women's Center
409 Front St (Hwy 31)
McHenry, IL 60050

Donate

Learn More

Text Us

E-mail Us

Considering Abortion?   Services   For Friends and Family   Partner Responsibility   Resources   Donate   HIPAA

© 2021 Focus Women's Center | Privacy Policy

IDFPR009501

IDFPR009502

8/25/23, 1:40 PM                          Abortion Pill Reversal - Focus Women's Center



# ABORTION PILL REVERSAL

Some may change their mind about going through with a medical abortion after taking **mifepristone (RU-486)**, the first drug in a two-step abortion process. Mifepristone works by blocking the progesterone that is needed for the pregnancy to continue. If the change of mind occurs within the first hour of ingesting mifepristone, some doctors might help by inducing vomiting. If the mifepristone has not been absorbed yet, the abortion process may stop on its own. [2]

Even if mifepristone has already been absorbed by the body, the person may still choose to skip the second step of the medical abortion process and not take misoprostol. Misoprostol is a drug that causes the uterus to contract to help expel the pregnancy. According to some studies, anywhere between 8-46% of pregnancies will continue after only taking mifepristone and skipping the second step of misoprostol. [3]

## Abortion Pill Reversal (APR)

Some believe that a process called abortion pill reversal (APR) may help increase the chance of the pregnancy continuing if started within 24 hours of taking mifepristone when misoprostol is NOT taken. There have even been successful cases when the APR treatment is started within 72 hours. The APR treatment involves a medical professional prescribing repeated doses of progesterone throughout the first trimester, either taken orally, vaginally, or through injection, in an attempt to counteract the mifepristone. [1]

| Effectiveness | Is It Safe? | Controversy | Abortion Pill Rescue | |
|---|---|---|---|---|

For more information about APR, call the Abortion Pill Rescue hotline: 877-558-0333 or check out their website: https://abortionpillreversal.com

Focus Women's Center does not provide the Abortion Pill Reversal.

▸ Sources

# TESTIMONIALS

| | | |
|---|---|---|
| Very comforting and understanding. I liked the accuracy and the efficiency. The atmosphere is judgment free<br><br>**5/5 stars**<br>★★★★★<br>*March 2022* | Everyone was amazing and judgment free. They answered all my questions in detail. No questions – just smiles from the staff. Everyone was so kind and understanding – they took away the anxiety of the appointment. Comfortable, amazing staff.<br><br>**5/5 stars**<br>★★★★★<br>*April 2022* | Anytime I asked for more info or asked about something I was unsure of, they were more than happy to help. I loved how comfortable everything felt. I didn't feel judged for my decision.<br><br>**5/5 stars**<br>★★★★★<br>*March 2021* |

Call 815.322.1585        Text 815.322.1585

IDFPR009502

IDFPR009503

Abortion Pill Reversal - Focus Women's Center

 English

# QUESTIONS & ANSWERS

How much does my appointment cost? Do I need insurance?
All our services are free and confidential. We do not require insurance.

Can you provide verification of pregnancy? (VOP)

Do you offer STD/STI testing?

Can I get an ultrasound there?

Can I bring a guest with me?

As a minor, what pregnancy related services can I have without telling my parents?



## MEET WITH A NURSE

Schedule Now

815-322-1585

Focus Women's Center
409 Front St (Hwy 31)
McHenry, IL 60050

Donate

Learn More

Text Us

E-mail Us

Considering Abortion?   Services   For Friends and Family   Partner Responsibility   Resources   Donate   HIPAA

© 2021 Focus Women's Center | Privacy Policy

IDFPR009503

IDFPR009504



🇺🇸 English

Donate  ☰

# CONSIDERING ABORTION?

When you are experiencing an unplanned pregnancy, it is very common to consider abortion as one of your options. It is important to understand that abortion is a medical procedure. As with any medical procedure, you should gather all of the information about the procedure, risks, and side effects associated with it before you decide to have it done. In this way, you can make a fully informed decision and be confident in your choice. That is why Focus Women's Center is your first step when considering abortion.

**While Focus Women's Center does not perform or refer for abortions, we can provide you with the following information you should know before you have an abortion:**



| Is your pregnancy viable? ⊕ |
| --- |

| How far along are you? ⊕ |
| --- |

While you may have an idea of how far along you are (otherwise known as the gestational age) based on the date of your last menstrual period (LMP), it is very common for these dates to be off due to various reasons. An **ultrasound** is the most accurate way to determine gestational age, which then determines which type of abortion procedure you might qualify for. At Focus Women's Center, we are able to provide an **ultrasound free of cost** so that you will know which abortion procedure(s) you are even eligible for and can make a more informed decision.

| Do you have an STD/STI? ⊕ |
| --- |

| What are the different types of abortion? ⊕ |
| --- |

| Do I have any other options? ⊕ |
| --- |

IDFPR009504

IDFPR009505

8/25/23, 1:41 PM                    Considering Abortion? - Focus Women's Center

🇺🇸 English

# TESTIMONIALS

I learned a lot and understood any and all options. They provided thorough explanations and no judgment. I felt VERY comfortable. It was a very comforting and informative place.

