# Exhibit 3

Defendant Trial Exhibit 38
Options Now Abortion Health and Safety Checklist



DEFENDANT'S EXHIBIT 38

## ABORTION HEALTH AND SAFETY CHECKLIST

- ❏ Are you sure you are pregnant?
- ❏ Are you sure you have a viable, uterine pregnancy?

  (Viable means one that is capable of developing under normal conditions.)
- ❏ What do you know about abortion procedures?
- ❏ What do you know about emotional complications associated with the abortion procedure?
- ❏ What do you know about physical complications associated with the abortion procedure?
- ❏ Do you know if the abortion clinic will treat you for any complications?
- ❏ If you need to be hospitalized, does the doctor have hospital privileges?
- ❏ Have there been any lawsuits led against the doctor or the clinic?
- ❏ Do you have a sexually transmitted infection right now? Have you been tested?
- ❏ What do you know about fetal development?

Often women facing an unplanned pregnancy feel they just want to get out of the situation as quickly as possible. Sometimes abortion seems like the answer that will end all of the problems, but this is one of the most important decisions you will ever make. It is not a decision that should be made hastily. For your own health and safety, you should make every effort to be completely and accurately informed. If you are not sure about any of the above questions, Options Now medical staff will provide you with information that will help you.

## CHOICES

|  | Parenting | Abortion | Adoption |
|---|---|---|---|
| **PROS** |  |  |  |
| **CONS** |  |  |  |
| Conclusion |  |  |  |