# Exhibit 4

Schroeder Trial Exhibit 114
Options Now – Policy: Educational Materials



## POLICY: *EDUCATIONAL MATERIALS*

Educational materials containing medical information used in Options Now centers are to be medically accurate, up to date and reviewed and approved by Medical Director prior to use in the center. Non-medical educational materials will be reviewed and approved by Center Manager prior to use in the center. Employees and volunteers need to have their Center Manager or Nurse Manager review any materials (medical or non-medical) that they would like to see used in the center. Such material will be presented to the Center Manager or the Medical Director for approval. Medical information may be obtained from the Centers for Disease Control and Prevention (CDC) website and other medically credible sources when the proposed material aligns with Options Now mission and philosophy. Approved verbal scripting will accompany educational additions to reinforce Options Now mission and philosophy.

## PROCEDURE:

1. All medical personnel will seek the patient's' permission (verbal or written) before presenting educational information. This includes verbal descriptions of abortion, adoption, fetal development, post abortion stress, or the Gospel. Documentation of patient's permission strongly encouraged.

2. Medical personnel will assess all patients' readiness to receive educational information and determine whether or not it would be best to schedule patients for a follow-up visit for that purpose. When patients appear greatly distressed and upset, medical personnel will seek guidance from their supervisor/Nurse Manager regarding how to proceed.

3. Options Now may use approved videos (patient must sign *Video Consent* form, see Appedix page 141) or written materials about fetal development and sexual health. Options Now does not use graphic videos or depictions of abortion or aborted fetuses as part of their educational materials. Pictures which show symptoms of STD's are used when discussing STD education. STD educational tools include using the STD Flip Chart (hard copy or via Samsung Tablet Power Point) and various approved brochures/literature.

4. Medical personnel may remain with patients while they are watching a video. The patients are advised that they may stop the approved video clip at any time. Other education materials to be used in the center include information on abstinence, adoption, the Gospel, parenting, prenatal care, post abortion stress, and other pregnancy related concerns. A patient must sign a *Video Consent* form prior to viewing any videos listed on *Advocate Intake* form (See Appendix page 142 -145).

5. Options Now does not provide referrals for contraception. If patient asks for information on contraception, a *Contraception Informational Sheet* (See Appendix pages 146 -151) may be given to aid in educating patient. Married patients are referred to their medical practitioners, pastors, priests or spiritual leaders if they have questions on the use of contraception (See *Contraception Education Policy* page 34 and *Abstinence Policy* page 35).