# Exhibit 5

Schroeder Trial Exhibit 84
Options Now – Telephone Talking Points

# Telephone Talking Points

*Revised April 2, 2019*

1

**Options Now greeting:** *We're glad you called Options Now, may I help you?*

**Key phone tips:** Be warm, compassionate and caring – not clinical or sterile.

If they give their name, be personal and use it throughout the conversation.

You may give your name.

Be respectful and nonjudgmental.

We want to encourage the patient to make an appointment at one of our Centers.

When completing the appointment making process and the telephone intake form:

Please end the phone call with:

- confirming/repeating the appointment date, time, and location
- providing the patient with the address of the location if needed
- providing the patient with the specific "hello line" phone number of the center in which the appointment was made.
- encouraging the patient to call if unable to keep their appointment time by stating, *"Because our appointments are in high demand, could you please call if you are unable to keep your appointment time, are running late, or need further directions?"*

==Please make sure to stick to the Talking Points as best as possible!==

*Revised April 2, 2019*

2

# Talking Points for the Abortion Minded Caller

*Patient states:* I need an abortion. Do you do abortions there?

- *Are you calling for yourself or someone else?* (If caller says "someone else," respond with "OK" and tell them you would like to speak directly to the person needing services)

- *Where are you located?* (Respond with "OK" and continue with talking points)

- *Do I have your permission to call you back if we get disconnected?*
  - **[YES]** "OK, may I please have your phone number?"
  - Are you having symptoms that include pain, severe cramping or bleeding? If so, you should contact your primary health provider or seek emergency services since we do not offer urgent medical care.

- *Have you had a positive pregnancy test?*
  - **[YES]** "Was that at home or a medical office?"

- *We do not perform or refer for abortions,* however, we can provide all of the medical services that you will need prior to having the abortion as well as factual information about abortion costs and procedures. These services typically cost between $180 and $200 at other clinics in our area, but they are provided here at Options Now free of charge. The first pre-abortion test is a lab quality pregnancy test; it is a 99% accurate urine test.
- If your test is positive and you meet the criteria[1], we will then perform a free ultrasound to confirm whether or not you have a viable pregnancy.
- It's important to confirm the pregnancy with an ultrasound because credible sources site that 10% - 25% of early pregnancies end in a miscarriage.[2] The ultrasound will help you avoid any costs or procedures that are not necessary.
- While they are doing the ultrasound, they will also determine if the pregnancy is inside the uterus. Are you familiar with what a tubal or ectopic pregnancy is?
- A tubal pregnancy can be very dangerous to your health and an abortion procedure (abortion pill) cannot remove a tubal pregnancy; a different procedure is needed.

---

[1] Criteria include a positive pregnancy test taken at our facility, without the following symptoms: bleeding, severe cramping or pain. Again, if patient is having any of these symptoms, inform them to call 911 or go to the nearest emergency room, as Options Now does not provide emergency services. Confirmation of pregnancy through ultrasound is made by obtaining fetal heart rate, fetal age and making sure the pregnancy is in the uterus.
[2] https://www.mayoclinic.org/diseases-conditions/pregnancy-loss-miscarriage/symptoms-causes/syc-20354298
https://www.womenshealth.gov/pregnancy/youre-pregnant-now-what/pregnancy-loss
https://www.acog.org/Patients/FAQs/Early-Pregnancy-Loss
http://americanpregnancy.org/pregnancy-complications/miscarriage/

*Revised April 2, 2019*

3

## Talking Points for the Abortion Minded Caller continued…

- *We are located at 4854 North Alby in Godfrey and have an appointment available at _____.*
- *Does this time appointment time work for you?*

**[YES]** Complete Telephone Intake Sheet
**[NO]** – **Offer STD TESTING (Pg. 5) next**

-----

## CLOSING TALKING POINTS

- *OK, __(name)___ I have you scheduled for a _____(service)___ at the Godfrey location. Your text reminders will have the address and phone number for your reference.*
- *Appointments fill up very quickly, so if you are unable to make your appointment time, will you call this center directly so we can make every effort to offer you another appointment as soon as possible?*
- *We ask that you arrive 15 minutes before your appointment time to fill out paperwork so that we can get you into your appointment on time. Should you arrive any later than 15 minutes after your appointment time, you may need to wait or be rescheduled.*
- *The average cost for a ___(service)__ in this area is:*

