# Exhibit 6

Schroeder Trial Exhibit 104
Options Now – Sonographer Session and Script



# Sonographer Session and Script

**Step 12 – Nurse / Sonographer Performs Ultrasound Exam**

**Family and Friends are welcome to be in US room if Patient has given consent and only after the routine initial part of the exam is completed.**

**NOTE:** If patient asks if her friends/family can come in for the ultrasound, simply explain that they are welcome once the routine is completed. Sometimes the woman will be more open with you when she is alone and not feel the freedom to say much (what she truly is feeling) in front of her visitor. She may also be uncomfortable to have her visitor present for a vaginal ultrasound, but may be embarrassed to ask them to step out once they are already there in the room. Explain to the patient that family/friends can join her after the initial portion of the ultrasound.

Advocate or Nurse
1. Guide the patient to ultrasound exam room (if not already there).
2. Introduce the patient to the Sonographer (if the nurse is not the one to perform the ultrasound).

Sonographer, or person performing the ultrasound, takes over appointment from here.

Sonographer
1. Have the patient sit on the exam table.
2. Before beginning US exam, confirm Patient has signed the US consent forms (if the nurse has alreaady completed) or explain consent forms and have patient sign (if not completed) and review the purpose of today's ultrasound.  Confirm that she is not having any bleeding, spotting, pain or severe cramping. Confirm she is not under the care of an OB doctor and she has not had an US already.  Inquire if patient has allergies to latex or any other medication.
3. Explain to her that if she is early, "We may have to do a vaginal ultrasound, but let's take a look first and see what we see through your abdomen."
4. Prepare the patient for the ultrasound per Options Now ultrasound protocol and begin scanning.
5. Let her know right away if you will be able to complete the scan abdominally or if you need to perform an internal scan.
6. If you need to perform a vaginal ultrasound, inform the patient by saying, "I will need to go ahead and do a vaginal ultrasound to get a clear picture and confirm viability because I am not able to obtain an adequate view through your abdomen."  Perform vaginal ultrasound per Options Now protocol.
7. If able to proceed with an abdominal ultrasound, follow Options Now protocol.
8.  Provide the patient with tangible information as soon as possible. She may make up her mind up quickly. The sooner we give her something to hold onto in the ultrasound, the better. Try starting with the long and transverse views of the midline to see which is better for her to see. Look around in both views to get the best shot and display that image first. If you are able, point out the heartbeat and the most obvious development. If she is too early to see a lot of development, talk about the development in this stage.
9.  Respond to the emotion she may be expressing or help her by saying, "How do you feel after being able to see your baby's heartbeat on the screen?" "What's your first impression after seeing these images on the ultrasound today?" This is where communication skills and patient sensitivity training are important.
10. Ask the patient if they would like any visitor with them to join them, saying; "Would you like your visitor to come in now to see the ultrasound?"
11. Before you let a visitor into the exam room, make sure that you ask the patient "Is there anything that you do not want me to share in the ultrasound room or say when they are in here?"

1

**NOTE:** Sometimes the due date could be surprising information (i.e. not matching with her period, indicating that she is further along or not as far along). This information could lead to the person with her not being the father of the baby. Obviously, this could be "harmful" information.

11. Display optimal images of the baby and the heartbeat to her visitor. They will be able to see the heartbeat together and don't be afraid to be silent or show the few things that you see.
12. Complete the ultrasound per protocol.

**NOTE:** The only pictures she can have to take home are heartbeat measurements and pictures of her baby. **DO NOT GIVE HER PICTURES WITH A DUE DATE OR ANY DATING INFORMATION ON THEM**. She can use such pictures to have an abortion and that is not the purpose of the ultrasound. You can verbalize the date you have seen from the measurements and you can tell them how big their baby is. But you can NOT give it in writing.

13. Explain that our physician must still confirm what you have seen in the preliminary ultrasound.
14. Review all pertinent information (Ultrasound Outtake, Discharge Summary for Medical Follow Up, Repeat Ultrasound Instruction Form, etc… and give patient any ultrasound pictures she consented to take).
15. Answer any questions she may have at this point.
16. Remind her that you will be call her for an ultrasound follow up once the doctor has reviewed the report.
17. Show the fetal/uterine models at the end so she can see where her baby is (actual size) and where her baby will be in another few weeks.

**Criteria for Scheduling a Repeat Ultrasound Exam**

Ultrasound can be repeated at STD results appointment if she meets one if the following criteria:

1. Too early to confirm viability, unable to see heartbeat within uterus.
2. If she remains AV/AM.
3. If there are familial reasons.

The following script will be used to schedule a return visit for the patient:

1. "We need to schedule a return visit for you. If you had STD testing you will get your results then and we will also perform a repeat ultrasound to provide you with further information we were unable to obtain during your ultrasound today. Your Advocate will talk with you about making your follow-up appointment with us."

If you do not see what you would expect to see

1. She would not be having an ultrasound if she was experiencing any immediate symptoms, but an urgent referral to her OB/GYN, or emergency room (if she doesn't have an OB/GYN) should be made for the next few days before she leaves the office.
2. Clear documentation and completion of all forms must be included in the patient's chart.

*Revised May 2016* **2**