# Exhibit 7

Schroeder Trial Exhibit 66
PASS Health Services Cook/Will Counties

# Health Services for Suburban Cook County Residents - Provided by Cook County

*Department of Public Health* Please call for appointments

| | |
|---|---|
| Southwest District Office<br>5th District Courthouse<br>10220 South 76th Avenue<br>Rm. 250<br>Bridgeview, IL. 60455<br>708-974-6160 | Oak Forest Hospital<br>15900 S. Cicero Avenue<br>Bldg A Room 104<br>Oak Forest, IL. 60452<br>708-633-4028 |

### Primary Care Clinics

Primary care clinics provide non-emergency medical care for adults and children (By appointment only). Clinic services include: Adult Health, Dental Health, Family Planning, HIV/AIDS testing, Prenatal Services, Women, Infants and Children (WIC program).

| | | |
|---|---|---|
| **Calumet City**<br>Christian Community<br>364 Torrence Avenue<br>Calumet City, IL 60409<br>773-233-4100 | **Ford Heights**<br>Cottage Grove<br>Health Center<br>1645 Cottage Grove Avenue<br>Ford Heights, IL 60411<br>708-757-8800 | **Chicago Heights**<br>Aunt Martha's<br>Health Center<br>1536 Vincennes Avenue<br>Chicago Heights, IL. 60411<br>1-877-692-8686 |
| **Harvey**<br>Aunt Martha's<br>Health Center<br>159 East 154th Street<br>Harvey, IL 60426<br>1-877-692-8686 | **Harvey**<br>Chicago Metropolitan OB/GYN<br>15620 Wood Street<br>Harvey, IL. 60426<br>708-333-3030<br>will accept late term pregnancies | **Harvey**<br>Family Christian<br>Health Center<br>31 West 155th Street<br>Harvey, IL. 60426<br>708-596-5177 |
| **Hazel Crest**<br>Aunt Martha's<br>Health Center<br>17850 S. Kedzie Avenue<br>Hazel Crest, IL 60429<br>877-692-8686 | **Robbins**<br>Health Center<br>13450 S. Kedzie Avenue<br>Robbins, IL 60472<br>708-293-2400 | **Phoenix**<br>Woody Winston<br>Health Center<br>650 E. Phoenix Center Drive<br>Harvey, IL. 60426<br>708-225-9900 |
| **South Holland**<br>Aunt Martha's<br>Health Center<br>52 West 162nd Street<br>South Holland, IL 60473<br>877-692-8686 | **South Holland**<br>Christian Community<br>Health Center<br>901 E Sibley Boulevard<br>South Holland, IL. 60473<br>773-233-4100 or 773-233-8524 | |

## Automatic WIC Office Locator: 1-800-323-4769

PASS pregnancy care centers - Health Services Cook County 326.IL.1118 (Sa)
PASS *network for life*

# Health Services for Suburban Will County Residents - Provided by Will County

### Department of Public Health – Please call for appointments

**Will County Health Department**
**Joliet Office**
501 Ella Avenue
Joliet, IL 60433
815-727-8480 or 815-727-8501
815-727-8524 (WIC)
815-727-8484 (FAX)
815-727-8690 (TDD)

**Will County Health Department**
**Eastern Branch Office**
Suites 107 to 110
5601 W. Monee-Manhattan Road
Monee, IL 60449
815-727-8803
708-534-0800
708-534-3455 (FAX)

**Services Offered:**
**WIC-Women, Infants & Children Supplemental Nutrition Program, Family Case Management, All Kids / Family Care Application Assistance, Immunizations, Adverse Pregnancy Outcome Intervention, Pregnancy Testing, Childhood Lead Poisoning Prevention Program, All Our Kids (AOK) Early Childhood Network, Healthy Families of Illinois, Better Birth Outcomes, Vision & Hearing Screenings (by appointment), Tobacco Control and Prevention, STD Program, HIV Prevention Program, Behavioral Health & Environmental Health**

**Will County Health Department**
**Community Health Center**
1106 Neal Avenue
Joliet, IL 60433
815-727-8670
815-740-8984
815-727-5975 (FAX)

**Primary Care Clinic provides non-emergency medical care for adults and children (by appointment only). Clinic services include: HIV/AIDS Testing, Adult Health, Dental Health, and Family Planning**

# Automatic WIC Office Locator: 1-800-323-4769

PASS pregnancy care centers - Health Services Cook County         326.IL.1118 (Sa)
PASS *network for life*