# Exhibit 8

Wilson Deposition Excerpts

```
 1            IN THE UNITED STATES DISTRICT COURT

 2               NORTHERN DISTRICT OF ILLINOIS

 3                      EASTERN DIVISION

 4   NATIONAL INSTITUTE OF          )
 5   FAMILY LIFE ADVOCATES,         )
 6   et. al.,                       ) Case No. 16-50310
 7            Plaintiffs,           ) Hon. Rebecca R.
 8       -vs-                       ) Pallmeyer
 9   BRYAN L SCHNEIDER, et.         ) Magistrate Judge
10   al,                            ) Lisa A. Jensen
11            Defendants.           )
12   RONALD L. SCHROEDER, et.       )
13   al.,                           ) Case No. 17-4663
14            Plaintiffs;           ) Hon. Rebecca H.
15       -vs-                       ) Pallmeyer
16   BRYAN A. SCHNEIDER,            ) Magistrate Judge
17            Defendant.            ) Lisa A. Jensen
18
19       The deposition of SUSAN WILSON, called for
20   examination, taken pursuant to the Federal Rules of
21   Civil Procedure of the United States District
22   Courts pertaining to the taking of depositions,
23   taken before CAROL RAYMOND, CSR No. 84-001077, a
24   Notary Public within and for the County of DuPage,
```



```
 1  call them clients.
 2       Q.   Does PASS provide medical services?
 3       A.   For our clients.  We do not have
 4  patients because we do not follow-up care or
 5  prenatal care.
 6       Q.   Does PASS provide limited ultrasounds?
 7       A.   Limited first trimester ultrasounds.
 8       Q.   Does PASS pay a nurse to work for it?
 9       A.   Yes, we do.
10       Q.   Does that nurse hold a license?
11       A.   Yes.
12       Q.   Doe PASS have a medical director?
13       A.   Yes.
14       Q.   And that medical director oversees
15  medical services?
16       A.   Yes.
17       Q.   Does PASS track -- I should just ask,
18  why does PASS use the term client?
19       A.   We use the term client because we are a
20  resource.  We feel like we are there to talk
21  through what their situation is and refer them on
22  to whatever other services that they would need.
23       Q.   Do PASS's nurses consider its clients
24  their patients?
```



```
 1        Q.    At the top next to No. 1, Does pregnancy
 2   test assessment, abortion minded, volnerable,
 3   likely to carry.  How does an advocate determine
 4   whether a woman is abortion minded, vulnerable or
 5   likely to carry?
 6        A.    And that is part of that one-on-one
 7   conversation that she spends with the client.
 8        Q.    Does PASS train advocates on how to
 9   assess whether a woman is abortion minded,
10   vulnerable or likely to carry?
11        A.    Yes.
12        Q.    What is that?
13        A.    If you go back to the Risk Assessment
14   Procedure on PASS 002, 003 kind of shows a pie that
15   a pregnancy decision is involving a lot of other
16   issues.  So it takes into account different puzzle
17   pieces of their life that we try to put together to
18   determine what that is.  That is an educated guess
19   on behalf of our trained advocate.
20        Q.    What is abortion minded mean?
21        A.    Abortion minded means, I am determined
22   to have an abortion.
23        Q.    What does vulnerable mean?
24        A.    Vulnerable means that there are
```



```
 1   circumstances in your life that could work against
 2   you for carrying that baby to full term.
 3       Q.    And the chart on Exhibit 6, there's a
 4   line that says Medical Care Flow Sheet, what is
 5   that?
 6       A.    Medical CARE Flow Sheet is -- there's a
 7   separate -- that is PASS 042, 044, if you look at
 8   that document, it is a place where you record what
 9   hospital is she going to deliver at?  What doctor
10   does she see?  Does she have an ultrasound from her
11   own physician?  Does she need an ultrasound from
12   PASS?  Did she go to WIC.  Did she qualify for
13   insurance?  Does she have the benefits that she
14   needs?  Did she attend the Understanding Pregnancy.
15   Did she attend the Childbirth Express.  Did she go
16   on to sign up for Our Abundant Life Program.  And
17   then we encourage everything in our baby's room is
18   done on a point basis.  So if she's taken care of
19   herself and gone to the doctor, every time she goes
20   to an OB/GYN, every time she goes to WIC, anytime
21   she does an outside service, we give her points.
22   We record the date and the time they had the
23   appointment.
24       Q.    Why do you record points?
```



800.211.DEPO (3376)  
EsquireSolutions.com

1 with them and go and talk to the nurse and say,
2 Here's the situation.  And so then one of the
3 questions would be, has she been seen by a OB/GYN?
4 Does she have insurance?  And those types of
5 questions would be answered and then based on that
6 for her to receive the insurance coverage she
7 needs, a determination would be made.
8      MS. GALLO:  You could put that aside.  We will
9 mark this Exhibit 7.
10             (WHEREUPON, a certain document was
11             marked Wilson Deposition Exhibit
12             No. 7, for identification, as of
13             9/10/19.)
14 BY MS. GALLO:
15      Q.    This is PASS 007.  Do you recognize this
16 document?
17      A.    Yes, I do.
18      Q.    What is it?
19      A.    It is a PASS pregnancy Care Centers
20 Office Use Only Form, completed by the advocate.
21      Q.    PASS 007 through 009?
22      A.    Correct.
23      Q.    On the first page in the middle it has
24 Abortion Vulnerable Criteria.  Below it says, She



```
 1   is against abortion, however, she has a medical
 2   condition she thinks may affect the pregnancy.
 3   What does this mean?
 4        A.    I'm sorry, exactly where are you?
 5        Q.    In the center of PASS 007 under Abortion
 6   Vulnerable Criteria, the fourth box.
 7        A.    Yes, she was against abortion, however,
 8   she has a medical condition.  What that means is
 9   that she may have lupus and she may have something
10   that is causing that and that would refer her back
11   to her doctor to work in partnership with her
12   doctor of how to handle her condition.  We don't
13   treat her condition at all.  It would be a
14   condition she would bring to the forefront and say,
15   you know, I have this condition.  And we would say,
16   that's something you need to discuss with your
17   medical provider.
18        Q.    So I understand, she's against abortion,
19   however, she has a medical condition she thinks may
20   affect her pregnancy.  So you are saying if a woman
21   brings up a condition would affect what about her
22   pregnancy?
23        A.    I would say that if -- a lot of times
24   they will ask a question about a certain drug that
```

