# Exhibit 9

Wilson Deposition Exhibit 6
PASS Pregnancy Test Client Flow Sheet

PASS-006

PASS *pregnancy care center*
# PREGNANCY TEST Client Flow Sheet

**Client Name:** _____ Center _____ **Client #:** _____

**Advocate Name:** _____ Date: _____ **Case #:** _____

**Type of Appointment:** ☐ **Negative test**
1. **Pregnancy Test Assessment:** ☐ **Abortion Minded** ☐ **Vulnerable** ☐ **Likely to Carry**
   **Positive Test Outcome:** ☐ **Abortion Date:** _____ ☐ **Miscarriage Date:** _____
   ☐ **Birth:** _____

2. ☐ **Abundant Life Enroll**

| | Date/Initial | Yes | No | N/A | Comments |
|---|---|---|---|---|---|
| Photo ID | | | | | |
| Client Follow-Up Phone Number (___)_____ Text: Y  N | | | | | |
| Pregnancy Test Client Flow Sheet(309) | | | | | |
| Pregnancy Test Intake (310) | | | | | Due Date: |
| Relationship Questionnaire (188A) | | | | | |
| Advocate Office Use Only Form (192) | | | | | |
| Advocate Client Documentation(195) | | | | | |
| Medical Care Flow Sheet (300) | | | | | |
| Referred for Medical | | | | | |
| Referred for U/S | | | | | |
| U/S Documentation (Nurse) | | | | | |
| Abundant Life Agreement (215) | | | | | |
| ABL Client: Child's Name(s): _____ Date of Birth _____ | | | | | Age out Date: |
| Client Added to ABL call list | | | | | |
| Allow other parent to use ABL Points? | | | | | Other Parent File id:/name |
| Exit Survey Completed (198) | | | | | |
| File Processed (Stats) | | | | | |
| Case Closed | | | | | |

PASS *pregnancy care center* Client Flow Sheet
PASS *network for life*

DEP. EX. NO. 6
FOR ID., AS OF 9/10/19