# Exhibit 10

Wilson Deposition Exhibit 7
PASS Assessment of Abortion Vulnerability

PASS-007

# PASS *pregnancy care centers*
## Office Use Only Form

Input Date:_____

Data Entry Clerk Initials: _____

Client Name:_____

Client Number:_____ Case Number: _____

Advocate:_____

Date of Visit: _____

Type of Support:
❏ Face-to-Face ❏ Phone

## At Risk Assessment (Stage 1)

### Case Information

*(Data Entry: Case Intake Form)*

1a. What is **your** INITIAL assessment of the client's abortion vulnerability? (select one)

❏ Abortion Minded ❏ Abortion Vulnerable ❏ Carry to Term ❏ Not Applicable

What is your **(Advocate)** INITIAL assessment of the client's abortion vulnerability? (select one using the criteria outlined below))

Likely to carry-to-term Criteria if
  ❏ The Client has stated that she has made a decision to carry to term
  ❏ The Client has no apparent medical condition that will affect her pregnancy
  ❏ The Client has support from all significant influences (partner, parents, close friends, others)
    then client is to be assessed as Likely to carry to term  **Note:** All three boxes must be checked to be assessed as likely to carry to term, if less than 3 boxes are checked move to 'Abortion-Minded" criteria

Abortion-Minded Criteria, if any **one** of the following is checked
  ❏ She is seeking information as to how to obtain an abortion
  ❏ She has an abortion scheduled, regardless of how tentative she seems
  ❏ The abortion procedure has been initiated, as in the introduction of laminaria.
    Then client is to be assessed as Abortion Minded, if **none** of the boxes are checked move on to " Abortion-Vulnerable criteria

Abortion-Vulnerable Criteria (Check all that apply)
  ❏ She has not eliminated the possibility of abortion.
  ❏ She is being pressured to have or consider an abortion.
  ❏ She is undecided. This may be expressed verbally or marked on the intake form
  ❏ She is against abortion, however she has a medical condition she thinks may affect the pregnancy
  ❏ She does not meet all the criteria for "Likely to carry to term", or any criteria criteria for "Abortion-Minded"

1. Considering above criteria, your (Advocate's) initial assessment is :
❏ Abortion Minded ❏ Abortion Vulnerable ❏ Carry to Term ❏ Not Applicable

1b. What is the **client's** INITIAL stated intention?
❏ Abortion Minded ❏ Undecided ❏ Intends to carry ❏ Not Applicable

### Spiritual Status

At PASS we believe that everyone struggles with a void inside themselves that cannot be filled with mere physical contentment.
May I discuss with you the answer God gives each and everyone of us? ❏ Yes ❏ No ❏ Other _____

2. Was the gospel presented? ❏ Yes ❏ No

3. What is your (Advocate's) assessment of client's Spiritual Status?
❏ Already a Believer ❏ Not a Believer ❏ Profession of Faith ❏ Re-dedicated Life ❏ Unsure

4. Date client accepted Jesus (profession of faith or re-dedication):

5. Who prayed with the client to receive Jesus?

### Abstinence

6. Did the client make a commitment to abstinence outside of marriage? ❏ Did Not make commitment
❏ Made commitment
❏ Not applicable (Married)

PASS *pregnancy care center* - Office Use Only
PASS *network for life*

_____ DEP. EX. NO 2
FOR ID., AS OF 9/10/19

192.1118(Y)

