# Exhibit 11

Schroeder Trial Exhibit 89
Options Now – Advocate Intake Form

# Advocate Intake Form
Date:_____
**Options Now**

| Patient's First Name: | Patient's Last Name: | Middle Initial: |
|---|---|---|

| **Situational Assessment (Step 5 & 6-Appx. 10 minutes)** | *Start Time:* |
|---|---|

Have you ever been to a Options Now before? ❑Yes ❑No
If yes, when?_____(month/year)  Under what name?_____ ❑ Same as Above
Have you previously attended Parent University or group classes? ❑Yes ❑No

What is your primary reason for today's visit?
❑Pregnancy Test   ❑Pregnancy Verification   ❑Baby/Maternity Supplies   ❑STD Screening   ❑Other
❑Ultrasound   ❑Parent University   ❑Post-Abortion help   ❑Referrals to Outside Agencies

**Indicate the following forms were reviewed:**
❑ *What Can You Expect from Your Visit with Options Now*
❑Notice of Privacy Practices
❑Consent for Services
❑Permission to Release Information & Follow-Up
❑Patient Intake Form

**Pregnancy Test Information/Intentions and Support**

When was the 1st day of last period (LMP)_____ Have you already taken a PT? ❑Yes ❑No Date:_____
Was it Positive ❑or  Negative ❑   Was it a home test ❑  Dr. visit ❑ Other ❑Specify:
How would a positive pregnancy test affect your life at this time?
_____
If your test is positive, what are your intentions? ❑Abort   ❑Adopt   ❑Parent   ❑Undecided
Who do you have in your life that you feel is supportive?
Would a pregnancy at this time cause financial stress? ❑Yes  ❑ No
What would be some other concerns you have if your test is positive today?_____
_____

| **18. Prior Births** | | | **19. Prior Abortions** | | **20. Prior Miscarriages** | |
|---|---|---|---|---|---|---|
| Month & Year: | Carried to Term: | Living: | Month & Year: | Weeks Pregnant: | Month & Year: | Weeks Pregnant: |
| | ❑Yes ❑No | ❑Yes ❑No | | | | |
| | ❑Yes ❑No | ❑Yes ❑No | | | | |
| | ❑Yes ❑No | ❑Yes ❑No | | | | |
| | ❑Yes ❑No | ❑Yes ❑No | | | | |

**Partner Information**

21. What is the potential father's name :_____father's age:_____

22. If the test is positive, will he be involved? ❑Yes  ❑No  ❑Unsure

23. Are you looking for a future with him? ❑Yes  ❑No  ❑Unsure

24. Does he know that you might be pregnant? ❑Yes  ❑No  ❑Unsure

25. What is your relationship with potential father?
    ❑Boyfriend  ❑Fiancé  ❑Friend  ❑Husband  ❑Other  ❑Unknown

1

*Revised 11/14/17*

**Options Now**

| Complete Presentation | Option | Patient's Response |
|---|---|---|
| *Options Presentation (Step 7-Appx.:05 minutes)* | | *Start Time:_____* |
| ❏ | Abortion/PAS | |
| ❏ | Parenting/Parent University (Circle one or both) | |
| ❏ | Adoption | |

*Patient Provides Specimen (Step 8) - Advocate gives specimen instruction to Patient:*

❏ *Patient has not voided for 1 hour, not to clean genital area, obtain first catch of urine, & fill 1/3 of specimen cup*

❏*Advocate gives report to Medical*     *Time Advocate gives report to Medical:_____*

*Stage 1 – At Risk Assessment Tool*

(Advocate fills out this section **Stage 1** while patient gives specimen, and then reports to Medical).
**LIKELY TO CARRY-TO-TERM CRITERIA** (CHECK ALL THAT APPLY)
☐ Prior to any form of consultation (STAGE 1), Patient stated she made a decision to carry to term.
☐ Patient has indicated that she believes abortion to be morally wrong.
☐ Patient has no apparent medical condition that will affect her pregnancy.
☐ Patient has support from ALL significant influences (partner, parents, close friends, others).
☐ Patient is NOT a minor (under age 18).
☐ Patient has NOT had a previous abortion.
*Assess the Patient as "likely to Carry-to-Term" ONLY if ALL SIX boxes are checked.*
*If not, move on to the "Abortion Minded" section below.*
❏**ASSESSMENT STAGE 1: LIKELY TO CARRY TO TERM**

**ABORTION-MINDED CRITERIA** (CHECK ALL THAT APPLY)
☐She is seeking information as to how to obtain an abortion.
☐She has an abortion scheduled, regardless of how tentative she seems.
☐The abortion procedure has been initiated as in the introduction of laminaria.
☐She has not eliminated the possibility of abortion.
*Assess the client as "Abortion Minded" if AT LEAST ONE of the boxes is checked.*
*If not, move on to the "Abortion Vulnerable" section below.*
❏ **ASSESSMENT STAGES 1: ABORTION MINDED**

**ABORTION-VULNERABLE CRITERIA**
*Assess the patient as "Abortion Vulnerable" ONLY if she does not meet the criteria for "Likely to Carry to Term" or "Abortion Minded" as listed above.*
❏**ASSESSMENT STAGES 1: ABORTION-VULNERABLE**

*From above criteria fill out below (#'s 1.–1b. enter in eKYROS - Case Intake Form)*

| 1. What is your INITIAL assessment of the client's abortion vulnerability? | | | |
|---|---|---|---|
| ❏Abortion Minded | ❏Abortion Vulnerable | ❏Likely to Carry | ❏Not Applicable |
| 1b. What is the client's INITIAL stated intentions? | | | |
| ❏Abortion | ❏Intends to Carry | ❏Undecided | ❏Not Applicable |

