# Exhibit 12

Schroeder Trial Exhibit 129
Options Now Policy: Guidelines and Patient Flow for Ultrasounds

## ULTRASOUND POLICY

### POLICY: *GUIDELINES AND PATIENT FLOW FOR ULTRASOUNDS*

The ultrasound offered by Options Now is a limited obstetrical ultrasound (LOU) and will be performed free of charge and based on all criteria below. Only Medical Personnel will determine the need for either an initial limited obstetrical ultrasound or a repeat ultrasound. Medical indication for the ultrasound will be performed for the following reasons: confirm an intrauterine pregnancy, confirm fetal heart rate, confirm gestational age, verify interval progression, and for maternal health and safety. The ultrasound procedure is not intended to diagnose pathology in the mother or the fetus. The ultrasound will be done in compliance with all relevant policies and procedures of Options Now. The use of the transvaginal probe may be used in the first trimester according to proper procedure. If the patient has any vaginal bleeding or severe cramping, the ultrasound should not be performed by Options Now, but instead, the patient should be referred to a local Emergency Room for treatment. Options Now offers a repeat ultrasound to patients when the gestational age is too early, and unable to obtain proper information to determine viability of pregnancy. A repeat ultrasound may also be performed for other medical indications such as familial reasons relating to maternal health, or remains undecided about her pregnancy options.

The Center shall see patients in an orderly and professional fashion, always attempting to minimize patient waiting time.

### PROCEDURE:

1. If a scheduled patient (#1) and a walk-in patient (#2) arrive at the Center simultaneously, the scheduled patient has priority for services.

2. While patient #1 is receiving care, patient #2 may wait in the waiting area or be taken to a consultation room if one is available. The walk-in patient must already be an established patient who has had a positive pregnancy test recently documented and had not established OB care and meets all other criteria. It is rare that an established patient will walk in to see about getting an ultrasound since ultrasound appointments are usually made ahead of time.

3. All patients requesting ultrasound services must meet *all* of the following criteria:
   - have a positive pregnancy test which was performed at Options Now or Verification of Pregnancy from approved medical facility. (see Appendix page 209)
   - have no present complaints of pain, severe cramping, or bleeding (including spotting) for the past 72 hours
     - Complaints of intermittent mild cramping similar to menstrual cramps would *not* necessarily exclude an US.

Unauthorized duplication or distribution is prohibited by law.



**ULTRASOUND POLICY**

- o If patient states that the "menstrual-type" cramping that she is experiencing is severe or different than that which she normally experiences during her period, she *does* fall under the category of unmet criteria
- have not taken the RU486 abortion pill in the past two months

4. If the patient has taken Emergency Contraception (EC), also known as Plan B or the Morning After Pill, and has had a positive pregnancy test at Options Now, the patient may have one limited obstetrical ultrasound, if she meets all other criteria. Repeat LOU must be approved by medical director.

5. If the patient currently has an established OB physician and has had an ultrasound, it may not be necessary to perform another ultrasound, unless circumstances have changed for the patient and she is now abortion vulnerable/minded.
6. Ultrasound patients must be assessed by a medical professional before signing any US consent forms.
7. Regarding patients with Intrauterine Device (IUD), ultrasounds can be performed under these conditions *only*:
   - the patient is not symptomatic, (with pain, severe cramping, bleeding or spotting)
   - the patient is available for an ultrasound appointment **when physician or RDMS available.**
   - All women with an IUD and a subsequent positive pregnancy test result will be advised to contact the physician who initially inserted their Intrauterine Device or contact their own physician.
8. If patient meets the criteria, then all limited obstetrical forms will be explained by Medical Personnel. However, before escorted to the examination room, the patient must sign the following forms:
   - *Consent for Services*
   - *Permission to Release Information and Follow Up*
9. Once patient has been escorted to the examination room, Medical Personnel will read and explain the following forms and then hand them to the Patient for her signature:
   - *Ultrasound Consent and Release Form*
   - *Ultrasound Training Consent and Release Form (if applicable)*
10. Medical Personnel will proceed to document the appropriate patient information into the ultrasound machine and prepare patient for the procedure according to protocol. Only approved Medical Personnel who are currently licensed and trained will perform the ultrasound. In addition to the Sonographer, a patient advocate or other approved volunteer or student must be present in the exam room during the ultrasound procedure.
11. Family and friends will not come in the ultrasound room until the patient is situated, initial questions have been answered, and patient has given consent.

