# Exhibit 13

Schroeder Trial Exhibit 130
Options Now Policy: Scheduling of Ultrasound Services

ULTRASOUND POLICY

## POLICY: *SCHEDULING OF ULTRASOUND SERVICES*

Patients will be scheduled for free ultrasound appointments after an initial consultation and positive pregnancy test if they meet criteria. These appointments should be offered without reservation to **all** patients, not just abortion-vulnerable or abortion-minded patients. Purpose of the limited obstetrical abdominal or transvaginal ultrasound is to provide confirmation on the following: intrauterine pregnancy, fetal heart rate and gestational age. Since gender identification is outside the scope of limited obstetric ultrasound, providing gender identification during an ultrasound is prohibited. The ultrasound will be done in compliance with the relevant policies and procedures of Options Now .

## PROCEDURE:

1. Individuals requesting ultrasound for confirmation of pregnancy will be told that they must schedule an initial consultation and pregnancy test at Options Now

2. Following a positive urine pregnancy test result, the patient will be offered an appointment for an ultrasound following all *Steps of the Linear Process* (See Appendix pg. 199 )

3. If the patient is abortion-vulnerable or abortion-minded and there is not an immediate appointment available after her initial intake and pregnancy test, an ultrasound appointment will be made as soon as possible at the center.

4. If the patient intends to carry she may be scheduled for an ultrasound at Options Now at her convenience preferable no sooner than 8 weeks. If patient has started prenatal care she will not be eligible to receive an ultrasound, unless approved by Medical Director.

5. Prior to leaving the initial consultation, the patient must read and sign the *Ultrasound Clinic Instruction* form. This form is given to the patient after a copy is placed in the patient's chart.

6. Prior to leaving the initial consultation, the patient should be instructed to allow approximately 45-60 minutes for the ultrasound appointment. She should be informed of the services she will receive at the appointment. Among the services she may receive by the Medical Personnel are ultrasound, Hand Held Doppler reading to hear the baby's heartbeat if appropriate (see *Ultrasound Pulse Wave Doppler* policy), review of miscarriage and ectopic precautions, information on fetal development and the importance of prenatal care.

7. Appointments for ultrasound services will only be made during the scheduled appointment times.

8. The patient will be informed she will receive a confirmation call or text per her consent for her appointment. If the patient cannot make the appointment, she will be instructed to contact the Center if she needs to cancel or reschedule her appointment.

7 | Options Now                                         Revised May 1, 2019
Unauthorized duplication or distribution is prohibited by law.