# Exhibit 18

Defendant Trial Exhibit 55
Letter from Dr. Thomas Zabiega (Undated)

Dear █████

I was contacted by your Ob/Gyn that you needed neurological clearance for general anesthesia for an abortion which is thought to be medically necessary. There is no such thing as a medically necessary abortion. I have dealt with many women who were told to have an abortion because either their baby wouldn't live or they would have lasting health problems if they delivered the baby. In all cases the mom and the baby were fine without any problems whatsoever. The same will occur to you. I am giving you information about 3 Ob/Gyn's who can help you through this pregnancy and I will be happy to be of assistance as well. I am attaching my personal cell phone and pager number as well as my email address so that you can be in direct contact with me if you wish to be. The decision to have an abortion is one that will cause more health problems for you than going through delivery. The highest risk factor for developing breast cancer in a woman, according to the most prestigious medical journal in the world "Lancet" is having an abortion. It also increases the risk of severe depression and suicide.

I am attaching the model of a baby the same size of the baby that is within you, as well as some brochures and information on the Ob/Gyn's that can help you with this. If you have any problems with getting an appointment right away with any of these Ob/Gyn's, please let me know ASAP. *Let me know how I can be of help.*
I will be praying for you to make the right decision,

*[signature]*
Thomas Zabiega, M.D.

Cell ████████
Pager ████████
Email: ████████

DEFENDANT'S EXHIBIT
55

IDFPR000334