# Exhibit 19

Defendant Trial Exhibit 56
Letter from Dr. Thomas Zabiega (Apr. 4, 2014)



Hrs.

**Dreyer Medical Clinic**
**Advocate**

April 4, 2014

RE:
DOB

To Whomever It May Concern,

I am writing to inform you that this patient undergoing general anesthesia could result in major complications in regards to her medical health, including intracranial hemorrhage and stroke, with high likelihood of permanent and severe brain damage and possible death. Therefore I do not authorize general anesthesia for this patient, especially in regards to an elective and unnecessary procedure.

Sincerely,

Thomas Mark Zabiega, MD
DREYER MEDICAL CLINIC - NEUROLOGY / FV
4100 Healthway Drive
Aurora IL 60504

Batavia   Fox Valley Villages   Highland   Hinckley   North Aurora   Orchard Road   Oswego
Plainfield   Rush-Copley Campus   St. Charles   West Aurora   West Downer Place   Yorkville

Dreyer Medical Clinic is an affiliate of Advocate Health Care



DEFENDANT'S EXHIBIT
56