# Exhibit 22

Defendant Trial Exhibit 59
Complaint re: Care Net Pregnancy Services of DuPage County

Complaint View Screen                                            Page 1 of 1

## Complaint View Screen   [update]

| Complaint | 2014-09796 | Date Created | 10/15/2014 | Audit |
|---|---|---|---|---|
| Status | OPEN COMPLAINT | Date Opened | 10/15/2014 | Mand Rep |
| | | How Received | Citizen Complaint Letter | Comp. |
| Respondent ID | 3876879 | Receiving Board | MEDICAL BOARD | Documents |
| Respondent | **Care Net- Pregnancy Services of** | Receiving Profession | LICENSED PHYSICIAN AND | Chr. Report |
| | **DuPage County** | | SURGEON | Entry Items |
| | | Receiving Department | Complaint Intake | Legacy |
| Complainant ID | 3876881 | Received By | Crystal Mariscal | |
| Complainant | ▮ | Incident Date | 10/03/2014 | |
| | | Alleged Issues | | |
| | | UNLICENSED PRACTICE | | |

Comments: Possible unlicensed practice. Conducting ultrasound medical procedures without a physicians order

## Related Complaints [add]

| Year - Number | Type | Respondent | Issue | Resolution |
|---|---|---|---|---|
No Complaints have been related to this complaint.

## Other Participants   [add]

**Contacts Affiliated with Respondent**

Respondent: Care Net- Pregnancy Services of DuPage County   Respondent: Care Net- Pregnancy Services of DuPage County
Respondent: Care Net- Pregnancy Services of DuPage County

## Resolution   [update]

| Department | MD Inv Chief | Found Issues | |
|---|---|---|---|
| Worker | Karen Schrock | none | |
| Date Closed | | Resolution | |
| | | none | |

**Resolution Notes:**

## Action Items   [add]

| Type | Assigned To | Activity | Due | Effective | Completed | Order Signed | Created ▲ | User |
|---|---|---|---|---|---|---|---|---|
| 📑 Citizen Complaint Acknow Receipt Letter | Complaint Intake, CMarisca | 10/15/2014 | | | | | 10/15/2014 | CMarisca |
| Correspondence: | Letter: | CIU PAL Acknowledgement.rtf | | | | | | |
| | Envelope: | envelope.rtf | | | | | | |
| 📑 CIU Initial Assignment To Chief | MD Inv Chief, KSchrock | 10/15/2014 | | | | | 10/15/2014 | CMarisca |

DEFENDANT'S
EXHIBIT

**59**

http://iles/caseView.asp?CaseIdnt=536167                        10/15/2014

IDFPR001884

IDFPR001885



**IDPH**
ILLINOIS DEPARTMENT OF PUBLIC HEALTH

Pat Quinn, Governor
LaMar Hasbrouck, MD, MPH, Director

525-535 West Jefferson Street · Springfield, Illinois 62761-0001 · www.dph.illinois.gov

Certified Mail
Return Receipt Requested

October 8, 2014

Manuel Flores,
Acting Secretary
Illinois Department of Financial and Professional Regulations
Complaint Intake Unit
100 W. Randolph, 9th Floor Suite 9-300
Chicago, Illinois 60601

CLIA IDPH State Complaint Referral #15-001 and 15-002

Dear Complaint Intake Unit:

Our office Health Care Regulations CLIA Laboratory Certification Program received a complaint regarding facilities operating without a laboratory license, and conducting ultrasound medical procedures without a physician's order. Included was that such facilities employed practices such as bait and switch tactics to lure people in for services.

Facilities:
CareNet Pregnancy Services and Women's Center (attached find complaint documents)

Our office CLIA Laboratory Certification Program investigated the claims associated with the lack of a laboratory license and found the complaint unsubstantiated; however, our office does not have jurisdiction to address practices such as those related to the Medical Professional. For this reason, we are forwarding this complaint to your attention

After your investigation or review of this complaint, please forward any findings to our office.

Sincerely

Juan Garcia
IDPH- CLIA Program Administrator
525 W. Jefferson Street 4th Floor
Springfield, IL 62761-0001
217-524-0135

cc: Complaint File

Certified Mail
Return Receipt Requested

October 8, 2014

Manuel Flores,
Acting Secretary
Illinois Department of Financial and Professional Regulations
Complaint Intake Unit
100 W. Randolph, 9th Floor Suite 9-300
Chicago, Illinois 60601

CLIA IDPH State Complaint Referral #15-001 and 15-002

Dear Complaint Intake Unit:

Our office Health Care Regulations CLIA Laboratory Certification Program received a complaint regarding facilities operating without a laboratory license, and conducting ultrasound medical procedures without a physician's order. Included was that such facilities employed practices such as bait and switch tactics to lure people in for services.

Facilities:
CareNet Pregnancy Services and Women's Center (attached find complaint documents)

Our office CLIA Laboratory Certification Program investigated the claims associated with the lack of a laboratory license and found the complaint unsubstantiated; however, our office does not have jurisdiction to address practices such as those related to the Medical Professional. For this reason, we are forwarding this complaint to your attention

After your investigation or review of this complaint, please forward any findings to our office.

Sincerely,

Juan Garcia
IDPH- CLIA Program Administrator
525 W. Jefferson Street 4th Floor
Springfield, IL 62761-0001
217-524-0135

cc: Complaint File

CONFIDENTIAL- ATTORNEYS' EYES ONLY

RECEIVED OHCR HCF&P

2014 OCT -6 A 11: 33

**Sent Via Certified Mail**
**Return Receipt**

October 3, 2014

ILLINOIS DEPARTMENT OF PUBLIC HEALTH

Division of Health Care Facilities & Programs
525 W. Jefferson Street Fourth Floor
Springfield, IL 62761
Phone: 217-524-0135

**Re: Complaint**
**Possible Willful deceptive trade practices**
**Care Net – Pregnancy Services of DuPage County**

**My Choice Chicago/The Women's Center**

**Teen Breaks.com**

To Whom It May Concern:

Please be advised that business names and information are being deceptively displayed and handed out by Care Net – Pregnancy Services of DuPage County, My Choice Chicago/The Women's Center & Teen Breaks.com. The companies are claiming to offer information on abortion services but are actually Pro-life (anti-choice) activists in disguise. They are employing bait and switch tactics to falsely lure people in for services they do not offer.

They are willfully conspiring to mislead and manipulate the people with these advertisements in order to send people to the wrong places and advocate only a Pro-life (anti-choice) view point. These are willfully deceptive trade practices.

They are offering pregnancy tests without a CLIA license and offering Ultrasounds without a physician's orders.

