# Exhibit 23

Defendant Trial Exhibit 60
Complaint/Claim Intake Report re: Bill Syrcle

# Illinois Department of Financial and Professional Regulation
## Division of Professional Regulation

James R. Thompson Center
Complaint Intake Unit
100 West Randolph Street
Suite 9-300
Chicago, Illinois 60601
312/814-6910

## COMPLAINT / CLAIM INTAKE REPORT

1. Please type or print clearly in dark ink.
2. Please attach copies of important papers concerning your complaint / claim.

**COMPLAINANT**

[Redacted personal information]

**YOUR COMPLAINT / CLAIM IS AGAINST (RESPONDENT)**

Name of Provider of Services: Bill Syncle
Profession: Counselor
Telephone No.: 309-833-2008
Street Address: Johnson St
Date Event Occurred: 2010 - 12/2014
City/Town: Macomb
State: IL
ZIP Code: 61455
County of Occurrence: McDonough

**Briefly describe your complaint / claim:**

I saw a counselor, Bill Syncle, for over 5 years. During this time I realized I might be gay. I would try to bring this up with Bill, he would say "I don't condone that." I felt that I could not bring up this topic and he said that it "wasn't biblical" and told me his personal beliefs on it. He refused to help me with this topic but continued to see me and did not offer to refer me to someone else who might. He did not allow me to explore my feelings about my sexuality. He even offered to block a gay website on my computer for me. He would not talk about this topic and I felt very ashamed and unaccepted.

**DEPARTMENT USE ONLY**

Complaint/Claim Received By: Alex Martinez
Date: 3/9/15
How Received: ☐ Phone  ☒ Letter  ☐ Walk-in

IL486-1717 05/12 (ENF)

· You will receive an acknowledgment letter in the mail.

DEFENDANT'S EXHIBIT 60

IDFPR001944