# Exhibit 24

Defendant Trial Exhibit 61
IDFPR Investigative Report (Aug. 24, 2016)

# ILLINOIS DEPARTMENT OF FINANCIAL AND PROFESSIONAL REGULATION

## INVESTIGATIVE REPORT

As set forth in the Department of Professional Regulation Law of the Civil Administrative Code of Illinois, 20 ILCS 2105/2105-117, all information collected by the Department in the course of an investigation shall be maintained for the confidential use of the Department and shall not be disclosed. Information and documents disclosed to a federal, State, county, or local law enforcement agency shall not be re-disclosed by the agency for any purpose to any other agency or person.

CASE NO.: 2015-02060
REPORT NO.: 1

ACTIVITY DATE: 08/24/2016
RESPONDENT/LIC. NO.: William Syrcle / 180.004415
SECTION: 005
REPORTING INVESTIGATOR: Randall Thomas
ASSIGNED INVESTIGATOR: Charles McMahan
TYPIST: rt
DATE: 08/24/2016

| COMPLAINANT | RESPONDENT |
|---|---|
|  | William Syrcle<br>103 S Johnson St.<br>Macomb, IL 61455 |

Purpose: To document phone interview of the complainant

On 08/24/2016 R/I contacted the complainant at the number provided. The complainant relayed the following information in summary but not verbatim. The complainant stated that he had been seeing the respondent for several years, from 2010 to 2014. During that time the complainant said he wanted to talk able him coming out of the closet as a gay man. The complainant said the respondent refused to help him with this subject. The complainant said the respondent would tell him that he wasn't gay. The complainant said the respondent told him he didn't condone it. The complainant said this made him ashamed and hurt him mentally. The complainant said he was never offered a referral to another counselor.
 I asked the complainant why he originally began seeing the respondent. He replied for several things but would not elaborate. I asked the complainant if he ever asked for a referral to see another counselor. He said no.
 The complainant said he has since seen a different counselor he is much better.
 I advised him that I would send him a release to obtain his records from the respondent. I requested he complete and return to my attention.

A DPR licensure inquiry indicates that the respondent has been a licensed clinical professional counselor since 2001. His license is active with no prior complaints.

Attached: One page complaint
 Three page credential search
 One page complaint search

**DEFENDANT'S EXHIBIT 61**

End of Report

INVESTIGATOR APPROVAL: _R. Thom_  DATE: 8/24/16
SUPERVISOR APPROVAL: _J. Anderino_  DATE 8/24/16
DISSEMINATION:

IDFPR001958