# Exhibit 25

Defendant Trial Exhibit 62
Letter re: Bill Syrcle Medical Treatment

August 31, 2016

Here is a condensed version of my treatment with William Syrcle LCPC. I am sorry that there are some dates that are not exact but in 11 years, I tried to do the best that I can.

May 4, 2005 – Started seeing William Syrcle LCPC – Was seen weekly from that time until approximately January 7, 2014. First at his office at Counseling Perspectives on Jackson Street in Macomb and then when it closed I continued to see him at Synago on Johnson Street in Macomb.

Oct 1, 2007 to March 8, 2008 Mr Syrcle suggested I join an "Ester Group" (biblical) to help me understand who I was. During this group, I was never able to talk/express to the group of my sexuality.

I was a closeted gay from the time I was a youth. I first acted on it when I was age 28. This was during the time that I was seeing Mr. Syrcle.

Mr Syrcle helped me out with some issues that I was dealing with. He wanted me to attend the "Ester Group" to help me to find out who I really was. However when I would bring up the topic of being gay and in the closet, he made me feel ashamed and looked down on. Mr Syrcle would always tell me "biblically it was wrong". He told me that time and time again over the period of several years that I seen him. He would also say he couldn't condone gay lifestyle for what the Bible stated and this made me feel ashamed.

During one of these sessions with Mr Syrcle @ Counseling Perspectives I had a "meltdown" during the session and had to wait in his partner Craig Waterstreet's office until my mother could come and get me and take me to Iowa City for evaluation.

During several sessions @ Synago I revealed to Mr Srycle that I was on some gay dating sites. He again said he could not condone that type of lifestyle, but would tell me each time that he would help me block all "those type of sites" from my computer when ever I was ready to "make that change". I felt that Mr. Syrcle was trying to "brain wash me to not be gay".

Several times I had asked him to refer me to someone that would understand my sexuality and help me work on it. He would just say that it wasn't necessary that we were doing fine. He would then schedule me more appointments to continue to see him.

December 6, 2011 I started seeing Dr Michael Bednarz at Counseling Cares for medication as my previous psychiatrist was not able to get my medication levels straightened out. Dr Bednarz had contacted Mr Syrcle several time regarding my care. During a discussion with Dr Bednarz regarding my sexuality, he suggested that maybe I should see a different therapist who would allow me to discuss my sexuality.

So January 7, 2014 I started seeing Ellie Sivill at Counseling Cares. During my sessions with Ellie she was willing to discuss my sexuality and being gay. Ellie would tell me that there was nothing "wrong" with being gay and she would encourage me to be happy and spend time with people that treated me with respect.

DEFENDANT'S EXHIBIT 62

IDFPR001976

IDFPR001977

On the evening of August 3, 2014 I had a "friend" over, became very paranoid, uneasy and unable to sleep that night. The next morning August 4, 2014 I was late for work, not myself. That afternoon I had a severe "meltdown" and was taken by ambulance to McDonough District Hospital and placed in ICU till August 7, 2014.

After the "meltdown" though I have come out of the closet with my relationship and have a wonderful partner to spend my life with. My current counselor Ellie helps me continue to work through some of the past beliefs and distorted thinking that Mr Syrcle had instilled into me with my sexuality.

In the 2 years that I have been seeing Ellie, I have been able to come a long way with my happiness and fulfillment of life. With her help and encouragement I met a wonderful man and spent the last 2 years in a contented relationship. I no longer feel ashamed of who I am. I feel loved and I am proud of my partner and of our relationship.

I was with Mr Syrcle for 9 years and in that time I felt shame, embarrassment and that I was a disgrace to myself and family. During the time I seen Mr. Syrcle I paid out of pocket mostly as my BCBS of Illinois insurance had very limited benefits. Each time that I seen Mr Syrcle he charged me $90.00.

I feel that during the 9 years with Mr Syrcle I should not have paid for the services I received since now after 2 years with a therapist that could help me I am a happy person. During those 9 years I feel that I received improper treatment which only resulted in pain and suffering to me. Pain and suffering to the point of at least twice requiring hospitalization.

If you would like to discuss this further with me or have additional questions, please feel free to contact me.

[signature redacted]