# Exhibit 27

Defendant Trial Exhibit 11
Life Choices: Medical History



| Life Choices East: | Life Choices Schaumburg | Life Choices |
|---|---|---|
| 825 Dundee Ave | 127 S Roselle Rd | Mobile Unit |
| Elgin, IL 60120 | Schaumburg, IL 60193 | Locations Vary |
| 847-289-1235 | 630-339-3660 | 224-558-2262 |

Thinkimpregnant.com Text: 847-637-0101 Fax: 224-856-2088

## MEDICAL HISTORY

Date:_____

Patient Name: _____ Date of Birth: ___/___/___ Case No: _____

Plans for pregnancy before sonogram:   C&P   ABM   ABV

Plans for pregnancy following sonogram:  C&P   ABM   ABV

   Are you in prenatal care?   Yes   No   *(If yes, sonogram will not be performed.)* _____

   Pregnancy confirmed by positive test:  Date ___/___/___   Test performed by: _____

   LMP _____ Gestational age by LMP _____

Gravida _____ Para _____   Abortions: Spontaneous _____ Induced _____ Ectopic _____
Any medical concerns related to this pregnancy, i.e. history of BP elevation, drug/alcohol use since LMP:


Any recent or routine medication? _____
History of Tubal Ligation?   Yes   No   *(If yes, sonogram will not be performed.)*

IUD in place?   Yes   No *(If yes, sonogram will not be performed.)*

History of STIs?  Yes  No     PID?  Yes  No   Treatment Date: ___/___/___
Follow-up since treatment:

Complaints of pain?  <u>Yes</u>   <u>No</u>

   Onset – Duration: _____ Date: ___/___/___

Severity (scale 0-10 with 10 being worst):  *(Severe pain: >6 – send to ER – do not do sonogram)*

        Constant / Intermittent / Increasing *(Circle all that apply)*

Are you having vaginal bleeding?   Yes   No *(If active bleeding, sonogram will not be performed)*
   Instructions given: Miscarriage/Ectopic  Yes   No       Blood Type _____

Signature: _____     Date: ____/____/____

DEFENDANT'S EXHIBIT 11

NIFLA 00196