# Exhibit 28

Defendant Trial Exhibit 68
Mosaic Website

MAKE AN APPOINTMENT (HTTP://REVEALMOSAIC.COM/CONTACT/)

# FAQ

# Frequently Asked Questions

## General Service Questions

### How Much Does Mosaic Health Charge For Its Services?

All of our services, including pregnancy testing and STI/STD screenings, are free of charge. Free ultrasounds, parenting classes, and more will become available after your initial appointment with Mosaic Health staff.

### How Long Will The Appointment Take?

Allow one hour for the initial appointment.

**DEFENDANT'S EXHIBIT 68**

### Is Mosaic Health A Medical Clinic?

Yes, as a limited medical facility, we provide select medical services related to pregnancy and sexually transmitted diseases. We are under the direction of a licensed medical doctor and can answer most pregnancy test, ultrasound, STD, and general pregnancy questions.

### Do I Need An Appointment Before Coming In?

We encourage appointments to eliminate wait times, but walk-ins are accepted at all locations (http://revealmosaic.com/contact/).

### Will My Parents Find Out If I Visit Mosaic Health?

As a limited medical facility, we have a strict confidentiality policy and adhere to medical confidentiality practices. No matter what service is provided, your results and information are kept private.

### Can I Bring Children With Me To My Appointment?

IDFPR009416

You can bring your children with you during your visit to Mosaic Health. However, you may find that your visit goes more smoothly if someone can watch them during your appointment.

## Pregnancy And Pregnancy-Services Related Questions

### What Type Of Pregnancy Test Do You Provide, And How Accurate Is It?

We use BFP Early Pregnancy Test Strips that are 99% accurate. Learn more about our free pregnancy testing process on our **pregnancy test information page (http://revealmosaic.com/services/pregnancy-testing/)**.

### When Will I Get The Results Of My Pregnancy Test?

You will receive the results during your pregnancy test appointment.

### I Already Know That I'm Pregnant. Why Should I Have An Ultrasound?

Although a positive pregnancy test may be very accurate, up to 1 in 4 pregnancies will end in miscarriage. An **ultrasound (http://revealmosaic.com/services/ultrasounds/)** can confirm or determine if you have a viable pregnancy (a pregnancy likely to continue to full term) and how far along you are and where your pregnancy is located.

### I Am Pregnant Without Insurance. What Do I Do?

During your pregnancy test appointment, we can share many resources and provide you with a proof of pregnancy form for Medicaid enrollment for prenatal care.

### How Long After Sex Until A Pregnancy Test Can Be Accurate?

A pregnancy test is most accurate at least seven days after your missed period. Waiting at least a week allows your body to produce detectable levels of hCG—the pregnancy hormone. Taking a test too early could result in a false negative.

### Do You Offer Abortions?

We do not offer abortions at our center. We provide free ultrasounds to confirm your pregnancy. Our Patient Advocates also supply free information on all pregnancy outcome options in a confidential environment so that you can make the right decision for yourself.

### What Is The Safest Type Of Abortion?

IDFPR009417

All abortions come with potentially serious side effects. Some of these include (https://www.mayoclinic.org/tests-procedures/medical-abortion/about/pac-20394687):

- Abdominal cramps
- Vaginal bleeding
- Sore breasts
- Fatigue
- Nausea and vomiting

Abortion also comes with several possible emotional side effects (https://www.medicalnewstoday.com/articles/313098#emotional-effects):

- Anger
- Anxiety
- Depression
- Suicidal thoughts
- Guilt
- Regret

Abortion is a serious medical procedure. As with any other procedure, it's essential to know all possible outcomes, risks, and side effects, so you aren't caught off guard, and your health isn't compromised.

**What Are The Possible Risks Of The Abortion Pill?**

According to the Mayo Clinic (https://www.mayoclinic.org/drugs-supplements/mifepristone-oral-route/precautions/drg-20067123), the following risks are associated with the abortion pill:

- Incomplete abortion, which may need to be followed by surgical abortion
- An ongoing pregnancy if the procedure doesn't work
- Heavy and prolonged bleeding
- Infection
- Fever
- Digestive system discomfort

**Will Illinois Medicaid Help With Pregnancy Expenses?**

Yes. If you qualify for Illinois Medicaid (https://abc7chicago.com/illinois-abortion-law-in-laws/5345982/), you will be insured for pregnancy expenses.

IDFPR009418

## STD/STI Testing

### Which STD/STIs Do You Test For?

We provide STD testing and treatment (http://revealmosaic.com/services/std-testing-treatment/) for chlamydia and gonorrhea.

### How Are The STD Checks Performed?

A urine specimen will be collected at our office.

### How Long Does It Take For The Results?

Your confidential results will be available after one week. Our nurse will contact you regarding the results.

### Can I Have A Baby Without Passing Along My STD?

Yes, it is possible. Common STDs like chlamydia, gonorrhea, and genital herpes can be passed to the baby through the infected birth canal during birth. It's important to get tested for STDs before giving birth, so you can receive treatment and mitigate the risk for the baby.

## Adoption

### What Is Open Adoption?

An open adoption plan allows you to maintain contact with your child after placing him or her with another family. You control the parameters you set and choose the amount of contact and communication you would like with your child.

