# Exhibit 29

Defendant Trial Exhibit 69
Life Choices Website

TEXT                                    24/7 HOTLINE

# Abortion

## Considering Abortion?

Abortion might have been the first thing to come to your mind after you found out you were pregnant. It's an option many women rush to make because they're scared, embarrassed, or don't want anyone to know they're pregnant. It's important to remember abortion is a serious medical procedure that comes with a set of risks and side effects that sometimes last a lifetime, so you deserve to carefully consider every option before making your decision.

## What Should I Do First?

If you haven't already, the first thing you should do is confirm your pregnancy with a pregnancy test. It's the only way to know for sure, no matter how many pregnancy symptoms you're experiencing.

We offer free pregnancy testing at our clinic, so you can get the answers you need today.

After a positive pregnancy test, your next step should be to get an ultrasound. This will reveal important information about your pregnancy which will determine which option you can choose. An ultrasound answers vital questions about viability, how far along you are, and where your pregnancy is located. The answer to each determines the type of abortion you can choose.

**DEFENDANT'S EXHIBIT 69**

IDFPR009427

## What Are The Different Types of Abortion?

After determining if you are actually pregnant and how far along you are, you have a few different options to choose from if you're considering an abortion. The information below is a summary of the various procedures; we provide more information if you come for a pregnancy testing or ultrasound appointment.

### The Abortion Pill

The abortion pill is a medication abortion that must be prescribed by a doctor at a clinic or hospital. It's actually two pills that you take sequentially to end and then expel your pregnancy.

The first pill, mifepristone, is taken at the clinic. It causes the lining of your uterus to thin, making it impossible for the fetus to remain implanted; this causes fetal demise.

The second pill, misoprostol, is taken at least 24 hours later, usually at home. This causes your body to have contractions and for the fetus to be expelled. You may experience mild to excessive bleeding, cramping, nausea, and abdominal pain as you are passing the pregnancy.

The abortion pill is only approved to take during the first nine weeks of pregnancy. If your pregnancy is more advanced, you will need to choose a surgical option.

### Surgical Abortions

There are a few different surgical abortion procedures available based on how far along you are in the pregnancy. All require a lethal injection to cause fetal demise and the insertion of rods of some kind to expand your cervix. A tube with a suction device will then be inserted to your uterus to suction out the pregnancy. The doctor may also need to use a curette to scrape the inside of your uterus to ensure everything was removed.

Surgical procedures vary depending on how advanced the pregnancy is at the time. You may be put to sleep or remain awake for the procedure, and be given a medication afterward to manage any pain you may feel.

## What Are The Abortion Risks?

As with any medical procedure, abortion comes with a variety of risks and side effects it's important to be aware of before choosing this option.

### Physical Risks

These are common risks to know about before making your decision:

- Heavy bleeding
- Damage to the uterus

- Damage to the cervix
- Sepsis
- Needing another surgery to remove parts that were missed the first time
- Infection
- Death

## Emotional Risks

In addition to these physical risks, there are emotional risks as well:

- Regret
- Guilt
- Anger
- Anxiety
- Depression
- Suicidal thoughts
- Substance abuse

You deserve the facts before choosing an abortion, and should know that many women struggle with their abortion for the rest of their lives.

If you have questions, would like more information, or want to learn more about your other options, please schedule an appointment with us today. We're here for you!

❞"Your generosity and kindness, keep doing what you are doing." ❞

-Anonymous

## Contact Us

*Every interruption is actually an opportunity for something beautiful to grow.*

IDFPR009429

MAKE AN APPOINTMENT



**PREGNANCY SYMPTOMS**

**FREE SERVICES**

**OPTIONS**

**ABOUT US**

**ESPANOL**

**IN SCHOOL?**

**CONTACT US**

Elgin **(847) 289-1235**

Schaumburg **(630) 339-3660**

Palatine **(847) 496-5944**

Mobile Unit **(224) 558-2262**

**Text (847) 637-0101**

**24/7 Hotline (800) 712-4357 (HELP)**

IDFPR009430



**SEE ALL LOCATION DETAILS**

Copyright © 2023 Life Choices Medical. All rights reserved.

IDFPR009431

TEXT                                                             24/7 HOTLINE

# Consultations

If you're facing a pregnancy you weren't expecting or planning on, you probably have a lot of questions. Your fears, concerns, excitement, and other feelings are all valid and deserve careful examination so you can make an empowered and educated decision about your pregnancy.

