# Exhibit 30

Defendant Trial Exhibit 70
Options Now/Thrive Metro East Website

DEFENDANT'S EXHIBIT 70



Welcome Philly & OKC Patients!

24 Hour Patient Care Line
Philly: (215) 330-4147
OKC: (405) 483-5145
STL: (314) 773-4626
All other cities: (800) 712-4357
WALK-INS WELCOME



(https://thrivestlouis.org)
(https://www.facebook.com/thrivestlouis)
(https://twitter.com/thrivestlouis) 
(https://www.instagram.com/thrivestlouis/)



# Abortion Health and Safety Checklist

- Are you sure you are pregnant?
- Are you sure you have a viable, uterine pregnancy? (Viable means one that is capable of developing under normal conditions.)

How can we help you today?

Dismiss     Chat now

IDFPR009439

- What do you know about abortion procedures (https://www.thrivestlouis.org/pregnancy-options/)?

- What do you know about emotional complications associated with the abortion procedure?

- What do you know about physical complications associated with the abortion procedure?

- Do you know if the abortion clinic will treat you for any complications?

- If you need to be hospitalized, does the doctor have hospital privileges?

- Have there been any lawsuits filed against the doctor or the clinic?

- Do you have a sexually transmitted infection right now? Have you been tested? (https://thrivesavannah.org/sti-std/)

- What do you know about fetal development?

Often women facing an unplanned pregnancy feel they just want to get out of the situation as quickly as possible. Sometimes abortion seems like the answer that will end all of the problems, but this is one of the most important decisions you will ever make. It is not a decision that should be made hastily. For
your own health and safety, you should make every effort to be completely and accurately informed. If you are not sure about any of the above questions, a volunteer from ThriVe® will provide you with information that will help you.

 (https://thrivestlouis.org)

**ALL OTHER CITIES:**

Phone: 1-800-881-5273

**ST. LOUIS CITY** How can we help you today?

4331 Lindell Blvd
St. Louis, MO 63108    Dismiss    Chat now
Phone: (314) 773-4626

IDFPR009440

**ST. CHARLES COUNTY**

305A Mid Rivers Mall Dr
St Peters, MO 63376
Phone: **(314) 773-4626**

How can we help you today?

Dismiss          **Chat now**

IDFPR009441

📞 Call our 24/7 Helpline or walk in today! Contact Us





IDFPR009442

# Pre-Abortion Screening

**ThriVe® offers**

Prior to an abortion appointment it is strongly recommended that you:
1. Confirm you're pregnant-ThriVe offers lab-quality pregnancy tests performed by medical professionals. You will receive the test results at your appointment.

2. Make sure your pregnancy is viable- ThriVe offers limited obstetric ultrasounds which can confirm the viability of your pregnancy. Up to 10% – 25% of early pregnancies may end in miscarriage. Avoid costs and procedures that you may not **need**.

3. Get tested and treated for STI/STDs- You could be at-risk for serious complications if you have an active STI/STD during an abortion procedure. Get your STI/STD testing and treatment done first. ThriVe can do that for you. Free of charge!

**Schedule Your Pre-Abortion Screening Now**

What can you expect from ThriVe®?

- NO COST Lab Grade Pregnancy Test
- NO COST STD Testing and treatment for Chlamydia, Gonorrhea, HIV, Syphilis, Bacterial Vaginosis, and Trichomoniasis. [Certain criteria apply]
- NO COST limited obstetrical ultrasound to confirm pregnancy and viability
- Options & resources for your pregnancy
- Comprehensive abortion education
- Check out our: **Abortion Health and Safety Checklist**

