# Exhibit 31

Defendant Trial Exhibit 7
Unpregnant is Not a Word Pamphlet



DEFENDANT'S EXHIBIT 7

NIFLA 00154

## UNDERSTANDING YOUR OPTIONS

You've got a problem. Well, maybe—that is if you're pregnant. At least that's how you might be feeling right now. Simply put, your life has changed. The choices you face today are different than what they were before you became pregnant, and you don't have the choice to go back in time. Once you're pregnant, you can't get unpregnant.

No matter what your circumstances, deciding what to do about your pregnancy may be one of the hardest choices you'll ever make. You have three options to consider—abortion, parenting, and adoption.

You may be feeling like abortion is the only choice—lots of women feel that way. The offer of a "safe, quick, and inexpensive" way to end your pregnancy is obviously attractive.

*Are you considering abortion? Why?*

*What do you know about abortion?*

*How do your parents, partner, and friends feel about abortion?*

## WHAT'S INSIDE?

In this booklet you'll find information that has helped others who are considering abortion. You've probably heard a lot about your right to choose an abortion, and that right to choose includes the right to know the facts about abortion. You owe it to yourself to make an informed decision about your pregnancy—whatever your choice may be. It's important for you to understand your pregnancy, abortion methods, and the risks involved.

## CHECK IT OUT!

✤ *What's going on?* Understanding your pregnancy.

✤ *What can I expect?* Abortion methods and the risks involved with ending a pregnancy.

✤ *Is abortion the answer?* You decide. Take the time to consider this decision carefully.

*also included*

LOOK ON PAGE 15 FOR A LIST OF QUESTIONS TO ASK YOUR HEALTH CARE PROVIDER. BEFORE YOU DECIDE TO END YOUR PREGNANCY—PLEASE READ THIS INFORMATION CAREFULLY.

UNPREGNANT is not a word

NIFLA 00155

# WHAT'S GOING ON?

## UNDERSTANDING YOUR PREGNANCY

In order to understand what's going on, we'll start with an illustration of the human female reproductive system. Pregnancy is generally dated using "gestational age," in which day 1 of pregnancy is the first day of the last normal menstrual period (LMP). The ovaries are the female reproductive organs that produce eggs. During ovulation, an egg moves from one of the ovaries into the nearby fallopian tube.



**FALLOPIAN TUBES**
**OVARIES**
**CERVIX**
**UTERUS**
**VAGINA**

During sexual intercourse, semen flows into the uterus through the cervix. The sperm contained in the semen travel through the uterus into the fallopian tube and surround the waiting egg. If the egg is fertilized, a new human life has begun. For the next eight weeks this human being is called an embryo.



SPERM SURROUNDING EGG

**The term of pregnancy is measured in three trimesters:**

| 1ST TRIMESTER | 2ND TRIMESTER | 3RD TRIMESTER |
|---|---|---|
| Weeks 1–13 | Weeks 14–26 | Weeks 27–40 |

## GLOSSARY

*Gestation:* The period of development of the young from the time of conception until birth.

*Ovulation:* The release of the ripe egg from the ovary. The egg is released when the cavity surrounding it (the follicle) breaks open in response to a hormonal signal.

*Semen:* Fluid, containing millions of sperm, that is released through the penis during orgasm.

*Sperm:* The male gamete or sex cell. It combines with the female gamete called an ovum, to form a zygote. The formation process is called fertilization.

*Zygote:* The newly formed human being from the point of fertilization until the fifth day, at which point it will be called a blastocyst.



ZYGOTE

NIFLA 00156

# A CLOSER LOOK AT THE DETAILS OF DEVELOPMENT

## 1ST TRIMESTER (Weeks 1–13)

**Week 1 (Day 1)**
First day of your last normal menstrual period.

**Week 2 (Day 14)**
The egg is released from the ovary. Fertilization takes place when a sperm joins an egg. Every detail of development, including sex, hair and eye color is determined at this point.


