# Exhibit 32

Defendant Trial Exhibit 19
Mosaic's 2016 Impact Report

DEFENDANT'S EXHIBIT 19

DEPOSITION EXHIBIT 24 LHP 9-18-19

# mosaic
## pregnancy & health centers

# 2016 Impact Report

Mosaic PHC empowers women, men & teens to make life-affirming pregnancy & sexual health decisions by providing free health services, education & Christ-centered support.

- **11%** Client increase in one year
- **96%** of abortion vulnerable women chose life
- **322** Babies Born
- **68** Salvations or Rededications



Bar chart: Unique Clients (~820), Pregnancy Tests (~650), STD Tests (~510), Ultrasounds (~370), First Steps (~340)



Client Age:
- Under 15: 2%
- 15-19: 23%
- 20-24: 32%
- 25-29: 27%
- 30-34: 11%
- Over 35: 6%

*"I've decided to keep my baby, I'm having a girl!"*



# ReL8 Students

**13** Participating Middle & High Schools

*"You have changed my viewpoint on relationships."*
—Female HS Student

**2500** Students Reached

# Financials



## Contributions
**$502,849**

- Other 4%
- General 29%
- Fundraising 67%



## Net Assets
Start of year = $216,439
End of year = $173,739
Change in assets = $42,700

**$22,100** received value of donated baby items given to new Mothers

## Expenses
**$545,549**

- Fundraising 11%
- Admin 24%
- Program 65%



# Board of Directors