# Exhibit 33

Defendant Trial Exhibit 20
Mosaic's 2017 Impact Report

Exhibit 25
LHP 9-18-19

DEFENDANT'S EXHIBIT
20

# mosaic
pregnancy & health centers

# IMPACT REPORT
## 2017

Grace & Baby Delilah

# ABOUT US

Mosaic PHC empowers women, men & teens to make life-affirming pregnancy & sexual health decisions by providing free health services, education & Christ-centered support.

Dear Faithful Supporters,

What a blessing 2017 was! God is certainly working at Mosaic Pregnancy & Health Centers. I'm so blessed to be a small part of it... but the reality is this; we could not do what we do without the faithful prayer and financial support of our amazing and faithful partners in ministry. From the bottom of my heart, THANK YOU SO MUCH!

If you would like to stay updated on the latest client testimonies, news and events at Mosaic PHC, I encourage you to connect with us on social media, sign up for our newsletter or visit our our website at supportmosaic.org. We look forward to sharing even more of what God is doing at Mosaic PHC!

It's with great anticipation that we "press on" together in this great work in 2018. Together we will accomplish many things - all to the glory of God. Thank you, again!

Blessings,

Kathy Lesnoff
President/CEO, Co-founder

## BOARD OF DIRECTORS

**CHAIRMAN OF THE BOARD**
Pastor Rich Bersett, MMIN

**SECRETARY**
Michelle Rahm, M.A.Ed.

**MEMBER**
Carol Covinsky, RT(R) Ret., Cert. LOU

**MEMBER**
Hannah Skirball, M.A.Ed.

**MEMBER**
Kathy Lesnoff, President/CEO, Co-Founder

## STAFF

Kathy Lesnoff, President/CEO
Donna Krieger, Client Services Director - Belleville
Ellen Atterberry, Client Services Director - Granite City
Danae Becherer (RN), Nurse Manager
Jeanne Reese (RN), C2 Mobile Nurse
Kelsie Perkins (MPH), ReL8 Educator
Madison Tsubota, Administrative Assistant
Rich Sturgill (CDL), C2 Mobile Driver
Christy Simms, Finance Director
Kristen Stewart (MPA), Development Director
Blythe Poston, Communications Director
Stacey Pace, Volunteer Coordinator

# 2017 HIGHLIGHTS

### VITAE FOUNDATION GRANT

The Vitae Foundation, a private life-affirming organization that reaches women through media platforms, partnered with Mosaic PHC and granted funds for use in Search Ad Marketing. This enables clients to locate our services more efficiently than through search engines alone.

### LUTHERAN FOUNDATION GRANT



The Lutheran Foundation of St. Louis is the grant-making ministry of 74 St. Louis area Lutheran Church - Missouri Synod congregations. The Foundation's vision is to see the Church brought into the lives of hurting people and people included in the healing life of the church. Mosaic PHC received funding for Christian Volunteerism to help recruit volunteers and strengthen our existing program.

### 3D ULTRASOUND MACHINE

Thanks to the generous donation of one of our supporters, we were able to replace our broken ultrasound machine with the latest ultrasound technology that includes 3D imaging. 3D ultrasounds in pregnancy centers are rare and we are excited to offer this new service to our clients, free of charge.

### JACKIE JOYNER-KERSEE CENTER



C2 Mobile, our mobile medical unit, will now reach people in East St. Louis thanks to the Jackie Joyner-Kersee Foundation. C2 Mobile will be accessible at the JJK Center once a week for free pregnancy testing, ultrasounds and STI testing and treatment.

# Charon & Joel



Eight years ago, I faced an unplanned pregnancy. Already being a single mom to one child, I didn't see how I was going to make it with a second. Furthermore, I was simply afraid of what people would think of me. Being a 28-year-old, college educated woman with a successful career, I felt embarrassed, ashamed and disappointed in myself. "I'm too smart for this," I thought. I had always considered myself to be pro-life, but I was seriously considering abortion as an option.

I remembered that a church I attended had information tables about Mosaic Pregnancy & Health Centers and I had kept one of the brochures. At the time, I didn't realize how important that brochure would be. Feeling utterly hopeless and isolated, I reached a point where I was barely eating and hardly sleeping. I decided to talk to someone at Mosaic, because I was afraid to tell anyone I knew about the decision I was grappling with.

What happened during my appointment at Mosaic changed the path of my life forever. The love of God was shown to me without judgment or pressure. With a newfound sense of hope and courage, I decided to continue with the pregnancy.

My son, Joel, was born the following summer and is now in 2nd grade. He makes me laugh everyday, he wipes my tears when I cry, we hold each other closely, he is super protective of me, and he is my buddy! One of his favorite things to do is watch "America's Got Talent" on YouTube because he loves music and dancing.

I might have missed out on all of this, if it weren't for Mosaic Pregnancy & Health Centers. My heart aches for all of those in similar situations who did not have this kind of support. For these reasons, I would like to thank all of the volunteers and donors who have contributed to the mission of Mosaic Pregnancy & Health Centers in any shape, form or fashion. Please know that you are truly making a difference!!

Warm Regards,

# PROGRAMS & SERVICES SUMMARY 2017



**831**
UNIQUE CLIENTS SERVED



**96%**
WOMEN CONSIDERING ABORTION CHOSE LIFE



**1,191**
VISITS TO OUR LOCATIONS



**615**
PREGNANCY TESTS



**378**
ULTRASOUNDS PERFORMED



**238**
STD TESTS



**225**
BABIES BORN



**60**
SALVATIONS & REDEDICATIONS



**2,667**
REL8 STUDENTS

# WHO WE SERVE

## AGE



- 6.0 %
- 12.0 %
- 39.0 %
- 21.0 %
- 22.0 %

- 20-24
- 15-19
- 25-29
- 30-34
- OTHER

## EDUCATION



- 5.3 %
- 7.4 %
- 13.7 %
- 38.9 %
- 34.7 %

- HIGH SCHOOL/GED
- SOME COLLEGE
- LESS THAN HIGH SCHOOL
- COLLEGE GRAD
- OTHER



**85%** of the people we serve make < $29,000, are unemployed or a dependent.



**79%** of the people we serve are unmarried.

# Kaylee & Bentley



"Without Mosaic, my son wouldn't be here today.

No matter what kind of mood I'm in, he always looks at me like I'm the greatest human being... he is part of my life for a reason."

# OUR SUPPORTERS

WE #LOVEOURSUPPORTERS!

You all made a difference for life in so many ways through financial support, baby items, birthday Facebook fundraisers, yard sales and so much more! Thank you!

  

# 2,069
people stood with Mosaic PHC as financial givers.

# 520
of them for the very first time.

# $23,496
in baby supplies were donated by 124 caring groups and individuals.

# FINANCIALS

## CONTRIBUTIONS $673,790



- General 36.6 %
- Fundraising 59.9 %
- Other 3.5 %

## EXPENSES $628,942



- Program 67.3 %
- Administration 21.0 %
- Fundraising 11.7 %

## NET ASSETS

Start of Year - $173,739

End of Year - $219,972

Change in Assets - $46,233