# Exhibit 34

Defendant Trial Exhibit 21
Mosaic's 2018 Impact Report

# 2018 IMPACT REPORT



mosaic
pregnancy & health centers

Exhibit 26
LHP 9-18-19

DEFENDANT'S EXHIBIT
21

Transforming lives by providing free, life-affirming pregnancy & sexual health services, education & Christ-centered support.



Danielle & Baby Mariah



Bonnie & Baby Alexander



Eboni & Baby Isyah

## BOARD OF DIRECTORS

CHAIRMAN OF THE BOARD | Pastor Rich Bersett, MMIN
SECRETARY | Michelle Rahm, M.A.Ed.
MEMBER | Carol Covinsky, RT(R)., Cert LOU
MEMBER | Hannah Skirball, M.A.Ed.
MEMBER | Sue Petersen, Retired Educator
MEMBER | Kathy Lesnoff, President/CEO, Co-Founder

## STAFF

PRESIDENT/CEO, CO-FOUNDER | Kathy Lesnoff
CLIENT SERVICE DIRECTORS | Donna Krieger | Ellen Atterberry
NURSES | Danae Becherer, RN - Nurse Manager | Jeanne Reese, RN
DEVELOPMENT DIRECTOR | Kristen Stewart
COMMUNICATIONS DIRECTOR | Blythe Poston
FINANCE DIRECTOR | Christy Simms



# YOUR IMPACT
## PROGRAMS & SERVICES

### WHAT DE'JA HAD TO SAY...

"I was not in a good place when I came in... (Now), I feel so healthy - physically and spiritually. God is good. I've got a beautiful handsome baby in my belly!"



De'Ja pictured with Nurse Manager, Danae

**92%** OF WOMEN CONSIDERING ABORTION CHOSE LIFE
Finalized 6/12/19

 

**43** WOMEN ACCEPTED JESUS AS THEIR SAVIOR OR REDEDICATED

## MOSAIC PHC HAS SEEN A 90% INCREASE IN WOMEN CONSIDERING ABORTION SINCE 2015



**90%**




181
BABIES BORN


809
UNIQUE CLIENTS


371
ULTRASOUNDS

  



# YOUR SUPPORT
## FINANCIALS

"I love to give to Mosaic PHC because with each $250 I give, a baby's life is saved." -L.B.



GIVING BY TYPE
- Church 9%
- Other 11.6%
- Companies 7.3%
- Individuals 72.1%

**$28,000** in baby supplies were donated by 121 generous groups and individuals



**1851** people stood with Mosaic PHC as financial givers. **321** for the very first time!



**31%** increase in people who became monthly supporters since 2017

