# Exhibit 35

Defendant Trial Exhibit 26
The Truth about Abortion Procedures Brochure

## Sharp Curettage (D&C)

Dilation and curettage abortions are rare, accounting for two to three percent of all abortions[6] (although they used to represent almost 25% of abortions when abortions were first legalized). D&C abortions are performed on babies in the first trimester of life.[7]

In a D&C abortion the first step is to dilate (D) the cervix so a curette (C), a metal rod with a handle on one end and a sharp loop on the other, can be inserted. The sharp loop of the curette is used to scrape the baby off of the uterus wall.

## Dilation and Evacuation (D&E)

Dilation and evacuation is a procedure for larger babies (2nd and 3rd trimester) that would not fit through vacuum tubes. In this procedure, the cervix is dilated and then forceps are inserted into the womb and the baby is pulled into pieces to be removed.[8,9]

For babies that are larger, the baby is first killed by either poisoning with an injection of digoxin or potassium chloride or by cutting their umbilical cord and allowing them to bleed to death.[10] By killing the baby first the tissue of the baby is softened and is easier to pull apart during the evacuation.[11]

## Medical Abortions

A medical abortion is a procedure where drugs are either given orally or injected to kill the baby. The most common drug given is Mifepristone which is administered in 90% of medical abortions.[3] Medical abortions are used up to 63 days after conception[17] when the baby is well formed and recognizable as a little human being (see image).


*8 Week (56 days) Baby*

Mifepristone (also known as RU-486) destroys the connection between the baby and the mother (the placenta) by breaking down the lining of the uterus.[18] An additional drug, misoprostol, is given to induce labor so that the dead baby can be delivered. As would be expected, the drug causes severe bleeding and at times a suction aspiration procedure may be needed to complete the abortion.

## What Does It All Mean?

The truth about abortion is that it is a terrible act that kills a living baby. Many in the medical field have perverted their efforts from saving babies into killing babies. They make abortion seem easy, but the end result is always a dead baby.

1. Centers for Disease Control and Prevention (CDC), Morbidity and Mortality Weekly Report, *Abortion Surveillance — United States*, 2006, found at http://www.cdc.gov/mmwr/preview/mmwrhtml/ss5808a1.htm accessed 8/20/2014.
2. Henshaw, Stanley K., and Kathryn Kost, August 2008, *Trends in the characteristics of women obtaining abortions, 1974 to 2004*, Guttmacher Institute, found at http://www.guttmacher.org/pubs/2008/09/18/Report_Trends_Women_Obtaining_Abortions.pdf accessed 8/20/2014.
3. Rachel K. Jones, Mia R. S. Zolna, Stanley K. Henshaw and Lawrence B. Finer *Perspectives on Sexual and Reproductive Health*: Volume 40, Issue 1, March 2008, Guttmacher Institute, found at http://www.guttmacher.org/pubs/psrh/full/4000608.pdf accessed 8/20/2014.
4. Coombes, Rebecca, June 2008, *Obstetricians seek recognition for Chinese pioneers of safe abortion*, British Medical Journal, found at http://www.bmj.com/cgi/content/full/336/7657/1332-a accessed 8/20/2014
5. Haskell, Martin and Dennis Dean-Christensen, Abortionists giving testimony in United States District Court for the Western District of Wisconsin on May 27, 1999, Case No. 98-C-0305-S.
6. Centers for Disease Control and Prevention (CDC), Morbidity and Mortality Weekly Report, *Abortion Surveillance — United States*, 2002, found at hhttp://www.cdc.gov/mmwr/preview/mmwrhtml/ss5407a1.htm accessed 8/20/2014
7. Centers for Disease Control and Prevention (CDC), Morbidity and Mortality Weekly Report, *Abortion Surveillance — United States*, 1992, found at http://www.cdc.gov/mmwr/preview/mmwrhtml/00031585.htm accessed 8/20/2014.
8. Senat MV, Fischer C, Bernard JP, Ville Y. British Journal of Gynecology, *The use of lidocaine for feticide in late termination of pregnancy*, March 2003.
9. WebMD, Healthwise, *Dilation and evacuation (D&E) for abortion*. October 2004 found at http://www.webmd.com/a-to-z-guides/Dilation-and-evacuation-DE-for-abortion accessed 8/20/2014.
10. Gonzales v. Carhart, 550 U.S. 914 No. 05-380. (2007) found at http://laws.findlaw.com/us/000/05-380.html accessed 8/20/2014.
11. Haskell, Martin. National Abortion Federation Risk Management Seminar. Dallas, Texas. *Dilation and Extraction for Late Second Trimester Abortion* given on 9/13/1992.
12. Guttmacher Institute, U.S. Teenage Pregnancies, Births and Abortions: National and State Trends and Trends by Race and Ethnicity January 2010 found at http://www.guttmacher.org/pubs/USTPtrends.pdf accessed 8/20/2014.
13. Estimates vary for when the heart begins to beat: 21-22 days, Moore, K. and Persaud, T., p. 77; at least by 23 days from transvaginal ultrasound results, O'Rahilly, R. and Muller, F., p. 183; 21-22 days, Carlson, B., p. 117; 18 days, Tanner, J. and Taylor, G. and the editors of Time-Life Books, *Growth*, New York: Life Science Library, 1965, p. 64 (a 45 year old source).
14. MacDonald, Hugh, MD and Committee on Fetus and Newborn AMERICAN ACADEMY OF PEDIATRICS, PEDIATRICS, Perinatal Care at the Threshold of Viability Vol. 110 No. 5 November 2002, pp. 1024-1027.
15. Carlson, B., Human Embryology & Developmental Biology, Toronto: Mosby Publication; 3rd edition, 2004, B., p. 483, 484.
16. Tsiaras, A. and Werth, B., *From Conception to Birth, a Life Unfolds*, New York: Doubleday, 2002., p. 140.
17. American College of Obstetricians and Gynecologists (ACOG). Medical management of abortion. Washington (DC): American College of Obstetricians and Gynecologists (ACOG); 2005 Oct. 12 p. (ACOG practice bulletin; no. 67).
18. National Abortion Federation, Abortion Facts, *What Is Medical Abortion?* found at http://www.prochoice.org/about_abortion/facts/medical_abortion.html accessed on 8/20/2014.
The image of Vacuum Aspiration abortion is licensed under the Creative Commons Attribution-Share Alike 3.0 Unported license. It was originally produced Andrew C. and is available on the Wikipedia Creative Commons.
19. View development references at http://www.hh76.com/lit/9438MS.pdf. Numerical references from ref. #2.

