# Exhibit 36

Defendant Trial Exhibit 10
Life Choices Client Intake Form

# LIFE CHOICES

Life Choices East:
825 Dundee Ave
Elgin, IL 60120
847-289-1235

Life Choices Schaumburg
127 S Roselle Rd
Schaumburg, IL 60193
630-339-3660

Life Choices Mobile Unit
Locations Vary
224-558-2262

Thinkimpregnant.com  Text: 847-637-0101  Fax: 224-856-2088

---

Client Number: _____
Walk-in / Appointment: _____
File Audited: _____

**Personal Information:**   Today's Date: ___/___/___

How can we serve you?   Pregnancy test   Ultrasound   STI testing   Referrals

Full Name _____   Contact # ____-____-____

Address _____ City _____ State ____ Zip _____

Birth Date: ___/___/___   Age: ____   Have you been here before? Yes   No   How did you hear about us? _____

Marital Status:   Single   Married   Divorced   Separated   Widowed

Ethnicity: Caucasian   African American   Hispanic   Asian/Indian   Native Am   Other

Currently a Student? Yes   No   Jr. High   High School   College   Trade School   Other

Occupation: _____   Name of School: _____

Faith Background: _____   Church name: _____

Health Factors:  Drugs_____   Alcohol_____   Tobacco_____   Emotional Stress_____

Contraceptives: Pill ____   Condom _____   Depo _____   Other: _____

Symptoms: Nausea:____   Sore breasts: ____   Frequent urination: ____   Fatigue: ____   Dizziness: ____

Any recent illnesses? _____   Any medical problems? _____   Any recent or routine medication? _____

<u>Always ask your pharmacist or doctor before taking any medication.</u>

**Pregnancy Information:**

First day of last period: ___/___/___

Number of Previous Pregnancies: _____   Number carried to term: _____   Ages of Children: _____

Miscarriage_____   Tubal/Ectopic_____   Abortion_____

Did you have any complications with previous pregnancies? NO ____ YES ____

What are your feelings about abortion? Matter of Choice _____   Against _____   Undecided ____

If pregnant, what are your intentions? Carry & Parent _____   Adoption ____   Abort ____   Undecided _____

Name of Father of Baby: _____   Will he be supportive? NO ____ YES ____

Who would be involved in your decision making? _____

We Request all Cell Phones to be <u>Turned Off</u> during your appointment. _____

Thank you.

CONFIDENTIALITY AND TEST ACCURACY

This pregnancy support center is a medical clinic. Your pregnancy test is 97% accurate. Not all our advocates have degrees in counseling nor are they licensed by the state. The advocacy provided is not intended as a substitute for professional counseling. We offer information, spiritual support and practical help. All information shared will be kept confidential except as required by law or as required for the protection of yourself or others.

This clinic does not perform or refer for abortion

Patient Signature: _____   Staff / Advocate Signature: _____

DEFENDANT'S EXHIBIT 10

NIFLA 00190