# Exhibit 37

Defendant Trial Exhibit 27
1st Way Basic Counseling

## Basic Counseling and Dealing with Abortion-Minded Women

- Have a firm attitude; keep in mind we have given her a free service, so we can respectfully and firmly request some of her time to speak with her on this important issue.

- Point out that her problems will still be there after an abortion

- Explain the abortion procedure; tell her it's not likely she will receive an explanation when she goes in for the abortion

- Ask her, "Are you sure you can live with your decision?"

- Mention there are no unwanted babies; usually the initial dismay in the early pregnancy give way to acceptance and even joy, later in the pregnancy. Also, there are thousands of couples who have been waiting as long as 10 years to adopt a baby. She can choose the family who will raise her child if she desires.

- Ask her to consider the feeling of others involved, her parents, grandparents, and father of the baby.

- Point out that women in the first three months of pregnancy are subject to emotional depression. Encourage her to take time and think before acting. If possible, ask her to read some pamphlets and come in to talk to you again, or ask if you can call her at home.

- Give her the positive test packet with abortion info, brochures. **IF POSSIBLE** show DVD before she leaves.

- The first thing to remember as a volunteer is that you are not a professional counselor and that you are not expected to be one- we can refer women to professionals when their problems need more than a friend with a listening ear.

DEFENDANT'S EXHIBIT
**27**