# Exhibit 38

Defendant Trial Exhibit 39
Options Now Ultrasound Form

# Ultrasound Form
**Options Now**

## Sonogram & Out-take (Step 12 – Approx. 45 minutes)

### Preliminary Sonogram Findings

**Patient's Name**:_____ **Date of Birth**: ____/____/_____
**Date**: ____/____/_____ **Center**:_____
**Indications for Ultrasound**: ☐ Confirm IUP ☐ Confirm FHT's ☐ Estimate GA ☐ Interval Growth ☐ Maternal Health
**Sonographer's Name**:_____
**Result**: ☐ Conclusive ☐ Inconclusive ☐ Repeat Scan
**Sonogram Due Date**: ____/____/_____ **# Weeks Pregnant** (ww.d):_____
**Was fetal heart rate observed?** Yes No **Fetal heart rate**: Baby A _____ bpm; Baby B _____ bpm
**IUP**: Yes No Unknown **Yolk Sac Seen**: Yes No
**Multiple Pregnancy Count**:_____
**Measurements**: Baby A GS:_____mm CRL:_____mm BPD:_____mm FL:_____mm
    Baby B GS:_____mm CRL:_____mm BPD:_____mm FL:_____mm
**Type of Sonogram**: Abdominal Both
**Patient was referred by**: ☐ In House ☐ Physician/Other **Was FOB present?** Yes No
**What is your assessment of the patient's abortion vulnerability after the Sonogram (Stage 3)?**
☐ Abortion Minded ☐ Abortion Vulnerable ☐ Likely to Carry ☐ Not Applicable
**What is the patient's stated intentions after the Sonogram?**
☐ Abortion ☐ Intends to Carry ☐ Undecided ☐ Not Applicable

DEFENDANT'S EXHIBIT 39

### Sonogram Out-take

*Patient Response to U/S:*_____
*Pregnancy Plan:*
Parenting: ____ Single parenting ____ Help from father of baby Patient's OB Dr:_____
Adoption: ____ With agency _____ ____ With family member
Undecided: ____ Between/Influencing factors _____
Abortion: ____ Influencing factors _____
*Sonographer Notes*
_____ Patient offered picture - accepted / declined
_____ Patient requested the following to be in exam room during LOU_____
_____ Second Options Now Staff, _____, present during LOU
_____ Hand-held Doppler was utilized with patient consent
_____ See additional Patient Notes Documentation

| Concepts Shared: Check below any verbal education per protocol given. Type of Support: ☐ Couple ☐ Family ☐ Group ☐ Individual | | | |
|---|---|---|---|
| ☐ Abortion | ☐ Fetal Development | ☐ Post Abortion Recovery | ☐ Relationship |
| ☐ Abstinence | ☐ Gospel | ☐ Post Miscarriage | ☐ Self-Worth |
| ☐ Abuse | ☐ Parenting | ☐ Pre-Natal Vitamins | ☐ Smoking |
| ☐ Adoption | ☐ Parent University | ☐ Pre-Natal Care | ☐ Spiritual |
| ☐ Ectopic/Miscarriage Precaution | | ☐ Pregnancy | ☐ STD's |

| Literature: Check below any packets/individual pamphlets that were reviewed and given to Patient | | | |
|---|---|---|---|
| ☐ Abstinence | ☐ Discharge Summary for Medical Follow-Up | ☐ Parent of Teen Packet | ☐ Repeat US Instruct Form |
| ☐ Adoption_____ | ☐ Ectopic/Miscarriage Precaution | ☐ Positive ABM Packet | ☐ Smoking |
| ☐ Bible | ☐ FOB Packet | ☐ Post Abortion Support | ☐ STD's |
| ☐ Gospel RISE Brochure | ☐ MO Informed Consent Booklet | ☐ Religion | ☐ Teen Positive Packet |
| ☐ Nutrition | | ☐ Relationships | ☐ Verification of Pregnancy |

| Referrals: | | | |
|---|---|---|---|
| ☐ Adoption | ☐ Medicaid | ☐ Parent University | ☐ STD Testing In-House |
| ☐ A2A Program | ☐ Med / Clinic / ER / US to: | ☐ Post-Abortion Support | |
| | | ☐ Repeat US In-House | |

Signature of Sonographer: _____ Date: _____

*Revised 04/21/2017*