# Exhibit 39

Defendant Trial Exhibit 40
Options Now Contraception Education Policy



MEDICAL CENTER POLICY

ONMSPP-007

## POLICY: *CONTRACEPTION EDUCATION*

With regards to contraception, Options Now provides information only on their risks and ineffectiveness/failure/effectiveness rates as per our *Contraception Informational Sheet* (See Appendix pages 146-151). All Options Now staff that provide contraception education work to debunk myths about the safety and viability of contraception as part of the abstinence curriculum and center protocols. At no time does the center recommend or encourage the use of contraception.

It is Options Now's position that abstinence is the only acceptable choice outside of the marital relationship. We use creative and scientific information to support the health, spiritual and relational benefits awarded by following God's plan for the gift of sexuality.

Options Now does not provide referrals for contraception. Married patients are referred to their medical practitioners, pastors, priests or spiritual leaders if they have questions on the use of contraception.

34 | Options Now
Unauthorized duplication or distribution is prohibited by law.

Revised April 18, 2019

DEFENDANT'S EXHIBIT 40