# Exhibit 41

NIFLA Trial Exhibit 17
Mosaic Telephone Talking Points

# Exhibit 46



# TELEPHONE TALKING POINTS

## GREETING

Thank you for calling Mosaic Pregnancy & Health Centers, this is _____, how may I help you?

## PHONE TIPS

- Be warm, compassionate and caring, not clinical or sterile.
- If they give their name, be personal and use it throughout the conversation.
- Be respectful and nonjudgmental.
- We want to encourage the client to make an appointment at the center. We do not counsel over the phone.

## ABORTION MINDED CALLER

Caller: I need an abortion. Do you do abortions? How much is an abortion?

- *We do not perform or refer for abortions; however, there are necessary steps you should take before undergoing an abortion procedure:*

1. Obtain pregnancy confirmation. We perform free lab-quality urine tests.
2. Receive an ultrasound. Our free ultrasounds will determine:
   a. If the pregnancy is viable. This is important since 1 in 4 pregnancies end up in miscarriage.
   b. If the pregnancy is in the uterus. If the pregnancy is located outside of the uterus it can be dangerous to your health.
3. Finally, get tested for STDs since an abortion procedure while infected may result in health complications. Our STD testing and treatment is free of charge.

- *These services may help you avoid the expense and possible risks of an abortion. Can I schedule you an appointment?*

- *If no: Okay, just know that you have time to make a decision – take the opportunity to get accurate information and be completely informed on all your options for your own health and safety. Please call us back if you decide to make an appointment, as we are here to help you as you consider your options.*

NIFLA 00056

## BIRTH CONTROL CALLER

Caller: Do you provide birth control?

- *We don't provide birth control but we do offer pregnancy testing and consultations on options as well as STI testing & treatment.*

## EMERGENCY CONTRACEPTIVES/PLAN B CALLER

Caller: Do you give our Emergency Contraception such as the Morning After Pill or Plan B?

- *We do not give prescriptions or referrals for Emergency Contraception such as the Morning After Pill or Plan B.*

- *Since Plan B can only be taken within 72 hours after having sex to be effective, are you sure that you aren't pregnant already? If you haven't taken a pregnancy test, we can offer a free lab-quality test.*

## RU-486 (ABORTION PILL)

Caller: Do you give out the abortion pill?

- *We do not give prescriptions or referrals for RU-486. However, we can provide information regarding RU-486.*

- *Also, there are necessary steps you should take before undergoing an abortion procedure (see abortion-minded caller).*

## ADOPTION CALLER

Caller: We want to adopt a baby. Can you help us?

- *We are not an adoption agency and do not facilitate private adoptions due to confidentiality and conflict of interest, but we can provide you with local, reputable adoption agencies for you to contact.*

Caller: I want to give my baby up for adoption. Can you help me?

- *We are not an adoption agency but we can provide you with information about adoption and adoption agencies. Would you like to schedule an appointment so we can discuss this option further?*

## BABY ITEMS

Caller: Do you help with diapers, formula or baby items?

- *We provide baby items to our clients who have completed our First Steps program. If you are less than 36 weeks pregnant, there may still be time to establish you as a client and register you for classes. Is that something you are interested in?*

If they do not meet criteria:

- *Would you like contact information to other agencies that may be able to help?*

NIFLA 00057