# Exhibit 43

Schroeder Trial Exhibit 157-01
Focus Website Homepage

Case: 3:16-cv-50310 Document #: 275-46 Filed: 12/18/23 Page 2 of 4 PageID #:6122

Schroeder_Supp_0049



Schroeder_Supp_0050



| Comprehensive Solutions | Abortion | Adoption | Parenting |

Learn More

# TESTIMONIALS

> Very comforting and understanding. I liked the accuracy and efficiency. The atmosphere is judgment free
> **5/5 stars**
> ★★★★★
> *March 2022*

> Everyone was amazing and judgment free. They answered all my questions in detail. No questions – just smiles from the staff. Everyone was so kind and understanding – they took away the anxiety of the appointment. Comfortable, amazing staff.
> **5/5 stars**
> ★★★★★
> *April 2022*

> Anytime I asked for more info or asked about something I was unsure of, they were more than happy to help. I loved how comfortable everything felt. I didn't feel judged for my decision.
> **5/5 stars**
> ★★★★★
> *March 20221*

🇺🇸 English

🇺🇸 English

## AREAS SERVED

[Burlington-Lake Geneva](#) | [Cary & Fox River Grove](#) | [Delavan-Elkhorn](#) | [Fox Lake & Pistakee Highlands](#) | [Hebron-Genoa City](#) | [Huntley](#) | [Island Lake & Wauconda](#) | [Lake in the Hills & Algonquin](#) | [Lakemoor & Volo](#) | [Marengo & Harvard](#) | [McHenry & Johnsburg](#) | [Round Lake & Grayslake](#) | [Spring Grove & Richmond](#) | [Crystal Lake-Woodstock](#)



**Call Us**

Focus Women's Center
409 Front St (Hwy 31)
McHenry, IL 60050

Donate

Learn More

**Text Us**

**E-mail Us**

Considering Abortion?   Services   For Friends and Family   Partner Responsibility   Resources   Donate   HIPAA

© 2023 Focus Women's Center | Privacy Policy