# Exhibit 44

Schroeder Trial Exhibit 157-15
Focus Considering Abortion Webpage

English

Your Options  Medical Services  Sexual Health  About Us  Blog  Areas Served  Donate

Schroeder_Supp_0092

# CONSIDERING ABORTION?

When you are experiencing an unplanned pregnancy, it is very common to consider abortion as one of your options. It is important to understand that abortion is a medical procedure. As with any medical procedure, you should gather all of the information about the procedure, risks, and side effects associated with it before you decide to have it done. In this way, you can make a fully informed decision and be confident in your choice. That is why Focus Women's Center is your first step when considering abortion.

**While Focus Women's Center does not perform or refer for abortions, we can provide you with the following information you should know before you have an abortion:**



### Is your pregnancy viable?

According to the American Pregnancy Association, between 10-25% of known pregnancies are not viable and end naturally in miscarriage – usually within the first 13 weeks. Having a positive pregnancy test does not mean that you have a viable pregnancy that will carry to term. An ultrasound can confirm viability – letting you know if you even have a pregnancy that requires a decision. Focus Women's Center offers **ultrasounds** as part of our no-cost **Pregnancy Verification and Consultation appointment**.

American Pregnancy Association, (2019). *Miscarriage*, Retrieved from **https://americanpregnancy.org/pregnancy-complications/miscarriage/**

### How far along are you?

### Do you have an STD/STI?

### What are the different types of abortion?

### Do I have any other options?

🇺🇸 English

# TESTIMONIALS

> Very comforting and understanding, I liked the accuracy and efficiency. The atmosphere is judgment free
>
> **5/5 stars**
> ★★★★★
> *March 2022*

> Everyone was amazing and judgment free. They answered all my questions in detail. No questions – just smiles from the staff. Everyone was so kind and understanding – they took away the anxiety of the appointment. Comfortable, amazing staff.
>
> **5/5 stars**
> ★★★★★
> *April 2022*

> Anytime I asked for more info or asked about something I was unsure of, they were more than happy to help. I loved how comfortable everything felt. I didn't feel judged for my decision.
>
> **5/5 stars**
> ★★★★★
> *March 20221*

**Call 815.322.1585**   **Text 815.322.1585**

# QUESTIONS & ANSWERS

**How much does my appointment cost? Do I need insurance?**

All our services are free and confidential. We do not require insurance.

**Can you provide verification of pregnancy? (VOP)**

**Do you offer STD/STI testing?**

**Can I get an ultrasound there?**

**Can I bring a guest with me?**

**As a minor, what pregnancy related services can I have without telling my parents?**

# MEET WITH A NURSE

**Schedule Now**





815-322-1585

Focus Women's Center
409 Front St (Hwy 31)
McHenry, IL 60050

Donate

Text Us

E-mail Us

Learn More

Considering Abortion?   Services   For Friends and Family   Partner Responsibility   Resources   Donate   HIPAA

© 2021 Focus Women's Center | Privacy Policy