# Exhibit 45

Schroeder Trial Exhibit 157-17
Focus Types of Abortion Webpage

Case: 3:16-cv-50310 Document #: 275-48 Filed: 12/18/23 Page 2 of 6 PageID #:6130

Schroeder_Supp_0097

# TYPES OF ABORTION

An elective abortion is the deliberate termination of a pregnancy. It is not the same thing as a spontaneous abortion, otherwise known as a miscarriage .

There are two categories of elective abortion procedures: **medical** and **surgical**. The type of abortion procedure used is based on how far along your pregnancy is (gestational age).

**Medical abortions** involve the use of medication to terminate the pregnancy and can be done within 10 weeks from your last menstrual period (LMP). (4, 5)

**Surgical abortions**, often referred to as "in-clinic abortions," terminate the pregnancy through a surgical procedure. Surgical abortions can be done throughout all three trimesters, depending on your state's abortion laws. (8)

To determine how far along your pregnancy is, The American College of Obstetricians and Gynecologists recommends the use of an ultrasound as the most accurate way. (9) **While Focus Women's Center does not provide abortions, we do offer free ultrasounds to qualifying patients as part of our Pregnancy Verification and Consultation appointment**.

If you are pregnant and considering abortion, find out why Focus Women's Center should be your first step.

Considering Abortion?

## MEDICAL ABORTION

### RU486 – The ABORTION PILL (within 10 weeks after LMP)

The most common regime for a medical abortion is a two-step process involving a combination of mifepristone (RU486) and misoprostol. The FDA has approved the use of mifepristone for use up to 70 days (10 weeks) from your last menstrual period (LMP). Please note: The Abortion Pill is NOT the same thing as the Morning-After Pill.

How Does The Abortion Pill Work?

- Day 1
- Day 2 or 3
- **What To Expect**

  After taking misoprostol, the most common side effects include cramps, nausea, weakness, headache, dizziness, diarrhea, vomiting, stomach pain, heavy bleeding (may include large clots in the blood and/or a discernable fetus), and mild fever or chills. These usually occur within 2-24 hours of taking it. Bleeding, spotting, and the passing of blood clots and tissue usually continues for 9-16 days but can continue for 30 days or more. Very rarely, serious and life-threatening bleeding, infections, and other complications can occur following a medical abortion. If you are worried about any side effects and symptoms, you should call your healthcare provider immediately or go to the Emergency Room. (2, 3, 4, 5)

- Follow-Up
- Effectiveness

**Please Note:** Medical abortions are not effective for terminating ectopic pregnancies.

Symptoms of a ruptured ectopic pregnancy (which can be life-threatening if not treated) may be confused with some of the common side effects of a medical abortion, such as abdominal pain and bleeding. (2, 7) Therefore, it is important to have an ultrasound to make sure you have an intrauterine pregnancy *before* having a medical abortion. While Focus Women's Center does not provide abortions, we do offer free ultrasounds to some of our patients as part of our Pregnancy Verification and Consultation appointment.

## SURGICAL ABORTION

These procedures are done in the clinic. The pre-abortion workup for each is the same and usually includes a pregnancy test, medical history, physical exam, and some lab tests. It is important to make sure you are also screened for STDs and that you receive a Rh factor blood test.

Some clinics may also do an ultrasound to determine gestational age and to rule out an ectopic pregnancy. (11)

🇺🇸 English

## Aspiration Abortion [5, 8, 12, 13, 14]

(First Trimester up to 16 weeks after LMP)

The most common type of first trimester abortion is a vacuum aspiration, also known as a suction abortion. Usually a patient will spend 3-4 hours at the clinic for this procedure, although the procedure itself only takes 5-10 minutes to complete.

### What To Expect

During an **aspiration abortion**, a speculum is inserted into your vagina to hold it open to allow for visualization of the cervix. Your cervix will be dilated (opened) either before or during the procedure so that a suction tube can fit through it. A local anesthetic is injected into your cervix to numb it. Your abortion provider may also give you a sedative. Once your cervix is dilated wide enough, a small tube is then inserted through the cervix into the uterus and is attached to a suction device. The pregnancy is then suctioned out. It is common to feel mild to moderate cramping during this portion of the procedure. Sometimes a curette (long, loop-shaped knife) is used to scrape the lining, placenta, and fetus away from the uterus. When this is used, the abortion is called a D&C (Dilation and Curettage). Once the suction tube is removed, the cramping usually decreases in intensity. After the procedure, you will be given antibiotics to help prevent infection and sent to a recovery area to rest.

### Side Effects

### Risks

### Effectiveness

## Dilatation and Evacuation [12, 13]

(Second Trimester – 14 to 23 weeks after LMP)

### What To Expect

For a **Dilation and Evacuation (D&E)** you may need to visit the abortion provider anywhere from a few hours to a day before the abortion to have your cervix dilated. The cervix is dilated either by using a medication, laminaria, or dilators. You also may be given a prostaglandin like misoprostol to soften the cervix. For a D&E, you will be given general or regional anesthesia for pain relief. You may also be offered sedation orally or through an IV. Some patients require a shot through the abdomen to stop the fetal heartbeat before the procedure. The procedure itself is similar to the first trimester abortion. However, besides using a vacuum suction, the abortion provider will also use surgical instruments like forceps to remove larger parts, or a curette to scrape the uterine lining. This procedure normally takes between 15-30 minutes to complete. Afterwards, you will be given an antibiotic to help prevent infection and sent to a recovery area to rest.

### Side Effects

### Risks

### Effectiveness

If you are pregnant and considering abortion, find out why Focus Women's Center should be your first step.

Considering Abortion?

▸ Sources

🇺🇸 English

# TESTIMONIALS

> I learned a lot and understood any and all options. They provided thorough explanations and no judgment. I felt VERY comfortable. It was a very comforting and informative place.
>
> **5/5 stars**
> ★★★★★
> *June 2022*

> I like that they talked about all the options, and they seem to really care. Seems like I can really trust them.
>
> **5/5 stars**
> ★★★★★
> *April 2022*

> Very friendly. Provided an amazing amount of details/info. I loved how kind and thoughtful the staff is. They made me feel safe with my decision. The office was sanitary, kind, professional, and welcoming.
>
> **5/5 stars**
> ★★★★★
> *March 2022*

**Call 815.322.1585**     **Text 815.322.1585**

# QUESTIONS & ANSWERS

**How much does my appointment cost? Do I need insurance?**
All our services are free and confidential. We do not require insurance.

**Can you provide verification of pregnancy? (VOP)**

**Do you offer STD/STI testing?**

**Can I get an ultrasound there?**

**Can I bring a guest with me?**

**As a minor, what pregnancy related services can I have without telling my parents?**

# MEET WITH A NURSE

**Schedule Now**





815-322-1585

Text Us

Focus Women's Center
409 Front St (Hwy 31)
McHenry, IL 60050

E-mail Us

Donate

Learn More



Considering Abortion?   Services   For Friends and Family   Partner Responsibility   Resources   Donate   HIPAA

© 2021 Focus Women's Center | Privacy Policy