**5/5 stars**
★★★★★
*June 2022*

I like that they talked about all the options, and they seem to really care. Seems like I can really trust them.

**5/5 stars**
★★★★★
*April 2022*

Very friendly. Provided an amazing amount of details/info. I loved how kind and thoughtful the staff is. They made me feel safe with my decision. The office was sanitary, kind, professional, and welcoming.

**5/5 stars**
★★★★★
*March 2022*

[ Call 815.322.1585 ]          [ Text 815.322.1585 ]

# QUESTIONS & ANSWERS

How much does my appointment cost? Do I need insurance?

All our services are free and confidential. We do not require insurance.

Can you provide verification of pregnancy? (VOP)

Do you offer STD/STI testing?

Can I get an ultrasound there?

Can I bring a guest with me?

As a minor, what pregnancy related services can I have without telling my parents?

# MEET WITH A NURSE

[ Schedule Now ]



IDFPR009505

IDFPR009506



Considering Abortion?    Services    For Friends and Family    Partner Responsibility    Resources    Donate    HIPAA

© 2021 Focus Women's Center | Privacy Policy

IDFPR009506



🇺🇸 English

Donate

# CONSIDERING ABORTION?

When you are experiencing an unplanned pregnancy, it is very common to consider abortion as one of your options. It is important to understand that abortion is a medical procedure. As with any medical procedure, you should gather all of the information about the procedure, risks, and side effects associated with it before you decide to have it done. In this way, you can make a fully informed decision and be confident in your choice. That is why Focus Women's Center is your first step when considering abortion.

**While Focus Women's Center does not perform or refer for abortions, we can provide you with the following information you should know before you have an abortion:**



| Is your pregnancy viable? | ⊕ |
|---|---|

| How far along are you? | ⊕ |
|---|---|

Do you have an STD/STI?

Untreated sexually transmitted diseases or infections can cause serious complications for those who have abortions by increasing their risk of infection. Anyone considering abortion should be tested and treated for STDs prior to the procedure. Focus Women's Center offers **confidential STD testing** for the two most common STDs in McHenry County, chlamydia, and gonorrhea, free of charge.

> U.S. National Library of Medicine. (2020). *Pelvic inflammatory disease (PID).* Retrieved from **https://medlineplus.gov/ency/article/000888.htm**

| What are the different types of abortion? | ⊕ |
|---|---|

| Do I have any other options? | ⊕ |
|---|---|

IDFPR009507

IDFPR009508

 English

# TESTIMONIALS

Very comforting and understanding. I liked the accuracy and efficiency. The atmosphere is judgment free

**5/5 stars**
★★★★★
*March 2022*

Everyone was amazing and judgment free. They answered all my questions in detail.  No questions – just smiles from the staff. Everyone was so kind and understanding – they took away the anxiety of the appointment. Comfortable. amazing staff.

**5/5 stars**
★★★★★
*April 2022*

Anytime I asked for more info or asked about something I was unsure of, they were more than happy to help. I loved how comfortable everything felt. I didn't feel judged for my decision.

**5/5 stars**
★★★★★
*March 20221*

Call 815.322.1585

Text 815.322.1585

# QUESTIONS & ANSWERS

How much does my appointment cost? Do I need insurance?

All our services are free and confidential. We do not require insurance.

Can you provide verification of pregnancy? (VOP)

Do you offer STD/STI testing?

Can I get an ultrasound there?

Can I bring a guest with me?

As a minor, what pregnancy related services can I have without telling my parents?



## MEET WITH A NURSE

Schedule Now

IDFPR009508



IDFPR009510



🇺🇸 English

Donate

# CONSIDERING ABORTION?

When you are experiencing an unplanned pregnancy, it is very common to consider abortion as one of your options. It is important to understand that abortion is a medical procedure. As with any medical procedure, you should gather all of the information about the procedure, risks, and side effects associated with it before you decide to have it done. In this way, you can make a fully informed decision and be confident in your choice. That is why Focus Women's Center is your first step when considering abortion.