  > Ultrasound: $150.00
  >
  > STD testing: $99.00
  >
  > PT: $31.00

- *As I mentioned earlier, our services here at Options Now are free and confidential, so there will be no charge to you on __(day of the week)___, the only thing you will need to bring with you will be your photo ID.*
- *Is there anything else that I can do for you today, _____(name)_____?*
- *Okay then we will see you ___(day of the week)___ at ____(Time)_____ at the Godfrey location.*

*Revised April 2, 2019*

4

## STD Testing- Abortion Minded Patient

- *It's also important to make sure you don't have an STD before having an invasive procedure like abortion. It may result in other dangerous complications. We offer free STD testing at our Centers, although some STD tests may require a lab fee.*
    - *We test for Chlamydia, Gonorrhea, (urine specimens), HIV and Syphilis (blood specimens), Bacterial Vaginosis & Trichomoniasis (vaginal swab by one of our physicians or Nurse Practitioners)*
    - *If you need testing for other STD's, we will refer you to a medical clinic. We will provide you with important information on STD's and all of your options.*
- *Our next available appointment time for an STD test at our Godfrey location is _____. Does this appointment time work for you?*

**[YES]:** Complete Telephone Intake
**[NO]:** Offer Abortion Health and Safety Consultation next

---

## Abortion Health and Safety Checklist - Abortion Minded Patient

### I have decided to get an abortion. (Often already had a PT and US)

*Okay, _(Patient Name)___, so you are currently considering abortion. It's important for you to know that abortion procedures have several risks and possible complications depending on the procedure and how far along you are. A few risks may include (name several from list below). There are other risks that you should be aware of and so for your safety, we recommend having a pre-abortion consultation that will help you determine important criteria about your abortion decision. We are located at 4854 North Alby in Godfrey and have an appointment available for this consultation on :_____. Does that work for you? We also have 3 St. Louis locations: one in the city, one in North County and one in St. Louis. Would one of those centers be closer for you?*

| | | | |
|---|---|---|---|
| **Severe cramping** | **Bleeding lasting up to 2 weeks** | **Heavy bleeding** | **Nausea and/or vomiting** |
| **Diarrhea** | **Fever/chills** | **Infection** | **Injury to uterus and other organs** |
| **Incomplete abortion - more likely with medical abortion** | | | |

*Risks and possible complications taken from The American Congress of Obstetricians and Gynecologists at http://www.acog.org/Patients/FAQs/Induced-Abortion#after*

**[YES]** Complete Telephone Intake Sheet

5

*Revised April 2, 2019*

**[NO]** Offer the next appointment time *How would _____ work for you instead?*
**[NO]**

- *Do you have access to the internet? If so, you can go to our website and review our checklist.*
- *If you are not sure about any of the questions on our Abortion Health and Safety Checklist, call us to make an appointment and we will discuss them with you. (Helpline number 618-466-1690.)*
- *Remember, sometimes abortion seems like the answer, but this is one of the most important and life changing decisions you will ever make.*

**\*\*FYI:** It is best not to discuss the majority of the *Abortion Health and Safety Checklist* over the phone. Our goal is to encourage the patient to make an appointment at one of our Centers.

(Questions on the Options Now website listed on the *Abortion Health and Safety Checklist* are as follows:)

- *Are you sure you are pregnant?*
- *Are you sure you have a viable, uterine pregnancy? (viable means one that is capable of developing under normal conditions)*
- *What do you know about abortion procedures?*
- *What do you know about emotional complications associated with the abortion procedure?*
- *What do you know about physical complications associated with the abortion procedure?*
- *Do you know if the abortion clinic will treat you for any complications?*
- *If you need to be hospitalized, does the doctor have hospital privileges? Have there been any lawsuits filed against the doctor or the clinic?*
- *Do you have a sexually transmitted infection right now? Have you been tested?*
- *What do you know about fetal development?*