### Concepts Shared

*(Data Entry: Concepts Shared Form)*

1. Staff/Volunteer Name: _____

2. Type of Support: ❑ Couple ❑ Family ❑ Group ❑ Individual

3. Concepts Shared:

| | | | | |
|---|---|---|---|---|
| ❑ Abortion (2) | ❑ Divorce Recovery | ❑ Housing | ❑ Rape | ❑ Suicide |
| ❑ Abstinence (Impact) | ❑ Domestic Violence (6) | ❑ Learn to Earn (ABL) | ❑ Relationship | ❑ Ultrasound |
| ❑ Adoption (3) | ❑ Eating Disorders | ❑ Marriage | ❑ Self Worth | ❑ Other_____ |
| ❑ Anxiety/Stress | ❑ Emotional Abuse | ❑ Parenting | ❑ Sexual Abuse | ❑ Other_____ |
| ❑ Birth Control | ❑ Family | ❑ Physical Abuse(6) | ❑ Spiritual(5) | ❑ Other_____ |
| ❑ Breast Cancer Connection(2) | ❑ Gospel(5) | ❑ Post Abortion(2) | ❑ STD's (7) | ❑ Other_____ |
| ❑ Depression | ❑ Grief and Loss(2,8) | ❑ Pregnancy (1) | ❑ Substance Abuse | ❑ Other_____ |

**Handouts-Initial Visit 5. Literature** Data Entry: Concepts Shared **(S-** Indicates available in Spanish, **A-** Indicates available in Arabic)

**PREGNANCY: (1)**
- ❑ I'm Pregnant...Now What? /She's Pregnant now what? Focus ❑S
- ❑ First Nine Months-IL Right to Life ❑S
- ❑ Don't Panic: How To Tell Your Parents You're Pregnant
- ❑ How Do I Tell My Parents I'm Pregnant? ❑S
- ❑ Patients Rights
- ❑ Before You Decide
- ❑ Before She Decides (guys)

**ABORTION: (2)**
- ❑ ABC Breast Cancer
- ❑ Abortion: The Black Woman's Voice
- ❑ Abortion Pill- Focus ❑S
- ❑ Christian View of Abortion
- ❑ Morning-After Pill- Focus ❑S
- ❑ It's Your Story- Focus ❑S
- ❑ Healing the Hurt-Focus ❑S
- ❑ Hope & Healing PASS Flyer
- ❑ If Someone You Know Considers Abortion

**ADOPTION: (3)**
- ❑ Why Choose Open Adoption? Bethany
- ❑ 10 Questions Expectant Mothers Ask About Adoption
- ❑ 10 Questions Expectant Fathers Ask About Adoption
- ❑ I Might Consider Adoption If -Focus ❑S
- ❑ What's Best for Your Baby? Open Adoption African American
- ❑ What are My Choices? - Adoption Services
- ❑ You Might Think... I could never give my baby away ❑S

**PARENTING:(4)**
- ❑ No Shame No Blame No Name- Safe Drop
- ❑ DNA-Uncover the Truth w/the Power of Testing
- ❑ DNA Paternity Testing – DDC

**GOSPEL: (5)**
- ❑ Bible ❑S
- ❑ Father's Love Letter
- ❑ Steps to Peace with God
- ❑ Would You Like to Know God Personally
- ❑ Your Spiritual Journey

**RELATIONSHIPS: (6)**
- ❑ Are You, Or Is Someone You Know, In An Unsafe Relationship?
- ❑ Domestic Violence PASS
- ❑ Living Together ❑S
- ❑ Marijuana and Pregnancy
- ❑ Drinking and Pregnancy
- ❑ Smoking and Pregnancy
- ❑ Sexual Integrity

**HEALTH: (7)**
- ❑ Guys Only 2nd Thoughts
- ❑ How At Risk Are You?
- ❑ Silent Epidemic
- ❑ Smoking Quit line
- ❑ Smoking Living Smoke Free You/ Baby ❑S
- ❑ Smoking Set Yourself Free ❑S

**PREGNANCY COMPLICATIONS: (8)**
- ❑ Embracing Hope: After a Miscarriage ❑S
- ❑ Gift of A Lifetime-heartbreaking news, preborn child may not survive ❑S

**POSITIVE Pregnancy Test WHITE ENVELOPE**
- ❑ Healthy Pregnancy-Focus ❑S
- ❑ First 9 Months- Focus ❑S
- ❑ ABL Brochure
- ❑ Mom and Babies
- ❑ WIC
- ❑ Importance of Prenatal Vitamins
- ❑ Growing a Baby Chart
- ❑ Smoking and Pregnancy
- ❑ Marijuana and Pregnancy
- ❑ Drinking and Pregnancy
- ❑ Your Rights When You Are Pregnant
- ❑ Facts About the Family and Medical Leave Act
- ❑ Health Services Cook/Will
- ❑ Health Services Lake Co. IN