**Patient File #:_____**

2

*Revised 11/14/17*

**Options Now – Cont. Advocate Intake Form**     Patient Name:_____

*Referral Needs/Spiritual Assessment (Step 9-:05-:07 minutes)*     **Begin Time:_____**

**Indicate the following Referrals listed on Patient Resource & Referral List were reviewed:**
❏ Hospital Info     ❏ Medical Physician Info     ❏ Insurance/Illinois Health Net Info

**Spiritual Status/Presentation:**
Now that we discussed some of your physical needs and since Options Now provides wholistic healthcare, would it be okay to talk about your spiritual health for a moment?  ❏ Yes  ❏ No

Begin RISE gospel presentation.
After presentation is over, offer the RISE trifold to patient.  Patient took RISE info:  ❏ Yes  ❏ No

If you are not currently attending church, would you like to take our Church Referral List with you today? ❏ Yes  ❏ No
Would you like to take a Bible with you today?  ❏ Yes  ❏ No

**Spiritual Assessment:** (#'s 2. – 3. must be entered in eKyros - Case Intake Form under Spiritual Assessment)
2. Was the gospel presented?  ❏ Yes  ❏ No, Patient declined
3. What is the client's Spiritual Status?

| ❏ Already a Believer | ❏ Not a Believer | ❏ Profession of Faith | ❏ Rededicated Life | ❏ Unsure |
|---|---|---|---|---|

4. Had Spiritual Discussion? ❏ Yes  ❏ No
5. Notes regarding spiritual discussion:

**End Time:_____**

*Pregnancy Test Results (Step 10 - Located on Patient Assessment & Health History Form)*

*Nurse Obtains Health Hx  (Step 11 - Located on Patient Assessment & Health History Form)*

*Ultrasound Assessment/Procedure  (Step 12)*

*Provide Patient With All Applicable Forms (Step 13)*

❏ Notice of Privacy Policy   ❏ Patient Resource/Referral List   ❏ Pregnancy Verification    ❏ Return Appointment Forms

*Closing Summary (Step 14)*

1. "Is there any other information you feel you need to make an informed decision?"     ❏ Yes   ❏ No
2. "Having received all the information from your appointment today, what do you think the outcome of your pregnancy will be?" ❏ Abort    ❏ Adopt    ❏ Parent    ❏ Undecided between:_____
3. Exit Survey Given to Patient ❏ Yes  ❏ No

*Patient Appointment Completed*                     ***End Appointment Time:_____***

*Follow-Up  (Step 15)*

❏ Follow-Up Form initiated  (Initial Follow-Up Call scheduled in eKYROS)

Other Notes:_____

_____

_____

**Advocate/Staff Signature:_____**

3

*Revised 11/14/17*

Patient Advocate Staff Form
Options Now

### Concepts Shared:

| 2. Type of Support: | ❏ Couple | ❏ Family | ❏ Group | ❏ Individual |
|---|---|---|---|---|

3. Concepts Shared: Check below any verbal education per protocol that was given to Patient

| | | |
|---|---|---|
| ❏ Abortion<br>❏ Abstinence<br>❏ Adoption<br>❏ Counseling<br>❏ Family<br>❏ Gospel<br>❏ Grief and Loss | ❏ Marital<br>❏ Maternity Homes<br>❏ Mental/Emotional Abuse<br>❏ Parenting<br>❏ Parent University<br>❏ Physical Abuse | ❏ Post Abortion Recovery<br>❏ Pregnancy<br>❏ Rape<br>❏ Relationship<br>❏ Sexual Abuse<br>❏ Spiritual<br>❏ STD |

4. Literature: Check below any packets/individual pamphlets that were reviewed and given to Patient

| | |
|---|---|
| ❏ *Abortion: Procedures, Risks and Side Effects*<br>❏ Abstinence – *How to Have the Best Sex*<br>❏ Adoption – *10 Questions Asked About Adoption*<br>❏ *Before You Decide*<br>❏ Bible<br>❏ Cohabitation – *Living Together*<br>❏ FOB info - *10 Ways to be a Better Dad*<br>❏ Faith/Abortion - *It's Your Story*<br>❏ Gospel RISE Brochure | ❏ Marriage – *Marriage Matters*<br>❏ Miscarriage – *Embracing Hope*<br>❏ Parent University Program Card/Class Info<br>❏ Post Abortion Rack Card<br>❏ Second Virginity – *Renewed & Rewrapped*<br>❏ Other: |

5. Videos: ❏ **Release Form Signed**

| | |
|---|---|
| ❏ Doctor Explains Abortion – Medical Abortion | ❏ Doctor Explains Abortion – Later Term Surgical |
| ❏ Doctor Explains Abortion – 1st Trimester Surgical | ❏ See Baby Fetal Development Week(s) _____ |
| ❏ Doctor Explains Abortion – 2nd Trimester Surgical | |

### Referrals:

| Check 1 or more items: | | | | |
|---|---|---|---|---|
| ❏ A2A | ❏ Adoption | ❏ Appt. w/ Options Now Dr./NP | ❏ Addiction Counseling | ❏ Church |
| ❏ Clothing | ❏ Community Assistance | ❏ Domestic Violence | ❏ Education | ❏ Father Support |
| ❏ Food | ❏ Housing | ❏ Job | ❏ Legal | ❏ Maternity Home |
| ❏ Medicaid | ❏ Medical/Clinic/Hospital | ❏ Parent University | ❏ Post-Abortion | ❏ Professional Counseling |
| ❏ Rental Assistance | ❏ STD Testing In house | ❏ Transportation | ❏ Ultrasound In house | ❏ Utility Assistance |
| ❏ Verification of Pregnancy | | ❏ WIC | ❏ Other: | |

**Patient File #:**_____

**Advocate/Staff Signature:**_____

4

*Revised 11/14/17*