Unauthorized duplication or distribution is prohibited by law.

**ULTRASOUND POLICY**

(This gives time for possible confidential conversation between the patient and the Sonographer). After that has been completed, the patient advocate/Options Now staff who is in the room, with the patient's permission, will bring family or friends into the ultrasound room.

12. After the ultrasound is completed on the Patient, she will be escorted back to a consultation room for further education and instruction.

13. The Sonographer will complete a *Sonogram and Out-take* form and, if no repeat scan is necessary, will give the patient a *Discharge Summary for Medical Follow-Up* form, which has been explained by the Sonographer and then signed by her and the Sonographer. If Sonographer deems a repeat ultrasound is necessary, then the patient will be given *Repeat Ultrasound Clinic Instruction* and the original will be placed in the patient's chart.

14. Eligibility for a repeat ultrasound may include:
    - An inconclusive scan which is likely due to early gestational age
        - **Patient will be given the opportunity to return in 1-2 weeks, or at Doctors' discretion.**
    - Patient is abortion vulnerable or abortion minded, and might benefit from a repeat scan due to familial reasons/maternal health
        - In this case, the Sonographer will offer to schedule a repeat scan while the patient is still there (on the date of her initial scan)
        - If the patient is unable to schedule her repeat ultrasound that day, the Sonographer or other Medical Personnel will attempt to call her within 48 hours to schedule her repeat ultrasound
        - The patient will be encouraged to bring a support person for her repeat ultrasound
            - **(Abortion Minded/Abortion Vulnerable) ABV/ABM patients will be given the opportunity to return in 1 week, or at Doctors' discretion.**
    - Patients may not receive repeat ultrasounds if they have taken Emergency Contraception in the last two months, unless approved by Med. Director.
    - Patients may not receive a repeat ultrasound if a gestational sac cannot be identified during the initial scan, unless approved by Med. Director.

15. When the patient's ultrasound appointment is finished, the Sonographer must also complete the following documentation:
    - *Ultrasound Report*
    - *Ultrasound Report – Twin Gestation (if applicable)*

**5 |** Options Now                                         Revised May 1, 2019
Unauthorized duplication or distribution is prohibited by law.

- The *Discharge Summary for Medical Follow-Up for Medical Follow-Up* will be placed in the patient's file, along with a copy of the *Ultrasound Report*. The *Ultrasound Report* will be sent to the Radiologists or the Medical Director within 48 hours of the scan.

*Please Note the Following:*

**The ultrasound is a limited medical ultrasound and is offered following a verified positive pregnancy test. The Medical Personnel will determine the need for a free limited obstetrical ultrasound, abdominal and/or transvaginal or if a repeat ultrasound is necessary. The purpose of the ultrasound is to determine the following: an intrauterine pregnancy, fetal heart rate, and gestational age. The ultrasound procedure is not intended to diagnose pathology in the mother or the fetus. The ultrasound will be done in compliance with the relevant policies and procedures of Options Now. The use of the transvaginal probe may be used in the first trimester according to proper procedure. If the patient has any vaginal bleeding, cramping that is worse than menstrual cramping, abdominal/pelvic pain the ultrasound should not be performed by Options Now, but instead the patient should be referred to a local Emergency Room or her primary physician for treatment. Options Now offers a repeat ultrasound to patients when the gestational age is too early, and unable to obtain proper information to determine viability of pregnancy. A repeat ultrasound may also be performed for other medical indications such as familial reasons relating to maternal health, or remains undecided about her pregnancy options.**

Unauthorized duplication or distribution is prohibited by law.