*COMPLETED INVESTIGATION 10/08/14*          *Refer To: DFPR on 10/08/14*

Please investigate this matter.
Please contact me at Administration@officegci.com if needed.



IDFPR001888

CONFIDENTIAL- ATTORNEYS' EYES ONLY



IDFPR001889

**Detailed information on the companies misrepresenting themselves:**

**Name:**      Care Net – Pregnancy Services of DuPage County

**Addresses:**      515 Ogden Ave., Ste 200          *OK –* 132 E. Irving Park Rd
                    Downers Grove, IL 60515              Wood Dale, IL 60191

                    1200 Roosevelt Rd., Ste 101          1301 S. Route 59, Ste 103
                    Glen Ellyn, IL 60137                 Naperville, IL 60564

                                                          *OK*

**Main Phone #:**   630-455-0300
**Website:**        www.pregnanthelp.com
                    *14D1077259 – NON·PROFIT- MULTIPLESITE CERTIFICATE.*


**Name:**      My Choice Chicago/The Women's Center (powered by Enlightened Woman)
               *14D2080824    14D1071845*              *OK*
**Addresses:**      The Women's Center                   The Women's Center
                    5116 N. Cicero Ave, Suite #301       2720 S. River Road, Suite 234
*OK* Chicago, IL 60630                                   Des Plaines, IL 60018
                    (773)283-0825                        (847)803-9937
                    *OK*
                    The Women's Center
                    9730 S. Western, Suite #318 (3rd Floor)
                    Evergreen Park, IL 60805
                    (708)425-0707
                    (708)422-5883    (Espanol)

**Websites:**       www.mychoicechicago.com
                    www.abortionchoices.com
                    *NON- PROFIT- MULTIPLESITE CERTIFICATE*


**Name:**      Teen Breaks.com

**Website:**        www.teenbreaks.com

IDFPR001890

IDFPR001891



. abortion'                                                                    [ Sign in ]

Web    News    Images    Videos    Books    More    Search tools

About 6,670,000 results (0.22 seconds)

**Abortion procedures - pregnanthelp.com**
Ad  www.pregnanthelp.com/ ▾  (630) 456-0300
Objective info on abortion types & risks. Caring, local, confidential
132 E Irving Park Rd, Wood Dale, IL

**Abortion Info for Teens - teenbreaks.com**
Ad  www.teenbreaks.com/ ▾
Teen abortion experiences, facts, stats, complications, survivors

**Abortion Chicago Free Svc - You May Not Need an Abortion**
Ad  www.mychoicechicago.com/ ▾
Free Preg Test & Free Usound w/ No Oblig

**Abortion :: Planned Parenthood**
www.plannedparenthood.org/health-info/abortion ▾ Planned Parenthood
There are two kinds of abortion in the U.S. — in-clinic abortion and the abortion pill.
Abortions are very common. In fact, 3 out of 10 women in the U.S. have an
Abortion Pill · In-Clinic Abortion Procedures · Parental Consent · Pregnancy Options

**Abortion - Wikipedia, the free encyclopedia**
en.wikipedia.org/wiki/Abortion ▾ Wikipedia
Abortion is the termination of pregnancy by the removal or expulsion from the uterus
of a fetus or embryo before viability. An abortion can occur spontaneously, ..
Fetal viability · Abortion debate · Abortion law · Abortion in the United States

### News for **abortion**



**Reverends like us should never oppose access to abortion ...**
Washington Post - 21 hours ago
There is no monolithic religious opinion about contraception,
abortion, or sex education. Decisions about reproduction are
morally complex.

**What Drives Abortion: The Law Or Income?**
NPR (blog) - 19 hours ago

**Nurse's death sentence reignites abortion debate in Kenya**
The Guardian - 2 hours ago

More news for **abortion**

**Guttmacher Institute Abortion Resources**
www.guttmacher.org/sections/abortion.php ▾ Guttmacher Institute
An Overview of Abortion Laws [PDF]. September 2012. Induced Abortion in the
MEDIA KITS. Worldwide Abortion Legality, Incidence and Safety, March 2013.

**Abortion Procedures | American Pregnancy explores abortion**
americanpregnancy.org › Unplanned Pregnancy ▾
Abortion Procedures The type of abortion procedure used in elective pregnancy
termination is primarily determined by how far a woman is into pregnancy

**Abortion Facts - Information on Abortion You Can Use**
www.abortionfacts.com/ ▾
Abortion information, statistics, articles, and common sense pregnancy options. Learn
the procedures, laws, methods, and arguments for and against abortion

**Abortion: Get Facts About the Procedure and Statistics**
www.emedicinehealth.com › home › topics az list ▾
Abortion is one of the most common medical procedures performed in the United
States each year. More than 40% of all women will end a pregnancy by

**Abortion ProCon.org**
abortion.procon.org/ ▾ ProCon.org

---

6/25

**Illinois Abortion Clinic**
www.illinoisabortion.com/ ▾
(877) 341-4951
We Offer Discreet Abortion Services
And The Abortion Pill. Call Now.

**Abortion**
www.womensaidcenter.com/ ▾
Abortion Clinic, Northwest Side of
Chicago  Call Now to Schedule Appt.

**Unwanted Pregnancy?**
www.advantagehealthcareltd.com/ ▾
Surgical and Medical Abortions
Advantage Health Care Ltd
203 E Irving Park Road, Wood Dale, IL

**Abortion Clinic**
www.abortionschicago.com/ ▾
Medical & Surgical Abortion Srvcs.
Call Our Friendly Staff Today.
110 S River Road #7, Des Plaines, IL
(800) 640-0026

**Abortions**
www.accesshealthcenter.net/ ▾
Confidential and Discreet
Surgical and Medical Options

**Abortion**
www.abortionlegalillinois.com/ ▾
Locations in Chicago and suburbs
Confidential and Caring

**Abortion Can Be Dangerous**
www.knowledgeisempowering.com/ ▾
We provide educated information for
you about abortion & other options

**Local Abortion Clinics**
www.local.com/Abortion_Clinics ▾
Need an Abortion? Find a
Clinic Nearby on Local.com

See your ad here »

IDFPR001892

IDFPR001893

The debate over whether or not abortion should be a legal option continues to divide
Americans long after the US Supreme Court's 7-2 decision on Roe v. Wade .

## Abortion: MedlinePlus
www.nlm.nih.gov/.../abortion.. ▾ United States National Library of Medicine
An abortion is a procedure to end a pregnancy. It uses medicine or surgery to remove
the embryo or fetus and placenta from the uterus. The procedure is done ...