### What Is A Closed Adoption?

A closed adoption means the birth records will be closed, and you will not have contact or communication with your child or adoptive family after birth. Women who choose this adoption option usually do so because they want to close this chapter of their lives and feel it is for the best.

## Have Another Question? Get In Touch.

### Ask A Question

Email *

Your Question/Comment *

IDFPR009419

SUBMIT

"So much love and support."

-Danielle

Book Appointment

Name *

FIRST

First

LAST

Last

Email *

EMAIL ADDRESS

Phone *

PHONE NUMBER

Message *

MESSAGE

SUBMIT

IDFPR009420

## Contact Us

(https://revealmosaic.com/)

DONATE (/DONATE/)



## ADDRESS

Granite City:
2019 Johnson Road
Granite City, IL 62040
618.451.2002

Fairview Heights:
5016 N. Illinois St, Ste. A
Fairview Heights, IL 62208
618.355.9977

## EMAIL

help@revealmosaic.com (mailto:help@revealmosaic.com)

IDFPR009421

# HOURS

Granite City:
Monday-Wednesday:
9am-5pm
Thursday: 9am-6pm

Fairview Heights:
Wednesday-Friday:
9am-5pm

ABOUT US (HTTPS://REVEALMOSAIC.COM/ABOUT-US/)   |
SERVICES (HTTPS://REVEALMOSAIC.COM/SERVICES/)   |
OPTIONS (HTTPS://REVEALMOSAIC.COM/OPTIONS/)   |
FAQ (HTTPS://REVEALMOSAIC.COM/FAQ/)   |
CONTACT (HTTPS://REVEALMOSAIC.COM/CONTACT/)   |
ABORTION PILL REVERSAL (HTTPS://REVEALMOSAIC.COM/SERVICES/ABORTION-PILL-REVERSAL/)

Mosaic Health does not perform or refer for abortions.

Copyright © 2023 Mosaic Health. All Rights Reserved

IDFPR009422

MAKE AN APPOINTMENT (HTTP://REVEALMOSAIC.COM/CONTACT/)

# ULTRASOUNDS

## Ultrasound Service

For those who qualify, Mosaic Health offers free, confidential ultrasound imaging. Our licensed medical professionals will take you through this process. Often, patients can receive a free ultrasound on the same day as their pregnancy test.

## What Is An Ultrasound?

Ultrasound imaging is used for several medical purposes. For a pregnant woman, an ultrasound examination provides vital information about the pregnancy. Ultrasound is an imaging method that uses high-frequency sound waves to capture live images from the inside of your body. At Mosaic Health, our ultrasound technician applies a lubricating gel to your stomach and rubs a hand-held device (called a transducer) on your skin. The transducer sends sound waves into your body, collects the echoes that bounce back, and sends those to a computer, which creates an image on the screen.

## Why Do I Need An Ultrasound?

A free, confidential ultrasound at Mosaic Health determines the gestational age of your pregnancy. In other words, by looking at fetal development, our medical professionals can determine how many weeks you have been pregnant. Also, ultrasound imaging can determine if a fetal heartbeat is detected, or if you have had a natural miscarriage. They also confirm where your pregnancy is located. If your pregnancy is located outside of your uterus, it is known as ectopic. An ectopic pregnancy can be life-threatening, requiring immediate medical attention.

IDFPR009423

## When Should I Get An Ultrasound?

The time to get an ultrasound is after you have received a positive **pregnancy test (http://revealmosaic.com/services/pregnancy-testing/)** at Mosaic Health. Once the ultrasound is complete, your patient advocate will explain your options. They will be happy to give you as much information as possible to make the best decision for you and your pregnancy.

> "Very helpful and nice. Nurses made me comfortable in a situation I was dreading."

-Whitney

Book Appointment

Name *

FIRST

First

LAST

Last

Email *

EMAIL ADDRESS

Phone *

PHONE NUMBER

Message *

MESSAGE

SUBMIT

IDFPR009424

## Contact Us

(https://revealmosaic.com/)

DONATE (/DONATE/)



## ADDRESS

Granite City:
2019 Johnson Road
Granite City, IL 62040
618.451.2002

Fairview Heights:
5016 N. Illinois St, Ste. A
Fairview Heights, IL 62208
618.355.9977

IDFPR009425

## EMAIL

help@revealmosaic.com (mailto:help@revealmosaic.com)

## HOURS

Granite City:
Monday-Wednesday:
9am-5pm
Thursday: 9am-6pm

Fairview Heights:
Wednesday-Friday:
9am-5pm

ABOUT US (HTTPS://REVEALMOSAIC.COM/ABOUT-US/)   |
SERVICES (HTTPS://REVEALMOSAIC.COM/SERVICES/)   |
OPTIONS (HTTPS://REVEALMOSAIC.COM/OPTIONS/)   |
FAQ (HTTPS://REVEALMOSAIC.COM/FAQ/)   |
CONTACT (HTTPS://REVEALMOSAIC.COM/CONTACT/)   |
ABORTION PILL REVERSAL (HTTPS://REVEALMOSAIC.COM/SERVICES/ABORTION-PILL-REVERSAL/)

Mosaic Health does not perform or refer for abortions.

Copyright © 2023 Mosaic Health. All Rights Reserved

IDFPR009426