You have three choices when it comes to your unplanned pregnancy: Abortion, adoption, and parenting.

Each option comes with its challenges, pain, uncertainty, and the need to think carefully about the repercussions of the option. That's why we have staff on our team who can sit down and help you process every option.

## You Deserve to Know

Did you know a large majority of women report they didn't receive adequate information prior to making their decision? We don't want that to be the case for you. We offer free consultations on all your options so you fully understand each one before making your decision.

Women also report making their decision because of pressure from people in their life. You should never feel forced to make a decision that isn't right for you just because it's what someone else wants from you. Instead, you deserve to make an empowered, fully-informed decision.

## We're Here to Help

We promise to provide unbiased, scientific, accurate information so you can make the most educated choice possible. We don't profit from your decision, we exist purely to make sure you

IDFPR009432

understand all of your options.

If you're facing an unplanned pregnancy and aren't sure what to do next, contact us to schedule an appointment today. Our trained staff are here for you. You're welcome to bring your partner, parent, or friend with you to the appointment as well for moral and other support. You've got this!

*"I felt like I was talking to a friend"*

-Anonymous

## Contact Us

*Every interruption is actually an opportunity for something beautiful to grow.*



**PREGNANCY SYMPTOMS**

**FREE SERVICES**

**OPTIONS**

**ABOUT US**

**ESPANOL**

IDFPR009433

## IN SCHOOL?

## CONTACT US

Elgin **(847) 289-1235**

Schaumburg **(630) 339-3660**

Palatine **(847) 496-5944**

Mobile Unit **(224) 558-2262**

**Text (847) 637-0101**

**24/7 Hotline (800) 712-4357 (HELP)**



**SEE ALL LOCATION DETAILS**

Copyright © 2023 Life Choices Medical. All rights reserved.

IDFPR009434

TEXT                    24/7 HOTLINE

# Ultrasounds

If your pregnancy test recently came back positive, your next step should be an ultrasound! This will reveal important information about your pregnancy that can't be determined by a pregnancy test alone. Regardless of whether you're considering abortion, adoption, or parenting, an ultrasound will help you determine which option you can choose.

## What Does An Ultrasound Do?

An ultrasound utilizes sound waves to create images of the inside of your womb. The nurse administering the ultrasound will first put a gel on your abdomen and then use a wand (called a transducer) to create the images. From there, she can measure the fetus from the images and determine how far along you are.

## Why Do I Need An Ultrasound?

An ultrasound answers three important questions: How far along am I? Where is the pregnancy located? Is the pregnancy viable?

### How Far Along Am I?

How far along you are determines more than your due date. It can also impact what kind of abortion procedure you're eligible for if that's an option you're considering. It's important to know for planning purposes and can help explain why you're feeling a certain way depending on what trimester you're in.

### Where Is The Pregnancy Located?

IDFPR009435

While rare, sometimes the embryo implants somewhere other than the uterus, most often in the Fallopian tubes. This is called an ectopic or tubal pregnancy and is nonviable. In fact, it poses a serious health threat to you if not treated right away. If your pregnancy is ectopic, you should seek medical attention right away.

## Is The Pregnancy Viable?

About 20% of pregnancies naturally end in miscarriage. It's possible to have a positive pregnancy test but then for the ultrasound to reveal a nonviable pregnancy. It's important to know this before pursuing an abortion if that's something you're considering.

## What are my next steps?

If you haven't yet received an ultrasound, you should contact us to schedule yours today. All of our pregnancy services are always free and confidential to protect your privacy and to provide the support and information you need to make the best decision for you.

> "They're really sweet and don't judge"

-Anonymous

## Contact Us

*Every interruption is actually an opportunity for something beautiful to grow.*



IDFPR009436

**PREGNANCY SYMPTOMS**

**FREE SERVICES**

**OPTIONS**

**ABOUT US**

**ESPANOL**

**IN SCHOOL?**

**CONTACT US**

Elgin **(847) 289-1235**

Schaumburg **(630) 339-3660**

Palatine **(847) 496-5944**

Mobile Unit **(224) 558-2262**

**Text (847) 637-0101**

**24/7 Hotline (800) 712-4357 (HELP)**



SEE ALL LOCATION DETAILS

Copyright © 2023 Life Choices Medical. All rights reserved.

IDFPR009437

IDFPR009438