**Schedule Your Appointment**

IDFPR009443



# Thrive Metro East

4854 North Alby Rd

Godfrey, IL 62035

United States

**Hours Open:**

Monday – 9am to 5pm

Tuesday – 9am to 5pm

Wednesday – Closed

Thursday – 9am to 5pm

Friday – 9am to 3pm

Saturday – Closed

Sunday – Closed

## Contact US:

Call us at **(618) 466-1690**

or

Text: **FREETEST4U** TO **(618) 280-2040**

2018-2023 © Cornerstone Marketing Strategies

IDFPR009444

📞 Call our 24/7 Helpline or walk in today! Contact Us







IDFPR009445

**STI TESTING & TREATMENT**

ThriVe® offers low cost/no cost, private & confidential STI testing (and treatment) for women. ThriVe® Metro East tests for Chlamydia, Gonorrhea, HIV, Syphilis, Bacterial Vaginosis, and Trichomoniasis, certain criteria may apply. Every women considering abortion should get tested for STIs even if she is not experiencing any visible symptoms. Having an active STI at the time of an abortion procedure can cause serious complications. Make an appointment today!

**Abortion & STDs**

- **Abortion clinics** may or may not test patients for potential STDs prior to an abortion.
- During a surgical abortion, some STDs may spread through the pelvic area, causing more potential damage to the area.
- A possible complication is Pelvic Inflammatory Disease (PID).

**STIs linked to PID**

- Chlamydia
- Gonorrhea
- Bacterial Vaginosis

**PID**

- Symptoms may include pain in the pelvic area, pain or bleeding during sex, fever, and more.
- There is not a precise test for PID; diagnosis is usually based on clinical or ultrasound findings or a laparoscopy procedure.

**Chlamydia/Gonorrhea**

IDFPR009446

- Often have no visible symptoms, but may experience genital discharge, burning, and/or irritation.
- Test – Urine/Vaginal Swab
- All females 15 years of age and over may be tested annually, certain criteria may apply.
- Screening males – certain criteria apply.
- Call our helpline to make an initial appointment or to make a retest appointment within 12 months from initial testing.

**HIV**

- Often shows no symptoms for a number of years.
- Test – Blood Draw
- A six month re-test after initial testing is recommended.
- All females 15 – 64 years of age may be tested. Certain criteria may apply.
- Screening males – certain criteria apply.

**Syphilis**

- Initial primary stage symptoms may include a painless genital sore; secondary stage symptoms may include skin rash and flu-like symptoms; third stage affects internal organs
- Test – Blood Draw
- All females 15 – 64 years of age may be tested. Certain criteria may apply.
- Screening males – certain criteria apply.

**Bacterial Vaginosis**

- While Bacterial Vaginosis is not actually an STI, having Bacterial Vaginois can increase your chances of getting an STI.

IDFPR009447

- Symptoms may include thin white/gray discharge, fishy odor, itching, and more.
- Test – Vaginal Swab

**Trichomoniasis**

- Most people with Trichomoniasis do not show symptoms, but symptoms may include yellow/green discharge, itchy burning, redness, and more.
- Test – Vaginal Swab
- All females 15 years of age and over may be tested.

**STI/STD Prevention**

- The only way to avoid STIs/STDs is to not have vaginal, anal, or oral sex.
- Condoms may reduce risk of contracting some STIs/STDs if used consistently and correctly every time. However, human error reduces effectiveness.

1 http://www.cdc.gov/std/pid/stdfact-pid.htm

2 http://www.cdc.gov/std/chlamydia/stdfact-chlamydia.htm

3 http://www.cdc.gov/std/gonorrhea/stdfact-gonorrhea.htm

4 http://www.cdc.gov/std/hiv/stdfact-std-hiv.htm

5 http://www.cdc.gov/std/syphilis/stdfact-syphilis.htm

6 http://www.cdc.gov/std/bv/stdfact-bacterial-vaginosis.htm

7 http://www.cdc.gov/std/trichomonas/stdfact-trichomoniasis.htm

8 http://www.cdc.gov/condomeffectiveness/brief.html

IDFPR009448



## Thrive Metro East

4854 North Alby Rd
Godfrey, IL 62035
United States

**Hours Open:**

Monday – 9am to 5pm

Tuesday – 9am to 5pm

Wednesday – Closed

Thursday – 9am to 5pm

Friday – 9am to 3pm

Saturday – Closed

Sunday – Closed

## Contact US:

Call us at **(618) 466-1690**

or

Text: **FREETEST4U** TO **(618) 280-2040**

2018-2023 © Cornerstone Marketing Strategies

IDFPR009449