● WEEK 4

**Week 5**
The embryo's brain, spinal cord, and nervous system begin to form. The heart begins to pump blood with his or her own blood type.

**Week 6**
All of the internal organs are present and forming. The heartbeat can be seen and heard beating on ultrasound.

**Week 7**
Arms with hands and finger buds, and legs with feet and toe buds are visible.

**Week 8**
Brain activity is measurable. By this time the embryo shows reflexive response to touch. The embryo begins to move.
● WEEK 8

**Week 11**
Internal organs are functioning. The body is nearly complete. Changes after this week are primarily changes in size, rather than in appearance. The embryo is now called a fetus, or "young one" in Latin.


● WEEK 12

## 2ND TRIMESTER (Weeks 14–26)

**Week 14**
The fetus moves vigorously and can make a tight fist. The sex of the child can be determined.
 ● WEEK 14

**Week 18**
There is evidence the baby can experience pain. The baby begins to hear. Ultrasound reveals arm and leg movements, most too slight to be felt by you.


● WEEK 16

**Week 22**
Head and body hair are visible. The fetus jumps in response to loud noises. He or she can now swallow.

**Week 24**
If the baby was born during this month and given special care, he or she could survive.

## 3RD TRIMESTER (Weeks 27–40)

**Weeks 36–40**
The fetus experiences rapid weight gain and is ready for birth.


● WEEK 20


● WEEK 36



NIFLA 00157

# WHAT CAN I EXPECT?

## [ ABORTION METHODS ]

### Medical Abortion
**MIFEPRISTONE/MISOPROSTOL**
**("THE ABORTION PILL" OR RU-486)**

*FDA-approved for use up to 70 days from LMP*

First, your health care provider will give you an oral dose of mifepristone. This drug will interfere with the natural function of your body by softening and breaking down the lining of your uterus. Two days later you will need to return to the clinic for a check-up. If the embryo hasn't been expelled, you are given another drug, misoprostol, to make your uterus contract to push the embryo from your body, in a process similar to labor.

### Surgical (IN-CLINIC ABORTION)
**SUCTION ASPIRATION**
*6–14 weeks LMP*

For this procedure, you lie on your back with your feet in stirrups, and the health care provider applies a shot of anesthetic to your cervix to reduce pain. Your cervical muscle is stretched, or "dilated," until the opening is wide enough to allow the abortion tools to pass into your uterus. Next, the health care provider will guide one end of a tube through the cervix and into your uterus. The tube is either attached to a suction machine,

**A NOTE ABOUT EMERGENCY CONTRACEPTION**

*Emergency contraception (the "morning-after pill"), which is sold as Plan B and ella, can prevent the implantation of a zygote (a distinct human being at an early stage of development) and cause a very early abortion. Visit www.unpregnant.org for more information.*

### Surgical (IN-CLINIC ABORTION)
**SUCTION ASPIRATION** *(continued)*

or to a device called a "manual vacuum aspirator" or MVA. After suction is initiated with the machine or MVA, you will feel the suction, which is used to pull the placenta and embryo into parts small enough to pass out of your body through the tube.

### D & C (DILATION & CURETTAGE)
*4–14 weeks LMP*

The health care provider opens your cervix, as described above, but in this case a loop-shaped tool is used to scrape the wall of your uterus. This reduces the embryo and placenta into parts small enough to pull them out of your body through the cervix. Anesthesia is usually used for this procedure.

### D & E (DILATION & EVACUATION)
*14–24 weeks LMP*

Because the fetus is larger by this time, the health care provider must use a medical instrument called a forceps. This tool, similar to a set of pliers, is used to pull apart the fetus into small enough parts that are able to be removed from your body through the cervix.