©2014 Heritage House '76, Inc. and its licensors.
919 S. Main St. Snowflake, AZ 85937
1-800-858-3040  www.hh76.com
9-1-14 item no. 9361TA

*DEFENDANT'S EXHIBIT 26*

In the United States abortion is not a topic often spoken of openly. It is hidden behind the doors of abortion clinics and whispered about among families and women in crisis. The reason for the silence is simple: Abortion is a terrible act. The methods are gruesome, and the results are a dead baby and a wounded woman. The following information is provided so that you can make an informed stand and help others avoid a horrible mistake.

## The "Rare" Abortion Myth

Abortion may not be talked about much, but the impact has been felt by the entire U.S. population. Nearly one in four babies are killed by abortion[1] and more than a third of all women in the United States have had or will have an abortion during their lifetime.[2] This means in a typical class of 25 children, eight are missing because they were killed by abortion. It also means in a room of ten women, three or four will have had an abortion.

In the United States alone there are at least 1.2 million babies killed by abortion every year.[3] Teenage abortion rates are on the rise with the most recent data showing 27% of all teen pregnancies end in abortion.[12]

Almost all abortions performed in the United States kill a baby after the heart has started beating.[2,13] The majority of babies are aborted after seven weeks of gestation (nine weeks LMP)[2] when the baby has formed fingers and toes and has started moving.[15,16] Over 13,000 babies in the U.S. are killed each year after 21 weeks of gestation (from the late second trimester to the end of the third trimester).[2] Of these 13,000 babies, many would have been able to survive outside their mother's womb.[14]

## Methods of Induced Abortions

The majority of abortions are performed by "curettage" (scraping with instruments). Medical abortions are performed by the administering of drugs. Medical abortions have increased considerably since the legalization of drugs such as RU-486.[3] Intrauterine abortions are those caused by the implantation of an intrauterine device. These devices are often used as contraceptives but can also be used to provide abortion. Other types of abortion include hysterotomy/hysterectomy procedures on pregnant women.

## Abortions by Method [FW-006]



- Curettage 86.7%
- Intrauterine 10.5%
- Medical 1.3%
- Other .5%

## Curettage

Curettage procedures include vacuum aspiration, sharp curettage, and dilation and evacuation procedures.[1] Each procedure is different and is used depending on the physician and the age of the baby.

### Vacuum Aspiration



Vacuum aspiration was first used and perfected to provide abortions in China in 1958.[4] Vacuum aspiration was developed as an alternative to sharp curettage abortions for babies in their first trimester.

Vacuum aspiration abortions are performed by inserting a cannula (a plastic tube) through the cervix into the womb. A pump attached to the other end of the tube is used to pull the baby through the tube. Often the baby is too large to fit through the tube. The suction will then pull the baby into pieces, which have to be identified afterward to ensure the entire baby has been removed. Sometimes the tube will not be able to dismember the baby and then he/she will have to be pulled out using forceps. When forceps are used, the baby may have died in the womb or may be left to die in the suction bottle.[5]

## Abortions by Weeks After Conception



| Weeks | % | Description |
|---|---|---|
| <7 Wks. | 28.3% | Baby's Heart is Beating |
| 7 Wks. | 18.0% | The fingers and toes begin to form |
| 8 Wks. | 15.1% | The baby begins spontaneous movement |
| 9-10 Wks. | 17.8% | The baby's eyelids and hands can close |
| 1-12 Wks. | 9.6% | The baby is now able to "practice" breathing |
| 3-15 Wks. | 6.7% | Facial expressions may resemble the parents' expressions |
| 6-20 Wks. | 3.5% | The baby may suck her thumb, turn somersaults and firmly grip |
| >21 Wks. | 1.1% | Mom may feel the baby kick, turn, punch, jump or hiccup |

Reference 19