**While Focus Women's Center does not perform or refer for abortions, we can provide you with the following information you should know before you have an abortion:**



Is your pregnancy viable?

How far along are you?

Do you have an STD/STI?

What are the different types of abortion?

There are **several different types of abortion procedures** – each with different risks, side effects, and financial costs. That is why it is so important to discuss your options ahead of time with a knowledgeable medical professional so that you can get accurate medical information and make a fully informed decision. At Focus Women's Center, you will meet one-on-one with a member of our medical team who will go over each of the abortion procedures with you and answer any questions that you may have.

Do I have any other options?

IDFPR009510

IDFPR009511

8/25/23, 1:43 PM                                Considering Abortion? - Focus Women's Center

 English

# TESTIMONIALS

I learned a lot and understood any and all options. They provided thorough explanations and no judgment. I felt VERY comfortable. It was a very comforting and informative place.

**5/5 stars**
★★★★★
*June 2022*

I like that they talked about all the options, and they seem to really care. Seems like I can really trust them.

**5/5 stars**
★★★★★
*April 2022*

Very friendly. Provided an amazing amount of details/info. I loved how kind and thoughtful the staff is. They made me feel safe with my decision. The office was sanitary, kind, professional, and welcoming.

**5/5 stars**
★★★★★
*March 2022*

Call 815.322.1585

Text 815.322.1585

# QUESTIONS & ANSWERS

How much does my appointment cost? Do I need insurance?

All our services are free and confidential. We do not require insurance.

Can you provide verification of pregnancy? (VOP)

Do you offer STD/STI testing?

Can I get an ultrasound there?

Can I bring a guest with me?

As a minor, what pregnancy related services can I have without telling my parents?



## MEET WITH A NURSE

Schedule Now

IDFPR009511

IDFPR009512



IDFPR009512

IDFPR009513



🇺🇸 English

Donate ☰

# CONSIDERING ABORTION?

When you are experiencing an unplanned pregnancy, it is very common to consider abortion as one of your options. It is important to understand that abortion is a medical procedure. As with any medical procedure, you should gather all of the information about the procedure, risks, and side effects associated with it before you decide to have it done. In this way, you can make a fully informed decision and be confident in your choice. That is why Focus Women's Center is your first step when considering abortion.

**While Focus Women's Center does not perform or refer for abortions, we can provide you with the following information you should know before you have an abortion:**



| Is your pregnancy viable? | ⊕ |
|---|---|

| How far along are you? | ⊕ |
|---|---|

| Do you have an STD/STI? | ⊕ |
|---|---|

| What are the different types of abortion? | ⊕ |
|---|---|

| Do I have any other options? | ⊖ |
|---|---|

Focus Women's Center believes in educating every patient on all their legal options. We understand that for many of our patients, circumstances in their lives can change quickly and some may find themselves suddenly forced to consider options they did not think about before. Therefore, as part of our no-cost **Pregnancy Verification and Consultation appointment**, each patient will be offered information on **abortion**, **parenting**, and **adoption**, as well as a list of local **resources** that can be of assistance. Our goal is to equip each of our patients with enough knowledge about all their options so that they can make a fully informed decision that is right for them. At Focus Women's Center we are dedicated to educating our patients in a neutral, no-pressure, judgement-free environment so that you can feel safe to ask questions and gather the information you need to move forward and make your decision.

IDFPR009513

IDFPR009514

8/25/23, 1:43 PM                                    Considering Abortion? - Focus Women's Center

 English

# TESTIMONIALS

> I learned a lot and understood any and all options. They provided thorough explanations and no judgment. I felt VERY comfortable. It was a very comforting and informative place.
> **5/5 stars**
> ★★★★★
> June 2022

> I like that they talked about all the options, and they seem to really care. Seems like I can really trust them.
> **5/5 stars**
> ★★★★★
> April 2022

> Very friendly. Provided an amazing amount of details/info. I loved how kind and thoughtful the staff is. They made me feel safe with my decision. The office was sanitary, kind, professional, and welcoming.
> **5/5 stars**
> ★★★★★
> March 2022

[ Call 815.322.1585 ]     [ Text 815.322.1585 ]

# QUESTIONS & ANSWERS

**How much does my appointment cost? Do I need insurance?**
All our services are free and confidential. We do not require insurance.

**Can you provide verification of pregnancy? (VOP)**

**Do you offer STD/STI testing?**

**Can I get an ultrasound there?**

**Can I bring a guest with me?**

**As a minor, what pregnancy related services can I have without telling my parents?**

## MEET WITH A NURSE

[ Schedule Now ]



IDFPR009514

IDFPR009515



IDFPR009515