**Additional Talking Points, if needed**

- *Why do you feel abortion is your only option?*
- *Sometimes abortion seems like the answer, but this is one of the most important and life changing decisions you will ever make.*
- *You have time to make a decision— take this opportunity to get accurate information on all your options. For your own health and safety, we encourage you to make every effort to be completely informed.*
- *Again, for your own health and safety, we encourage you to make every effort to be completely informed. Please call us back if you decide you would like to make that appointment.*
- *We are here to help you as you consider your options. Thank you for calling Options Now.*

# **ADOPTION**

*Patient:*  We want to adopt a baby.  Can you help us?

- *We are not an adoption agency.*
- *We will, however, give you information about adoption and adoption agencies for you to contact.*

*Patient:*  We want to give our baby up for adoption.  Can you help us?

- *We are not an adoption agency.*
- *We will, however, give you information about adoption and adoption agencies and have one of their agency representatives meet with you.*
- *Our next available appointment time is _____ at our location to discuss this option with you.*

**[YES]** Complete Telephone Intake Sheet

*Revised March 6, 2017*

7

# **CONTRACEPTION**

*<u>Patient</u>: Can I come in to get birth control?*

- *We don't prescribe or refer for birth control. Contraceptives do not provide 100% effective protection against STI's and pregnancy so we do not recommend them as a reliable method of protection.*

  o *We can provide you with information on their risks and ineffectiveness/failure rates.*

  o *Abstinence is the only form of birth control that is 100% effective in preventing pregnancy and STD's. If you are married and have questions on the use of contraception, we refer you to your medical practitioner, pastor, or priest.*

  o *<u>Have you ever been tested for STD's?</u> If you are sexually active you should be tested for an STD. We offer STD testing at our Centers by appointment only.*

  o *We test for Chlamydia, Gonorrhea, (urine specimens), HIV and Syphilis (blood specimens), Bacterial Vaginosis & Trichomoniasis (vaginal swab by one of our physicians or Nurse Practitioners)*

  o *If you need testing for other STDs, we will refer you to a medical clinic.*

  o *Though birth control may reduce the risk of pregnancy, it is important to understand that it won't prevent or eliminate STD's (Sexually Transmitted Diseases).*

*Revised March 6, 2017*

8

# Emergency Contraception
## The Morning After Pill or Plan B

*Patient states*:  Do you give out Emergency Contraception such as the Morning After Pill or Plan B?

- *We do not give prescriptions or referrals for Emergency Contraception such as the Morning After Pill or Plan B.*
- *When did you last have sex?  Most EC can only be taken within 72 hours after having sex to be effective.*
- *Are you sure you aren't pregnant already?*
- *If you haven't taken a pregnancy test we will offer you a free laboratory quality test.  We offer a urine pregnancy test.*
- *If your test is positive and you meet the criteria, we will perform a free ultrasound to confirm whether or not you have a viable pregnancy. You will be seen by one of our health care professionals.  (Criteria include a positive pregnancy test taken at our facility, without the following symptoms:  bleeding, severe cramping or pain. Again, if patient is having any of these symptoms, inform them to call 911 or go to the nearest emergency room, as Options Now does not provide emergency services. Confirmation of pregnancy through ultrasound is made by obtaining fetal heart rate, gestational age and making sure the pregnancy is in the uterus)*
- *An ultrasound will also help determine if the pregnancy is inside the uterus. This is important to know because of the risk of a tubal pregnancy (the pregnancy is in the fallopian tube). A tubal pregnancy can be very dangerous to your health and an abortion procedure will not remove a tubal pregnancy.*

*Our next available appointment is _____ at our _____ location.  Does this work for you?*

**[YES]** **Complete Telephone Intake Sheet**

*Revised March 6, 2017*

9

==**The following information contains medical information. If the patient would like more info about The Morning After Pill or Plan B, Dr. Schroeder has approved all trained patient advocates who feel comfortable to review with patient as long as the medical professional script is utilized exactly as it is written.**==