**Enroll Abundant Life**
- ❑ ABL Participation Agreement
- ❑ ABL Green Folder
- ❑ ABL Membership Card
- ❑ Bible ❑S

### 6: Videos – Initial Visit

**ABORTION:**
- ❏ A Dr. Explains the Abortion Procedure
- ❏ Choice of a Lifetime
- ❏ Dear Children

---

**Pregnancy Test**

Staff/Volunteer Name:_____  ❏ Observed  ❏ RN Administered

Initial Test Result: ❏ Positive  Due Date:_____  ❏ Negative  ❏ Inconclusive

Staff/Volunteer Name:_____  ❏ Observed  ❏ RN Administered

Date of Retest ❏ Positive  Due Date:_____  ❏ Negative  ❏ Inconclusive

**At Risk Assessment (Stage 2)**

5. What is **your** initial assessment of the client's abortion vulnerability after Support?
❏ Abortion Minded  ❏ Abortion Vulnerable  ❏ Likely to Carry to Term  ❏ Not Applicable

5b. What is the **client's** stated intentions after Support?
❏ Abortion  ❏ Undecided  ❏ Intends to Carry  ❏ Not Applicable

**Referrals**
*Data Entry: Referrals Form*
Check 1 or more items

In-House PASS Referrals                                      Outside Referrals (Referral Book)

- ❏ PT Verification
- ❏ Ultrasound
- ❏ 1st Trimester Understanding Preg
- ❏ 2nd Trimester Understanding Preg
- ❏ 3rd Trimester Pre Birth Planning with Layette
- ❏ Childbirth Express - Group

- ❏ Abundant Life-Program
- ❏ Hope & Healing
- ❏ Adoption
- ❏ Church
- ❏ Counseling
- ❏ Domestic Violence

- ❏ Education/Employment
- ❏ Financial
- ❏ Food Pantry
- ❏ Domestic Violence
- ❏ Housing
- ❏ Legal Aid

- ❏ Medical
- ❏ Paternity
- ❏ Prenatal Care
- ❏ Other _____
- ❏ Other _____
- ❏ Other _____

DATA ENTRY: SONOGRAM FORM

**INITIAL SCAN**  STAFF /VOLUNTEER NAME: _____  SONGRAM DATE: _____

Sonogram Due Date _____  5. # Weeks pregnant _____  Father Present? ❏ YES  ❏ NO

**AT RISK ASSESSMENT (STAGE 3)**
WHAT IS YOUR ASSESSMENT OF THE CLIENT'S ABORTION VULNERABILITY AFTER THE SONOGRAM?
❏ Abortion Minded  ❏ Abortion Vulnerable  ❏ Likely to Carry  ❏ Not Applicable
WHAT IS THE CLIENT'S STATED INTENTIONS AFTER THE SONOGRAM?
❏ Abortion  ❏ Intends to carry  ❏ Undecided  ❏ Not Applicable

**Rescan**  STAFF /VOLUNTEER NAME: _____  SONOGRAM DATE: _____

Sonogram Due Date _____  5. # Weeks pregnant _____  Father Present? ❏ YES  ❏ NO

**AT RISK ASSESSMENT (STAGE 3)**
WHAT IS YOUR ASSESSMENT OF THE CLIENT'S ABORTION VULNERABILITY AFTER THE SONOGRAM?
❏ Abortion Minded  ❏ Abortion Vulnerable  ❏ Likely to Carry  ❏ Not Applicable
WHAT IS THE CLIENT'S STATED INTENTIONS AFTER THE SONOGRAM?
❏ Abortion  ❏ Intends to carry  ❏ Undecided  ❏ Not Applicable