## In-depth articles

### The Rise of the DIY Abortion in Texas

The Atlantic · Jun 2014
Also known as miso or Cytotec, the drug induces an abortion that
appears like a miscarriage during the early stages of a woman's
pregnancy. For women living in Latin America and
Explore  **texas abortion**

### The Abortion Ministry of Dr. Willie Parker

Esquire · Jul 2014
In Mississippi, there is only one clinic where a woman can go if she
needs an abortion. The state is trying to close it down. At that clinic,
there is a doctor who tends to the needs of these ...
Explore  **abort**

### My Abortion

New York Magazine · Nov 2013
Of all the battles in our half-century culture war, perhaps none seems
further from being resolved, in our laws and in our consciences, than
abortion. It's a right now in its fifth decade, yet
Explore:  **post abortion**

**+ More in-depth articles**

### Searches related to abortion

| abortion pill | abortion procedure |
| abortion facts | abortion statistics |
| abortion pictures | abortion definition |
| abortion video | against abortion |

1 2 3 4 5 6 7 8 9 10       **Next**

IDFPR001894

IDFPR001895



*My Choice Chicago*
*Powered by Enlightened Woman*

*It's Your Choice!*    *Medical Considerations*    *You May Not Need An Abortion*    *FAQ*

**It's Your Choice!**
- Abortion
- Adoption
- Parenting

**Medical Considerations**
- Pregnancy Testing
- Pregnancy Consultation
- Medical Consultation
- Ultrasound

**You May Not Need An Abortion**
- Medical Background
- How It's Done
- Where To Go For More Info

**Frequently Asked Questions**

**Click here**
for info about your local
participating medical center

> My Choice Chicago

**Considering Abortion?**
**You've come to the right place!**

Sometimes, life doesn't seem fair.

Your pregnancy has come at a difficult time. It's unplanned, but we're here for you. We care about you and your abortion decision. You probably have lots of questions about abortion, and we want you to be aware of the facts. It's possible that you may not even need an abortion! Approximately 1 in every 4 pregnancies will end *naturally* by miscarriage. Yes, NATURALLY!

Want to know more about whether you're likely to miscarry? The technology exists! And that's why we're here.

Become an enlightened woman! Feel free to browse the site. When you're ready, take the next step. Call or stop by your local participating medical clinic: The Women's Center, with three convenient locations in the greater Chicago area. They'll be able to help you medically and emotionally.

Make an apointment today!    (773) 283-0825

help@mychoicechicago.com

© 2012 Enlightened Woman, Inc

IDFPR001896

IDFPR001897



Issues | Hooking Up | Pregnancy | Abortion | Guys | Adoption

Love Or Lust     Sexual Abuse     Girls 12 - 14     Cutting     Contact



Girls Who Aborted

Abortion Clinic Procedures

Stop Pushing Me to Abort

Pushed Into Abortion

Abortion Docs Speak

Abortion Complications - Girls

When Abortion Was Rejected

Abortion Survivors

Reversing The Abortion Pill

Home

## ABORTION IS SERIOUS AND PERMANENT.

### THERE'S NO TURNING BACK.

### SO DON'T BE PUSHED OR INFLUENCED BY OTHERS.

Girls who aborted tell their own stories about why they chose abortion, what the abortion was like, and how they feel now.

**Abortion Clinic Procedures** If you choose, see the actual pictures of aborted babies and learn about the types of procedures used on them.

**Stop Pushing Me to Abort!** If your boyfriend, mom, dad, or others are pushing you to abort, find out how to stand up and make your own decision.

**Pushed Into Abortion** True stories of girls who were pushed into abortions and girls who refused to be pushed.

**Abortion docs speak** about their reasons for performing abortions and what its like to have an abortion practice.

**Abortion complications - Girls** - outlines the immediate and long-term complications specific to teen abortions.

**Abortion survivors** tell their personal stories of how they were aborted and lived to talk about it!

**Celebrity Abortion "16 and Pregnant"** star Jamie McKay admitted to her followers via twitter that she had an abortion. Read her story.



**Having trouble dealing with your abortion?**

**Click Here**



## Abortion In The News:

- Do Women Who Abort Face A Higher Risk of Breast Cancer?
- Death Threats To Young Mother For Standing Up For Hobby Lobby
- Soccer Star Cristiano Ronaldo Almost Aborted
- Abortions Botched and Women Killed
- Attacks On Pro-Life Teens Escalate
- Graphic Video Of Abortion Activist's Attack On Pro-Life Students
- Teen Beaten For Handing Out Pro-Life Literature
- "Get Rid of the Baby Or I'll Kick It Out of You"
- Man Tries To Kill Pregnant Wife By Punching Her In The Stomach
- Couple On Trial For Beating Their Pregnant 17 Year! Old Daughter
- Abortionist Dr. Kermit Gosnell Film To Be Produced
- Escalating Pro-Life Attacks On Campus
- Hollywood Celebrity Supports Dr. Gosnell Film
- More Pro-Choice Attacks On College Campuses
- Gosnell Film Funding At 1 Million Dollars

IDFPR001899

abortion - Google Search

. abortion

Sign in

Web  News  Images  Videos  Books  More  Search tools

About 6,470,000 results (0.22 seconds)

**Abortion procedures - pregnanthelp.com**
Ad  www.pregnanthelp.com/ ▾  (630) 455-0300
Objective info on abortion types & risks. Caring, local, confidential
  132 E Irving Park Rd, Wood Dale, IL

**Abortion Info for Teens - teenbreaks.com**
Ad  www.teenbreaks.com/ ▾
Teen abortion experiences, facts, stats, complications, survivors

**Abortion Chicago Free Svc - You May Not Need an Abortion**
Ad  www.mychoicechicago.com/ ▾
Free Preg Test & Free Usound w/ No Oblig

**Abortion :: Planned Parenthood**
www.plannedparenthood.org/health-info/abortion ▾  Planned Parenthood
There are two kinds of abortion in the U.S., — in clinic abortion and the abortion pill.
Abortions are very common. In fact, 3 out of 10 women in the U.S. have an
Abortion Pill · In-Clinic Abortion Procedures · Parental Consent · Pregnancy Options

**Abortion - Wikipedia, the free encyclopedia**
en.wikipedia.org/wiki/Abortion ▾  Wikipedia
Abortion is the termination of pregnancy by the removal or expulsion from the uterus
of a fetus or embryo before viability. An abortion can occur spontaneously, ...
Fetal viability · Abortion debate · Abortion law · Abortion in the United States

**News for abortion**



Reverends like us should never oppose access to
abortion ...
Washington Post - 21 hours ago
There is no monolithic religious opinion about contraception,
abortion, or sex education. Decisions about reproduction are
morally complex.