It's tough to imagine the future and the impact this one decision will have on your life. Despite the pressure you feel, you need to weigh your options. Before you choose to have an abortion, *carefully consider all of the risks.*

NIFLA 00158

# ARE THERE RISKS?

*you choose...*

to end your pregnancy by having an abortion you put yourself at risk physically, emotionally, and spiritually. Carefully read through all of these risks as you consider your decision.

## PHYSICAL RISKS

### GENERAL SIDE EFFECTS
Side effects for both medical and surgical abortion include cramping, bleeding, nausea, diarrhea, and pain.

### MEDICAL ABORTION
The abortion pill can be unreliable in some cases, and the abortion will be incomplete. If so, you will be required to have a surgical abortion.

### SURGICAL ABORTION
In both the D & C and D & E procedures, the health care provider is unable to see inside your uterus during the procedure, which can increase the risk of perforation (where the abortion tools may accidentally be pushed through the wall of your uterus). The D & E procedure requires that your cervix be opened wider than during a suction aspiration or D & C, and as a result there is a greater risk of infection. Infections in general are even more of a risk if you have chlamydia or gonorrhea.

### OTHER RISKS
Although rare, other risks include hemorrhage (heavy bleeding), infection, pre-term birth in later pregnancies, and death. It is also important to know your blood type. If your Rh factor is negative and you do not receive Rh immunoglobulin after an abortion, you may have severe problems with a future pregnancy. You will need to discuss this in further detail with your physician.

### A NOTE ABOUT THE ABORTION/BREAST CANCER LINK
Twenty-seven studies from multiple countries have linked induced abortion with breast cancer. These studies suggest that abortion abruptly stops cell development and interrupts the natural process of breast maturation, in which breast cells are protected against cancer when allowed to fully develop through a full-term pregnancy. According to these studies, abortion may remove the protection against breast cancer that is gained through carrying a pregnancy to term. However, other studies have failed to find a link between abortion and breast cancer.

## EMOTIONAL/PSYCHOLOGICAL RISKS

Some women experience immediate feelings of relief following an abortion, but others find themselves facing feelings they did not expect. They may have a difficult time talking about these feelings. Some psychologists have labeled these problems as post-abortion stress. You may recognize some of the following side effects in your friends or family members who have had abortions. These are several of the outcomes you may expect after having an abortion.

- sadness
- anger
- guilt/emotional pain
- sexual dysfunction
- difficulty maintaining relationships
- memory repression
- increased alcohol and drug abuse
- flashbacks
- long-term grief
- anniversary reactions
- suicidal thoughts

NIFLA 00159

## SPIRITUAL RISKS

As you consider the spiritual risks of having an abortion, it's important to know how God sees each child before they are born. The Bible is very clear about God's love and concern for each of us from the time we are conceived. **God said,**

> I knew you before I formed you in your mother's womb. Before you were born I set you apart... (JEREMIAH 1:5 NLT)

God created you, and God loves you.

> The Lord your God...is a mighty Savior. He will rejoice over you with great gladness. With his love he will calm all your fears. He will exult over you by singing a happy song.
> (ZEPHANIAH 3:17 NLT)

This is also how God sees your unborn child.

> You made all the delicate inner parts of my body and knit me together in my mother's womb. Thank you for making me so wonderfully complex! Your workmanship is marvelous and how well I know it. You watched me as I was being formed in utter seclusion, as I was woven together in the dark of the womb. You saw me before I was born. Every day of my life was recorded in your book. Every moment was laid out before a single day passed.
> (PSALM 139:13-16 NLT)

You may not have intended to get pregnant, but now that you are, it's important to recognize that every human is created in God's image and created for a purpose. Your unborn child's life is not a mistake.

**If you choose to have an abortion you put yourself at risk for experiencing these spiritual struggles:**

- Alienation in your relationship with God and others
- Needing forgiveness from God and others
- Confusion and denial of your role as provider for and protector of the life God entrusts to you
- Interruption of God's best plan for your life

God knows your struggle right now. He wants to help you make right choices. He offers hope for your future.