*<u>Medical professional script for Emergency Contraception</u> - **The below taken from U.S. Dept of Health & Human Services at: https//www.hhs.gov/opa/pregnancy-prevention/hormonal-methods/emergency-contraception/index.html***

- *Are you aware that most Emergency Contraception should be taken within 72 hours after having sex to be effective.*

- *Possible side effects of Emergency Contraception may include nausea and vomiting, abdominal pain, fatigue, headache, and dizziness.*

- *You should not use Emergency Contraception if you think you are already pregnant.*

- *Plan B does not reduce the risk for STD's.*

*Revised March 6, 2017*

10

# RU-486 or the Abortion Pill

*Patient states:* Do you give out the abortion pill?

- *We do not give prescriptions or referrals for RU-486.*

- *Have you taken a home pregnancy test? If you have, do you know how far along you are? RU-486 can only be used within 70 days from the first day of the last period.*

- 

- *If you haven't taken a pregnancy test we will offer you a free lab quality test. We offer urine pregnancy testing.*

- *If your test is positive and you meet the criteria, we will perform a free ultrasound to confirm whether or not you have a viable pregnancy. You will be seen by one of our health care professionals. (Criteria include a positive pregnancy test taken at our facility, without the following symptoms: bleeding, severe cramping or pain. If the patient is having any of these symptoms, inform them to call 911 or go to the nearest emergency room, as Options Now does not provide emergency services. Confirmation of pregnancy through ultrasound is made by obtaining fetal heart rate, fetal age and making sure the pregnancy is in the uterus)*

- *An ultrasound will also help determine if the pregnancy is inside the uterus. This is important to know because of the risk of a tubal pregnancy (the pregnancy is in the fallopian tube). A tubal pregnancy can be very dangerous to your health and an abortion procedure will not remove a tubal pregnancy.*

*Our next available appointment is _____ at our Godfrey location. Does this work for you?*

[YES] Complete Telephone Intake Sheet

**(Information about RU-486 or the Abortion Pill continued on next page…)**

*Revised March 6, 2017*

11

# RU-486 or the Abortion Pill REVERSAL

**_Patient states_**: *I just started the abortion pill but I changed my mind, can you guys help me?*

- *We're glad you reached out to Options Now Women's Healthcare. If I understand correctly, you took the abortion pill to end a pregnancy, but now you want to continue the pregnancy. Is that correct?*
- *When did you take the first medication? Was it given at a provider's office?*
- *Have you taken the second medication yet?*
- *Okay, my name is _____. We are going to refer you to a physician that can help reverse the abortion pill, but I need to as a few more questions. Is that okay?*
- *What is your name? Date of birth?*
- *In case we get disconnected, may I have your phone number so I can call you back?*
- *What was the first day of your last period?*
- *What area are you in right now?*
- *Okay, we have several providers in the area that can provide the abortion pill reversal, can you hold for a moment while I get the provider that is closest to you on the line to see when they can get you in? Do I have your permission to share your health information with the doctor?*
- *Dr. ____ is available to see you now, I am going to text you the address and then stay on the line with you as you head that way.* **(If texting is not an option, verbally give the caller the address).** *RU486 is reversible, but it is extremely important that we start the reversal as quickly as possible. The earlier you start the reversal protocol, the more likely it is to carry a viable pregnancy.*
- *Did you get the address?*
- *Okay, just let me know if you have any questions as you drive and I will stay on the line with you if that is okay. They will be expecting you, so let me know when you arrive and I will hang up.*
- *One last thing, _____, would it be okay if we follow up with you in a few days to see how you are doing?*

**(Information about RU-486 or the Abortion Pill continued on next page...)**

*Revised March 6, 2017*

12

# RU-486 or the Abortion Pill continued…

==The information below contains medical information.  If the patient would like more info about RU486 or the Abortion Pill, Dr. Schroeder has approved all trained patient advocates who feel comfortable to review with patient as long as the medical professional script is utilized exactly as it is written.==

*Medical professional script for RU-486* - *The below regimen and risks are taken from: fda.gov/Drugs/DrugSafety/PostmarketDrugSafetyInformationforPatientsandProviders/ucm111323.htm*