**What Drives Abortion: The Law Or Income?**
NPR (blog) - 18 hours ago

**Nurse's death sentence reignites abortion debate in Kenya**
The Guardian - 2 hours ago

More news for abortion

**Guttmacher Institute Abortion Resources**
www.guttmacher.org/sections/abortion.php ▾  Guttmacher Institute
An Overview of Abortion Laws [PDF]. September 2012. Induced Abortion in the
MEDIA KITS. Worldwide Abortion. Legality, Incidence and Safety. March 2014.

**Abortion Procedures | American Pregnancy explores abortion**
americanpregnancy.org › Unplanned Pregnancy ▾
Abortion Procedures The type of abortion procedure used in elective pregnancy
termination is primarily determined by how far a woman is into pregnancy

**Abortion Facts - Information on Abortion You Can Use**
www.abortionfacts.com/ ▾
Abortion information, statistics, articles, and common sense pregnancy options. Learn
the procedures, laws, methods, and arguments for and against abortion

**Abortion: Get Facts About the Procedure and Statistics**
www.emedicinehealth.com › home › topics az list ▾
Abortion is one of the most common medical procedures performed in the United
States each year. More than 40% of all women will end a pregnancy by

**Abortion ProCon.org**
abortion.procon.org/ ▾  ProCon.org

Ads

**Illinois Abortion Clinic**
www.illinoisabortion.com/ ▾
(877) 341-4951
We Offer Discreet Abortion Services
And The Abortion Pill. Call Now.

**Abortion**
www.womensaidcenter.com/ ▾
Abortion Clinic. Northwest Side of
Chicago. Call Now to Schedule Appt.

**Unwanted Pregnancy?**
www.advantagehealthcareltd.com/ ▾
Surgical and Medical Abortions
Advantage Health Care Ltd
  203 E Irving Park Road, Wood Dale, IL

**Abortion Clinic**
www.abortionschicago.com/ ▾
Medical & Surgical Abortion Srvcs.
Call Our Friendly Staff Today.
  110 S River Road #7, Des Plaines, IL
  (800) 640-0026

**Abortions**
www.accesshealthcenter.net/ ▾
Confidential and Discreet
Surgical and Medical Options

**Abortion**
www.abortionlegalillinois.com/ ▾
Locations in Chicago and suburbs
Confidential and Caring

**Abortion Can Be Dangerous**
www.knowledgeisempowering.com/ ▾
We provide educated information for
you about abortion & other options

**Local Abortion Clinics**
www.local.com/Abortion_Clinics ▾
Need an Abortion? Find a
Clinic Nearby on Local.com

See your ad here »

IDFPR001901

The debate over whether or not **abortion** should be a legal option continues to divide
Americans long after the US Supreme Court's 7-2 decision on Roe v. Wade ...

## Abortion: MedlinePlus
www.nlm.nih.gov/.../abortion... ▾ United States National ... ... ...
An abortion is a procedure to end a pregnancy. It uses medicine or surgery to remove
the embryo or fetus and placenta from the uterus. The procedure is done ...

### In-depth articles

### The Rise of the DIY **Abortion** in Texas

The Atlantic - Jun 2014
Also known as miso or Cytotec, the drug induces an abortion that
appears like a miscarriage during the early stages of a pregnancy.
For women living in Latin America and
Explore **texas abortion**

### The **Abortion** Ministry of Dr. Willie Parker

Esquire - Jun 2014
In Mississippi, there is only one clinic where a woman can go if she
needs an **abortion**. The state is trying to close it down. At that clinic,
there is a doctor who tends to the needs of these ...
Explore **abort**

### My Abortion

New York Magazine - Nov 2013
Of all the battles in our half-century culture war, and one none seems
further from being resolved in our laws and in our consciences, than
**abortion**. It's a fight now in its fifth decade, yet
Explore: **post abortion**

**+ More in-depth articles**

Searches related to **abortion**

| | |
|---|---|
| abortion pill | abortion procedure |
| abortion facts | abortion statistics |
| abortion pictures | abortion definition |
| abortion video | against abortion |

1 2 3 4 5 6 7 8 9 10          **Next**

Elk Grove Village, IL - From your Internet address - Use precise location - Learn more

Help     Send feedback     Privacy & Terms

https://www.google.com/?gws_rd=ssl                                                        9/30/2014

IDFPR001902

IDFPR001903

## Credential - Search [hide criteria]

| | |
|---|---|
| Board | - select one - |
| SSN/FEIN | |
| Name | Care Net |
| | ☑ Contact ☐ DBA ☐ Other |
| Credential ID | |
| Date Of Birth | |
| Credential Number | Prefix  Num  Sub-Cat |
| Credential Status | |
| Street Address | |
| City, State, Zip | |
| County | |
| Country | |
| Phone | |

### Search Options

☐ Soundex  ☐ Search Old Names and Addresses  ☑ Open results in new window

[ Search ]

| Credential ▲ | Board ↑ | Status | Name | SSN/FEIN | Exp Date | City |
|---|---|---|---|---|---|---|
| No Results Found for Specified Input | | | | | | |

IDFPR001904

IDFPR001905

## Complaint - Search   [hide criteria]

### Complaint

Year - Number   [_____] , [_____]

Mandatory Report # [_____]

Board             - select one -              ▪

### Participant

Name   [Care net]

☑ Respondent   ☐ Complainant   ☑ Participant

Credential Number   [Prefix]  [Num]  [Sub-Cat]

SSN/FEIN   [_____]

### Search Options

☐ Soundex   ☐ Search Old Names and Addresses   ☐ Open results in new window

[ Search ]

| Complaint ▲ | Board ↑ | Department | Status | Respondent | Complainant | Opened Date |
|---|---|---|---|---|---|---|

No Results Found for Specified Input

IDFPR001906

IDFPR001907

CONFIDENTIAL- ATTORNEYS' EYES ONLY

IDFPR001908

**PUBLIC HEALTH**

525-535 West Jefferson Street
Springfield, Illinois 62761-0001

CERTIFIED MAIL™

7009 1680 0000 0336 9255

PRESORTED
FIRST CLASS

U.S. POSTAGE >> PITNEY BOWES

ZIP 62702 $ 001.05⁰
02 1W
0001380379 OCT 09 2014

Financial and Professional Regulations
Complaint Intake Unit - Manuel Flores
100 W. Randolph, 9th Floor Suite 9-300
Chicago, Illinois 60601