## IS ABORTION THE ANSWER?

**YOU DECIDE.** *Take the time to consider this decision carefully.*

Nearly half of all pregnancies among American women are unintended. In each situation, everyone involved may feel pressure to make a quick decision. Resisting that pressure takes courage and strength.

- **What are some things that are making this decision difficult for you?**
- **Is there someone who is supporting you in your decisions?**

NIFLA 00160

# IS ABORTION THE ANSWER?

## you decide

Remember that the easiest choice may not ultimately be the best choice. Choosing to have an abortion, to parent, or to make an adoption plan is life-changing in itself. Let's take a look at your three options: abortion, parenting, or adoption.

### ABORTION
Ending your pregnancy with one of the methods described in this booklet. While abortion provides the most immediate relief from the pressures of bearing a child, it also presents the highest level of risk: *physically, emotionally, and spiritually.*

### PARENTING
Choosing to carry your baby to term and parenting him or her yourself. While parenting presents many challenges, it's also profoundly rewarding. There are also pregnancy care services and resources available for you where you received this material.

### ADOPTION
Choosing to give birth to your child and allowing another family to parent him or her can seem like a scary choice. There is a lot of information out there about this loving and mature decision. The process can be a little overwhelming, but there is help and support as you consider all the options available to you.

You have the right to know all of your options and any other information that might affect your decision, and you owe it to yourself to fully understand each option so you can make an informed decision.

Now that you're pregnant, there's no going back. You can't get unpregnant. But don't lose hope. While having a child may not have been part of your plans, God has a plan for your life.

---

If you choose to have an abortion, take the time to understand the risks discussed earlier and determine if you are willing and able to accept them. Be sure to bring along this pregnancy termination form to your consultation. It can help you ask your health care provider the right questions. Be careful not to sign any medical release form until you fully understand it.

### A Permanent, Life-Changing Decision
### PREGNANCY TERMINATION PATIENT SAFETY & CONSENT

What is the name of the doctor performing the abortion?
_____

At which hospital does the doctor have privileges?
_____

What will the abortion cost? _____
What does that fee cover? _____
Are there any additional fees? ❏ No ❏ Yes  If yes, what are they?
_____

What kind of procedure will be done? Describe the procedure in detail.
_____

Will the abortion be painful for me? ❏ No ❏ Yes  If yes, how long will I be in pain? How long will I bleed? _____

What does the fetus look like right now? What can the baby do and feel?
_____

Will the doctor provide me STD testing, RH testing & ultrasound photos? ❏ No ❏ Yes  If no, describe the risk of pelvic inflammatory disease, or hemolytic disease.
_____

Will the doctor treat me for complications? ❏ No ❏ Yes

Is follow-up or emergency care provided in the cost? ❏ No ❏ Yes

Has the doctor ever had any complaints or malpractice suits against him/her? ❏ No ❏ Yes  If yes, what were they? _____

What options and support services are available to me if I choose not to abort?
_____

DOCTOR'S SIGNATURE        NAME OF FACILITY        DATE

Take this signed form with you, and keep it in a safe place. Some effects associated with abortion may not show up for several years. If anything happens to you during or after the abortion, you will have record of what your health care provider has told you.

REMEMBER, WHATEVER YOU DECIDE, HELP IS AVAILABLE WHERE YOU RECEIVED THIS BOOKLET. **YOU DON'T HAVE TO MAKE THIS DECISION ALONE.**

NIFLA 00161

If you're pregnant, or you think you might be, "How do I go back to the way things were?" has probably already crossed your mind. The answer to your question is simple: you can't go back, because unpregnant is not a word.

Discover what *choice* really means. The right to choose is the right to know. No matter your circumstances, you owe it to yourself to fully understand all of your options.

## ACKNOWLEDGMENTS

Abortion and the risk of subsequent preterm birth: a systematic review with meta-analysis. (2009). The Journal of Reproductive Medicine, 54, 2, 95–108.