- *2 or 3 appointments are recommended with your doctor if you take RU-486?*

- *1st visit will include pregnancy diagnosis and administration of 200mg Mifeprex by mouth. This causes the uterus lining to break down.*

- *24 - 48 hours later, 800mcg of Misoprostol is taken buccally (in the cheek pouch), at a location appropriate for the patient. Return two days later for administration of Misoprostol. This causes severe cramping and contractions.  It also causes the uterine lining and the baby to be expelled.*

- *About 7 to 14 days after taking Mifeprex, follow-up with your healthcare provider to verify that the pregnancy was terminated and to check for complications.  If RU-486 did not terminate pregnancy, a surgical abortion will be encouraged by the abortion provider.*

- *Are you aware of the possible side effects?*

- *It's important to understand that the side effects may be experienced at home while you are __not__ under medical supervision.  You may experience:*
    - *Cramping, vaginal bleeding, nausea, vomiting, diarrhea, weakness, fever/chills, headache, abdominal pain in first day or two after taking the two medications.*
    - *You should seek immediate medical attention if you experience sustained fever, severe abdominal pain, prolonged heavy bleeding or fainting.*

*Revised March 6, 2017*

13

# **MISCELLANEOUS**

*Patient states*: **Do you help with diapers, formula, or baby items?**

- *Yes, we will offer you referrals to helpful agencies and/or vouchers for baby supplies through our Parent University classes.*
- *Have you taken classes in our Parent University program before?*
    - **If patient has been in or dropped out of *Options Now's Parent University* within 3 years, she is not eligible to enroll again.**

*Patient states*: **Do you perform pap smears?**

- *Not at this time. If you need a yearly pap done, you should see your physician, because we don't offer comprehensive well women exams. We do have physicians available if you get initial STD testing with us for further assessment.*
    - **(Refer patient to closest medical clinic on referral sheet if they don't have a doctor)**

*Patient states*: **I think I'm pregnant, but I'm bleeding. Can I come in to get checked out?**

- *Have you had a positive pregnancy test?*

- *If you have had a positive pregnancy test and you are bleeding, our doctor advises that you seek immediate medical attention from your own doctor or at the ER, as Options Now does not provide emergency services.*

*Revised March 6, 2017*

## Pregnancy Tests
## (for non-abortion minded/vulnerable patients)

**Patient states:** I think I might be pregnant. Can I get a pregnancy test?

- *Are you calling for yourself or someone else? (If caller says "someone else," respond with "OK" and tell them you would like to speak directly to the person needing services)*

- *Where are you located? (Respond with "OK" and continue with talking points)*

- *Are you having symptoms that include pain, severe cramping or bleeding? If so, you should contact your primary health provider or seek emergency services since we do not offer urgent medical care.*

- *We will offer you a free lab quality test. It will be a urine test and is 99% accurate.*

- *If your test is positive and you meet the criteria, we will perform a free ultrasound to confirm whether or not you have a viable pregnancy. You will be seen by one of our health care professionals. (Criteria include a positive pregnancy test taken at our facility, <u>without</u> the following symptoms: bleeding, severe cramping or pain. Again, if patient is having any of these symptoms, inform them to call 911 or go to the nearest emergency room, as Options Now does not provide emergency services. Confirmation of pregnancy through ultrasound is made by obtaining fetal heart rate, fetal age and making sure the pregnancy is in the uterus)*

- *We will offer you referrals for OB medical doctors so you can begin prenatal care and a Verification of Pregnancy Form if you need to apply for Medicaid services.*

*Our next available appointment is _____ at the Godfrey location. Does this work for you?*

- **[YES]:** Complete Telephone Intake Sheet

15

*Revised March 6, 2017*

# STD/STI Tests

**Patient states:** Do you do STD testing?

- *Are you calling for yourself or someone else? (If caller says "someone else," respond with "OK" and tell them you would like to speak directly to the person needing services)*