*Improving public health, one community at a time*

IDFPR001909

## ILLINOIS DEPARTMENT OF FINANCIAL AND PROFESSIONAL REGULATION

### INVESTIGATIVE REPORT

As set forth in the Department of Professional Regulation Law of the Civil Administrative Code of Illinois, 20 ILCS 2105/2105-117, all information collected by the Department in the course of an investigation shall be maintained for the confidential use of the Department and shall not be disclosed. Information and documents disclosed to a federal, State, county, or local law enforcement agency shall not be re-disclosed by the agency for any purpose to any other agency or person.

```
                                      CASE NO:2014-09796
                                      REPORT NO:1

ACTIVITY DATE:10/15/2014 & 12/7/15
RESPONDENT/LICENSE NUMBER: Care Net-Pregnancy Services of DuPage County
SECTION:            001
REPORTING INVESTIGATOR: Gwendolyn Meeks
ASSIGNED INVESTIGATOR: Gwendolyn Meeks
TYPIST:gm
DATE:12/7/15
```

**PURPOSE: To acknowledge receipt of complaint, respondent license status and attempted contact with complainant.**

On 10/15/2014 the Department received the attached complaint from, ███
██████████████████████████ There was no phone
number given. The complainant alleged that The Care Net-Pregnancy
Services of DuPage County are falsely advertising abortion services.
They are actually Pro-Life activists in disguise. They are utilizing
"bait and switch tactics" to lure people in for services that they do
not offer. In addition, they are offering pregnancy tests without a
CLIA license and ultrasound tests without a physician's order.

On 12/7/15 R/I mailed complainant the attached letter.

                          END OF REPORT

INVESTIGATOR APPROVAL: _____    DATE: _12/8/15_

SUPERVISOR APPROVAL: _____    DATE: _12/9/15_

DISSEMINATION:

IDFPR001910

IDFPR001911

RECEIVED OHCR HCF&P

2014 OCT -6  A 11 33

**Sent Via Certified Mail**
**Return Receipt**

October 3, 2014

**ILLINOIS DEPARTMENT OF PUBLIC HEALTH**
Division of Health Care Facilities & Programs
525 W. Jefferson Street Fourth Floor
Springfield, IL 62761
Phone: 217-524-0135

**Re: Complaint**
**Possible Willful deceptive trade practices**
**Care Net – Pregnancy Services of DuPage County**

**My Choice Chicago/The Women's Center**

**Teen Breaks.com**

To Whom It May Concern:

Please be advised that business names and information are being deceptively displayed and handed out by Care Net – Pregnancy Services of DuPage County, My Choice Chicago/The Women's Center & Teen Breaks.com. The companies are claiming to offer information on abortion services but are actually Pro-life (anti-choice) activists in disguise. They are employing bait and switch tactics to falsely lure people in for services they do not offer.

They are willfully conspiring to mislead and manipulate the people with these advertisements in order to send people to the wrong places and advocate only a Pro-life (anti-choice) view point. These are willfully deceptive trade practices.

They are offering pregnancy tests without a CLIA license and offering Ultrasounds without a physician's orders.



Please investigate this matter.
Please contact me at Administration@officegci.com if needed.

1 | P a g e

IDFPR001912

IDFPR001913



**IDPH**
ILLINOIS DEPARTMENT OF PUBLIC HEALTH

Pat Quinn, Governor
LaMar Hasbrouck, MD, MPH, Director

525-535 West Jefferson Street  •  Springfield, Illinois 62761-0001  •  www.dph.illinois.gov

Certified Mail
Return Receipt Requested

October 8, 2014

Manuel Flores,
Acting Secretary
Illinois Department of Financial and Professional Regulations
Complaint Intake Unit
100 W. Randolph, 9th Floor Suite 9-300
Chicago, Illinois 60601

CLIA IDPH State Complaint Referral #15-001 and 15-002

Dear Complaint Intake Unit:

Our office Health Care Regulations CLIA Laboratory Certification Program received a complaint
regarding facilities operating without a laboratory license, and conducting ultrasound medical procedures
without a physician's order. Included was that such facilities employed practices such as bait and switch
tactics to lure people in for services.

Facilities:
CareNet Pregnancy Services and Women's Center (attached find complaint documents)

Our office CLIA Laboratory Certification Program investigated the claims associated with the lack of a
laboratory license and found the complaint unsubstantiated; however, our office does not have
jurisdiction to address practices such as those related to the Medical Professional. For this reason, we are
forwarding this complaint to your attention

After your investigation or review of this complaint, please forward any findings to our office.

Sincerely

Juan Garcia
IDPH- CLIA Program Administrator
525 W. Jefferson Street 4th Floor
Springfield, IL 62761-0001
217-524-0135

cc: Complaint File

IDFPR001915

**Detailed information on the companies misrepresenting themselves:**

**Name:**    Care Net – Pregnancy Services of DuPage County

**Addresses:**    515 Ogden Ave., Ste 200          *OK -* 132 E. Irving Park Rd
Downers Grove, IL 60515             Wood Dale, IL 60191

1200 Roosevelt Rd., Ste 101       1301 S. Route 59, Ste 103
Glen Ellyn, IL 60137              Naperville, IL 60564

                                       *OK*

**Main Phone #:**    630-455-0300
**Website:**    www.pregnanthelp.com
           *14D1077359 — NON-PROFIT- MULTIPLE SITE CERTIFICATE.*

**Name:**    My Choice Chicago/The Women's Center (powered by Enlightened Woman)
           *14D2080824 14D1071845*        *OK*
**Addresses:**    The Women's Center           The Women's Center
5116 N. Cicero Ave, Suite #301       2720 S. River Road, Suite 234
*OK* Chicago, IL 60630               Des Plaines, IL 60018
(773)283-0825                     (847)803-9937
         *OK*
The Women's Center
9730 S. Western, Suite #318 (3rd Floor)
Evergreen Park, IL 60805
(708)425-0707
(708)422-5883     (Espanol)

**Websites:**    www.mychoicechicago.com
www.abortionchoices.com
           *NON- PROFIT- MULTIPLESITE CERTIFICATE*

**Name:**    Teen Breaks.com

**Website:**    www.teenbreaks.com

**2** | P a g e

IDFPR001917

abortion

Sign in

Web    Images    ...    ...

About 8,470,000 results (0.27 seconds)

**Abortion procedures - pregnanthelp.com**
Ad www.pregnanthelp.com/ ▾ (630) 455-0030
Discreet info on abortion types & laws. Long wait times close in
132 E Irving Park Rd, Wood Dale, IL

**Abortion Info for Teens - teenbreaks.com**
Ad www.teenbreaks.com/ ▾
Teen abortion experiences facts stats, complications  news ...