Barr Pharmaceuticals, Inc. Highlights of prescribing information: Plan B One Step. Retrieved from: http://www.planbonestep.com/pdf/PlanBOneStepFullProductInformation.pdf

Breast Cancer Prevention Institute. (2011, April 6) The single most avoidable risk factor for breast cancer. Retrieved from: www.bcpinstitute.org/brochure.htm

Doctors on fetal pain contributors. (2010, July 28) Scientific studies in doctors on fetal pain. Retrieved from: www.doctorsonfetalpain.com/scientific-studies

Guttmacher Institute. Facts on induced abortion in the United States. Retrieved from: www.guttmacher.org/pubs/fb_induced_abortion.html

Harms, Roger W. (2009, Dec. 02) Could an abortion increase the risk of problems in subsequent pregnancy? Retrieved from: www.mayoclinic.com/health/abortion/AN00633

Levin et al. (1980, June 27) Association of induced abortion with subsequent pregnancy loss. Journal of American Medical Association, # 243, (24), 2495, 2499.

Mayo Clinic Staff. (2009, July 25a). Fetal development: The first trimester. In pregnancy week by week. Retrieved from: www.mayoclinic.com/health/prenatal-care/PR00112

———. (2009, July 25b). Fetal development: The second trimester. In pregnancy week by week. Retrieved from: www.mayoclinic.com/health/prenatal-care/PR00113

———. (2009, July 25c). Fetal development: The third trimester. In pregnancy week by week. Retrieved from: www.mayoclinic.com/health/prenatal-care/PR00114

www.medterms.com/script/main/hp.asp

Moore, K.L., & Persaud, T.V.N. (2008). The developing human: clinically oriented embryology (8th ed.). Philadelphia: Saunders/Elsevier.

National Abortion Federation. (2010, July 28) Post-abortion issues. Retrieved from: www.prochoice.org/about_abortion/facts/post_abortion_issues.html

National Right to Life Trust Fund. (2010, July 28). Pain of the unborn. Retrieved from: www.nrlc.org/abortion/Fetal_Pain/fetalpain091604.pdf

Ozmen V. Ozcinar B. Karanlik H. Cabioglu N. Tukenmez M. et al. (2009, April 8) Breast cancer risk factors in Turkish women. Retrieved from: www.wjso.com/content/7/1/37

Paul, Annie Murphy. (2008, February 10) The first ache. Retrieved from: www.nytimes.com/2008/02/10/magazine/10Fetal-t.html

Physicians for Reproductive Choice and Health. (2006, May, 01) What every physician needs to know about abortion methods. Retrieved from: www.prch.org/what-every-physician-needs-know-about-abortion-methods

Sadler, T.W. (2006) Langman's medical embryology (10th ed.). Baltimore: Lippincott, Williams, & Wilkins.

Trupin, Susan R. (2010, May 27) Elective abortion. Retrieved from: www.emedicine.medscape.com/article/252560-overview

Watson Medical Communications. Highlights of prescribing information: ella. Retrieved from: http://pi.watson.com/data_stream.asp?product_group=1699&p=pi&language=E

Xing P, Li J, Jin F. (2009, September 23) A case control study of reproductive factors associated with sub-types of breast cancer in northeast China. Retrieved from: www.ncbi.nlm.nih.gov/pubmed/19771534

## IMAGE CREDITS

123RF.com: Zygote

iStockphoto.com: Sperm and Egg

Ryan and Alicia Waalkes: 6 Week Ultrasound

Life Issues Institute: 14 Weeks, 20 Weeks

StandUpGirl.com: 4 Weeks, 8 Weeks, 12 Weeks, 16 Weeks, 36 Weeks

## UNPREGNANT *is not a word*

© 2016 Frontlines

72 Ransom Ave. NE • Grand Rapids, MI 49503 • (616) 248-4300

Order online at: www.frontlines.org

NIFLA 00162