- *Where are you located? (Respond with "OK" and continue with talking points)*

- *Currently, we offer free and confidential STD testing and treatment for some tests at our Centers by appointment only. We test for Chlamydia, Gonorrhea, (urine specimens), although HIV and Syphilis (blood specimens), Bacterial Vaginosis & Trichomoniasis (vaginal swab by one of our physicians or Nurse Practitioners) may have an associated lab fee. We can also refer you to a medical clinic. We will provide you with important factual information on STD's so you can make healthy sexual choices.*

- *Patients who receive STD testing services will have the option to make an appointment with our Doctor or Nurse Practitioner by appointment only.*

*Our next available appointment is _____ at our _____ location. Does this work for you?*

- **[YES]:** **Complete Telephone Intake Sheet**

**Patient states:** When will I get the results?

- *Your STD test results will be available in 7-10 days. We will call you to set up an appointment as we do not give test results over the phone. If you test positive for Chlamydia, Gonorrhea, or Syphilis, we will provide you and your partner with treatment. If you test positive for HIV you will be given a referral to assist you in a treatment plan. Positive results will be reported to the Missouri Health Department as required by law.*

*Our next available appointment is _____ at the Godfrey location. Does this work for you?*

- **[YES]:** **Complete Telephone Intake Sheet**

16

*Revised March 6, 2017*

# ULTRASOUNDS

## *Patient states*:  *Do you do ultrasounds?*

- *Yes, we offer a free limited obstetrical ultrasound meeting certain criteria.*

- *You must have a positive pregnancy test taken at our Center and then our medical professional will determine if you meet the criteria to receive an ultrasound.  (Criteria include a positive pregnancy test taken at our facility, without the following symptoms:  bleeding, severe cramping or pain. If patient is having any of these symptoms, inform them to call 911 or go to the nearest emergency room, as Options Now does not provide emergency services.)*

- *If you have a positive pregnancy test, in addition to using our services, we recommend you make an appointment with your OB doctor to begin prenatal care.*

- *How are you feeling about having a positive pregnancy test?*  **If abortion vulnerable refer to the** *Talking Points for the Abortion Minded Caller* **and the** *Abortion Health and Safety Checklist* **pages.**

# **RAPE TALKING POINTS/PROCEDURE**

**If a caller calls and says, "I've just been raped and I need help." Or "I've just been sexually assaulted and I need to get tested for STD's"**

- May I have your phone number and in case we get disconnected, may I call you back?
- Where are you located and are you in a safe place?
- Are you experiencing any physical pain or bleeding that requires immediate medical attention?
- If yes, I want to encourage you to immediately call 911 and report this incident as ThriVe does not provide emergency services. Have you done this already?
- If caller feels that no medical emergency services are required say, For your safety, you should call the direct number to your local police station or you can visit them in person. To preserve any evidence, it's best that you do not shower or change clothing. Would you like for me to give you that phone number and address?
- My name is _____, what is yours and how old are you?
- Say caller's name, _____, you can also go to the nearest ER where they offer the use of a rape kit and provide STD and pregnancy testing. Going to an ER to be examined can aid in obtaining proper evidence if you decide to press charges. Do you have someone who could go with you?
- If caller does not want to go to the ER or call police but wants to come to ThriVe for STD testing, again stress the importance of reporting the incident by saying, You may not want to report it to the police at this time, but sexual violence is a serious criminal offence and you can, if you want your perpetrator to be prosecuted, report the crime to the police. It is your choice. If she refuses offer her an STD appointment.
- If caller is concerned about a possible pregnancy and is hastily looking for abortion services or inquiring about EC, continue with ABM TTPs and our talking points on EC.
- If caller is not interested in making an appointment, one additional resource we can encourage her to take advantage of is the National Sexual Assault Hotline 800-656-HOPE (4673) which provides a range of free services including:
  - Confidential, judgment-free support from a trained staff member
  - Support finding a local health facility that is trained to care for survivors of sexual assault and offers services like sexual assault forensic exams
  - Someone to help you talk through what happened
  - Local resources that can assist with your next steps toward healing and recovery
  - Referrals for long term support in your area
  - Information about the laws in your area
  - Basic information about medical concerns

Information gathered from 911rape.org and rainn.org