**Abortion Chicago Free Svc - You May Not Need an Abortion**
Ad www.mychoicechicago.com/ ▾
Free Preg Test & Free Ultrasound w/ N.I. Chicago

**Abortion :: Planned Parenthood**
www.plannedparenthood.org/health-info/abortion ▾
There are two kinds of abortion in the U.S. — in clinic abortion...
Abortions are very common. In fact, 1 out of 3 women in the ...
Abortion Pill  In-Clinic Abortion Procedures - Parental Consent  Pregnancy Options

**Abortion - Wikipedia, the free encyclopedia**
en.wikipedia.org/wiki/Abortion ▾ Wikipedia
Abortion is the termination of pregnancy by the removal or expulsion from the womb
of a fetus or embryo before viability. An abortion can occur spontaneously,
Fetal viability - Abortion debate  Abortion law  Abortion in the United States

**News for abortion**



**Reverends like us should never oppose access to abortion ...**
Washington Post  21 hours ago
There is no monolithic religious consensus about reproduction,
abortion, or sex education. Everyone 'unico' from function to
morally complex.

**What Drives Abortion: The Law Or Income?**
NPR (blog)  15 hours ago

**Nurse's death sentence reignites abortion debate in Kenya**
The Guardian  3 hours ago

More news for **abortion**

**Guttmacher Institute Abortion Resources**
www.guttmacher.org/sections/abortion.php ▾
An Overview of Abortion Laws [PDF] September 2013 ... Overview of Abortion in the ...
MEDIA KITS  Worldwide Abortion Legality, Incidence and Safety. [PDF] ...

**Abortion Procedures | American Pregnancy explores abortion**
americanpregnancy.org › Unplanned Pregnancy ▾
Abortion Procedures The type of abortion procedure used in clinical pregnancy
termination is primarily determined by how far a woman is into pregnancy.

**Abortion Facts - Information on Abortion You Can Use**
www.abortionfacts.com/ ▾
Abortion information, statistics, articles, and common stories, complications, costs, of all of the
the procedures, laws, methods, and arguments for and against abortion.

**Abortion: Get Facts About the Procedure and Statistics**
www.emedicinehealth.com › home › topics a-z list ▾
Abortion is one of the most common medical procedures performed in the U.S. Each year
States each year. More than 40% of all women will have an abortion ...

**Abortion ProCon.org**
abortion.procon.org/ ▾

---

Ad

**Illinois Abortion Clinic**
www.illinoisabortion.com/ ▾
(877) 943-4961
Your First Discreet **Abortion** Services
and The Abortion Pill  Call Now.

**Abortion**
www.womensaidcenter.com/ ▾
Abortion Clinic  Northwest Side of
Chicago  Call Now to Schedule Appt.

**Unwanted Pregnancy?**
www.advantagehealthcareltd.com/ ▾
Discreet and Medical Abortions
Advantage Health Care Ltd
203 E Irving Park Road, Wood Dale, IL

**Abortion Clinic**
www.abortionschicago.com/ ▾
Medical & Surgical Abortion Srvcs.
Call Our Friendly Staff Today
110 S River Road #7, Des Plaines, IL
(909) 640-0028

**Abortions**
www.accesshealthcenter.net/ ▾
Comfortable and Discreet
Surgical and Medical Options

**Abortion**
www.abortionlegalillinois.com/ ▾
Locations in Chicago and suburbs
Confidential and Caring

**Abortion Can Be Dangerous**
www.knowledgeisempowering.com/ ▾
I've got well educated information for
you about abortion & other options

**Local Abortion Clinics**
www.local.com/Abortion_Clinics ▾
Need an Abortion? Find a
Clinic Nearby on Local.com

See your ad here »

IDFPR001919

CONFIDENTIAL - ATTORNEYS' EYES ONLY

The debate over whether or not abortion should be a legal option continues to enrage America long after the US Supreme Court's 2 decision in ...

### Abortion: MedlinePlus
www.nlm.nih.gov/ /abortion. ▾
An abortion is a procedure to end a pregnancy ... ...
the embryo or fetus and placenta from the uterus. The uterus ...

In-depth article ▾

### The Rise of the DIY Abortion in Texas

The Atlantic
Also known as 'self-abortion,' the use of ... ... ...
appears that it often brings more difficult if a woman's
pregnancy. For women living in ... ... ...
Explore: **texas abortion**

### The **Abortion** Ministry of Dr. Willie Parker

Esquire Jul 2014
In Mississippi, there is only one clinic where a woman can go. If she
needs an **abortion**. The state is trying to close it down ... and unless
there is a doctor who tends to the needs of these
Explore: **abort**

### My Abortion

New York Magazine Nov 2013
Of all the battles of our half-century culture war, they haven't come
further from being resolved, in our laws and our ... the reasons of a
abortion. It's a right now reads into medical, you
Explore: **post abortion**

─── ── ───── **+ More in-depth articles** ── ── ── ── ─── ── ──

Searches related to abortion

| | |
|---|---|
| abortion pill | abortion procedure |
| abortion facts | abortion statistics |
| abortion pictures | abortion definition |
| abortion video | against abortion |

1 2 3 4 5 6 7 8 9 10          Next

©2014 Google Privacy & Terms ...

Help    Give feedback    Program ...

IDFPR001920

IDFPR001921



*My Choice Chicago*
*Powered by Enlightened Woman*

It's Your Choice!   Medical Considerations   You May Not Need An Abortion   FAQ

**It's Your Choice!**
Abortion
Adoption
Parenting

**Medical Considerations**
Pregnancy Testing
Pregnancy Consultation
Medical Consultation
Ultrasound

**You May Not Need An Abortion**
Medical Background
How It's Done
Where To Go For More Info

**Frequently Asked Questions**

**Click here**
to schedule an appointment with a participating medical center

> My Choice Chicago

**Considering Abortion?**
**You've come to the right place!**

Sometimes, life doesn't seem fair.

Your pregnancy has come at a dificult time. It's unplanned, but we're here for you. We care about you and your abortion decision. You probably have lots of questions about abortion, and we want you to be aware of the facts. It's possible that you may not even need an abortion! Approximately 1 in every 4 pregnancies will end *naturally* by miscarriage. Yes, NATURALLY!

Want to know more about whether you're likely to miscarry? The technology exists! And that's why we're here.

Become an enlightened woman! Feel free to browse the site. When you're ready, take the next step. Call or stop by your local participating medical clinic: The Women's Center, with three convenient locations in the greater-Chicago area. They'll be able to help you medically and emotionally.

**Make an apointment today!   (773) 283-0825**

help@mychoicechicago.com

IDFPR001922

IDFPR001923



Issues | Hooking Up | Pregnancy | Abortion | Guys | Adoption
Love Or Lust    Sexual Abuse    Girls 12 - 14    Cutting    Contact



**Girls Who Aborted**

**Abortion Clinic Procedures**

**Stop Pushing Me to Abort**

**Pushed Into Abortion**

**Abortion Docs Speak**

**Abortion Complications - Girls**

**When Abortion Was Rejected**

**Abortion Survivors**

**Reversing The Abortion Pill**

**Home**

## ABORTION IS SERIOUS AND PERMANENT.
### THERE'S NO TURNING BACK.
### SO DON'T BE PUSHED OR INFLUENCED BY OTHERS.

Girls who aborted tell their own stories about why they chose abortion, what the abortion was like, and how they feel now.

**Abortion Clinic Procedures** If you choose, see the actual pictures of aborted babies and learn about the types of procedures used on them.

**Stop Pushing Me to Abort'** If your boyfriend, mom, dad, or others are pushing you to abort, find out how to stand up and make your own decision.

**Pushed Into Abortion** True stories of girls who were pushed into abortions and girls who refused to be pushed.

**Abortion docs speak** about their reasons for performing abortions and what its like to have an abortion practice.

**Abortion complications. Girls -** outlines the immediate and long-term complications specific to teen abortions.

**Abortion survivors** tell their personal stories of how they were aborted and lived to talk about it!

**Celebrity Abortion** "16 and Pregnant" star Jamie McKay admitted to her followers via twitter that she had an abortion. Read her story.



**Having trouble dealing with
your abortion?**

**Click Here**



## Abortion In The News:

- Do Women Who Abort Face A Higher Risk of Breast Cancer?
- Death Threats To Young Mother For Standing Up For Hobby Lobby
- Soccer Star Cristiano Ronaldo Almost Aborted
- Abortions Botched and Women Killed
- Attacks On Pro-Life Teens Escalate
- Graphic Video Of Abortion Activist's Attack On Pro-Life Students
- Teen Beaten For Handing Out Pro-Life Literature
- "Get Rid of the Baby Or I'll Kick It Out of You"
- Man Tries To Kill Pregnant Wife By Punching Her In The Stomach
- Couple On Trial For Beating Their Pregnant 17 Year! Old Daughter
- Abortionist Dr. Kermit Gosnell Film To Be Produced
- Escalating Pro-Life Attacks On Campus
- Hollywood Celebrity Supports Dr. Gosnell Film
- More Pro-Choice Attacks On College Campuses
- Gosnell Film Funding At 1 Million Dollars

IDFPR001924

IDFPR001925

CONFIDENTIAL- ATTORNEYS' EYES ONLY

abortion - Google Search      1

abortion

Web   Images   [...]   [...]

About 6,670,000 results (0.32 seconds)

**Abortion procedures - pregnanthelp.com**
Ad www.pregnanthelp.com/ ▾ (630) 455-0068
Objective info on abortion types & risks. Caring local resources
132 E Irving Park Rd, Wood Dale, IL

**Abortion Info for Teens - teenbreaks.com**
Ad www.teenbreaks.com/ ▾
Teen abortion experiences, facts, stats, consequences, articles

**Abortion Chicago Free Svc - You May Not Need an Abortion**
Ad www.mychoicechicago.com/ ▾
Free Preg Test & Free Ultrasound w/ No Obligation

**Abortion :: Planned Parenthood**
www.plannedparenthood.org/health-info/abortion ▾
There are two types of abortion methods available types of abortion ... options.
Abortions are very common. In fact, 3 out of 10 women in ...
Abortion Pill · In-Clinic Abortion Procedures · Parental Consent · Pregnancy Options

**Abortion - Wikipedia, the free encyclopedia**
en.wikipedia.org/wiki/Abortion ▾
Abortion is the termination of pregnancy by the removal or expulsion from the uterus
of a fetus or embryo before viability. An abortion can occur spontaneously, ...
Fetal viability · Abortion debate · Abortion law · Abortion in the United States

**News for abortion**



**Reverends like us should never oppose access to abortion ...**
Washington Post - 21 hours ago
There is no monolithic religious opinion about pregnancy, birth,
abortion, or sex education. Everyone faces different choices on
morally complex ...

**What Drives Abortion: The Law Or Income?**
NPR (blog) · 36 minutes ago

**Nurse's death sentence reignites abortion debate in Kenya**
The Guardian · 3 days ago

**More news for abortion**

**Guttmacher Institute Abortion Resources**
www.guttmacher.org/sections/abortion.php ▾
An Overview of Abortion Laws [PPT] September 2013. Tables of State Policies in Brief.
MEDIA KITS. Worldwide Abortion, Legality, Incidence and Safety ...

**Abortion Procedures | American Pregnancy explores abortion**
americanpregnancy.org › Unplanned Pregnancy ▾
Abortion Procedures The type of abortion procedure used in elective pregnancy
termination is primarily determined by how far a woman is into pregnancy.

**Abortion Facts - Information on Abortion You Can Use**
www.abortionfacts.com/ ▾
Abortion Information, statistics, articles and opinions served ... contains all the facts about
the procedures, laws, methods, and arguments for and against abortion.

**Abortion: Get Facts About the Procedure and Statistics**
www.emedicinehealth.com › home › topics a-z list ▾
Abortion is one of the most common types of pregnancy procedures in the United
States each year. More than 40% of all women will have an abortion in the ...

**Abortion ProCon.org**
abortion.procon.org/ ▾

**Illinois Abortion Clinic**
www.illinoisabortion.com/ ▾
(877) 261-4961
Get Offered Discreet Abortion Services
and The Abortion Pill. Call Now.

**Abortion**
www.womensaidcenter.com/ ▾
Abortion Clinic Northwest Side of
Chicago Call Now to Schedule Appt

**Unwanted Pregnancy?**
www.advantagehealthcareltd.com/ ▾
Surgical and Medical Abortions
Advantage Health Care Ltd
203 E Irving Park Road, Wood Dale, IL

**Abortion Clinic**
www.abortionschicago.com/ ▾
Medical & Surgical Abortion Srvcs.
Call Our Friendly Staff Today.
110 S River Road #7, Des Plaines, IL
(800) 649-0029

**Abortions**
www.accesshealthcenter.net/ ▾
Confidential and Discreet
Surgical and Medical Options

**Abortion**
www.abortionlegalillinois.com/ ▾
Locations in Chicago and suburbs
Confidential and Caring

**Abortion Can Be Dangerous**
www.knowledgeisempowering.com/ ▾
Get honest, educated information for
you about abortion & other options

**Local Abortion Clinics**
www.local.com/Abortion_Clinics ▾
Search for Abortion? Find a
Clinic Nearby on Local.com

See your ad here »

IDFPR001927

CONFIDENTIAL- ATTORNEYS' EYES ONLY
abortion - Google Search   Case: 3:16-cv-50310 Document #: 275-25 Filed: 12/18/23 Page 46 of 59 PageID #:5906

2

The debate over whether or not abortion should be a legal option *continues to exist. Americans long after the US Supreme Court's *Roe v Wade*...

### Abortion: MedlinePlus
www.nlm.nih.gov /abortion ▾
An abortion is a procedure to end a pregnancy. *...*
the embryo or fetus and placenta from the uterus...

In-depth article ·

### The Rise of the DIY Abortion in Texas

The Atlantic
Also known as the "back alley" abortion, the abortion...
appears like a non-surgical way to end early, short
pregnancy. For women living in conservative...
*Explore* texas abortion

### The Abortion Ministry of Dr. Willie Parker

Esquire
In Mississippi, there is only one clinic where a woman can obtain the
needs an abortion. The state is trying to close it down...
there is a doctor who tends to the needs of these...
*Explore* abort

### My Abortion

New York Magazine
Of all the battles of our high-century culture war...
further from being resolved, in our laws and in our minds...
abortion. It's a right now in its 40th decade...
*Explore* post abortion

+ More in-depth articles

Searches related to abortion

| | |
|---|---|
| abortion pill | abortion procedure |
| abortion facts | abortion statistics |
| abortion pictures | abortion definition |
| abortion video | against abortion |

1 2 3 4 5 6 7 8 9 10    Next

IDFPR001928

IDFPR001929

## Credential - Search   [hide criteria]

| | |
|---|---|
| Board | - select one - |
| SSN/FEIN | |
| Name | Care Net |
| | ☑ Contact   ☐ DBA   ☐ Other |
| Credential ID | |
| Date Of Birth | |
| Credential Number | Prefix   Num   Sub-Cat |
| Credential Status | |
| Street Address | |
| City, State, Zip | |
| County | |
| Country | |
| Phone | |

## Search Options

☐ Soundex   ☐ Search Old Names and Addresses   ☐ Open results in new window

Search

| Credential ▲ | Board ↑ | Status | Name | SSN/FEIN | Exp Date | City |
|---|---|---|---|---|---|---|

No Results Found for Specified Input

IDFPR001930

IDFPR001931

CONFIDENTIAL- ATTORNEYS' EYES ONLY
Case: 3:16-cv-50310 Document #: 275-25 Filed: 12/18/23 Page 50 of 59 PageID #:5910
Complaint - Search

Page 1 of 1

**Complaint - Search**  [hide criteria] ˅

**Complaint**

Year - Number

Mandatory Report #

Board          - select one -              ▪

**Participant**

Name
          Care net

          ☑ Respondent   ☐ Complainant   ☑ Participant

Credential Number   | Prefix | Num | Sub-Cat |

SSN/FEIN

**Search Options**

          ☐ Soundex   ☐ Search Old Names and Addresses   ☐ Open results in new window

          [ Search ]

| Complaint ▲ | Board ↑ | Department | Status | Respondent | Complainant | Opened Date |

No Results Found for Specified Input

IDFPR001932

IDFPR001933



# Illinois Department of Financial and Professional Regulation

### Division of Professional Regulation

| Pat Quinn<br>Governor | | Manuel Flores<br>Acting Secretary<br><br>Jay Stewart<br>Director<br>Division of Professional Regulation |

October 15, 2014



RE: Care Net- Pregnancy Services of DuPage County
Case 2014-09796

- ➢ 515 Ogden Ave., Ste 200
  Downers Grove, Il 60515
- ➢ 132 E Irving Park Rd
  Wood Dale, IL 60191
- ➢ 1200 Roosevelt Rd., Ste 101
  Glen Ellyn, IL 60137
- ➢ 1301 S Route 59, Ste 103
  Naperville, IL 60564

Dear████

This letter acknowledges the receipt of your recent complaint. The Department of Financial and Professional Regulation has referred your complaint information to the appropriate division for initial screening to determine if any applicable state regulations may have been violated.

The information you have provided is being evaluated by our staff to determine the most appropriate course of action. If the Department is unable to proceed with your complaint, you will receive a letter advising of such.

Should your complaint result in the opening of an investigation, you may be contacted by a Department investigator seeking additional information. At that time, your cooperation will be required. The Department will then conduct an investigation to determine whether the allegations violated the respective state statute.

IDFPR001934

IDFPR001935

The file reference number that has been assigned to your complaint can be found listed above; please refer to this number in any future communication with the Department.

Thank you for bringing this matter to our attention.

Sincerely,

Complaint Intake Unit

IDFPR001936

IDFPR001937



# Illinois Department of Financial and Professional Regulation

**Division of Professional Regulation**

Pat Quinn
Governor

Manuel Flores
Acting Secretary

Jay Stewart
Director
Division of Professional Regulation

October 15, 2014



RE:  Care Net- Pregnancy Services of DuPage County
Case 2014-09796

Dear

The Department of Financial and Professional Regulation would like you to be familiar with our Patient Advocate Liaison Program which is available to provide you with service in the area of advocacy, guidance and support.

As your Patient Advocate Liaison, I can provide you with information regarding the status of your case and answer questions you may have. I am here to guide you through the administrative process by providing you with orientation and support.

Please feel free to contact me for assistance. The file reference number that has been assigned to your complaint can be found listed above. Kindly refer to this number in any future communication with us.

Sincerely,

Jessica Pantoja
Acting Patient Advocate Liaison
312/793-8723

IDFPR001939



# Illinois Department of Financial and Professional Regulation

## Division of Professional Regulation

**Bruce Rauner**
**Governor**

**Bryan Schneider**
**Secretary**

**Jay Stewart**
**Director**

Date: December 7, 2015



Re: Cs.# 2014-09796

Dear ▮

The above complaint has been received by the Illinois Department of Financial and Professional Regulation and referred to the Medical Investigations Unit for review. I am the assigned investigator. There was no phone number or email address provided on the complaint to reach you. As it is necessary to obtain additional information, please contact me at the number below as soon as possible. If I am not available when you call, please leave a daytime telephone number at which you can be reached. If you do not respond by December 22, 2015, it will be assumed that you no longer wish to pursue this complaint and the file will be referred for closure.

Sincerely,

Gwendolyn Meeks, Investigator
Medical Unit
(773)838-5705
gwen.meeks@illinois.gov

IDFPR001940

IDFPR001941